Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Attorney for Movant Jeffrey M. Fiore

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, AND GEOFFREY M. PARKER,<br><br>Defendants. | No. 5:21-cv-00076-LHK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF JEFFREY M. FIORE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

DECLARATION OF JACOB A. WALKER
No. 5:21-cv-00076-LHK                    - 1 -

I, Jacob A. Walker, declare as follows:

1.    I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Jeffrey M. Fiore in the above-captioned action. I make this Declaration in support of Mr. Fiore's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

**Exhibit A**: the January 6, 2021 press release issued by Pomerantz LLP announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of September 4, 2019 to October 28, 2020, and noticing that the filing date for appointment as Lead Plaintiff is March 8, 2021;

**Exhibit B**: Mr. Fiore's PSLRA Certification;

**Exhibit C**: Mr. Fiore's Loss Chart (prepared by counsel);

**Exhibit D:** Mr. Fiore's Declaration; and

**Exhibit E**: Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2021, at Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


*/s/ Jacob A. Walker*