# EXHIBIT C

# Jeffrey M. Fiore
## Tricida Transactions

| | |
|---|---|
| Class Period Start | 9/4/2019 |
| Class Period End | 10/28/2020 |
| 90-Day Lookback Price | $ 7.14 |

| Date | Transaction | Quantity | Price per Share | Net Invested / Sold |
|---|---|---|---|---|
| 4/9/2020 | Buy | 56 | $ 26.73 | $ 1,496.88 |
| 7/16/2020 | Buy | 49 | $ 16.38 | $ 802.62 |
| 7/16/2020 | Buy | 68 | $ 16.98 | $ 1,154.64 |
| **Total** | | 173 | | $ 3,454.14 |
| Lookback Value | | 173 | $ 7.14 | $ 1,235.22 |
| **Total Loss** | | | | **$ (2,218.92)** |