**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Nancy Catherine Wang*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No.: 5:21-cv-00076-LHK<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF NANCY CATHERINE WANG'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        July 15, 2021<br>Time:        1:30 p.m.<br>Courtroom:   8-4th Floor<br>Judge:       Hon. Lucy H. Koh |

DECLARATION OF ADAM M. APTON IN SUPPORT OF NANCY CATHERINE WANG'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.    I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Nancy Catherine Wang ("Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above captioned action (the "Action").  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto collectively as **Exhibit A** are true and correct copy of the sworn certification signed by Movant.

3.    Attached hereto as collectively as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of her investment in Tricida, Inc.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on January 6, 2021 on *PRNewswire* announcing the pendency of the first-filed securities lawsuit.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 8th day of March, 2021.


*/s/ Adam M. Apton*
Adam M. Apton

2

DECLARATION OF ADAM M. APTON IN SUPPORT OF NANCY CATHERINE WANG'S MOTION FOR: (1)
APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL