# EXHIBIT B

| | |
|---|---|
| **Client Name** | Nancy Catherine Wang |
| **Company Name** | Tricida, Inc. |
| **Ticker Symbol** | TCDA |
| **Security Type** | |
| **Class Period Start** | 09-04-2019 |
| **Class Period End** | 10-28-2020 |
| **90-DAY Lookback Period Start** | 10-29-2020 |
| **90-DAY Lookback Period End** | 01-26-2021 |
| **90-DAY Lookback Average** | $ 07.14 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $21,164.67 |
| *DURA  LIFO* Total* | $21,164.67 |
| Gross Shares Purchased | 1,000.00 |
| Net Shares Retained | 1,000.00 |
| Net Funds Expended | $ 28,300.00 |

| Nancy Catherine Wang | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-01-2020 | 1000 | 28.3 | $ 28,300.00 | | | | | | - | | 1000 | 1000 | $ 07.14 | $ 7,135.33 | $ 21,164.67 | $ 21,164.67 |
| **Total:** | **1,000** | | **$ 28,300.00** | | | | | | | | **1,000** | **1,000** | | **$ 7,135.33** | **$ 21,164.67** | **$ 21,164.67** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.