# Exhibit 3

**Tricida, Inc. Loss Chart**

**Class Period: September 4, 2019 through October 28, 2020**

**Lookback Price**

7.13675

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clynes, Michael | 8/17/2020 | 1,000 | ($15.53) | ($15,530.00) | 8/17/2020 | 1 | $15.15 | $15.15 | | | |
| | 8/17/2020 | 1,000 | ($15.69) | ($15,690.00) | 8/17/2020 | 332 | $15.10 | $5,013.20 | | | |
| | 8/17/2020 | 500 | ($15.68) | ($7,840.00) | 8/27/2020 | 500 | $10.22 | $5,108.50 | | | |
| | 8/17/2020 | 500 | ($15.67) | ($7,835.00) | 8/27/2020 | 100 | $10.26 | $1,026.00 | | | |
| | 8/17/2020 | 1,000 | ($15.66) | ($15,660.00) | 8/27/2020 | 367 | $10.24 | $3,758.08 | | | |
| | 8/17/2020 | 1,000 | ($15.71) | ($15,710.00) | 8/27/2020 | 200 | $10.25 | $2,050.00 | | | |
| | 8/17/2020 | 1,000 | ($15.70) | ($15,700.00) | 8/27/2020 | 500 | $10.26 | $5,128.50 | | | |
| | 8/17/2020 | 1,000 | ($15.67) | ($15,670.00) | 8/27/2020 | 500 | $10.30 | $5,150.00 | | | |
| | 8/17/2020 | 1,000 | ($15.66) | ($15,660.00) | 8/27/2020 | 500 | $10.30 | $5,150.00 | | | |
| | 8/17/2020 | 2,000 | ($15.61) | ($31,220.00) | 8/27/2020 | 500 | $10.32 | $5,160.00 | | | |
| | 8/17/2020 | 1,000 | ($15.55) | ($15,550.00) | 8/27/2020 | 500 | $10.33 | $5,165.00 | | | |
| | 8/17/2020 | 500 | ($15.46) | ($7,730.00) | 8/27/2020 | 500 | $10.43 | $5,215.00 | | | |
| | 8/17/2020 | 1,000 | ($15.43) | ($15,430.00) | 8/27/2020 | 500 | $10.44 | $5,220.00 | | | |
| | 8/17/2020 | 1,500 | ($15.40) | ($23,100.00) | 8/27/2020 | 500 | $10.45 | $5,225.00 | | | |
| | 8/17/2020 | 500 | ($14.75) | ($7,375.00) | 9/1/2020 | 500 | $10.96 | $5,480.00 | | | |
| | 8/17/2020 | 500 | ($14.75) | ($7,375.00) | 9/1/2020 | 500 | $11.01 | $5,505.00 | | | |
| | 8/17/2020 | 1,000 | ($14.70) | ($14,700.00) | 9/14/2020 | 122 | $12.01 | $1,464.61 | | | |
| | 8/17/2020 | 500 | ($14.66) | ($7,330.00) | 9/14/2020 | 1,878 | $12.00 | $22,536.00 | | | |
| | 8/17/2020 | 500 | ($14.70) | ($7,350.00) | 9/29/2020 | 500 | $8.71 | $4,355.00 | | | |
| | 8/17/2020 | 500 | ($14.66) | ($7,330.00) | 9/29/2020 | 500 | $8.70 | $4,350.00 | | | |
| | | | | | 9/29/2020 | 500 | $8.72 | $4,360.00 | | | |
| | | | | | 9/30/2020 | 1,000 | $8.85 | $8,850.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.80 | $4,400.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.88 | $4,440.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.81 | $4,405.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.84 | $4,420.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.88 | $4,440.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.90 | $4,450.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.90 | $4,450.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.91 | $4,455.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.92 | $4,460.00 | | | |
| | | | | | 9/30/2020 | 500 | $8.95 | $4,475.00 | | | |
| | | | | | 9/30/2020 | 500 | $9.05 | $4,525.00 | | | |
| | | | | | 9/30/2020 | 500 | $9.05 | $4,525.00 | | | |
| | | | | | 10/5/2020 | 500 | $9.46 | $4,730.00 | | | |
| | | 17,500 | | ($269,785.00) | | 17,500 | | $173,460.04 | 0 | 0 | ($96,324.96) |