JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Geneva Acholonu and Proposed*
*Lead Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>*v.*<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No.  5:21-cv-00076-LHK<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF GENEVA ACHOLONU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL**<br><br>Courtroom:  8 (4th Floor)<br>Judge:  Honorable Lucy H. Koh |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.      I make this declaration in support of the motion of Lead Plaintiff movant Geneva Acholonu ("Acholonu") for an order: appointing Acholonu as Lead Plaintiff and approving Acholonu's selection of Scott+Scott as Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.      Attached are true and correct copies of the following:

Exhibit A:      January 6, 2021 notice published pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *PRNewswire*;

Exhibit B       Certification, pursuant to the PSLRA, attesting to Acholonu's transactions in Tricida, Inc. ("Tricida") securities;

Exhibit C:      Chart reflecting the losses incurred by Acholonu as a result of her transactions in Tricida securities;

Exhibit D:      Scott+Scott's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2021, in San Diego, California.

　　　　　　　　　　　　　　　　*/s/ John T. Jasnoch*
　　　　　　　　　　　　　　　　JOHN T. JASNOCH

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on March 8, 2021, at San Diego, California.

*/s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

2

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF GENEVA ACHOLONU'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:21-cv-00076-LHK