# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 09/04/2019 to 10/28/2020**

**TRICIDA INC**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| TCDA | 89610F101 | BYZMG55 | US89610F1012 |

**Geneva Acholonu**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/17/2020 | 100 | $16.61 | -$1,661.00 |
| Purchase | 7/17/2020 | 200 | $16.88 | -$3,376.00 |
| Purchase | 7/17/2020 | 300 | $16.89 | -$5,067.00 |
| Purchase | 7/17/2020 | 400 | $17.14 | -$6,856.00 |
| Purchase | 7/17/2020 | 200 | $17.14 | -$3,428.00 |
| Purchase | 7/17/2020 | 400 | $17.20 | -$6,880.00 |
| Purchase | 7/20/2020 | 100 | $15.68 | -$1,568.00 |
| Purchase | 7/20/2020 | 100 | $15.80 | -$1,580.00 |
| Purchase | 7/20/2020 | 100 | $16.06 | -$1,606.00 |
| Purchase | 7/20/2020 | 100 | $16.22 | -$1,622.00 |
| Purchase | 7/21/2020 | 90 | $15.29 | -$1,376.10 |
| Purchase | 7/21/2020 | 10 | $15.30 | -$153.00 |
| Purchase | 7/22/2020 | 100 | $14.92 | -$1,492.00 |
| Purchase | 7/23/2020 | 100 | $14.58 | -$1,458.00 |
| Purchase | 7/24/2020 | 50 | $14.08 | -$704.00 |
| Purchase | 7/27/2020 | 50 | $14.36 | -$718.00 |
| Purchase | 7/29/2020 | 50 | $13.50 | -$675.00 |
| Purchase | 8/10/2020 | 50 | $13.84 | -$692.00 |
| Purchase | 8/24/2020 | 2 | $10.94 | -$21.88 |
| Purchase | 8/24/2020 | 48 | $10.94 | -$525.12 |
| Purchase | 8/24/2020 | 50 | $10.95 | -$547.50 |
| Purchase | 9/17/2020 | 100 | $11.74 | -$1,174.00 |
| Purchase | 9/18/2020 | 100 | $11.39 | -$1,139.00 |
| Purchase | 9/22/2020 | 100 | $10.11 | -$1,011.00 |
| Purchase | 9/30/2020 | 100 | $9.00 | -$900.00 |
| **Class Period purchases:** | | **3,000** | | **-$46,230.60** |

| | | | |
|---|---|---|---|
| LIFO Retained Purchases: | 3,000 | | |
| 12/18/2020 Sale* | 1,168 | $7.66 | $8,946.88 |
| 12/18/2020 Sales* | 332 | $7.69 | $2,553.08 |
| 1/8/2021 Sales* | 1,500 | $7.59 | $11,385.00 |

**\* Value of shares sold after the Class Period is the mean trading price from 10/29/2020 to the dates the shares were sold.**                    $22,884.96

**LIFO Gain/(Loss):**    *-$23,345.64*