# EXHIBIT A

**Tricida, Inc. (TCDA)**
**Class Period: September 4, 2019 to October 28, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Situ, Donna | 5/19/2020 | 100 | $28.4100 | ($2,841) | 7/16/2020 | (1,909) | $16.0300 | $30,601 | | |
| Situ, Donna | 5/19/2020 | 100 | $28.4500 | ($2,845) | 7/16/2020 | (91) | $16.0000 | $1,456 | | |
| Situ, Donna | 5/19/2020 | 103 | $28.4900 | ($2,934) | 7/16/2020 | (2,000) | $16.0775 | $32,155 | | |
| Situ, Donna | 5/19/2020 | 300 | $28.5000 | ($8,550) | 7/16/2020 | (2,000) | $16.2416 | $32,483 | | |
| Situ, Donna | 5/19/2020 | 159 | $28.5100 | ($4,533) | 7/16/2020 | (1,269) | $16.2400 | $20,609 | | |
| Situ, Donna | 5/19/2020 | 200 | $28.5400 | ($5,708) | 7/16/2020 | (731) | $16.2300 | $11,864 | | |
| Situ, Donna | 5/19/2020 | 100 | $28.5900 | ($2,859) | 7/17/2020 | (2,000) | $17.4825 | $34,965 | | |
| Situ, Donna | 5/19/2020 | 600 | $28.5800 | ($17,148) | | | | | | |
| Situ, Donna | 5/19/2020 | 300 | $28.6200 | ($8,586) | | | | | | |
| Situ, Donna | 5/19/2020 | 548 | $28.6300 | ($15,689) | | | | | | |
| Situ, Donna | 5/19/2020 | 5,500 | $28.6400 | ($157,520) | | | | | | |
| Situ, Donna | 5/19/2020 | 1,880 | $28.4000 | ($53,392) | | | | | | |
| Situ, Donna | 5/19/2020 | 110 | $28.3900 | ($3,123) | | | | | | |
| **Situ, Donna** | | **10,000** | | **($285,729)** | | **(10,000)** | | **$164,133** | **10,000** | **($121,596)** |