**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No. 5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL** |

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), on January 6, 2021, notice of the Lead Plaintiff deadline was published in *PRNewswire*, a widely circulated national business-oriented wire service, advising Class[1] members of the pendency of the class action, the claims asserted therein, and their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before March 8, 2021; and

WHEREAS, movants Michael Clynes, William R. Henry, Walter T. Morgan, Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group" or "Movant") has timely filed a motion for appointment as Lead Plaintiff; and

WHEREAS, Movant has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant seeks approval of its selection of counsel to serve as Co-Lead Counsel for the Class.

AND NOW THIS _____ day of _____ 2021, the Court having considered Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

**NEWLY FILED OR TRANSFERRED ACTIONS**

When a case that arises out of the subject matter of this Action is hereinafter filed in this Court or transferred to this Court from another Court, the clerk of this Court shall:

    a.  File a copy of this Order in the separate file for such action;

---

[1] The "Class" consists of all persons and entities, other than Defendants, that purchased or otherwise acquired Tricida, Inc. ("Tricida") securities between September 4, 2019 and October 28, 2020, both dates inclusive.

1                                                                 Case No. 5:21-cv-00076-LHK
[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

b.  Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c.  Make the appropriate entry in the docket for this Action.

Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## LEAD PLAINTIFF APPOINTMENT

The motion of Movant to serve as Lead Plaintiff in the Action is GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), the Tricida Investor Group is appointed as Lead Plaintiff for the Class.

## LEAD COUNSEL

Pursuant to Section 21D(a)(3)(B)(v) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firms of Bragar Eagel & Squire, P.C. and Bernstein Liebhard LLP to serve as Co-Lead Counsel in the Action.  The Court approves Movant's selection of Co-Lead Counsel.

Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

a.  to coordinate the briefing and argument of any and all motions;

b.  to coordinate the conduct of any and all discovery proceedings;

c.  to coordinate the examination of any and all witnesses in depositions;

d.  to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e.  to coordinate all settlement negotiations with counsel for defendants;

f.  to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

g.  to coordinate the preparation and filings of all pleadings; and to supervise all other matters concerning this litigation.

No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

Co-Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

Co-Lead Counsel shall be the contact between the Class and defendants' counsel and shall serve as the spokespersons for the Class.  Co-Lead Counsel shall act as the liaison between the Court and the Class.

**IT IS SO ORDERED.**


Dated: _____, 2021

_____
The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL