Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No. 5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>Date:       July 15, 2021<br>Time:       1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Honorable Lucy H. Koh |

Case No. 5:21-cv-00076-LHK
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Michael Clynes, William R. Henry, Walter T. Morgan (individually and as trustee for the Morgan Family Trust Dated September 10, 2014), Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group" or "Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto collectively as **Exhibit 1** are true and correct copies of the Private Securities Litigation Reform Act of 1995 certifications signed by each member of the Tricida Investor Group attaching their transactions in Tricida, Inc. ("Tricida") securities.

3.      Attached hereto as **Exhibit 2** are true and correct copies of the loss charts detailing Movant's losses as a result of their investments in Tricida.

4.      Attached hereto as **Exhibit 3** is the Joint Declaration of the Tricida Investor Group.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the press release originally published on January 6, 2021, on *PRNewswire* announcing the pendency of the securities lawsuit.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the firm résumé of Bernstein Liebhard LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 8th day of March, 2021.


*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1                                   Case No. 5:21-cv-00076-LHK

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL