# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Michael Clynes, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Tricida, Inc. (NASDAQ: TCDA) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  Jan 26, 2021

_Michael Clynes_
_____
            Michael Clynes

1

**SCHEDULE A**

Class Period Transactions of Michael Clynes in Tricida, Inc. (NASDAQ: TCDA) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 8/17/20 | Purchase | 1,000 | $15.53 |
| 8/17/20 | Purchase | 1,000 | $15.69 |
| 8/17/20 | Purchase | 500 | $15.68 |
| 8/17/20 | Purchase | 500 | $15.67 |
| 8/17/20 | Purchase | 1,000 | $15.66 |
| 8/17/20 | Purchase | 1,000 | $15.71 |
| 8/17/20 | Purchase | 1,000 | $15.70 |
| 8/17/20 | Purchase | 1,000 | $15.67 |
| 8/17/20 | Purchase | 1,000 | $15.66 |
| 8/17/20 | Purchase | 2,000 | $15.61 |
| 8/17/20 | Purchase | 1,000 | $15.55 |
| 8/17/20 | Purchase | 500 | $15.46 |
| 8/17/20 | Purchase | 1,000 | $15.43 |
| 8/17/20 | Purchase | 1,500 | $15.40 |
| 8/17/20 | Purchase | 500 | $14.75 |
| 8/17/20 | Purchase | 500 | $14.75 |
| 8/17/20 | Purchase | 1,000 | $14.70 |
| 8/17/20 | Purchase | 500 | $14.66 |
| 8/17/20 | Purchase | 500 | $14.70 |
| 8/17/20 | Purchase | 500 | $14.66 |
| 8/17/20 | Sale | -1 | $15.15 |
| 8/17/20 | Sale | -332 | $15.10 |
| 8/27/20 | Sale | -500 | $10.22 |
| 8/27/20 | Sale | -100 | $10.26 |
| 8/27/20 | Sale | -367 | $10.24 |
| 8/27/20 | Sale | -200 | $10.25 |
| 8/27/20 | Sale | -500 | $10.26 |
| 8/27/20 | Sale | -500 | $10.30 |
| 8/27/20 | Sale | -500 | $10.30 |
| 8/27/20 | Sale | -500 | $10.32 |
| 8/27/20 | Sale | -500 | $10.33 |
| 8/27/20 | Sale | -500 | $10.43 |
| 8/27/20 | Sale | -500 | $10.44 |
| 8/27/20 | Sale | -500 | $10.45 |

| 9/1/20 | Sale | -500 | $10.96 |
|---|---|---|---|
| 9/1/20 | Sale | -500 | $11.01 |
| 9/14/20 | Sale | -122 | $12.01 |
| 9/14/20 | Sale | -1,878 | $12.00 |
| 9/29/20 | Sale | -500 | $8.71 |
| 9/29/20 | Sale | -500 | $8.70 |
| 9/29/20 | Sale | -500 | $8.72 |
| 9/30/20 | Sale | -1,000 | $8.85 |
| 9/30/20 | Sale | -500 | $8.80 |
| 9/30/20 | Sale | -500 | $8.88 |
| 9/30/20 | Sale | -500 | $8.81 |
| 9/30/20 | Sale | -500 | $8.84 |
| 9/30/20 | Sale | -500 | $8.88 |
| 9/30/20 | Sale | -500 | $8.90 |
| 9/30/20 | Sale | -500 | $8.90 |
| 9/30/20 | Sale | -500 | $8.91 |
| 9/30/20 | Sale | -500 | $8.92 |
| 9/30/20 | Sale | -500 | $8.95 |
| 9/30/20 | Sale | -500 | $9.05 |
| 9/30/20 | Sale | -500 | $9.05 |
| 10/5/20 | Sale | -500 | $9.46 |

3

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned William Henry, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Tricida, Inc. (NASDAQ: TCDA) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jan 22, 2021

_william henry_
_____
William Henry

1

**SCHEDULE A**

Class Period Transactions of William Henry in Tricida, Inc. (NASDAQ: TCDA) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 06/02/2020 | Purchase | 1,000 | $25.53 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

WALTER T. MORGAN ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in TRICIDA, INC. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 8, 2021_____.

