# Exhibit 2

**Tricida, Inc.**

| | |
|---|---|
| Company Name | Tricida, Inc. |
| Ticker Symbol | TCDA |
| Security Type | Common Stock |
| Class Period Start | 09/04/2019 |
| Class Period End | 10/28/2020 |
| 90-DAY Lookback Period Start | 10/29/2020 |
| 90-DAY Lookback Period End | 01/26/2021 |
| 90-DAY Lookback Average | $7.1368 |

| **Movant** | **Loss** |
|---|---|
| Michael Clynes | ($96,321.35) |
| William Henry | ($18,393.25) |
| Walter Morgan | ($118,466.24) |
| Peter Knapp | ($25,197.85) |
| Emanuel Molina | ($44,482.50) |
| **Total Loss** | **($302,861.18)** |

| Client Name | Michael Clynes |
|---|---|
| Company Name | Tricida, Inc. |
| Ticker Symbol | TCDA |
| Security Type | Common Stock |
| Class Period Start | 09/04/2019 |
| Class Period End | 10/28/2020 |
| 90-DAY Lookback Period Start | 10/29/2020 |
| 90-DAY Lookback Period End | 01/26/2021 |
| 90-DAY Lookback Average | $7.1368 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($96,321.35) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 8/17/2020 | 1,000 | $15.53 | ($15,530.00) | | | ($15,530.00) |
| 8/17/2020 | 1,000 | $15.69 | ($15,690.00) | | | ($31,220.00) |
| 8/17/2020 | 500 | $15.68 | ($7,840.00) | | | ($39,060.00) |
| 8/17/2020 | 500 | $15.67 | ($7,835.00) | | | ($46,895.00) |
| 8/17/2020 | 1,000 | $15.66 | ($15,660.00) | | | ($62,555.00) |
| 8/17/2020 | 1,000 | $15.71 | ($15,710.00) | | | ($78,265.00) |
| 8/17/2020 | 1,000 | $15.70 | ($15,700.00) | | | ($93,965.00) |
| 8/17/2020 | 1,000 | $15.67 | ($15,670.00) | | | ($109,635.00) |
| 8/17/2020 | 1,000 | $15.66 | ($15,660.00) | | | ($125,295.00) |
| 8/17/2020 | 2,000 | $15.61 | ($31,220.00) | | | ($156,515.00) |
| 8/17/2020 | 1,000 | $15.55 | ($15,550.00) | | | ($172,065.00) |
| 8/17/2020 | 500 | $15.46 | ($7,730.00) | | | ($179,795.00) |
| 8/17/2020 | 1,000 | $15.43 | ($15,430.00) | | | ($195,225.00) |
| 8/17/2020 | 1,500 | $15.40 | ($23,100.00) | | | ($218,325.00) |
| 8/17/2020 | 500 | $14.75 | ($7,375.00) | | | ($225,700.00) |
| 8/17/2020 | 500 | $14.75 | ($7,375.00) | | | ($233,075.00) |
| 8/17/2020 | 1,000 | $14.70 | ($14,700.00) | | | ($247,775.00) |
| 8/17/2020 | 500 | $14.66 | ($7,330.00) | | | ($255,105.00) |
| 8/17/2020 | 500 | $14.70 | ($7,350.00) | | | ($262,455.00) |
| 8/17/2020 | 500 | $14.66 | ($7,330.00) | | | ($269,785.00) |
| 8/17/2020 | -1 | | | $15.15 | $15.15 | ($269,769.85) |
| 8/17/2020 | -332 | | | $15.10 | $5,013.20 | ($264,756.65) |
| 8/27/2020 | -500 | | | $10.22 | $5,110.00 | ($259,646.65) |
| 8/27/2020 | -100 | | | $10.26 | $1,026.00 | ($258,620.65) |
| 8/27/2020 | -367 | | | $10.24 | $3,758.08 | ($254,862.57) |
