# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF THE MOTION
OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Michael Clynes, William R. Henry, Walter T. Morgan, the Morgan Family Trust Dated September 10, 2014, Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group") respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2. We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3. I, Michael Clynes, as reflected in my Certification, purchased Tricida securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action (defined below). I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in  St.  Louis, Missouri. I am employed as a Principle Project Management Specialist. I have been investing for over thirty years. I decided to seek appointment as lead plaintiff with William R. Henry, Walter T. Morgan, Peter Knapp, and Emanuel Molina after learning of their motivation to

---

[1] The "Class" consists of all persons and entities other than Defendants that purchased or otherwise acquired Tricida, Inc. ("Tricida" or the "Company") securities between September 4, 2019 and October 28, 2020, both dates inclusive (the "Class Period").

recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.    I, William R. Henry, as reflected in my Certification, purchased Tricida securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Venetia, Pennsylvania, and I am employed as the Chief Financial Officer of a health care company. I have approximately twenty-five years of investing experience. I decided to seek appointment as lead plaintiff with Michael Clynes, Walter T. Morgan, Peter Knapp, and Emanuel Molina after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.    I, Walter T. Morgan, as reflected in my Certification, and in the Certification of the Morgan Family Trust Dated September 10, 2014, purchased Tricida securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Virginia. I have more than fifty five years of investing experience. I decided to seek appointment as lead plaintiff with Michael Clynes, William R. Henry, Peter Knapp, and Emanuel Molina after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.    I, Peter Knapp, as reflected in my Certification, purchased Tricida securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and

the benefit of all members of the Class. I currently reside in Watertown, Massachusetts and I am employed as a Public School Teacher. I have approximately seventeen years of investment experience. I decided to seek appointment as lead plaintiff with Michael Clynes, William R. Henry, Walter T. Morgan, and Emanuel Molina after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class

7.      I, Emanuel Molina, as reflected in my Certification, purchased Tricida securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Massachusetts. I have a bachelor's degree in Computer Science. I have been investing for approximately fourteen years.  I decided to seek appointment as lead plaintiff with Michael Clynes, William R. Henry, Walter T. Morgan, and Peter Knapp after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

8.      We, Michael Clynes, William R. Henry, Walter T. Morgan, the Morgan Family Trust Dated September 12, 2014 Peter Knapp, and Emanuel Molina believe that the allegations against Tricida are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery.

9.      On January 6, 2021, Michael Pardi filed a putative class action in this District, Case No. 5:21-cv-00076 (the "Action"), on behalf of all purchasers of Tricida  securities during

3

the Class Period. The Action seeks relief against Tricida and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

10.     We are like-minded investors who contacted and retained Bragar Eagel & Squire, P.C. ("BES") and Bernstein Liebhard LLP ("Bernstein Liebhard") to represent us in the Action as Co-Lead Counsel. After discussing the allegations against Tricida, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class. Although we were ready, willing, and able to move for appointment as Lead Plaintiff independently, we were also interested in collaborating with other Tricida investors who suffered large losses in pursuing the claims alleged in the Action.

11.     Prior to the filing of the Motion, we communicated with one another and with BES and Bernstein Liebhard. We addressed, among other things: (i) the facts and the merits of the claims alleged in the Action; (ii) mechanisms to efficiently and effectively oversee counsel and manage the Action; (iii) the losses we each suffered as a result of the alleged fraud; (iv) our different backgrounds; and (v) our commitment to and interest in serving as Lead Plaintiffs. Based on our communications with one another we determined to move jointly as Lead Plaintiffs.

12.     We believe that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead plaintiff. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We each decided to work together in order to collaborate and exercise joint decision-making as a small group of investors. We agree to work

collaboratively to represent all Tricida shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

13.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Co-Lead Counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

14.     If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

15.     Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to abide by a majority vote.

16.     We select BES and Bernstein Liebhard to serve as Co-Lead Counsel on behalf of the Class and believe BES and Bernstein Liebhard have the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Co-Lead

5

Counsel, BES and Bernstein Liebhard. We are well aware that BES and Bernstein Liebhard are accomplished law firms with histories of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firms' prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES and Bernstein Liebhard will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

17. It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, BES and Bernstein Liebhard, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct BES and Bernstein Liebhard to prosecute the Action in such a way to achieve a fair result for all members of the Class.

18. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

19. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Co-Lead Counsel and oversee the prosecution of the Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves.

Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Action.

20.    We, the Tricida Investor Group, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Michael Clynes, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 6 __ day of March, 2021.

*Michael Clynes*
_____
Michael Clynes

I, William R. Henry, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of March, 2021.

_william henry_
_____
William R. Henry

I, Walter T. Morgan on behalf of myself and the Morgan Family Trust Dated September 10, 2014, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

March 8, 2021

Executed this ___ day of March, 2021.

DocuSigned by:

*Walter T. Morgan*

A11B6FC3B0934B3...

Walter T. Morgan

I, Peter Knapp, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __7__ day of March, 2021

Peter Knapp (Mar 7, 2021 06:23 EST)

Peter Knapp

I, Emanuel Molina, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that

the foregoing is true and correct.

March 8, 2021

Executed this ___ day of March, 2021.

DocuSigned by:

Emanuel Molina