Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER, <br><br> Defendants. | Case No. 5:21-cv-00076-LHK <br><br> CLASS ACTION <br><br> **DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL** <br><br> Date:       July 15, 2021 <br> Time:      1:30 p.m. <br> Courtroom: 8, 4th Floor <br> Judge:    Honorable Lucy H. Koh |

Case No. 5:21-cv-00076-LHK
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1.     I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Michael Clynes, William R. Henry, Walter T. Morgan (individually and as trustee for the Morgan Family Trust Dated September 10, 2014), Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group" or "Movant"), and a member in good standing of the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel in the above-captioned action. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Michael Clynes in Support of the Tricida Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 10th day of March, 2021.


*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

# Exhibit 1

Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER, <br><br> Defendants. | Case No. 5:21-cv-00076-LHK <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MICHAEL CLYNES IN SUPPORT OF THE TRICIDA INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL** <br><br> Date:        July 15, 2021 <br> Time:        1:30 p.m. <br> Courtroom:  8, 4th Floor <br> Judge:      Honorable Lucy H. Koh |

I, Michael Clynes, hereby declare as follows:

1. I submit this declaration in support of the Tricida Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel filed on behalf of Michael Clynes, William R. Henry, Walter T. Morgan (individually and as trustee for the Morgan Family Trust Dated September 10, 2014), Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group").

2. I purchased Tricida, Inc. ("Tricida") stock during the class period and suffered significant losses of $96,321.35 in connection with my purchases of those securities.

3. In September 2020, I learned that Bragar Eagel & Squire, P.C. ("BES") was investigating potential securities fraud claims against certain members of Tricida's management.

4. On September 25, 2020, I contacted BES via email to consult them about the investigation. That same day, I spoke with an employee of BES about submitting my trade history.

5. On September 28, 2020, after communications regarding the investigation and confirming my personal trade history, I signed a client retainer with BES.

6. On January 26, 2021, I signed a certification detailing my transactions in Tricida securities.

7. As stated in the Joint Declaration, prior to the filing of the Lead Plaintiff motion, I and the Tricida Investor Group members communicated with one another and with BES and Bernstein Liebhard.

8. On March 8, 2021, the day of the Tricida lead plaintiff deadline, I mistakenly executed a retainer for the Rosen Law Firm, P.A. ("Rosen"), enabling Rosen to file a motion for lead plaintiff on my behalf. Due to numerous emails with my counsel in the days leading up to the lead plaintiff deadline, I mistakenly executed a certification with Rosen thinking that I was communicating with my own counsel, BES. In fact, I initially responded to Rosen's request by stating that I had already provided the requested documentation and signatures to an employee of BES. Signing the certification with Rosen was done in error and as a result, I have requested that Rosen withdraw me as its client and withdraw the lead plaintiff motion that Rosen filed on my behalf in this action. I would also like to take this opportunity to apologize to the Court for any inconvenience caused by my inadvertent error.

9.      I am committed to retaining BES and Bernstein Liebhard LLP ("Bernstein Liebhard") as Co-Lead Counsel in this matter and am committed to pursuing this case as a lead plaintiff and member of the Tricida Investor Group.

10.      Prior to the filing of the Lead Plaintiff motions on March 8, 2021, I understood that:

a.      I, along with William R. Henry, Walter T. Morgan, Peter Knapp, and Emanuel Molina, would be entrusted with the prosecution of this action on behalf of not only myself, but on behalf of the class members whose interests are at stake;

b.      The Lead Plaintiff is to take an active role in the prosecution of the case, including supervising the conduct of counsel to ensure that the progress of the case is handled in an efficient manner, and monitoring the status and progress of this action; and

c.      The Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and the prospects for the resolution of this matter, with the assistance of counsel.

d.      It is my responsibility to direct counsel with respect to this litigation after receiving the benefit of counsel's advice.

11.      I believe BES and Bernstein Liebhard to be highly experienced, capable counsel in prosecuting securities class action lawsuits such as this. Accordingly, I request the Court appoint BES and Bernstein Liebhard as Co-Lead Counsel to represent my interests, as well as those of the putative Class.

I, Michael Clynes, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 9th day of March, 2021.

*Michael Clynes*

Michael Clynes

DECLARATION OF MICHAEL CLYNES IN SUPPORT OF THE TRICIDA INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL