JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Geneva Acholonu*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No.  5:21-cv-00076-LHK<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Courtroom.:  8 (4th Floor)<br>Judge:  Honorable Lucy H. Koh |

On March 8, 2021, pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA), Geneva Acholonu ("Acholonu"), filed a motion for appointment as lead plaintiff and approval of lead counsel.  ECF. No. 27.  Five similar motions were filed by other putative Class members.  ECF Nos. 11, 16, 23, 31-32.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Acholonu has not asserted the "largest financial interest."

However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Acholonu remains willing and able to serve as lead plaintiff or as a named Class representative.

By this Notice, Acholonu does not waive, compromise, or relinquish her right to participate in this litigation or receive her share of any recovery to the Class.

DATED:  March 22, 2021                    Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

THOMAS L. LAUGHLIN, IV
RHIANA L. SWARTZ
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212/233-6444
212/233-6334 (fax)
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Attorneys for Lead Plaintiff Movant Geneva Acholonu*

BRIAN J. SCHALL
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA 90067-1604
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant
Geneva Acholonu*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on March 22, 2021, at San Diego, California.

*/s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:21-cv-00076-LHK