Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant and*
*Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No. 5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN FURTHER SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS**<br><br>Date:         July 15, 2021<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

00614375;V1

Case No. 5:21-cv-00076-LHK

DECLARATION OF MELISSA A. FORTUNATO IN FURTHER SUPPORT OF MOTION OF
THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND IN OPPOSITION TO ALL
COMPETING MOTIONS

I, Melissa A. Fortunato, hereby declare as follows:

1.    I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Michael Clynes, William R. Henry, Benjamin McClure, Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group" or "Movant"), and a member in good standing of the bar of the State of California.  I respectfully submit this declaration in Further Support of the Tricida Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel and in Opposition to all Competing Motions.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto collectively as **Exhibit A** is a true and correct copy of the loss chart detailing the losses of the competing movants for appointment as lead plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 22nd day of March, 2021.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN FURTHER SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS