| Movant | Total Shares Purchased/ Contracts Removed | Total Shares Sold/ Contracts Exercised | Net Shares/ Contracts Purchased | Net Expenditures | Loss |
|---|---|---|---|---|---|
| Walter T. Morgan | 5,535 | 2,035 | 3,500 | ($112,865.74) | $118,466.24 |
| Michael Clynes | 17,500 | 17,500 | 0 | ($96,321.35) | $96,321.35 |
| Emanuel Molina | 7,500 | 250 | 7,250 | ($91,769.97) | $44,482.50 |
| Peter Knapp | 989.62 | 0 | 989.62 | ($32,260.48) | $25,197.85 |
| William R. Henry | 1,000 | 0 | 1,000 | ($25,530.00) | $18,393.25 |
| **Tricida Investor Group** | **32,525** | **19,785** | **12,740** | **($358,747.54)** | **$302,861.19** |
| **Donna Situ** | **10,000** | **10,000** | **0** | **($121,596.00)** | **$121,596.00** |
| **Geneva Acholonu** | **3,000** | **0** | **3,000** | **($46,230.60)** | **$23,345.64** |
| **Nancy Catherine Wang** | **1,000** | **0** | **1,000** | **($28,300.00)** | **$21,164.67** |
| **Jeffrey M. Fiore** | **173** | **0** | **173** | **($3,454.14)** | **$2,218.92** |