Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No. 5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>Date:         July 15, 2021<br>Time:        1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

00614375;V1

Case No. 5:21-cv-00076-LHK

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Michael Clynes, William R. Henry, Benjamin McClure, Peter Knapp, and Emanuel Molina (collectively, the "Tricida Investor Group" or "Movant"), and a member in good standing of the bar of the State of California.   I respectfully submit this declaration in Support of the Reply Memorandum of Law in Further Support of the Tricida Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On March 10, 2021, Clynes contacted BES to obtain a short and finite list of team members he should expect to communicate with regarding the Tricida Class Action which he was provided with that day to avoid any future error in communication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 29th day of March, 2021.


                                    */s/ Melissa A. Fortunato*
                                    Melissa A. Fortunato

00614375;V1                            1                    Case No. 5:21-cv-00076-LHK
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF THE TRICIDA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL