POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff Michael Pardi*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>          v.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>Defendants. | Case No.: 5:21-cv-00076-LHK<br><br>JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT (DKT. NO. 50) AND [PROPOSED] ORDER<br><br><u>CLASS ACTION</u> |

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - 5:21-cv-00076-LHK

Plaintiff Michael Pardi and Defendants Tricida, Inc., Gerrit Klaerner, and Geoffrey M. Parker (collectively, the "Parties") hereby jointly respond to the Court's Order to File Joint Case Management Statement entered on April 1, 2021 (Dkt. No. 50).  For the reasons set forth below, the Parties respectfully submit that the filing of a Joint Case Management Statement is premature at this stage of the litigation and request that the Case Management Conference currently scheduled for April 7, 2021 be adjourned.

The above-captioned action (the "Action") is a putative class action alleging violations of the federal securities laws on behalf of a putative class consisting of investors in the securities of Tricida, Inc. (the "Class").  As such, the Action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which includes a process for the appointment of a Lead Plaintiff and Lead Counsel for the Class.  Specifically, any member of the Class was entitled to seek appointment by the Court as Lead Plaintiff in the Class Action within 60 days of the publication of the statutorily required notice of pendency of the Class Action— here, March 8, 2021.  On the statutory motion deadline, six competing lead plaintiff motions were filed by various class members, and three such motions remain pending before the Court (the "Lead Plaintiff Motions").  *See* Dkt. Nos. 11, 31-32.  Hearing of the Lead Plaintiff Motions is currently scheduled for July 15, 2021.  Mr. Pardi is not among the Class members seeking appointment as Lead Plaintiff in the Action, and the Parties thus anticipate that the Court will ultimately appoint a Class member other than Mr. Pardi as Lead Plaintiff.  Accordingly, it is unlikely that Mr. Pardi will ultimately be the party responsible for the prosecution of this Action.  The parties also anticipate that the Court-appointed Lead Plaintiff will file an amended complaint that will supersede the existing putative class action complaint ("Complaint") and any later-filed Complaint(s).

In addition, the PSLRA imposes a mandatory stay of discovery pending resolution of a motion to dismiss the claims in the Action.  *See* 15 U.S.C. § 78u-4(b)(3)(B).  Accordingly, the

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - 5:21-cv-00076-LHK

Parties respectfully submit that discovery is effectively a non-issue until a significantly later stage in the litigation.

For the foregoing reasons, the Parties respectfully submit that the submission of a Joint Case Management Statement is premature at this stage of the Action.

Accordingly, the Parties respectfully request that they be relieved of the obligation to prepare a Joint Case Management Statement at this time and that the Case Management Conference currently scheduled for April 7, 2021 be adjourned until such time following the filing of Defendants' response to the amended complaint designated by the court-appointed Lead Plaintiff, on a date to be selected by the Court.

Dated:  April 2, 2021                    Respectfully submitted,


                                         POMERANTZ LLP

                                         */s/ Jennifer Pafiti*
                                         Jennifer Pafiti (SBN 282790)
                                         1100 Glendon Avenue, 15th Floor
                                         Los Angeles, California 90024
                                         Telephone: (310) 405-7190
                                         jpafiti@pomlaw.com

                                         POMERANTZ LLP
                                         Jeremy A. Lieberman
                                         J. Alexander Hood II
                                         600 Third Avenue, 20th Floor
                                         New York, NY 10016
                                         Telephone: (212) 661-1100
                                         Facsimile: (212) 661-8665
                                         jalieberman@pomlaw.com
                                         ahood@pomlaw.com

                                         POMERANTZ LLP
                                         Patrick V. Dahlstrom
                                         (*pro hac vice* application forthcoming)
                                         Ten South LaSalle Street, Suite 3505
                                         Chicago, Illinois 60603
                                         Telephone: (312) 377-1181
                                         Facsimile: (312) 377-1184
                                         pdahlstrom@pomlaw.com

                                         *Counsel for Plaintiff Michael Pardi*

2

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER -
5:21-cv-00076-LHK

SIDLEY AUSTIN LLP

*/s/ Sara B. Brody*
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1279
Facsimile: +1 415 772 7400

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7106
Facsimile: +1 650 565 7100

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: +1 415 439 1799
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*Tricida, Inc., Gerrit Klaerner, and*
*Geoffrey M. Parker*

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER -
5:21-cv-00076-LHK

## [PROPOSED] ORDER

Having considered the parties' Joint Response to Order to File Joint Case Management Statement, and good cause appearing, the Court hereby ORDERS that:

1.      The Parties are relieved of the obligation to prepare a Joint Case Management Statement;

2.      The Case Management Conference currently scheduled for April 7, 2021 is adjourned until such time following the filing of Defendants' response to the amended complaint designated by the court-appointed Lead Plaintiff, on a date to be selected by the Court.

**IT IS SO ORDERED.**

Dated: _____, 2021                    _____

Honorable Lucy H. Koh
United States District Judge

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER -
5:21-cv-00076-LHK

PROOF OF SERVICE

I hereby certify that on April 2, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

JOINT RESPONSE TO ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER -
5:21-cv-00076-LHK