Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1279
Facsimile: +1 415 772 7400

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: +1 650 565 7106
Facsimile: +1 650 565 7100

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: +1 415 439 1799
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*Tricida, Inc., Gerrit Klaerner, and*
*Geoffrey M. Parker*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRICIDA, INC., GERRIT KLAERNER, and GEOFFREY M. PARKER,<br><br>    Defendant. | Case No.  5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>Assigned to: Hon. Lucy H. Koh |

Defendants Tricida, Inc., Gerrit Klaerner, and Geoffrey M. Parker (collectively, "Defendants"), and plaintiff Michael Pardi, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on January 6, 2021, Plaintiff filed a putative class action complaint (the "Complaint") against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 promulgated thereunder;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which, *inter alia*, requires the Court to appoint a lead plaintiff who will oversee the litigation and to approve the lead plaintiff's selection of lead counsel;

WHEREAS, on March 8, 2021, movants Jeffrey M. Fiore, Nancy Catherine Wang, Michael Clynes, Geneva Acholonu, Donna Situ, and The Tricida Investor Group filed motions for appointment of lead plaintiff and lead counsel;

WHEREAS, on March 10, 2021, movant Michael Clynes withdrew his individual motion for appointment of lead plaintiff and lead counsel;

WHEREAS, on March 22, 2021, movant Geneva Acholonu filed a non-opposition to competing motions for appointment of lead plaintiff and lead counsel;

WHEREAS, on March 22, 2021, movants Jeffrey M. Fiore, Donna Situ, and The Tricida Investor Group filed motions in further support of appointment of lead plaintiff and lead counsel and in opposition to competing motions;

WHEREAS, on March 29, 2021, movants Jeffrey M. Fiore, Donna Situ, and The Tricida Investor Group filed reply motions in further support of appointment of lead plaintiff and lead counsel and in opposition to competing motions;

WHEREAS, a hearing on the motions for appointment of lead plaintiff and lead counsel is scheduled on July 15, 2021 (Dkt. 40), which is after the current due date for Defendants' response to the Complaint (May 3, 2021);

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will file an amended

1

complaint that will supersede the existing Complaint and any later-filed complaint(s); and

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties prior to the appointment of a lead plaintiff and lead counsel and the filing of the anticipated amended complaint, the parties have agreed to an extension of time for Defendants to respond to the current Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order as follows:

1.      Defendants shall not be required to respond to the Complaint until after the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and after the filing by such lead plaintiff of an amended complaint or the designation of an operative complaint. Pursuant to Local Rule 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2.      Within fourteen (14) days following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of an amended complaint or designation of an operative complaint and the filing of Defendants' response thereto.

Date:  April 2, 2021

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Sara B. Brody*
    Sara B. Brody (SBN 130222)
    Matthew J. Dolan (SBN 291150)
    Robin E. Wechkin (admitted *pro hac vice*)
    Sarah A. Hemmendinger (SBN 298659)

    *Attorneys for Defendants*
    *Tricida, Inc., Gerrit Klaerner, and*
    *Geoffrey M. Parker*

By: */s/ Jennifer Pafiti*

Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ April 2 , 2021    _Lucy H. Koh_____

Honorable Lucy H. Koh
United States District Judge