Jeffrey C. Block (*pro hac vice* pending)
Jacob A. Walker (SBN 271217)
Michael Gaines (*pro hac vice* pending)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jake@blockleviton.com

Whitney Street (SBN 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852 phone
whitney@blockleviton.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC., GERRIT KLAERNER, AND GEOFFREY M. PARKER, <br><br> Defendants. | Case No. 5:21-cv-00076-LHK <br><br> CLASS ACTION <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** <br><br> Assigned to:   Hon. Lucy H. Koh |

Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff" or "Plaintiff") and Defendants Tricida, Inc., Gerrit Klaerner, and Geoffrey M. Parker (collectively "Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on April 2, 2021, the Court entered an order granting the parties' stipulation regarding Defendants' Time to Respond to the Complaint (ECF No. 63);

WHEREAS, that Order required the court-appointed lead plaintiff to confer with Defendants and "submit a schedule for the filing of an amended complaint or designation of an operative complaint and the filing of Defendants' response thereto"; and

WHEREAS, on April 2, 2021, the Court appointed Jeffrey M. Fiore as Lead Plaintiff and Block & Leviton LLP as Lead Counsel (ECF No. 65); and

WHEREAS, Lead Plaintiff and Defendants have now conferred and agreed upon a schedule;

NOW, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested among the parties, through their undersigned counsel, that the Court order:

1. Plaintiff shall file an Amended Complaint within 45 days of the entry of this Stipulation by the Court;

2. Defendants shall answer or otherwise respond to the Amended Complaint 45 days after it is filed;

3. Should Defendants move to dismiss the Amended Complaint, Plaintiff's opposition shall be due 30 days after the filing of Defendants' motion; and

4. Defendants' reply, if applicable, shall be filed 30 days following Plaintiff's opposition.

STIPULATED REQUEST AND
[PROPOSED] ORDER REGARDING CASE SCHEDULE

April 16, 2021                          Respectfully submitted,

                                        **BLOCK & LEVITON LLP**

                                        /s/ Jacob A. Walker
                                        Jacob A. Walker (SBN 271217)
                                        Whitney E. Street (SBN  )

                                        *Attorneys for Lead Plaintiff*

                                        **SIDLEY AUSTIN LLP**

                                        /s/ Sara B. Brody
                                        Sara B. Brody (SBN 130222)
                                        Matthew J. Dolan (SBN 291150)
                                        Sarah A. Hemmendinger (SBN 298659)
                                        555 California Street, Suite 2000
                                        San Francisco, CA 94104
                                        (415) 772-1279 phone
                                        (415) 772-7400 fax
                                        sbrody@sidley.com
                                        mdolan@sidley.com
                                        shemmendinger@sidley.com

                                        *Attorneys for Defendants*

**Pursuant to stipulation, it is SO ORDERED.**

Dated:   April 16, 2021                 _Lucy H. Koh_____
                                        Hon. Lucy H. Koh
                                        United States District Judge

STIPULATED REQUEST AND
[PROPOSED] ORDER REGARDING CASE SCHEDULE