Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendants*
*Tricida, Inc. and Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.  5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**DECLARATION OF SARAH HEMMENDINGER IN SUPPORT OF DEFENDANTS TRICIDA, INC. AND GERRIT KLAERNER'S MOTION TO DISMISS**<br><br>Assigned to: Hon. Lucy H. Koh<br><br>Date:  December 9, 2021<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor |

## <u>DECLARATION OF SARAH HEMMENDINGER</u>

I, Sarah Hemmendinger, declare as follows:

I am an attorney licensed to practice in the State of California and an associate with the firm of Sidley Austin LLP, which represents Defendants Tricida, Inc. and Gerrit Klaerner in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Motion to Dismiss.

Attached as exhibits to this declaration are true and correct copies of the following 23 documents.

**Exhibit 1:** Excerpts of Tricida's Rule 424(b)(4) Prospectus filed with the SEC June 29, 2018.

**Exhibit 2:** Excerpts of Tricida's Form 10-K filed with the SEC on March 29, 2019 for the fiscal year ended December 31, 2018.

**Exhibit 3**: Tricida's Form 8-K filed with the SEC on November 14, 2019.

**Exhibit 4:** Tricida's Form 8-K filed with the SEC on February 27, 2020.

**Exhibit 5:** Excerpts of Tricida's Form 10-K filed with the SEC on March 2, 2020 for the fiscal year ended December 31, 2019.

**Exhibit 6:** [Reserved]

**Exhibit 7:** Excerpts of Tricida's Q2 2020 Form 10-Q, filed with the SEC on August 6, 2020 for the quarterly period ended June 30, 2020.

**Exhibit 8:** Excerpts of Tricida's Q3 2020 Form 10-Q, filed with the SEC on November 9, 2020 for the quarterly period ended September 30, 2020.

**Exhibit 9:** Excerpts of Tricida's Q1 2021 Form 10-Q, filed with the SEC on May 7, 2021 for the quarterly period ended March 31, 2021.

**Exhibit 10:** Excerpts of Tricida's Schedule 14A Proxy Statement filed with the SEC on April 18, 2019.

**Exhibit 11:** Excerpts of Tricida's Schedule 14A Proxy Statement filed with the SEC on April 29, 2020.

**Exhibit 12:** Excerpts of Tricida's Schedule 14A Proxy Statement filed with the SEC on April 23, 2021.

1

**Exhibit 13:**  Gerrit Klaerner's SEC Forms 4 filed with the SEC during the purported class period (June 28, 2018 through February 25, 2021).

**Exhibit 14**:  Transcript from Tricida's June 12, 2019 presentation at the Goldman Sachs Global Healthcare Conference.

**Exhibit 15:**  Transcript from Tricida's May 7, 2020 earnings call for Q1 2020.

**Exhibit 16:**  Press release, *Tricida Announces Hiring of Susannah Cantrell, PhD as Chief Commercial Officer*, January 17, 2019.

**Exhibit 17:**  Press release, *Tricida Provides Update on FDA Interactions*, February 25, 2021.

**Exhibit 18:**  David Wesson, et al., *Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomized, double blind, controlled, phase 3 trial*, The Lancet, Volume 393, Issue 10179, p. 1417-27 (March 8, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(18)32562-5/fulltext

**Exhibit 19:**  David Wesson, et al., *Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomized, blinded, placebo-controlled, 40-week extension*, The Lancet, Volume 394, Issue 10196, p. 396-406 (June 24, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext

**Exhibit 20:**  FDA Advisory Committee Calendar showing meetings from March 25, 2019 to August 3, 2021, https://www.fda.gov/advisory-committees/advisory-committee-calendar.

**Exhibit 21:**  *History of Changes for Study: NCT03317444, Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney* Disease, Study Status, Contacts/Locations and Eligibility, ClinicalTrials.gov archive (December 18, 2017), https://clinicaltrials.gov/ct2/history/NCT03317444?A=2&B=2&C=merged#StudyPageTop

**Exhibit 22:**  *History of Changes for Study: NCT03317444, Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney* Disease, Recruitment Status, Study Status and Contacts/Locations, ClinicalTrials.gov archive (May 15, 2018), https://clinicaltrials.gov/ct2/history/NCT03317444?A=5&B=5&C=merged#StudyPageTop

**Exhibit 23:**  *History of Changes for Study: NCT03390842, Long-term Safety Extension to Study TRCA-301*, Contacts/Locations and Study Status, ClinicalTrials.gov archive (March 29, 2018), https://clinicaltrials.gov/ct2/history/NCT03390842?A=2&B=2&C=merged#StudyPageTop

**Exhibit 24:**  *History of Changes for Study: NCT03390842, Long-term Safety Extension to Study TRCA-301*, Recruitment Status, Contacts/Locations, Study Status and Study Design, ClinicalTrials.gov archive (May 4, 2018), https://clinicaltrials.gov/ct2/history/NCT03390842?A=3&B=3&C=merged#StudyPageTop

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2021, in San Francisco, California.


By: */s/ Sarah Hemmendinger*
Sarah Hemmendinger

HEMMENDINGER DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS:  CASE NO. 5:21-CV-00076-LHK

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Sarah Hemmendinger in Support of Defendants' Motion to Dismiss in compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

DATED:  July 16, 2021

By:*/s/ Sara B. Brody*
　　Sara B. Brody (SBN 130222)

*Attorneys for Defendants Tricida, Inc. and Gerrit Klaerner*

1