**Exhibit 4**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): February 27, 2020**

# TRICIDA, INC.

**(Exact name of Registrant as specified in its charter)**

| Delaware | 001-38558 | 46-3372526 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**7000 Shoreline Court
Suite 201
South San Francisco, CA 94080**
(Address of principal executive offices)

**(415) 429-7800**
(Registrant's telephone number, including area code)

**N/A**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act**

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| Common stock, par value $0.001 per share | TCDA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company                    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.                    ☐

**Item 2.02**         **Results of Operations and Financial Condition.**

On February 27, 2020, Tricida, Inc. (the "Company"), issued a press release announcing its financial results for its fourth quarter and full-year ended December 31, 2019. A copy of this earnings release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference. On February 19, 2020, the Company announced that it will host a conference call and webcast at 4:30 pm Eastern Time, on February 27, 2020, during which the Company will discuss its financial results for the fourth quarter and full-year ended December 31, 2019 and report its business progress.

The information contained in this Item 2.02 of this Current Report on Form 8-K, including Exhibit 99.1 hereto, is furnished pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended, except as shall be expressly stated by specific reference in such filing.

**Item 9.01**         **Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: February 27, 2020

TRICIDA, INC.

By:       /s/ Geoffrey M. Parker
Name:     Geoffrey M. Parker
Title:     Chief Financial Officer and Senior Vice President

**Exhibit 99.1**



**FOR IMMEDIATE RELEASE**

**Tricida Announces Fourth Quarter and Full-Year 2019 Financial Results**

*Webcast Today at 4:30 pm Eastern Time*

SOUTH SAN FRANCISCO, Calif., February 27, 2020 (Business Wire) — Tricida, Inc. (Nasdaq: TCDA), a pharmaceutical company focused on the development and commercialization of its drug candidate, veverimer (TRC101), a non-absorbed, orally-administered polymer designed to treat metabolic acidosis in patients with chronic kidney disease (CKD), announced today financial results for the fourth quarter and full-year ended December 31, 2019 and provided an update on key initiatives.

**2019 Highlights**

- The U.S. Food and Drug Administration (FDA) accepted for review, through the Accelerated Approval Program, Tricida's New Drug Application (NDA) for veverimer and has assigned a Prescription Drug User Fee Act (PDUFA) goal date of August 22, 2020. The FDA has indicated that it is currently planning to hold a Cardiovascular and Renal Drugs Advisory Committee (CRDAC) meeting to discuss the application.

- Tricida announced positive results of the TRCA-301E trial, a placebo-controlled, blinded, 40-week extension trial. The trial met its primary and all secondary endpoints.

- The Lancet published results from Tricida's successful TRCA-301 Phase 3 clinical trial in March 2019 and the successful TRCA-301E long-term extension trial in June 2019.

- Tricida hired key executives and expanded its Medical Affairs and Commercial organizations to support disease awareness efforts and the potential launch of veverimer in the fourth quarter of 2020.

**Upcoming Events and Projected Milestones**

- Anticipated CRDAC meeting in the second quarter of 2020.

- Veverimer PDUFA goal date of August 22, 2020.

- Commercial launch of veverimer anticipated in the second half of 2020.

"We are rapidly transforming Tricida into a commercial organization that is preparing to launch veverimer, if approved, as the first and only FDA-approved therapy to treat metabolic acidosis and potentially slow CKD progression," said Gerrit Klaerner, Ph.D., Tricida's Chief Executive Officer and President. "We believe there is an urgent need to effectively and safely treat this serious condition. We are working with the FDA to obtain initial approval through the Accelerated Approval Program to market veverimer in the United States."

**Financial Results for the Three and Twelve Months Ended December 31, 2019**

Research and development expense was $40.7 million and $22.7 million for the three months ended December 31, 2019 and 2018, respectively, and $133.0 million and $85.6 million for the years ended December 31, 2019 and 2018, respectively. The increases in research and development expense in the three and twelve months ended December 31, 2019 compared to the three and twelve months ended December 31, 2018 were primarily due to increased activities in connection with our veverimer clinical development program, including our VALOR-CKD confirmatory postmarketing trial, scale-up costs related to the optimization of our manufacturing process and increased personnel and related costs.

General and administrative expense was $17.5 million and $6.1 million for the three months ended December 31, 2019 and 2018, respectively, and $45.8 million and $18.0 million for the years ended December 31, 2019 and 2018, respectively. The increases in general and administrative expense in the three and twelve months ended December 31, 2019 compared to the three and twelve months ended December 31, 2018 were primarily due to increased administrative costs supporting the increased activities in connection with our veverimer clinical development program, including pre-commercialization and professional service costs, and increased personnel and related costs.

