**Exhibit 8**

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

### WASHINGTON, D.C. 20549

# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2020

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from to
Commission File Number: 001-38558



### TRICIDA, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **46-3372526** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

### 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080

(Address of principal executive offices, including zip code)

### (415) 429-7800

(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act**

| <u>Title of each class</u> | <u>Trading Symbol(s)</u> | <u>Name of exchange on which registered</u> |
|---|---|---|
| Common stock, par value $0.001 per share | TCDA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

On October 30, 2020, the registrant had 50,184,500 shares of common stock, par value $0.001 per share, outstanding.

On April 8, 2019, the Company consummated an underwritten public offering and issued 6,440,000 shares of common stock, which included the exercise in full by the underwriters of their option to purchase 840,000 additional shares of common stock at an offering price of $36.00 per share for net proceeds of approximately $217.9 million, after deducting underwriting discounts and commissions of $13.9 million.

Common stock reserved for future issuance as of September 30, 2020 and December 31, 2019, consisted of the following.

|  | September 30, 2020 | December 31, 2019 |
| --- | --- | --- |
| Stock options and RSUs issued and outstanding | 9,894,957 | 6,809,257 |
| Stock options, RSUs and ESPP shares authorized for future issuance | 2,307,526 | 3,257,316 |
| Total | 12,202,483 | 10,066,573 |

## NOTE 9. NET LOSS PER SHARE

The following table sets forth the computation of the basic and diluted net loss per share attributable to common stockholders for the three and nine months ended September 30, 2020 and 2019.

| (In thousands, except share and per share amounts) | Three Months Ended September 30, 2020 | Three Months Ended September 30, 2019 | Nine Months Ended September 30, 2020 | Nine Months Ended September 30, 2019 |
| --- | --- | --- | --- | --- |
| Numerator: |  |  |  |  |
| Net loss | $ (77,665) | $ (44,119) | $ (209,949) | $ (118,642) |
| Denominator: |  |  |  |  |
| Weighted-average common shares outstanding | 50,121,784 | 49,425,382 | 49,977,339 | 46,824,045 |
| Less: weighted-average shares subject to repurchase | (1,698) | (7,357) | (2,951) | (10,169) |
| Weighted-average number of shares used in basic and diluted net loss per share | 50,120,086 | 49,418,025 | 49,974,388 | 46,813,876 |
| Net loss per share, basic and diluted | $ (1.55) | $ (0.89) | $ (4.20) | $ (2.53) |

Since the Company was in a loss position for all periods presented, basic net loss per share is the same as diluted net loss per share for all periods as the inclusion of all potential common shares outstanding would have been anti-dilutive.

The following weighted-average outstanding common stock equivalents were excluded from the computation of diluted net loss per share attributable to common stockholders for the periods presented because including them would have been antidilutive.

|  | September 30, 2020 | September 30, 2019 |
| --- | --- | --- |
| Warrants to purchase common stock | 31,352 | 123,637 |
| Assumed conversion of Convertible Senior Notes | 6,019,560 | — |
| Common stock subject to repurchase | 1,260 | 6,300 |
| Options and RSUs issued and outstanding | 9,894,957 | 6,685,989 |
| Total potential common shares excluded from the computation of diluted net loss per share | 15,947,129 | 6,815,926 |

## NOTE 10. RESTRUCTURING

On August 21, 2020, the Company received a Complete Response Letter, or CRL, from the U.S. Food and Drug Administration, or FDA, related to our New Drug Application, or NDA, for veverimer. Due to the resulting delay in regulatory approval and commercialization of veverimer, on September 10, 2020, the Compensation Committee of the Board of Directors approved the Tricida, Inc. 2020 Reduction in Force Severance Benefit Plan, or 2020 Restructuring Plan. On September 18, 2020, the Company implemented a restructuring, or Third Quarter 2020

21

Restructuring, under the 2020 Restructuring Plan to streamline the organization and preserve capital that included the elimination of 43 employees, or approximately 21.5% of the Company's workforce as of September 18, 2020 and other cost reductions.

Following is a summary of accrued restructuring costs as of September 30, 2020.

| *(in thousands)* | September 30, 2020 |
|---|---|
| Severance and benefit costs | $ 2,524 |
| Other restructuring costs | 136 |
| Total restructuring costs | 2,660 |
| Cash payments | (1,708) |
| Balance at September 30, 2020 | $ 952 |

Restructuring costs related to the Third Quarter 2020 Restructuring were recorded in operating expenses in our Condensed Statements of Operations and Comprehensive Loss in the three months ended September 30, 2020. The Company expects that substantially all of the accrued restructuring costs as of September 30, 2020 will be paid in cash by the end of 2020.

### NOTE 11. SUBSEQUENT EVENTS

On October 20, 2020, the Company completed an End-of-Review Type A meeting, or Type A meeting, with the FDA to discuss and address the issues raised in the CRL. The Company is now awaiting formal minutes from the FDA related to the Type A meeting prior to announcing the next steps towards the potential resubmission of the NDA. The Company expects to receive the formal minutes within 30 days of the meeting.

On October 25, 2020, the Company's Board of Directors approved and on October 28, 2020, the Company began implementing a restructuring under the 2020 Restructuring Plan, or Fourth Quarter Restructuring, to reduce operating costs and better align its workforce with the needs of its business following the completion of the Type A meeting with the FDA on October 20, 2020. The Fourth Quarter 2020 Restructuring is expected to be completed in December 2020.

Under the Fourth Quarter Restructuring, the Company is reducing its workforce by 93 employees, or approximately 60.0% of its workforce, and it estimates that it will incur aggregate restructuring charges of approximately $13.2 million, which will be recorded primarily in the fourth quarter of 2020, related to one-time termination severance payments and other employee-related costs, contract termination costs and a non-cash write-down of capitalized costs. The cash payments related to the personnel-related restructuring and contract termination charges will be paid during the fourth quarter of 2020 and the first quarter of 2021.

22

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: November 9, 2020

TRICIDA, INC.

By:   /s/ Gerrit Klaerner, Ph.D.
       Gerrit Klaerner, Ph.D.
       Chief Executive Officer and President
       *(Principal Executive Officer)*

By:   /s/ Geoffrey M. Parker
       Geoffrey M. Parker
       Chief Financial Officer and Executive Vice President
       *(Principal Financial Officer)*

By:   /s/ Marc Cobo
       Marc Cobo
       Senior Vice President of Finance and Chief Accounting Officer
       *(Principal Accounting Officer)*

89