# Exhibit 10

TABLE OF CONTENTS

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

## SCHEDULE 14A
**(Rule 14a-101)**

**INFORMATION REQUIRED IN PROXY STATEMENT**
**SCHEDULE 14A INFORMATION**
**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the          ☒          Filed by a Party other than the          ☐
Registrant          Registrant

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒  Definitive Proxy Statement

☐  Definitive Additional Materials

☐  Soliciting Material under § 240.14a-12

# TRICIDA, INC.
**(Name of Registrant as Specified in its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒  No fee required.

☐  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)  Title of each class of securities to which transaction applies:

    (2)  Aggregate number of securities to which transaction applies:

    (3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)  Proposed maximum aggregate value of transaction:

    (5)  Total fee paid:

☐  Fee paid previously with preliminary materials.

☐  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)  Amount Previously Paid:

    (2)  Form, Schedule or Registration Statement No.:

    (3)  Filing Party:

    (4)  Date Filed:

TABLE OF CONTENTS

TABLE OF CONTENTS

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information relating to the beneficial ownership of our common stock as of April 5, 2019, by:

- each person, or group of affiliated persons, known by us to beneficially own more than five percent (5%) of our outstanding shares of common stock;

- each of our directors;

- each of our named executive officers; and

- all our current directors and executive officers as a group.

The number of shares beneficially owned by each entity, person, director or executive officer is determined in accordance with the rules of the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Under such rules, beneficial ownership includes any shares over which the individual has sole or shared voting power or investment power as well as any shares that the individual has the right to acquire within 60 days of April 5, 2019, through the exercise of any stock option, warrants or other rights. Except as otherwise indicated, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all shares of common stock held by that person.

The percentage of shares beneficially owned is computed on the basis of 42,683,145 shares of our common stock outstanding as of April 5, 2019. Shares of our common stock that a person has the right to acquire within 60 days of April 5, 2019, are deemed outstanding for purposes of computing the percentage ownership of the person holding such rights, but are not deemed outstanding for purposes of computing the percentage ownership of any other person, except with respect to the percentage ownership of all directors and executive officers as a group.

Unless otherwise indicated below, the address for each beneficial owner listed is c/o Tricida, Inc., at 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080.

The below beneficial ownership table is reported as of April 5, 2019, the record date for the annual meeting, and reflects shares of common stock that may be voted at the annual meeting. On April 8, 2019, we issued 6,440,000 additional shares of common stock in connection with a public offering as described in the prospectus filed with the SEC on April 5, 2019. The holders of such shares will not be entitled to vote these shares at the annual meeting because they were issued subsequent to the record date. OrbiMed Private Investments V, LP and Geoffrey M. Parker each purchased shares in this public offering in the amounts of 225,000 shares and 20,000 shares, respectively.

TABLE OF CONTENTS

| Name of Beneficial Owner | Shares of Common Stock Beneficially Owned | Percentage of Outstanding Shares Beneficially Owned |
|---|---|---|
| **5% Stockholders** | | |
| OrbiMed Private Investments V, LP[1] | 10,889,280 | 25.5% |
| Entities affiliated with Sibling Capital[2] | 6,905,624 | 16.2% |
| Entities affiliated with Wellington Management Company LLP[3] | 3,122,715 | 7.3% |
| Longitude Venture Partners II, L.P.[4] | 3,019,734 | 7.1% |
| **Directors and Named Executive Officers[5]** | | |
| Gerrit Klaerner, Ph.D.[6] | 1,905,531 | 4.5% |
| Robert J. Alpern, M.D.[7] | 188,080 | * |
| David P. Bonita, M.D.[8] | 10,906,059 | 25.6% |
| Sandra I. Coufal, M.D.[9] | 7,151,695 | 16.8% |
| Kathryn Falberg[10] | 101,121 | * |
| David Hirsch, M.D., Ph.D.[11] | 3,036,513 | 7.1% |
| Geoffrey M. Parker[12] | 482,355 | 1.1% |
| Dawn Parsell, Ph.D.[13] | 330,625 | * |
| Klaus Veitinger, M.D., Ph.D., M.B.A.[14] | 289,159 | * |
| All directors and executive officers as a group (13 persons)[15] | 28,472,084 | 66.7% |

---

\*    Indicates beneficial ownership of less than one percent (1%) of the outstanding shares of our common stock.

