# Exhibit 11

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

### SCHEDULE 14A
**(Rule 14a-101)**

### INFORMATION REQUIRED IN PROXY STATEMENT
### SCHEDULE 14A INFORMATION

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934

---

Filed by the Registrant    ☒        Filed by a Party other than the Registrant    ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material under § 240.14a-12

# TRICIDA, INC.
**(Name of Registrant as Specified in its Charter)**

---

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

   (1) Title of each class of securities to which transaction applies:

   (2) Aggregate number of securities to which transaction applies:

   (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

   (4) Proposed maximum aggregate value of transaction:

   (5) Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

   (1) Amount Previously Paid:

   (2) Form, Schedule or Registration Statement No.:

   (3) Filing Party:

   (4) Date Filed:

SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth information relating to the beneficial ownership of our common stock as of April 15, 2020, by:

- each person, or group of affiliated persons, known by us to beneficially own more than five percent (5%) of our outstanding shares of common stock;

- each of our directors;

- each of our named executive officers; and

- all our current directors and executive officers as a group.

The number of shares beneficially owned by each entity, person, director or executive officer is determined in accordance with the rules of the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Under such rules, beneficial ownership includes any shares over which the individual has sole or shared voting power or investment power as well as any shares that the individual has the right to acquire within 60 days of April 15, 2020, through the exercise of any stock option, warrants or other rights. Except as otherwise indicated, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all shares of common stock held by that person.

The percentage of shares beneficially owned is computed on the basis of 49,931,482 shares of our common stock outstanding as of April 15, 2020. Shares of our common stock that a person has the right to acquire within 60 days of April 15, 2020, are deemed outstanding for purposes of computing the percentage ownership of the person holding such rights, but are not deemed outstanding for purposes of computing the percentage ownership of any other person, except with respect to the percentage ownership of all directors and executive officers as a group.

Unless otherwise indicated below, the address for each beneficial owner listed is c/o Tricida, Inc., at 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080.

The below beneficial ownership table is reported as of April 15, 2020, the record date for the annual meeting, and reflects shares of common stock that may be voted at the annual meeting.

| Name of Beneficial Owner | Shares of Common Stock Beneficially Owned | Percentage of Outstanding Shares Beneficially Owned |
|---|---|---|
| **5% Stockholders** | | |
| OrbiMed Private Investments V, LP [1] | 9,614,280 | 19.3% |
| Sibling Capital [2] | 6,423,493 | 12.9% |
| T. Rowe Price Associates, Inc. [3] | 4,429,218 | 8.9% |
| Wellington Management Company LLP [4] | 3,944,670 | 7.9% |
| Longitude Venture Partners II, L.P. [5] | 3,019,734 | 6.0% |
| BlackRock, Inc. [6] | 2,524,298 | 5.1% |
| | | |
| **Directors and Named Executive Officers** | | |
| Gerrit Klaerner, Ph.D. [7] | 2,120,751 | 4.2% |
| Robert J. Alpern, M.D. [8] | 167,027 | * |
| David P. Bonita, M.D. [9] | 9,640,006 | 19.3% |
| Susannah Cantrell, Ph.D. [10] | 340,000 | * |
| Sandra I. Coufal, M.D. [11] | 6,665,507 | 13.3% |
| Kathryn Falberg [12] | 110,068 | * |
| Edward Hejlek, Esq. [13] | 331,359 | * |
| David Hirsch, M.D., Ph.D. [14] | 3,045,460 | 6.1% |
| Geoffrey M. Parker [15] | 718,399 | 1.4% |
| Dawn Parsell, Ph.D. [16] | 446,784 | * |
| Klaus Veitinger, M.D., Ph.D., M.B.A. [17] | 262,406 | * |
| All directors and executive officers as a group (12 persons) [18] | 35,148,489 | 70.4% |

\*   Indicates beneficial ownership of less than one percent (1%) of the outstanding shares of our common stock.

