# Exhibit 12

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

**SCHEDULE 14A**
**(Rule 14a-101)**

**INFORMATION REQUIRED IN PROXY STATEMENT**
**SCHEDULE 14A INFORMATION**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the Registrant   ☒          Filed by a Party other than the Registrant   ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material under § 240.14a-12

# TRICIDA, INC.
**(Name of Registrant as Specified in its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)    Title of each class of securities to which transaction applies:

    (2)    Aggregate number of securities to which transaction applies:

    (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)    Proposed maximum aggregate value of transaction:

    (5)    Total fee paid:

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)    Amount Previously Paid:

    (2)    Form, Schedule or Registration Statement No.:

    (3)    Filing Party:

    (4)    Date Filed:

**Security Ownership of Certain Beneficial Owners and Management**

The following table sets forth information relating to the beneficial ownership of our common stock as of April 14, 2021, by:

- each person, or group of affiliated persons, known by us to beneficially own more than five percent (5%) of our outstanding shares of common stock;

- each of our directors;

- each of our named executive officers; and

- all our current directors and executive officers as a group.

The number of shares beneficially owned by each entity, person, director or executive officer is determined in accordance with the rules of the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Under such rules, beneficial ownership includes any shares over which the individual has sole or shared voting power or investment power as well as any shares that the individual has the right to acquire within 60 days of April 14, 2021, through the exercise of any stock option, warrants or other rights. Except as otherwise indicated, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all shares of common stock held by that person.

The percentage of shares beneficially owned is computed on the basis of 50,272,725 shares of our common stock outstanding as of April 14, 2021. Shares of our common stock that a person has the right to acquire within 60 days of April 14, 2021, are deemed outstanding for purposes of computing the percentage ownership of the person holding such rights, but are not deemed outstanding for purposes of computing the percentage ownership of any other person, except with respect to the percentage ownership of all directors and executive officers as a group.

Unless otherwise indicated below, the address for each beneficial owner listed is c/o Tricida, Inc., at 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080.

The below beneficial ownership table is reported as of April 14, 2021.

| Name of Beneficial Owner | Shares of Common Stock Beneficially Owned | Percentage of Outstanding Shares Beneficially Owned |
|---|---|---|
| **5% Stockholders** | | |
| OrbiMed Private Investments V, LP[1] | 9,614,280 | 19.1% |
| Sibling Capital[2] | 6,423,493 | 12.8% |
| Morgan Stanley[3] | 4,535,138 | 9.0% |
| Longitude Venture Partners II, L.P.[4] | 3,019,734 | 6.0% |
| Point72 Asset Management, L.P.[5] | 2,525,538 | 5.0% |
| | | |
| **Directors and Named Executive Officers** | | |
| Gerrit Klaerner, Ph.D.[6] | 2,041,423 | 4.1% |
| Robert J. Alpern, M.D.[7] | 195,664 | * |
| David P. Bonita, M.D.[8] | 9,668,643 | 19.2% |
| Sandra I. Coufal, M.D.[9] | 6,633,904 | 13.2% |
| Kathryn Falberg[10] | 138,705 | * |
| David Hirsch, M.D., Ph.D.[11] | 3,074,097 | 6.1% |
| Robert McKague[12] | 220,933 | * |
| Geoffrey M. Parker[13] | 769,071 | 1.5% |
| Dawn Parsell, Ph.D.[14] | 439,068 | * |
| Wilhelm Stahl, Ph.D.[15] | 403,208 | * |
| Klaus Veitinger, M.D., Ph.D., M.B.A.[16] | 255,239 | * |
| All directors and executive officers as a group (11 persons)[17] | 23,839,955 | 47.4% |

---

\*    Indicates beneficial ownership of less than one percent (1%) of the outstanding shares of our common stock.

(1)    Consists of 9,614,280 shares of common stock, all shares are held directly by OrbiMed Private Investments V, LP, or OPI V. OrbiMed

