**Exhibit 14**

**S&P Global**
Market Intelligence

# Tricida, Inc. NasdaqGS:TCDA
# Company Conference Presentation
## Wednesday, June 12, 2019 6:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants ............................................................................................... 3

Presentation ..................................................................................................... 4

Question and Answer ......................................................................................... 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Gerrit Klaerner**
*Founder, President, CEO &
Executive Director*

## ANALYSTS

**Graig Suvannavejh**
*Goldman Sachs Group Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

TRICIDA, INC. COMPANY CONFERENCE PRESENTATION | JUN 12, 2019

# Presentation

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

All right. Well, it's 10:00, and so we'll kick off the 10:00 session here at the Goldman Sachs Global Healthcare Conference. Just by introduction, my name is Graig Suvannavejh. I am a biotech analyst for the firm. And with me today is Tricida.

And before I introduce the company, there are disclaimers that I have to read. So let me go ahead and get that out of the way. So we're required to make certain disclosures in public appearances about Goldman Sachs' relationships with companies that we discuss. The disclosures relate to investment banking relationships, compensation received or 1% or more ownership. We're prepared to read allowed disclosures for any issuer upon request. However, these disclosures are also available on our most recent reports available to as clients on our firm's portal disclosures. And updates to those disclosures are also available by ticker on the firm's public website. And lastly, the views stated by non-Goldman Sachs personnel do not necessarily reflect those of Goldman Sachs.

So with that, I want to introduce the company. With me here today, Gerrit Klaerner, founder of the company and CEO; and in the audience, we have Geoff Parker, who's the CFO and Senior Vice President; and Jackie Cossmon, who's VP of IR and Communications.

So Gerrit, for those who maybe don't know you, maybe from a high-level, you can provide just kind of your background, your history and your role in founding Tricida.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Excellent. Thanks for the opportunity, Graig. And I'll make my own kind of disclaimer here. There will be forward-looking statements, and I urge you to look up our SEC information.

Yes. So I started in 2013 in my living room. So I've just -- finishing up the Relypsa experience, having founded that company, and that drug sort of had completed all clinical trials. I was looking for an opportunity to create something that is truly disease-modifying.

With VELTASSA, I think, in hyperkalemia, we always had a great story where we would treat the complication of chronic kidney disease and then we could give more of a disease-modifying drug like an ACE or an ARB. And the simple goal at that time point was we want to be both. So we wanted to have the ability to have a straightforward development program where we could have a serum endpoint with a proven test. But at the same time, there's a huge need to slow progression of kidney disease.

It's really something that people don't talk about as much. There were 30 million patients with chronic kidney disease. It's a major burden in the United States and around the world. And we wanted to find a target in the disease, an unmet medical need that could slow the progression of those patients, mostly from diabetic nephropathy to -- ultimately, they end up on end-stage renal disease and requiring 3x a week dialysis.

And that's really how we started the idea of Tricida, and we -- when you open up in med school, you open up the book of general diseases, metabolic acidosis is on Page 3. It's fairly well understood. We are -- we, as humans, we are finally tuned to live with normal blood pH.
If the pH in our blood is going too low, really bad things happen. We use bone, we use muscle to buffer, to keep the pH neutral. And then, ultimately, we -- there are a bunch of mechanisms that lead to further loss of kidney function. So really, at the heart of everything that Tricida is doing, is the patient who is in an impossible Catch-22, coming from diabetes and hypertension, then developing kidney disease, then developing metabolic acidosis, and that further worsens their kidney disease. And that was the goal that we had. We went from an idea to the clinic in 2 years. And now, hopefully, with our NDA submission

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

planned for second half of this year, we will have gone from idea to submitting the NDA in just 6 years. So those are quick time lines. And excited to have had a great team that is executing against that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Thank you for that. So your company is based on a very unique polymer technology. Certainly, you have intimacy with that technology. So can you describe for us kind of what that's really about?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, it's interesting, we're doing the opposite of what 90% of pharmaceutical and biotech does, right? So you always work to make a drug more bioavailable. We're doing the opposite. We work very hard to make sure that the polymers, the non-absorbed polymers that we're creating truly never gets into the bloodstream.