DocuSigned by:

*Walter T. Morgan*

A1186EC3B0934B3

WALTER T. MORGAN

## ATTACHMENT A

WALTER T. MORGAN transactions in TRICIDA INC.

| Security | Type | Date | Shares/ Contracts | Price |
|---|---|---|---|---|
| TCDA Feb 21 2020 35.0 Call | Bought | 10/21/19 | 10 | $5.48 |
| TCDA Feb 21 2020 35.0 Call | Bought | 10/23/19 | 10 | $5.49 |
| TCDA Feb 21 2020 35.0 Call | Bought | 10/31/19 | 5 | $5.90 |
| TCDA | Sold | 11/11/19 | 1,000 | $38.50 |
| TCDA | Bought | 12/13/19 | 100 | $39.50 |
| TCDA Feb 21 2020 35.0 Call | Sold | 01/28/20 | 1 | $1.00 |
| TCDA | Bought | 02/07/20 | 2,000 | $35.00 |
| TCDA | Bought | 02/07/20 | 400 | $35.00 |
| TCDA Feb 21 2020 35.0 Call | REMOVAL OF OPTION DUE TO EXERCISE | 02/07/20 | 4 | |
| TCDA Feb 21 2020 35.0 Call | REMOVAL OF OPTION DUE TO EXERCISE | 02/07/20 | 20 | |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The MORGAN FAMILY TRUST DATED SEPTEMBER 10, 2014, ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in TRICIDA, INC. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      The undersigned is authorized to sign this Certification on behalf of Plaintiff.

7.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 8, 2021.

DocuSigned by:

*Walter T. Morgan*

A41B6FC3B9084B3...

WALTER T. MORGAN as trustee for the
MORGAN FAMILY TRUST DATED
SEPTEMBER 10, 2014

## ATTACHMENT A

MORGAN FAMILY TRUST DATED SEPTEMBER 10, 2014 transactions in TRICIDA INC.

| Security | Type | Date | Shares/ Contracts | Price |
|---|---|---|---|---|
| TCDA Dec 20 2019 40.0 Call | Sold | 11/08/19 | 10 | $2.40 |
| TCDA | Bought | 11/11/19 | 1,000 | $39.00 |
| TCDA Dec 20 2019 40.0 Call | REMOVAL OF OPTION DUE TO EXPIRATION | 12/23/19 | 10 | |
| TCDA | Bought | 08/24/20 | 1,000 | $10.20 |
| TCDA | Bought | 08/24/20 | 49 | $11.81 |
| TCDA | Bought | 08/24/20 | 951 | $11.90 |
| TCDA | Sold | 10/19/20 | 1,000 | $9.10 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Peter Knapp, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Tricida, Inc. (NASDAQ: TCDA) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __Feb 18, 2021____

_Peter Knapp (Feb 18, 2021 17:17 EST)_

Peter Knapp

1

## SCHEDULE A

Class Period Transactions of Peter Knapp in Tricida, Inc. (NASDAQ: TCDA) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 2/6/2020 | Purchase | 32 | $37.58 |
| 2/12/2020 | Purchase | 500 | $37.06 |
| 5/19/2020 | Purchase | 212 | $28.22 |
| 5/19/2020 | Purchase | 0.615 | $28.23 |
| 7/6/2020 | Purchase | 21 | $26.80 |
| 7/6/2020 | Purchase | 224 | $26.63 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

EMANUEL MOLINA ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in TRICIDA INC. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 28, 2021_____.

DocuSigned by:

EMANUEL MOLINA

**ATTACHMENT A**

EMANUEL MOLINA transactions in TRICIDA

INC.

| Transaction | Date | No. of Shares | Price |
|---|---|---|---|
| Purchase | 7/16/2020 | 700 | $16.5200 |
| Purchase | 7/16/2020 | 300 | $16.4499 |
| Purchase | 7/16/2020 | 200 | $15.7100 |
| Purchase | 7/16/2020 | 890 | $16.5200 |
| Purchase | 7/20/2020 | 610 | $15.8900 |
| Purchase | 7/23/2020 | 15 | $14.6000 |
| Purchase | 7/23/2020 | 285 | $14.4800 |
| Purchase | 8/3/2020 | 300 | $13.0700 |
| Purchase | 8/24/2020 | 500 | $10.7000 |
| Purchase | 9/22/2020 | 500 | $10.4500 |
| Purchase | 9/22/2020 | 200 | $10.2200 |
| Purchase | 9/22/2020 | 250 | $10.0500 |
| Purchase | 9/22/2020 | 1000 | $10.3900 |
| Purchase | 9/23/2020 | 250 | $10.0000 |
| Purchase | 9/23/2020 | 250 | $9.8500 |
| Purchase | 9/23/2020 | 250 | $9.7500 |
| Purchase | 9/28/2020 | 250 | $8.7600 |
| Purchase | 9/29/2020 | 250 | $8.6000 |
| Purchase | 10/26/2020 | 500 | $8.4000 |
| Sale | 10/28/2020 | 250 | $7.9800 |