| 8/27/2020 | -200 | | | $10.25 | $2,050.00 | ($252,812.57) |
| 8/27/2020 | -500 | | | $10.26 | $5,130.00 | ($247,682.57) |
| 8/27/2020 | -500 | | | $10.30 | $5,150.00 | ($242,532.57) |
| 8/27/2020 | -500 | | | $10.30 | $5,150.00 | ($237,382.57) |
| 8/27/2020 | -500 | | | $10.32 | $5,160.00 | ($232,222.57) |
| 8/27/2020 | -500 | | | $10.33 | $5,165.00 | ($227,057.57) |
| 8/27/2020 | -500 | | | $10.43 | $5,215.00 | ($221,842.57) |
| 8/27/2020 | -500 | | | $10.44 | $5,220.00 | ($216,622.57) |
| 8/27/2020 | -500 | | | $10.45 | $5,225.00 | ($211,397.57) |
| 9/1/2020 | -500 | | | $10.96 | $5,480.00 | ($205,917.57) |
| 9/1/2020 | -500 | | | $11.01 | $5,505.00 | ($200,412.57) |
| 9/14/2020 | -122 | | | $12.01 | $1,465.22 | ($198,947.35) |
| 9/14/2020 | -1,878 | | | $12.00 | $22,536.00 | ($176,411.35) |
| 9/29/2020 | -500 | | | $8.71 | $4,355.00 | ($172,056.35) |
| 9/29/2020 | -500 | | | $8.70 | $4,350.00 | ($167,706.35) |
| 9/29/2020 | -500 | | | $8.72 | $4,360.00 | ($163,346.35) |
| 9/30/2020 | -1,000 | | | $8.85 | $8,850.00 | ($154,496.35) |
| 9/30/2020 | -500 | | | $8.80 | $4,400.00 | ($150,096.35) |
| 9/30/2020 | -500 | | | $8.88 | $4,440.00 | ($145,656.35) |
| 9/30/2020 | -500 | | | $8.81 | $4,405.00 | ($141,251.35) |
| 9/30/2020 | -500 | | | $8.84 | $4,420.00 | ($136,831.35) |
| 9/30/2020 | -500 | | | $8.88 | $4,440.00 | ($132,391.35) |
| 9/30/2020 | -500 | | | $8.90 | $4,450.00 | ($127,941.35) |
| 9/30/2020 | -500 | | | $8.90 | $4,450.00 | ($123,491.35) |
| 9/30/2020 | -500 | | | $8.91 | $4,455.00 | ($119,036.35) |
| 9/30/2020 | -500 | | | $8.92 | $4,460.00 | ($114,576.35) |
| 9/30/2020 | -500 | | | $8.95 | $4,475.00 | ($110,101.35) |
| 9/30/2020 | -500 | | | $9.05 | $4,525.00 | ($105,576.35) |
| 9/30/2020 | -500 | | | $9.05 | $4,525.00 | ($101,051.35) |
| 10/5/2020 | -500 | | | $9.46 | $4,730.00 | ($96,321.35) |
| | | | | | **Subtotal** | ($96,321.35) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($96,321.35) |

| Client Name | William R. Henry |
|---|---|
| Company Name | Tricida, Inc. |
| Ticker Symbol | TCDA |
| Security Type | Common Stock |
| Class Period Start | 09/04/2019 |
| Class Period End | 10/28/2020 |
| 90-DAY Lookback Period Start | 10/29/2020 |
| 90-DAY Lookback Period End | 01/26/2021 |
| 90-DAY Lookback Average | $7.1368 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($18,393.25) |
| Net Shares Retained | 1,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 6/2/2020 | 1,000 | $25.53 | ($25,530.00) | | | ($25,530.00) |
| | | | | | Subtotal | ($25,530.00) |
| | | | | | Retained Share Value | $7,136.75 |
| | | | | | Total | ($18,393.25) |