Net loss was $58.2 million (non-GAAP net loss of $47.3 million) and $27.8 million (non-GAAP net loss of $25.3 million) for the three months ended December 31, 2019 and 2018, respectively, and $176.8 million (non-GAAP net loss of $147.7 million) and $102.8 million (non-GAAP net loss of $96.5 million) for the years ended December 31, 2019 and 2018, respectively. Net loss per basic and diluted share was $1.17 and $0.66 for the three months ended December 31, 2019 and 2018, respectively, and $3.72 and $4.64 for the years ended December 31, 2019 and 2018, respectively.

As of December 31, 2019, cash, cash equivalents and investments were $355.0 million.

**Financial Guidance**

Tricida estimates cash expenditures of $250 million to $260 million in 2020. Based on its current operating plan and excluding potential revenue of veverimer, if approved, Tricida expects that its cash, cash equivalents and investments as of December 31, 2019 and its anticipated additional borrowing capacity of $90 million under its Hercules debt facility will enable the Company to fund its operations into the second half of 2021.

**Today's Conference Call and Webcast**

Tricida will host a conference call today at 4:30 pm Eastern Time to discuss its financial results and business progress. Please access the Tricida Conference Call as follows:

**Tricida Fourth Quarter and Full-Year 2019 Conference Call**

**4:30 pm Eastern Time Today**

| | |
|---|---|
| **Webcast:** | **IR.Tricida.com** |
| **Dial-in:** | **(877) 377-5478** |
| International: | (629) 228-0740 |
| **Conference ID:** | **8894051** |

A replay of the webcast will be available on the Investor Relations page of Tricida's website approximately two hours following the completion of the call and will be available for up to 90 days following the presentation.

**About Tricida**

Tricida, Inc. is a pharmaceutical company focused on the development and commercialization of its drug candidate, veverimer (TRC101), a non-absorbed, orally-administered polymer designed to treat metabolic acidosis in patients with CKD. Metabolic acidosis is a condition commonly caused by CKD that is believed to accelerate the progression of kidney deterioration. It is estimated to pose a health risk to approximately three million patients with CKD in the United States. Tricida is currently conducting its confirmatory postmarketing trial, VALOR-CKD, of veverimer. The Tricida NDA for veverimer has been accepted for review by the FDA through the Accelerated Approval Program. The FDA has assigned a PDUFA goal date of August 22, 2020.

For more information about Tricida, please visit [www.Tricida.com](www.Tricida.com).

**Cautionary Note on Forward-Looking Statements**

This press release includes forward-looking statements, including for example, all of the statements under the heading "Upcoming Events and Projected Milestones" and other statements, including the potential timing for approval or commercial launch of veverimer, the assigned PDUFA goal date of August 22, 2020 and advisory committee meeting, financial guidance, including projected cash expenditures and potential borrowing capacity, and the potential availability of the Accelerated Approval Program, as well as the therapeutic potential of, and potential clinical and commercial development plans for, veverimer. Forward-looking statements involve known and unknown risks, uncertainties, assumptions and other factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. These risks and uncertainties include, among others, that we may not be able to achieve upcoming milestones; the cost, timing and results of clinical trials and other studies; that many drug candidates that have completed Phase 3 trials do not become approved drugs on a timely or cost effective basis, or at all; there can be no assurance that the FDA would approve an NDA through the Accelerated Approval Program, or at all, and even if approval for a drug is obtained, there can be no assurance that it will be adopted in the market or accepted as a benefit to patients and healthcare providers; possible safety and efficacy concerns; and that we completely rely on third-party suppliers and manufacturers for many aspects of our business. These and other factors that may affect our future results of operations are identified and described in more detail in our filings with the Securities and Exchange Commission (SEC), including our Quarterly Reports on Form 10-Q and our Annual Report on Form 10-K. The forward-looking

statements contained in this press release reflect Tricida's current views with respect to future events, and Tricida does not undertake and specifically disclaims any obligation to update any forward-looking statements.