(1)   Consists of 10,889,280 shares of common stock, all shares are held directly by OrbiMed Private Investments V, LP, or OPI V. OrbiMed Capital GP V LLC, or OrbiMed GP, is the sole general partner of OPI V, and OrbiMed Advisors LLC, or OrbiMed Advisors, a registered adviser under the Investment Advisors Act of 1940, as amended, is the sole managing member of OrbiMed GP. By virtue of such relationships, OrbiMed GP and OrbiMed Advisors may be deemed to have voting and investment power with respect to the shares held by OPI V noted above and as a result may be deemed to beneficially own such securities for purposes of Rule 13d-3 under the Exchange Act. OrbiMed Advisors exercises this investment and voting power through a management committee comprised of Carl L. Gordon, Ph.D., Sven H. Borho and Jonathan T. Silverstein, each of whom disclaims beneficial ownership of the shares held by OPI V. David P. Bonita, M.D., is an employee of OrbiMed Advisors. Each of OrbiMed GP, OrbiMed Advisors, Dr. Gordon, Mr. Borho, Mr. Silverstein and Dr. Bonita disclaims beneficial ownership of the shares held by OPI V, except to the extent of its or his proportionate pecuniary interest therein, if any. The address of OrbiMed Advisors is 601 Lexington Avenue, New York, NY 10022.

(2)   Consists of (a) 893,292 shares of common stock held by Sibling Capital Fund II-A L.P., or Sibling A, (b) 3,139,600 shares of common stock held by Sibling Capital Fund II-B L.P., or Sibling B, (c) 1,810,195 shares of common stock held by Sibling Capital Fund II-C L.P., or Sibling C, (d) 599,379 shares of common stock held by Sibling Capital Fund II-D L.P., or Sibling D, and (e) 463,158 shares of common stock held by Sibling Insiders Fund II L.P., or Sibling Insiders Fund, and together with Sibling A, Sibling B, Sibling C and Sibling D, the Sibling Funds. Sibling Capital Ventures LLC, or SCV, is the sole general partner of Sibling A. Sibling Capital Ventures II LLC, or SCV II, is the sole general partner of Sibling B. Sibling Capital Ventures III LLC, or SCV III, is the sole general partner of Sibling C. Sibling Capital Ventures IV LLC, or SCV IV, is the sole general partner of Sibling D. Sibling Insiders II LLC, or Sibling Insiders LLC, is the sole general partner of Sibling Insiders Fund. Each of Sandra I. Coufal, M.D. and Brian M. Isern, the brother of Dr. Coufal, is co-manager of SCV, SCV II, SCV III, SCV IV, and Sibling Insiders LLC and, as such, may be deemed to have voting and

26

TABLE OF CONTENTS

investment power with respect to the shares held by the Sibling Funds. Each of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC, Dr. Coufal and Mr. Isern disclaims beneficial ownership of shares held by the Sibling Funds, except to the extent of its, her or his proportionate pecuniary interest therein, if any. The address of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC and Mr. Isern is 500 Yale Avenue North, Seattle, Washington 98109.

(3)    Based on Schedule 13G filed on February 12, 2019, for the year ended December 31, 2018, by Wellington Management Group LLP, consists of 3,122,715 shares of common stock owned of record by clients, or Wellington Clients, of one or more investment advisers directly or indirectly owned by Wellington Management Group LLP, including 3,056,239 shares of common stock owned of record by Wellington Clients of Wellington Management Company LLP. Wellington Investment Advisors Holdings LLP controls directly, or indirectly through Wellington Management Global Holdings, Ltd., certain investment advisors for the Wellington Clients, including Wellington Management Company. Wellington Investment Advisors Holdings LLP is owned by Wellington Group Holdings LLP. Wellington Group Holdings LLP is owned by Wellington Management Group LLP. In such capacities, Wellington Investment Advisors Holdings LLP, Wellington Group Holdings LLP and Wellington Management Group LLP may each be deemed to share beneficial ownership (within the meaning of Rule 13d-3 promulgated under the Exchange Act) of the 3,122,715 shares held of record by the Wellington Clients, including sharing with Wellington Management Company LLP beneficial ownership over 3,056,239 shares. The address of Wellington Management Company LLP, Wellington Management Group LLP, Wellington Investment Advisors Holdings LLP, and Wellington Group Holdings LLP is c/o Wellington Management Company LLP, 280 Congress Street, Boston, Massachusetts 02210.