(1) Consists of 9,614,280 shares of common stock, all shares are held directly by OrbiMed Private Investments V, LP, or OPI V. OrbiMed Capital GP V LLC, or OrbiMed GP, is the sole general partner of OPI V, and OrbiMed Advisors LLC, or OrbiMed Advisors, a registered investment adviser under the Investment Advisors Act of 1940, as amended, is the sole managing member of OrbiMed GP. By virtue of such relationships, OrbiMed GP and OrbiMed Advisors may be deemed to have voting and investment power with respect to the shares held by OPI V noted above and as a result may be deemed to beneficially own such securities for purposes of Rule 13d-3 under the Exchange Act. OrbiMed Advisors exercises investment and voting power through a management committee comprised of Carl L. Gordon, Ph.D., Sven H. Borho and Jonathan T. Silverstein, each of whom disclaims beneficial ownership of the shares held by OPI V. David P. Bonita, M.D., a member of OrbiMed Advisors, serves on our board of directors. Each of OrbiMed GP, OrbiMed Advisors, Dr. Gordon, Mr. Borho, Mr. Silverstein, and Dr. Bonita disclaims beneficial ownership of the shares held by OPI V, except to the extent of its or his proportionate pecuniary interest therein, if any. The address of OrbiMed Advisors is 601 Lexington Avenue, 54th floor, New York, New York 10022.

(2) Consists of (a) 777,411 shares of common stock held by Sibling Capital Fund II-A L.P., or Sibling A, (b) 2,773,350 shares of common stock held by Sibling Capital Fund II-B L.P., or Sibling B, (c) 1,810,195 shares of common stock held by Sibling Capital Fund II-C L.P., or Sibling C, (d) 599,379 shares of common stock held by Sibling Capital Fund II-D L.P., or Sibling D, and (e) 463,158 shares of common stock held by Sibling Insiders Fund II L.P., or Sibling Insiders Fund, and together with Sibling A, Sibling B, Sibling C and Sibling D, the Sibling Funds. Sibling Capital Ventures LLC, or SCV, is the sole general partner of Sibling A. Sibling Capital Ventures II LLC, or SCV II, is the sole general partner of Sibling B. Sibling Capital Ventures III LLC, or SCV III, is the sole general partner of Sibling C. Sibling Capital Ventures IV LLC, or SCV IV, is the sole general partner of Sibling D. Sibling Insiders II LLC, or Sibling Insiders LLC, is the sole general partner of Sibling Insiders Fund. Each of Sandra I. Coufal, M.D. and Brian M. Isern, the brother of Dr. Coufal, is co-manager of SCV, SCV II, SCV III, SCV IV, and Sibling Insiders LLC and, as such, may be deemed to have voting and investment power with respect to the shares held by the Sibling Funds. Each of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC, Dr. Coufal and Mr. Isern disclaims beneficial ownership of shares held by the Sibling Funds, except to the extent of its, her or his proportionate pecuniary interest therein, if any. The address of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC and Mr. Isern is 2033 6 th Ave, Suite 330, Seattle, Washington 98121.

(3) Based on a Schedule 13G filed on February 14, 2020, for the year ended December 31, 2019, reporting sole voting power over 717,300 shares and sole dispositive power over 4,429,218 shares. The address of T. Rowe Price Associates, Inc. is 100 E. Pratt Street, Baltimore, Maryland 21202.

(4) Based on a Schedule 13G/A filed on January 27, 2020, for the year ended December 31, 2019, by Wellington Management Group LLP and affiliated entities. Wellington Management Group LLP, Wellington Group Holdings LLP and Wellington Investment Advisors Holdings LLP each reported shared voting power over 3,609,394 shares and shared dispositive power over 3,944,670 shares. Wellington Management Company LLP reported shared voting power over 3,469,932 shares and shared dispositive power over 3,541,671 shares. These shares are owned of record by clients of one or more investment advisers directly or indirectly owned by Wellington Management Group LLP. The address of Wellington Management Company LLP, Wellington Management Group LLP, Wellington Investment Advisors Holdings LLP, and Wellington Group Holdings LLP is c/o Wellington Management Company LLP, 280 Congress Street, Boston, Massachusetts 02210.