Capital GP V LLC, or OrbiMed GP, is the sole general partner of OPI V, and OrbiMed Advisors LLC, or OrbiMed Advisors, a registered investment adviser under the Investment Advisors Act of 1940, as amended, is the managing member of OrbiMed GP. By virtue of such relationships, OrbiMed GP and OrbiMed Advisors may be deemed to have voting and investment power with respect to the shares held by OPI V noted above and as a result may be deemed to beneficially own such securities for purposes of Rule 13d-3 under the Exchange Act. OrbiMed Advisors exercises investment and voting power through a management committee comprised of Carl L. Gordon, Ph.D., Sven H. Borho and Jonathan T. Silverstein, each of whom disclaims beneficial ownership of the shares held by OPI V. David P. Bonita, M.D., a member of OrbiMed Advisors, serves on our board of directors. Each of OrbiMed GP, OrbiMed Advisors, Dr. Gordon, Mr. Borho, Mr. Silverstein, and Dr. Bonita disclaims beneficial ownership of the shares held by OPI V, except to the extent of its or his proportionate pecuniary interest therein, if any. The address of OrbiMed Advisors is 601 Lexington Avenue, 54th floor, New York, New York 10022.

(2)   Consists of (a) 777,411 shares of common stock held by Sibling Capital Fund II-A L.P., or Sibling A, (b) 2,773,350 shares of common stock held by Sibling Capital Fund II-B L.P., or Sibling B, (c) 1,810,195 shares of common stock held by Sibling Capital Fund II-C L.P., or Sibling C, (d) 599,379 shares of common stock held by Sibling Capital Fund II-D L.P., or Sibling D, and (e) 463,158 shares of common stock held by Sibling Insiders Fund II L.P., or Sibling Insiders Fund, and together with Sibling A, Sibling B, Sibling C and Sibling D, the Sibling Funds. Sibling Capital Ventures LLC, or SCV, is the sole general partner of Sibling A. Sibling Capital Ventures II LLC, or SCV II, is the sole general partner of Sibling B. Sibling Capital Ventures III LLC, or SCV III, is the sole general partner of Sibling C. Sibling Capital Ventures IV LLC, or SCV IV, is the sole general partner of Sibling D. Sibling Insiders II LLC, or Sibling Insiders LLC, is the sole general partner of Sibling Insiders Fund. Each of Sandra I. Coufal, M.D. and Brian M. Isern, the brother of Dr. Coufal, is co-manager of SCV, SCV II, SCV III, SCV IV, and Sibling Insiders LLC and, as such, may be deemed to have voting and investment power with respect to the shares held by the Sibling Funds. Each of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC, Dr. Coufal and Mr. Isern disclaims beneficial ownership of shares held by the Sibling Funds, except to the extent of its, her or his proportionate pecuniary interest therein, if any. The address of SCV, SCV II, SCV III, SCV IV, Sibling Insiders LLC and Mr. Isern is 2033 6th Ave, Suite 330, Seattle, Washington 98121.

(3)   Based on a Schedule 13G filed on February 12, 2021, for the year ended December 31, 2020, by Morgan Stanley and affiliated entities, reporting shared voting power and shared dispositive power over 4,535,138 shares. Morgan Stanley & Co. LLC reported shared voting power and shared dispositive power over 2,686,063 shares. Morgan Stanley Capital Services LLC reported shared voting power and shared dispositive power over 1,103,073 shares. The address of Morgan Stanley, Morgan Stanley & Co. LLC and Morgan Stanley Capital Services LLC is 1585 Broadway, New York, New York 10036.

(4)   Consists of 3,019,734 shares of common stock, all shares are held directly by Longitude Venture Partners II, L.P. ("LVPII"). Longitude Capital Partners II, LLC ("LCP II") is the general partner of LVP II and may be deemed to have voting and investment power over the shares of the Company held by LVP II. Patrick G. Enright and Juliet Tammenoms Bakker are managing members of LCP II and may be deemed to share voting and investment power over the shares held by LVP II. David Hirsch, M.D., Ph.D. is a member of LCP II and may be deemed to share voting and investment power over the shares of the Company held by LVP II. Each of these individuals disclaims beneficial ownership of such shares except to the extent of his or her pecuniary interest therein. The address of LCPII is 2740 Sand Hill Road, Menlo Park, California 94025.

(5)   Based on a Schedule 13G filed on March 24, 2021, reporting ownership as of March 23, 2021, by Point72 Asset Management, L.P. and affiliated entities. Point72 Asset Management, L.P and Point72 Capital Advisors, Inc. reported shared voting power and shared dispositive power over 2,500,000 shares. Cubist Systematic Strategies, LLC reported shared voting power and shared dispositive power over 23,272 shares. Point72 Hong Kong Limited reported shared voting power and shared dispositive power over 2,266 shares. Steven A. Cohen reported shared voting power and shared dispositive power over 2,525,538 shares. Each reporting person directly owns no shares of common stock. Pursuant to an investment management agreement, Point72 Asset Management, L.P. maintains investment and voting power with respect to the securities held by certain investment funds it manages. Each reporting person disclaims beneficial ownership of any of the securities covered by the Schedule 13G.