And I think from a safety perspective, that when you talk to FDA, they like that. They like the fact that we don't have to deal with systemic drugs that metabolize and create safety issues, because everyone is doing it slightly differently. But having an oily, basically, oil polymer that you take once a day, and then, ultimately, that you excrete through the normal digestive process, that is a straightforward story.

And we -- and the nice thing is that you can effectively train your GI system to take over functions that the kidney can no longer perform. So that is a very simplistic way of, I think, looking at it.

And as usual, safety comes first in everything that we're doing. Now the efficacy story in the polymer, having done it 3x now at Ilypsa and Relypsa, Tricida was actually a tough one. Unfortunately, my CFO and I, we had steak last night, and so we eat a lot of protein and we digest protein and we generate acid. And we generate a lot of acid. And what happens is that we had to build a drug and a polymer that could bind and remove really the majority of the daily acid produced. And that's really the secret sauce behind TRC101 and Tricida's drug candidate that we, instead of neutralizing acid, where you supplement and you always leave something behind that's deleterious for these patients who have reduced kidney function, we really bind and remove with this tailored polymer.

And as you can tell, I'm very passionate about polymer chemistry. My kids think it's very boring, but it's actually quite exciting that we build a 100 micron particle that has a high capacity for proton. And then we have to also take out the right enyne, and in this case, chloride. So we're binding and removing hydrochloric acid. And we can't bind any other enynes because they are actually used as precursors for bicarbonate, which is the base that you track in the blood.

When you and I go get a checkup, we have a standard blood test that actually measures serum bicarbonate, which is a marker for metabolic acidosis. And so we bind, remove hydrochloric acid. Chloride is the smallest enyne. And what each 100-micron particle dose of TRC101, it has a size exclusion mechanism that only allows the chloride to ultimately act as a binding size. And the larger enynes are excluded. So it's a simple size mechanism where only small size fits and larger sizes don't.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

I think it's fascinating. So veverimer is your lead program. And it's -- how would you describe what's unique about that? And maybe that transition to kind of the clinical data that you've generated for that program?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. Let's start with the most recent news, which, in my career, I've never experienced. We set out to do a 1-year extension study, where we hope to see good safety, which we did. We hoped to see continued durable effect of our surrogate marker, which is basically the increase of serum bicarbonate. And on top of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it, in this blinded placebo-controlled study, we actually saw a reduced all-cause mortality, reduced number of patients requiring dialysis and fewer patients having -- losing 50% of the kidney function.

And when you fast-forward in all the work that we've done, from a discovery to an early development, to a late stage development, agreeing with FDA, an accelerated approval path, you -- all you expect to do is to show a surrogate effect, and then you have a post-marketing commitment that ultimately then, you confirm that, that surrogate is going to translate.

Now we found ourselves with 1-year safety extension data that showed clinical benefit. And I think that excitement, you can feel now, I think, in the company, both from interacting with payers, interacting with physicians, interacting with regulators, I think that is a good thing to have.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

And I'm going to assume that as you saw that data, I know it's surprising. What's the reaction that you have maybe gotten from the physician community just about some of these findings?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

It's interesting. I've worked in the renal space for 20 years, and we've tried. When it comes to hyperpotassemia, people have tried to show that controlling serum phosphorus in these patients is going to translate to improved outcomes. It doesn't.

People have tried to show that for anemia or for hyperkalemia, in the end, all those are just complications, where the nephrologist is, in a way, doomed to just tinker with those parameters in order to keep the patient stable until they inevitably need dialysis, or quite frankly, they're more likely to die, unfortunately.