**Tricida, Inc. (TCDA)**

Class Period:  09/04/2019 - 10/28/2020

TCDA Hold Price:    $7.1368

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | VALUE (1) | LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Morgan - Account 9417 Common | pre-class | **1,000** | | | 11/11/19 | **1,000** | 38.5000 | | | | |
| | 12/13/19 | 100 | 39.5000 | 3,950.00 | 01/07/21 | 2,400 | 7.4500 | 17,880.00 | (2,300) | (16,414.53) | (2,484.53) |
| | 02/07/20 | 2,000 | 35.0000 | 70,000.00 | 01/07/21 | 100 | 7.4600 | 746.00 | 1,900 | 13,559.83 | (55,694.18) |
| | 02/07/20 | 400 | 35.0000 | 14,000.00 | | | | 0.00 | 400 | 2,854.70 | (11,145.30) |
| **Morgan - Account 9417 Common Totals** | | **2,500** | | **$87,950.00** | | **2,500** | | **$18,626.00** | **-** | | **($69,324.00)** |
| Morgan - Account 9417 TCDA Feb 21 2020 35.0 Call | 10/21/19 | 10 | 5.4800 | 5,480.00 | 01/28/20 | 1 | 1.0000 | 100.00 | | | |
| | 10/31/19 | 5 | 5.9000 | 2,950.00 | 02/07/20 | 4 | | | | | |
| | 10/23/19 | 10 | 5.4900 | 5,490.00 | Exercise | 20 | | | | | |
| **Morgan - Account 9417 TCDA Feb 21 2020 35.0 Call Totals** | | **25** | | **$13,920.00** | | **25** | | **$100.00** | **-** | | **($13,820.00)** |
| Morgan - Account 5005 TCDA Dec 20 2019 40.0 Call | 12/23/19 Removal | 10 | | | 11/08/19 | 10 | 2.4000 | 2,400.00 | | | |
| **Morgan - Account 5005 TCDA Dec 20 2019 40.0 Call  Totals** | | **10** | | **$0.00** | | **10** | | **$2,400.00** | **-** | | **$2,400.00** |
| Morgan - Account 5005 Common | 11/11/19 | 1,000 | 39.0000 | 39,000.00 | 10/19/20 | 1,000 | 9.1000 | 9,100.00 | 0 | 0.00 | (29,900.00) |
| | 08/24/20 | 1,000 | 10.2000 | 10,200.00 | | | | 0.00 | 1,000 | 7,136.75 | (3,063.25) |
| | 08/24/20 | 49 | 11.8130 | 578.84 | | | | 0.00 | 49 | 349.70 | (229.14) |
| | 08/24/20 | 951 | 11.9000 | 11,316.90 | | | | 0.00 | 951 | 6,787.05 | (4,529.85) |
| **Morgan - Account 5005 Common Totals** | | **3,000** | | **$61,095.74** | | **1,000** | | **$9,100.00** | **2,000** | | **($37,722.24)** |
| **MORGAN Total Loss** | | | | | | | | | | | **($118,466.24)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale
(1) Common Stock held as of the date of this filing are valued using the average price of $7.1368 per share.

| Client Name | Peter Knapp |
|---|---|
| Company Name | Tricida, Inc. |
| Ticker Symbol | TCDA |
| Security Type | Common Stock |
| Class Period Start | 09/04/2019 |
| Class Period End | 10/28/2020 |
| 90-DAY Lookback Period Start | 10/29/2020 |
| 90-DAY Lookback Period End | 01/26/2021 |
| 90-DAY Lookback Average | $7.1368 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($25,197.85) |
| Net Shares Retained | 989.615 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/6/2020 | 32 | $37.58 | ($1,202.56) | | | ($1,202.56) |
| 2/12/2020 | 500 | $37.06 | ($18,530.00) | | | ($19,732.56) |
| 5/19/2020 | 212 | $28.22 | ($5,982.64) | | | ($25,715.20) |
| 5/19/2020 | 0.615 | $28.23 | ($17.36) | | | ($25,732.56) |
| 7/6/2020 | 21 | $26.80 | ($562.80) | | | ($26,295.36) |
| 7/6/2020 | 224 | $26.63 | ($5,965.12) | | | ($32,260.48) |
| | | | | | **Subtotal** | ($32,260.48) |
| | | | | | **Retained Share Value** | $7,062.63 |
| | | | | | **Total** | ($25,197.85) |