(Financial Tables to Follow)

**Tricida, Inc.**

**Balance Sheets**
**(Unaudited)**
*(In thousands)*

|  | December 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 18,574 | $ 37,172 |
| Short-term investments | 289,424 | 203,906 |
| Prepaid expenses and other current assets | 4,744 | 3,269 |
| Total current assets | 312,742 | 244,347 |
| Long-term investments | 46,980 | 2,287 |
| Property and equipment, net | 2,728 | 1,215 |
| Operating lease right-of-use assets | 9,376 | — |
| Total assets | $ 371,826 | $ 247,849 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 5,911 | $ 8,460 |
| Current operating lease liabilities | 1,072 | — |
| Accrued expenses and other current liabilities | 32,780 | 6,344 |
| Total current liabilities | 39,763 | 14,804 |
| Term Loan | 58,374 | 38,071 |
| Non-current operating lease liabilities | 8,783 | — |
| Other long-term liabilities | 1,023 | 449 |
| Total liabilities | 107,943 | 53,324 |
| Stockholders' equity: | | |
| Preferred stock | — | — |
| Common stock | 50 | 42 |
| Additional paid-in capital | 632,647 | 386,830 |
| Accumulated other comprehensive income (loss) | 193 | (153) |
| Accumulated deficit | (369,007) | (192,194) |
| Total stockholders' equity | 263,883 | 194,525 |
| Total liabilities and stockholders' equity | $ 371,826 | $ 247,849 |

**Tricida, Inc.**

**Condensed Statements of Operations and Comprehensive Loss**
**(Unaudited)**
*(In thousands, except share and per share amounts)*

|  | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
| Operating expenses: | | | | |
| Research and development | $ 40,653 | $ 22,697 | $ 133,028 | $ 85,594 |
| General and administrative | 17,463 | 6,113 | 45,796 | 18,001 |
| Total operating expenses | 58,116 | 28,810 | 178,824 | 103,595 |
| Loss from operations | (58,116) | (28,810) | (178,824) | (103,595) |
| Other income (expense), net | 1,407 | 1,937 | 7,663 | 3,924 |
| Interest expense | (1,554) | (971) | (5,744) | (3,137) |
| Loss before income taxes | (58,263) | (27,844) | (176,905) | (102,808) |
| Income tax benefit | 92 | — | 92 | — |
| Net loss | (58,171) | (27,844) | (176,813) | (102,808) |
| Other comprehensive income (loss): | | | | |
| Net unrealized gain (loss) on available-for-sale investments, net of tax | (293) | (113) | 346 | (140) |
| Total comprehensive loss | $ (58,464) | $ (27,957) | $ (176,467) | $ (102,948) |
| Net loss per share, basic and diluted | $ (1.17) | $ (0.66) | $ (3.72) | $ (4.64) |
| Weighted-average number of shares outstanding, basic and diluted | 49,620,063 | 42,081,869 | 47,521,237 | 22,146,192 |

**Tricida, Inc.**

**GAAP to non-GAAP reconciliations**
**(Unaudited)**
*(In thousands)*

A reconciliation between net loss on a GAAP basis and on a non-GAAP basis is as follows:

| | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
| | **2019** | **2018** | **2019** | **2018** |
| GAAP net loss, as reported | $ (58,171) | $ (27,844) | $ (176,813) | $ (102,808) |
| Adjustments: | | | | |
| Amortization of operating lease right-of-use assets | 318 | — | 964 | — |
| Stock-based compensation expense | 9,415 | 2,123 | 25,168 | 5,152 |
| Amortization of Term Loan discount and issuance costs | 609 | 414 | 2,173 | 1,316 |
| Changes in fair value of compound derivative liability and warrants | 557 | 50 | 816 | (188) |
| Total adjustments | 10,899 | 2,587 | 29,121 | 6,280 |
| Non-GAAP net loss | $ (47,272) | $ (25,257) | $ (147,692) | $ (96,528) |

## Use of Non-GAAP Financial Measures

We supplement our financial statements presented on a GAAP basis by providing additional measures which may be considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules. We believe that the disclosure of these non-GAAP financial measures provides our investors with additional information that reflects the amounts and financial basis upon which our management assesses and operates our business. These non-GAAP financial measures are not in accordance with generally accepted accounting principles and should not be viewed in isolation or as a substitute for reported, or GAAP, net loss, and diluted earnings per share, and are not a substitute for, or superior to, measures of financial performance performed in conformity with GAAP.

"Non-GAAP net loss" is not based on any standardized methodology prescribed by GAAP and represent GAAP net loss adjusted to exclude (1) amortization of operating lease right-of-use assets, (2) stock-based compensation expense, (3) Amortization of Term Loan discount and issuance costs and (4) changes in fair value of compound derivative liability and warrants within our reconciliation of our GAAP to Non-GAAP net loss. Non-GAAP financial measures used by Tricida may be calculated differently from, and therefore may not be comparable to, non-GAAP measures used by other companies.

#####

Contact:
Jackie Cossmon, IRC
Tricida, Inc.
Vice President of Investor Relations and Communications
IR@Tricida.com