(4)    Consists of 3,019,734 shares of common stock, all shares are held directly by Longitude Venture Partners II, L.P., or Longitude II. Longitude Capital Partners II, LLC, or LCP2, the general partner of Longitude II, may be deemed to share voting and investment power with respect to the shares held by Longitude II. Patrick G. Enright and Juliet Tammenoms Bakker are managing members of LCP2 and may be deemed to share voting and investment power over the shares held by Longitude II. David Hirsch, M.D., Ph.D. is a member of LCP2 and may be deemed to share voting and investment power over the shares held by Longitude II. Each of LCP2, Mr. Enright, Ms. Bakker and Dr. Hirsch disclaims beneficial ownership of the shares held by Longitude II, except to the extent of its, his or her proportionate pecuniary interest therein, if any. The address of LCP2 is 2740 Sand Hill Road, Menlo Park, CA 94025.

(5)    Does not include ownership by Jeroen van Beek, Ph.D., as he is no longer employed by the company and we do not have access to information regarding his ownership.

(6)    Consists of  (a) 668,840 shares of common stock held by Gerrit Klaerner, Ph.D., (b) 114,584 shares of common stock held by the spouse of Dr. Klaerner, and (c) 1,122,107 shares of common stock issuable upon exercise of stock options held by Dr. Klaerner that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 412,713 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below. Excludes (i) 7,536 shares of common stock held by Dr. Klaerner's sister-in-law, who does not live in the same household as Dr. Klaerner. Dr. Klaerner disclaims beneficial ownership of shares held by his sister-in-law.

(7)    Consists of  (a) 165,511 shares of common stock held by Robert J. Alpern, M.D., including 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, and (b) 22,569 shares of common stock issuable upon exercise of stock options held by Dr. Alpern that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 21,190 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below.

(8)    Consists of  (a) 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, (b) 13,147 shares of common stock issuable upon exercise of stock options held by David Bonita, M.D. that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 13,147 of which have vested, or will vest, within

27

TABLE OF CONTENTS

60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below and (c) 10,889,280 shares beneficially owned by OPI V as set forth in footnote (1). Dr. Bonita disclaims beneficial ownership of the shares listed in footnote (1), except to the extent of his proportionate pecuniary interest therein, if any. The business address for Dr. Bonita is 601 Lexington Avenue, New York, NY 10022.

(9)   Consists of (a) 217,199 shares of common stock held by Sandra Coufal, M.D., including 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, (b) 15,725 shares held by the Coufal Irrevocable Trust, of which the spouse of Dr. Coufal is the sole trustee, (c) 13,147 shares of common stock issuable upon exercise of stock options held by Dr. Coufal that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 13,147 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below and (d) 6,905,624 shares beneficially owned by entities affiliated with Sibling Capital, as set forth in footnote (2). Dr. Coufal disclaims beneficial ownership of the shares listed in footnote (2), except to the extent of her proportionate pecuniary interest therein, if any. Dr. Coufal disclaims beneficial ownership of the shares held by the Coufal Irrevocable Trust, as to which Dr. Coufal does not exercise voting or dispositive power. The business address for Dr. Coufal is 18313 Calle La Serra, Rancho Santa Fe, CA 92091-0119.

(10)   Consists of (a) 35,211 shares of common stock held by Kathryn Falberg, including 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, and (b) 65,910 shares of common stock issuable upon exercise of stock options held by Ms. Falberg that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 32,192 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below.