(5) Consists of 3,019,734 shares of common stock, all shares are held directly by Longitude Venture Partners II, L.P., or Longitude II. Longitude Capital Partners II, LLC, or LCP2, the general partner of Longitude II, may be deemed to have voting and investment power with respect to the shares held by Longitude II. Patrick G. Enright and Juliet Tammenoms Bakker are managing members of LCP2 and may be deemed to share voting and investment power over the shares held by Longitude II. David Hirsch, M.D., Ph.D. is a member of LCP2 and may be deemed to share voting and investment power over the shares held by Longitude II. Each of LCP2, Mr. Enright, Ms. Bakker and Dr. Hirsch disclaims beneficial ownership of the shares held by Longitude II, except to the extent of its, his or her proportionate pecuniary interest therein, if any. The address of LCP2 is 2740 Sand Hill Road, Menlo Park, California 94025.

(6) Based on a Schedule 13G filed on February 7, 2020, for the year ended December 31, 2019, reporting sole voting power over 2,488,003 shares and sole dispositive power over 2,524,298 shares. The address of BlackRock, Inc. is 55 East 52nd Street, New York, New York 10055.

(7) Consists of (a) 559,321 shares of common stock held by Gerrit Klaerner, Ph.D., (b) 37,323 shares of common stock held by the spouse of Dr. Klaerner, and (c) 1,524,107 shares of common stock issuable upon exercise of stock options held by Dr. Klaerner that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 745,934 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below. Excludes shares held by members of Dr. Klaerner's family who do not live in the same household as Dr. Klaerner. Dr. Klaerner disclaims beneficial ownership of shares held by members of Dr. Klaerner's family who do not live in the same household as Dr. Klaerner.

(8) Consists of (a) 137,390 shares of common stock held by Robert J. Alpern, M.D., including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, and (b) 29,637 shares of common stock issuable upon exercise of stock options held by Dr. Alpern that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 29,637 of which have vested, or will vest, within 60 days of April 15, 2020.

(9) Consists of (a) 5,511 shares of common stock held by David Bonita, M.D., including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, (b) 20,215 shares of common stock issuable upon exercise of stock options held by Dr. Bonita that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 20,215 of which have vested, or will vest, within 60 days of April 15, 2020 and (c) 9,614,280 shares beneficially owned by OPI V as set forth in footnote (1). Dr. Bonita disclaims beneficial ownership of the shares listed in footnote (1), except to the extent of his proportionate pecuniary interest therein, if any. The business address for Dr. Bonita is 601 Lexington Avenue, 54th floor, New York, New York 10022.

(10) Consists of 340,000 shares of common stock issuable upon exercise of stock options held by Susannah Cantrell, Ph.D. that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 85,000 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below.

(11) Consists of (a) 216,939 shares of common stock held by Sandra Coufal, M.D., including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, (b) 4,860 shares held by the Coufal Irrevocable Trust, of which the spouse of Dr. Coufal is the sole trustee, (c) 20,215 shares of common stock issuable upon exercise of stock options held by Dr. Coufal that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 20,215 of which have vested, or will vest, within 60 days of April 15, 2020 and (d) 6,423,493 shares beneficially owned by entities

32

affiliated with Sibling Capital, as set forth in footnote (2). Dr. Coufal disclaims beneficial ownership of the shares listed in footnote (2), except to the extent of her proportionate pecuniary interest therein, if any. Dr. Coufal disclaims beneficial ownership of the shares held by the Coufal Irrevocable Trust, as to which Dr. Coufal does not exercise voting or dispositive power. The business address for Dr. Coufal is 18313 Calle La Serra, Rancho Santa Fe, California 92091-0119.

(12) Consists of (a) 37,090 shares of common stock held by Kathryn Falberg, including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, and (b) 72,978 shares of common stock issuable upon exercise of stock options held by Ms. Falberg that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 56,852 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below.

(13) Consists of (a) 19,153 shares of common stock held by Edward Hejlek, Esq. and (b) 312,206 shares of common stock issuable upon exercise of stock options held by Mr. Hejlek that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 229,679 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below.