(6)   Consists of (a) 491,993 shares of common stock held by Gerrit Klaerner, Ph.D., (b) 25,323 shares of common stock held by the spouse of Dr. Klaerner, and (c) 1,524,107 shares of common stock issuable upon exercise of stock options held by Dr. Klaerner that are exercisable as of February 19, 2021 or will become exercisable within 60 days of such date, 1,084,984 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below. Excludes shares held by members of Dr. Klaerner's family who do not live in the same household as Dr. Klaerner. Dr. Klaerner disclaims beneficial ownership of shares held by members of Dr. Klaerner's family who do not live in the same household as Dr. Klaerner. Excludes 8,000 shares of common stock issuable upon vesting and settlement of restricted stock units held by Dr. Klaerner that do not vest within 60 days of April 14, 2021.

(7)   Consists of (a) 143,060 shares of common stock held by Robert J. Alpern, M.D., including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, and (b) 52,604 shares of common stock issuable upon exercise of stock options held by Dr. Alpern that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 52,604 of which have vested, or will vest, within 60 days of April 14, 2021.

(8)   Consists of (a) 11,181 shares of common stock held by David P. Bonita, M.D., including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, (b) 43,182 shares of common stock issuable upon exercise of stock options held by Dr. Bonita that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 43,182 of which have vested, or will vest, within 60 days of April 14, 2021 and (c) 9,614,280 shares beneficially owned by OPI V as set forth in footnote (1). Dr. Bonita disclaims beneficial ownership of the shares listed in footnote (1), except to the extent of his proportionate pecuniary interest therein, if any. The business address for Dr. Bonita is c/o OrbiMed Advisors LLC, 601 Lexington Avenue, 54th floor, New York, New York 10022.

(9)   Consists of (a) 162,369 shares of common stock held by Sandra I. Coufal, M.D., including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, (b) 4,860 shares held by the Coufal Irrevocable Trust, of which the spouse of Dr. Coufal is the sole trustee, (c) 43,182 shares of common stock issuable upon exercise of stock options held by Dr. Coufal that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 43,182 of which have vested, or will vest, within 60 days of April 14, 2021 and (d) 6,423,493 shares beneficially owned by entities affiliated with Sibling Capital, as set forth in footnote (2). Dr. Coufal disclaims beneficial ownership of the shares listed in footnote (2), except to the extent of her proportionate pecuniary interest therein, if any. Dr. Coufal disclaims beneficial ownership of the shares held by the Coufal Irrevocable Trust, as to which Dr. Coufal does not exercise voting or dispositive power. The business address for Dr. Coufal is 18313 Calle La Serra, Rancho Santa Fe, California 92091-0119.

41

(10) Consists of (a) 42,760 shares of common stock held by Kathryn Falberg, including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, and (b) 95,945 shares of common stock issuable upon exercise of stock options held by Ms. Falberg that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 95,945 of which have vested, or will vest, within 60 days of April 14, 2021.

(11) Consists of (a) 11,181 shares of common stock held by David Hirsch, M.D., Ph.D., including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, (b) 43,182 shares of common stock issuable upon exercise of stock options held by David Hirsch, M.D., Ph.D. that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 43,182 of which have vested, or will vest, within 60 days of April 14, 2021 and (c) 3,019,734 shares beneficially owned by LVP II as set forth in footnote (4). Dr. Hirsch disclaims beneficial ownership of the shares listed in footnote (4), except to the extent of his pecuniary interest therein, if any. The business address for Dr. Hirsch is 2740 Sand Hill Road, Menlo Park, California 94025.

(12) Consists of (a) 10,933 shares of common stock held by Robert McKague and (b) 210,000 shares of common stock issuable upon exercise of stock options held by Mr. McKague that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 65,625 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below. Excludes 4,000 shares of common stock issuable upon vesting and settlement of restricted stock units held by Mr. McKague that do not vest within 60 days of April 14, 2021.

(13) Consists of (a) 246,837 shares of common stock held by Geoffrey M. Parker and (b) 522,234 shares of common stock issuable upon exercise of stock options held by Mr. Parker that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 379,892 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below. Excludes 4,000 shares of common stock issuable upon vesting and settlement of restricted stock units held by Mr. Parker that do not vest within 60 days of April 14, 2021.