And it's really been since the RAS inhibitor trials, the [indiscernible] trials in the late '90s, where there's been a disease-modifying agent. And for our thought leaders and even community physicians to have data now, even though it's a small trial, it's a 200-patient trial, but it is a gold standard, double-blind, placebo-controlled. And to see a 65% reduction in the time to event of, as I pointed out, all-cause mortality, dialysis or 50% eGFR reduction, we call it DD50. That is much needed in this field, in a field that has not seen a lot of progress and, unfortunately, a lot of failures. We have -- one of our very famous thought leaders, who's done a lot of the SGL2 inhibitor trials, he goes to our investigator meetings, and he shows a tombstone with all the feared outcome trials in renal. And that's the unfortunate reality in this field. And so to have the first study now that in this advanced population with multiple co-morbidities to show improved outcomes has created a real jolt in this nephrology community.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

So you've got another study ongoing, VALOR-CKD. Tell us how it kind of fits in the overall strategy of developing veverimer?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

It's a study that is now a post-marketing commitment with FDA following the accelerated approval path. That's something that is quite common for oncology or orphan diseases. It's not very common for cardiorenal.

We have the ability to submit our NDA with just one pivotal trial that shows a surrogate effect, and we've completed that. The pivotal portion of that trial actually just got published in the Lancet in March, and we submitted the extension study to another major medical journal and hope to see that published soon, too.

We -- under that accelerated approval path, we obviously have a post-marketing commitment to show that our surrogate is going to translate to clinical benefit. And the VALOR-CKD study is a time-to-event study with 1,600 patients that is a one-to-one randomized double-blind study. We're conducting it in all

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

over the world, in 33 countries and up to 350 sites. And it's underway. And we hope to -- and we are on track to really have this sufficiently recruited to submit our NDA in the second half of this year.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

And what would you ideally hope to get out of that study?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Ultimately, the study is powered to show a 30% reduction in renal progression, as measured in a slightly different endpoint, DD40. So it's renal death, dialysis and 40% eGFR reduction. And again, with 1,600 subjects, 800 on active, 800 on placebo, we control a 30% reduction in the time to that event.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Is there a possibility of an interim analysis with the study?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. And quite frankly, we were quite nervous. We saw such a dramatic improvement, a 65% reduction in renal events in that smaller study that when you underestimate your effect size, you actually get punished, unless you have an interim. And we do have an interim analysis planned for when approximately half of the events could in this post-marketing trial. And we get to stop early at that time point or actually do a sample size recalculation.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

So as you find yourself as a company having completed a lot of the clinical developments, company clearly is on the verge of commercializing the product. So could you tell the audience what Tricida is doing right now in terms of getting ready from a commercial perspective?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. We're clearly preparing. We've got -- we hired our Chief Commercial Officer, Susannah Cantrell from Gilead. We've got the core team on board. We hired Marcel van Kuijck from Sanofi Genzyme as our Head of our Medical Affairs. And really, the way we see it is that in the United States, we are in a position to launch this drug, hopefully, upon approval next year. And nephrology is a very concentrated specialty. So we are looking to have a sales force, a field force of about 130 reps, and importantly also a significant MSL force.

I think that nephrologists are really electrochemists at heart. So they like complexity, they're used to dealing with complexity and they don't respond well to traditional marketing. And I think, to have a data-driven approach where, quite frankly, our clinical data speaks for itself, we feel that we have a value proposition to the nephrology community, we have a value proposition to the patient. And I haven't mentioned this yet, but based on FDA's input, we actually included quality-of-life measures, both subjective, meaning, patient-reported outcomes, and also objective, physical function measures in a repeated chair stand test.

And quite frankly, most diseases in CKD are asymptomatic. What we've seen was, again, very much in line with the underlying pathophysiology, but our patients felt and functioned better. And so the value proposition to the patient, they're very ill, they have multiple co-morbidities, including, obviously, diabetes, hypertension, heart failure, edema and obviously metabolic acidosis. But what we've seen is that within a 1-year period, we were able to significantly improve our -- the patient reported how they felt. And also the direct measure of the physical function improved. And the P values were very small, it was very

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

significant and also clinically meaningful. And we feel that we have a value proposition for the patient, and then, also, of course, the payers. And in today's environment, when you listen to at this conference, there were great debates about pricing and reimbursement, and we feel pretty good about our value proposition to payers. And quite frankly, you have to engage them early. You can't go and show up for the first time when you have your label in hand and you ask them for reimbursement.