| Client Name | Emanuel Molina |
|---|---|
| Company Name | Tricida, Inc. |
| Ticker Symbol | TCDA |
| Security Type | Common Stock |
| Class Period Start | 09/04/2019 |
| Class Period End | 10/28/2020 |
| 90-DAY Lookback Period Start | 10/29/2020 |
| 90-DAY Lookback Period End | 01/26/2021 |
| 90-DAY Lookback Average | $7.1368 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($44,482.50) |
| Net Shares Retained | 7,150.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 7/16/2020 | 700 | $16.52 | ($11,564.00) | | | ($11,564.00) |
| 7/16/2020 | 300 | $16.45 | ($4,935.00) | | | ($16,499.00) |
| 7/16/2020 | 200 | $15.71 | ($3,142.00) | | | ($19,641.00) |
| 7/16/2020 | 890 | $16.52 | ($14,702.80) | | | ($34,343.80) |
| 7/20/2020 | 610 | $15.89 | ($9,692.90) | | | ($44,036.70) |
| 7/23/2020 | 15 | $14.60 | ($219.00) | | | ($44,255.70) |
| 7/23/2020 | 285 | $14.48 | ($4,126.80) | | | ($48,382.50) |
| 8/3/2020 | 300 | $13.07 | ($3,921.00) | | | ($52,303.50) |
| 8/24/2020 | 500 | $10.70 | ($5,350.00) | | | ($57,653.50) |
| 9/22/2020 | 500 | $10.45 | ($5,225.00) | | | ($62,878.50) |
| 9/22/2020 | 200 | $10.22 | ($2,044.00) | | | ($64,922.50) |
| 9/22/2020 | 250 | $10.05 | ($2,512.50) | | | ($67,435.00) |
| 9/22/2020 | 1,000 | $10.39 | ($10,390.00) | | | ($77,825.00) |
| 9/23/2020 | 250 | $10.00 | ($2,500.00) | | | ($80,325.00) |
| 9/23/2020 | 250 | $9.85 | ($2,462.50) | | | ($82,787.50) |
| 9/23/2020 | 250 | $9.75 | ($2,437.50) | | | ($85,225.00) |
| 9/28/2020 | 250 | $8.76 | ($2,190.00) | | | ($87,415.00) |
| 9/29/2020 | 250 | $8.60 | ($2,150.00) | | | ($89,565.00) |
| 10/26/2020 | 500 | $8.40 | ($4,200.00) | | | ($93,765.00) |
| 10/28/2020 | -250 | | | $7.98 | $1,995.00 | ($91,770.00) |
| 10/29/2020 | -750 | | | $4.37 | $3,277.50 | ($88,492.50) |
| 10/29/2020 | -500 | | | $4.37 | $2,185.00 | ($86,307.50) |
| 10/29/2020 | -500 | | | $4.37 | $2,185.00 | ($84,122.50) |
| 11/16/2020 | -1,000 | | | $6.44 | $6,440.00 | ($77,682.50) |
| 11/24/2020 | -500 | | | $7.33 | $3,665.00 | ($74,017.50) |
| 1/8/2021 | -1,500 | | | $7.79 | $11,685.00 | ($62,332.50) |
| 1/22/2021 | -2,500 | | | $7.14 | $17,850.00 | ($44,482.50) |
| | | | | | **Subtotal** | ($44,482.50) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($44,482.50) |