(11)   Consists of (a) 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, (b) 13,147 shares of common stock issuable upon exercise of stock options held by David Hirsch, M.D., Ph.D. that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 13,147 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below and (c) 3,019,734 shares beneficially owned by Longitude II as set forth in footnote (4). Dr. Hirsch disclaims beneficial ownership of the shares listed in footnote (4), except to the extent of his proportionate pecuniary interest therein, if any. The business address for Dr. Hirsch is 2740 Sand Hill Road, Menlo Park, CA 94025.

(12)   Consists of (a) 65,774 shares of common stock held by Geoffrey M. Parker and (b) 416,581 shares of common stock issuable upon exercise of stock options held by Mr. Parker that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 154,303 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below.

(13)   Consists of 330,625 shares of common stock issuable upon exercise of stock options held by Dawn Parsell, Ph.D. that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 56,766 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below.

(14)   Consists of (a) 39,436 shares of common stock held by Klaus Veitinger, M.D., Ph.D., M.B.A., including 3,632 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 5, 2019, (b) 123,035 shares of common stock issuable upon exercise of stock options held by Dr. Veitinger that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 82,407 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are eligible for early exercise as described in footnote (15) below, (c) 63,344 shares of common stock held by the Sigrun R. Veitinger 2016 Irrevocable Trust, or the SRV Trust, for which a third-party serves as trustee, and (d) 63,344 shares of common stock held by Klaus R. Veitinger 2016 Children's Trust, or the KRV Children's Trust, for which a third-party serves as trustee. Dr. Veitinger disclaims beneficial ownership of the shares held by the SRV Trust and the KRV Children's Trust, except to the extent of his proportionate pecuniary interest therein, if any.

28

TABLE OF CONTENTS

(15) Consists of (a) all shares of common stock held by our directors and executive officers (with the exception of Jeroen van Beek, Ph.D., as he is no longer employed by our company and our company does not have access to information regarding his ownership) and (b) all shares of common stock issuable upon exercise of stock options held by our directors and seven current executive officers that are exercisable as of April 5, 2019 or will become exercisable within 60 days of such date, 1,288,436 of which have vested, or will vest, within 60 days of April 5, 2019, the remainder of which are unvested but may be exercised prior to vesting subject to a repurchase arrangement with us, as described further below. Twenty five percent (25%) of the shares issuable upon exercise of options granted to our directors and executive officers vest on the first anniversary of the applicable vesting commencement date and in subsequent 1/48th increments each subsequent month thereafter, subject to continuous service as of each vesting date. Our directors and executive officers may elect to early exercise their options at any time prior to vesting, provided that the shares issued upon exercise of the unvested options will be shares of restricted stock subject to our right to repurchase the shares, should the applicable director or executive officer cease to serve as a director or employee of us prior to the full vesting of such shares of restricted stock. In addition, vesting of an executive officer's then outstanding and unvested option will accelerate upon termination of service in connection with a change in control, as provided in our executive severance benefit plan.

29

TABLE OF CONTENTS

**ADDITIONAL INFORMATION**

**Stockholder Proposals and Nominations**

Pursuant to Rule 14a-8 under the Exchange Act, in order to be included in our proxy statement and form of proxy for the 2020 annual meeting of stockholders, stockholder proposals must be received at our principal executive offices, c/o Corporate Secretary, Tricida, Inc., 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080, no later than December 20, 2019, and must comply with additional requirements established by the SEC. Pursuant to our amended and restated bylaws, a stockholder proposal of business submitted outside of the process established in Rule 14a-8 and nominations of directors must be received no earlier than February 1, 2020 and not later than March 2, 2020 and must otherwise comply with the requirements set forth in our amended and restated bylaws.

**Other Matters**

We know of no other matters that will be presented for consideration at the annual meeting. If any other matters properly come before the annual meeting upon which a vote properly may be taken, shares represented by all proxies received by us on the proxy card will be voted with respect thereto as permitted and in accordance with the judgment of the proxy holders.

BY ORDER OF THE BOARD OF DIRECTORS

Klaus Veitinger, M.D., Ph.D., M.B.A.
Chairman of the Board

Date: April 18, 2019

30