(14) Consists of (a) 5,511 shares of common stock held by David Hirsch, M.D., Ph.D., including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, (b) 20,215 shares of common stock issuable upon exercise of stock options held by David Hirsch, M.D., Ph.D. that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 20,215 of which have vested, or will vest, within 60 days of April 15, 2020 (c) 3,019,734 shares beneficially owned by Longitude II as set forth in footnote (5). Dr. Hirsch disclaims beneficial ownership of the shares listed in footnote (5), except to the extent of his proportionate pecuniary interest therein, if any. The business address for Dr. Hirsch is 2740 Sand Hill Road, Menlo Park, California 94025.

(15) Consists of (a) 196,165 shares of common stock held by Geoffrey M. Parker and (b) 522,234 shares of common stock issuable upon exercise of stock options held by Mr. Parker that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 231,316 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below.

(16) Consists of (a) 255 shares of common stock held by Dawn Parsell, Ph.D. and (b) 446,529 shares of common stock issuable upon exercise of stock options held by Dr. Parsell that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 137,859 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below.

(17) Consists of (a) 41,315 shares of common stock held by Klaus Veitinger, M.D., Ph.D., M.B.A., including 1,879 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 15, 2020, (b) 118,203 shares of common stock issuable upon exercise of stock options held by Dr. Veitinger that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 100,495 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are eligible for early exercise as described in footnote (18) below, (c) 51,444 shares of common stock held by the Sigrun R. Veitinger 2016 Irrevocable Trust, or the SRV Trust, for which a third-party serves as trustee, and (d) 51,444 shares of common stock held by Klaus R. Veitinger 2016 Children's Trust, or the KRV Children's Trust, for which a third-party serves as trustee. Dr. Veitinger disclaims beneficial ownership of the shares held by the SRV Trust and the KRV Children's Trust, except to the extent of his proportionate pecuniary interest therein, if any.

(18) Consists of (a) all shares of common stock held by our directors and executive officers and (b) all shares of common stock issuable upon exercise of stock options held by our directors and six current executive officers that are exercisable as of April 15, 2020 or will become exercisable within 60 days of such date, 1,910,945 of which have vested, or will vest, within 60 days of April 15, 2020, the remainder of which are unvested but may be exercised prior to vesting subject to a repurchase arrangement with us, as described further below. Twenty five percent (25%) of the shares issuable upon exercise of options granted to our directors and executive officers vest on the first anniversary of the applicable vesting commencement date and in subsequent 1/48th increments each subsequent month thereafter, subject to continuous service as of each vesting date. Our directors and executive officers may elect to early exercise their options at any time prior to vesting, provided that the shares issued upon exercise of the unvested options will be shares of restricted stock subject to our right to repurchase the shares, should the applicable director or executive officer cease to serve as a director or employee of us prior to the full vesting of such shares of restricted stock. In addition, vesting of an executive officer's then outstanding and unvested option will accelerate upon termination of service in connection with a change in control, as provided in our executive severance benefit plan.

33

**ADDITIONAL INFORMATION**

**Stockholder Proposals and Nominations**

Pursuant to Rule 14a-8 under the Exchange Act, in order to be included in our proxy statement and form of proxy for the 2021 annual meeting of stockholders, stockholder proposals must be received at our principal executive offices, c/o Corporate Secretary, Tricida, Inc., 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080, no later than December 30, 2020, and must comply with additional requirements established by the SEC. Pursuant to our amended and restated bylaws, a stockholder proposal of business submitted outside of the process established in Rule 14a-8 and nominations of directors must be received no earlier than February 11, 2021 and not later than March 13, 2021 and must otherwise comply with the requirements set forth in our amended and restated bylaws.

**Other Matters**

We know of no other matters that will be presented for consideration at the annual meeting. If any other matters properly come before the annual meeting upon which a vote properly may be taken, shares represented by all proxies received by us on the proxy card will be voted with respect thereto as permitted and in accordance with the judgment of the proxy holders.

BY ORDER OF THE BOARD OF DIRECTORS

Klaus Veitinger, M.D., Ph.D., M.B.A.

Chairman of the Board

Date: April 29, 2020

34