(14) Consists of (a) 1,039 shares of common stock held by Dawn Parsell, Ph.D. and (b) 438,029 shares of common stock issuable upon exercise of stock options held by Dr. Parsell that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 261,633 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below. Excludes 4,000 shares of common stock issuable upon vesting and settlement of restricted stock units held by Dr. Parsell that do not vest within 60 days of April 14, 2021.

(15) Consists of (a) 15,478 shares of common stock held by Wilhelm Stahl, Ph.D. and (b) 387,730 shares of common stock issuable upon exercise of stock options held by Dr. Stahl that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 326,333 of which have vested, or will vest, within 60 days of February 19, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below. Excludes 4,000 shares of common stock issuable upon vesting and settlement of restricted stock units held by Dr. Stahl that do not vest within 60 days of April 14, 2021.

(16) Consists of (a) 11,181 shares of common stock held by Klaus Veitinger, M.D., Ph.D., M.B.A., including 5,670 shares of common stock issuable upon vesting and settlement of restricted stock units that will vest within 60 days of April 14, 2021, (b) 141,170 shares of common stock issuable upon exercise of stock options held by Dr. Veitinger that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 135,300 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are eligible for early exercise as described in footnote (17) below, (c) 51,444 shares of common stock held by the Sigrun R. Veitinger 2016 Irrevocable Trust, or the SRV Trust, for which a third-party serves as trustee, and (d) 51,444 shares of common stock held by Klaus R. Veitinger 2016 Children's Trust, or the KRV Children's Trust, for which a third-party serves as trustee. Dr. Veitinger disclaims beneficial ownership of the shares held by the SRV Trust and the KRV Children's Trust, except to the extent of his proportionate pecuniary interest therein, if any.

(17) Consists of (a) all shares of common stock held by our directors and executive officers and (b) all shares of common stock issuable upon exercise of stock options held by our directors and five current executive officers that are exercisable as of April 14, 2021 or will become exercisable within 60 days of such date, 2,531,862 of which have vested, or will vest, within 60 days of April 14, 2021, the remainder of which are unvested but may be exercised prior to vesting subject to a repurchase arrangement with us, as described further below. Twenty five percent (25%) of the shares issuable upon exercise of options granted to our executive officers vest on the first anniversary of the applicable vesting commencement date and in subsequent 1/48th increments each subsequent month thereafter, subject to continuous service as of each vesting date. One hundred percent (100%) of the shares issuable upon exercise of options and RSUs granted to our non-employee directors vest on earlier of the (i) one year anniversary of the grant date or (ii) the Company's next regularly scheduled annual meeting of stockholders that occurs following the grant date, with the exception of certain awards previously granted to Dr. Veitinger that vest in accordance with the vesting schedule noted above for executive officers. Our directors and executive officers may elect to early exercise certain options at any time prior to vesting, provided that the shares issued upon exercise of the unvested options will be shares of restricted stock subject to our right to repurchase the shares, should the applicable director or executive officer cease to serve as a director or employee of us prior to the full vesting of such shares of restricted stock. In addition, vesting of an executive officer's then outstanding and unvested option will accelerate upon termination of service in connection with a change in control, as provided in our executive severance benefit plan.

42

**ADDITIONAL INFORMATION**

**Stockholder Proposals and Nominations**

Pursuant to Rule 14a-8 under the Exchange Act, in order to be included in our proxy statement and form of proxy for the 2022 annual meeting of stockholders, stockholder proposals must be received at our principal executive offices, c/o Corporate Secretary, Tricida, Inc., 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080, no later than December 28, 2021, and must comply with additional requirements established by the SEC. Pursuant to our amended and restated bylaws, a stockholder proposal of business submitted outside of the process established in Rule 14a-8 and nominations of directors must be received no earlier than February 10, 2022 and not later than March 12, 2022 and must otherwise comply with the requirements set forth in our amended and restated bylaws.

**Other Matters**

We know of no other matters that will be presented for consideration at the annual meeting. If any other matters properly come before the annual meeting upon which a vote properly may be taken, shares represented by all proxies received by us on the proxy card will be voted with respect thereto as permitted and in accordance with the judgment of the proxy holders.

BY ORDER OF THE BOARD OF DIRECTORS

Klaus Veitinger, M.D., Ph.D., M.B.A.

Chairman of the Board

Date: April 23, 2021

44