We've been talking to payers since the very beginning of this development program, and we feel good that we can quantify the cost savings to the system. We also feel good that we are the first and only drug in this space, should we get approved. There is no other FDA-approved drug, which always helps, which from a payer perspective, puts you into a must-add category. So it's good to win hearts and minds, but it's also good to have some leverage in terms of being the only treatment.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

So just referring to some of the payer research that you've done, and it seems like you've been doing a lot from the beginning. So what has that feedback been on a more granular level?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Payers are quite sophisticated when it comes to accelerated approval. I think they realize that they can't wait for the post-marketing trial to read out and then we're going to double or triple price. So we have to agree and set price really upon initial launch. And that's what we're doing. And we built a very sophisticated pharmacoeconomic model that we're going to actually present at the American Society of Nephrology meeting this year that actually uses the surrogate effect, the 4 milliequivalent increase in serum bicarb or normalization to model the cost savings. And that's really the starting point in our discussion.

And then, ultimately, identifying the different plans, different population and different mix of Medicare/Medicaid dual eligible or commercial patients. And so we're working in a very detailed manner to allow each payer to look at their plan and their mix in their population of patients, and then ultimately get a quantitative view of the cost savings related to treating metabolic acidosis.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Maybe just staying on this kind of pricing and market access and reimbursement part of our discussion, so from the patient's perspective, what kind of access issues you may or may not face with your new program, new product?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. I think every innovator and every pharmaceutical company, being a new chemical entity to market is facing the issue of being limited in helping pure Medicare patients, I think. And we are not different than that. And if anybody has a solution, just call us. But we feel pretty good about really helping the commercially insured patients. We're feeling good about the dual eligible that have some coinsurance. But obviously, supporting pure Medicare patients is a hard button topic. And we will do whatever we can in a compliant manner, but we expect that at any price that is not generic, given how sick these patients are, given that they are, on average, on 10 to 12 medications, unless you are priced as a generic, you will see a significant abandonment, ultimately, of the script at the retail pharmacy. And that's an issue that is overarching in our industry.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

You talked about how there are different patient segments that you're going to go after with your product. Have you made internally different assumptions around what part of the different markets that you can get given some of the access issues, commercial or Medicare?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, upon initial launch, I think the focus is clear on commercially insured patients, because you can do co-pay assistance. And I think that's where we'll start out. But we obviously will work with the various plans and CMS to continue to make the value proposition and to show them that the cost savings are real.

I think it's a multistep process where, first, I think you build the models with payer input. And then, ultimately, as you get the first couple of years under your belt, we hope to show -- and that's the compelling nature of this drug, that metabolic acidosis is an independent cost driver.

That's really what we've seen. That's what our modeling and health economic research has shown. And we should be able to show cost savings in a fairly short period of time.

And that is ultimately 1 year or 2 years in, that's kind of the show-me attitude, where we hope to be able to translate that and be accountable for, I think, that the treatment of metabolic acidosis leads to, within 1 or 2 years, to significant savings to these plans.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Maybe we can take a step back and just talk about metabolic acidosis and the unmet need. You mentioned that medical textbooks might have it on Page 3, but in terms of the patient numbers that are out there, can you kind of size it for our audience?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

There are about 3 million patients in the United States with chronic kidney disease and metabolic acidosis. Of those, about 1.1 million are diagnosed and seeing a physician. And our focus is obviously on the nephrologists, and that's about 600,000 patients that are currently being seen by a nephrologist and have chronic kidney disease and metabolic acidosis. So that's kind of -- that's our target population.

We -- it's interesting, I think we'll present also at the American Society of Nephrology, that the biggest, I think, hurdle we have to overcome in our launch is the fact that due to no FDA-approved treatment, 80% of the patients are currently, even though they have overwhelming lab evidence, they're currently not being diagnosed. And that's simply the reality of when you don't have a treatment, you have to learn to live with metabolic acidosis. And I think that is what we're going to tackle first, to really -- even sort of prelaunch, as a company, we can do disease awareness, disease education right now where it's very clear that metabolic acidosis translates to bone, kidney and muscle disease.

That's the underlying and basic pathophysiology. And to really educate that, unlike other complications, it is both a complication and an underlying cost. And that's really where the education is going. And that's really independent, obviously, of veverimer.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

I'm struck by how many patients are undiagnosed. So obviously, once you get a product on the market, it seems like patients start showing up, so to speak. Are there any other activities as a company that you can do to promote this kind of diagnosis? Or what are the things that you can kind of accelerate that?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, it's interesting, in some diseases, you have to develop a test or you have to get physicians to implement an existing test. That's not the case here. So I think what is striking is that there's -- the lab evidence is there. And I think what we are doing is we're working with our thought leaders, working with guidelines that already say you should treat the metabolic acidosis if your serum bicarb is below 22. So we have the ability to point to the fact that it's part of every standard blood panel.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So pay attention to what you already have, educate on what's already in the guidelines. So from that perspective, I think it is pretty straightforward. And that's what we're doing. I think we have a major presence at last year's ASN. We've developed an app. And I think it was the only time that my kids were impressed about what I'm doing for a living because we developed an app for nephrologists to really be able to translate some of those lab values to kidney failure risk, and serum bicarb is one the key variables. So Neph+ is really something that is an app that has no advertising, that has no registration, that is a simple tool for the nephrologists to visualize for their patients the risk if you leave metabolic acidosis untreated. And so we're doing all these things and it's exciting. And I think it benefits the overall community, independent of veverimer.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

So as we think about commercializing this product, and you were very involved in the development of VELTASSA, obviously, and that product is on the market. Maybe for the audience, can you kind of give your impression of how that product has launched? And how that may be similar or different for veverimer?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. I think that Vifor acquired Relypsa and they have multiple renal products, and I think that VELTASSA is used in quite a large number of patients now. We estimate about 35,000 to 40,000 patients in its third year. And hyperkalemia obviously has -- there's a risk of sudden death. And there's obviously the need to ultimately take your patient off ACEs or ARBs, reduce the doses of some of those medications that can preserve kidney function.

I think the launch was a little bit overshadowed by the box warning on drug-drug interactions. I think that -- and we've announced just recently that we've completed our human drug-drug interaction studies, and we don't expect any need to dose away concomitant medications. It -- VELTASSA also requires a cold chain, where ultimately 80% of patients with CKD are used to going to a retail pharmacy. So our launch is really going to target making it available on the retail level. And I think, most importantly, the disease modification aspect of it is what sets it apart.

Now furthermore, Kayexalate, another hyperkalemia drug that's been grandfathered then by FDA, is still the most prescribed potassium binder. And so there was a drug available. And obviously, they had a fast follower in [ glaucoma from CS ] and that drug I think now just recently got approved. So it was a more competitive space in a non-disease-modifying area. And I think we've learned many of the things that they did well and also things we can do better. And so we feel very good about veverimer and the launch coming up, hopefully, next year.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Okay. Maybe taking a look into a crystal ball of 3 to 5 years, and let's assume that veverimer is on the market. Is the aspiration of the company just to be a one-product veverimer company? Or what's your vision?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. I've done this now 3 times, where from an idea to, and ultimately to a commercial product, hopefully, we have, I think, the in-house expertise to go back and identify a target and do our own discovery program. And I think that is one avenue to build the pipeline once we have our NDA submitted.

The other is that we are well-capitalized, thanks to our CFO and our strong investors. So opportunistic later-stage assets that fit in with our commercial strategy, that's another source. But we are committed to building a fully integrated company with veverimer, I think, as a key product and a key value driver, and then products come in behind that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

And maybe just, looking at the clock, maybe the last question that I'll ask you is, as we look at the company and news flow over the next 3 to 6 to 12 months, what are the important things that you'd want to highlight to investors?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

I think publication of the outcome data in a major medical journal is really key. That's hopefully a near-term event. Our NDA submission in the second half, ultimately then, we'll find out if we're granted standard or priority review at the time of our Day 74 letter. And then, hopefully, approval and launch.

So that's on near term horizon. So we have an exciting 12 to 18 months ahead of us.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Great. It's very exciting times for the company. And with that, I want to thank Gerrit and I want to thank Tricida for joining us. Thank you.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*
Thanks, Graig. I appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.