**Exhibit 15**

**S&P Global**
Market Intelligence

# Tricida, Inc. NasdaqGS:TCDA
# FQ1 2020 Earnings Call Transcripts

## Thursday, May 07, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | -FQ1 2020- | | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | SURPRISE | CONSENSUS | CONSENSUS |
| **EPS (GAAP)** | (1.21) | (1.40) | NM | (3.72) | (5.19) |
| **Revenue (mm)** | 0.00 | 0.00 | 0.00 | 0.00 | 14.17 |

Currency: USD
Consensus as of  Feb-28-2020 12:09 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP) - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2019** | (0.79) | (0.90) | NM |
| **FQ2 2019** | (0.86) | (0.75) | NM |
| **FQ3 2019** | (0.92) | (0.89) | NM |
| **FQ4 2019** | (1.21) | (1.17) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

**Call Participants** ......................................................................................... **3**

**Presentation** ......................................................................................... **4**

**Question and Answer** ......................................................................................... **10**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Geoffrey M. Parker**
*CFO & Executive VP*

**Gerrit Klaerner**
*Founder, President, CEO &
Executive Director*

**Jackie Cossmon**
*Vice President of Investor
Relations & Communications*

## ANALYSTS

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research
Division*

**Graig Suvannavejh**
*Goldman Sachs Group Inc.,
Research Division*

**Laura Christianson**
*Cowen and Company, LLC,
Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, ladies and gentlemen, and welcome to the first quarter 2020 financial results conference call. [Operator Instructions]

As a reminder, this conference may be recorded. I would now like to turn the conference over to your host, Jackie Cossmon of Tricida. Please go ahead, ma'am.

**Jackie Cossmon**
*Vice President of Investor Relations & Communications*

Thank you, Patricia. Good afternoon, and thank you for joining the Tricida First Quarter 2020 Financial Results Conference Call. In today's call, Gerrit Klaerner, our Founder, CEO and President, will discuss our business progress; and Geoff Parker, our CFO, will then discuss our financial results for the first quarter.

Please note that in today's call, we will be making various statements that include forward-looking statements as defined under the applicable securities laws. Forward-looking statements include the potential timing for approval or commercial launch of veverimer, anticipated activities related to our NDA filing, including the assigned PDUFA goal date and the scheduling of an advisory committee meeting, the potential approvability of veverimer through the accelerated approval program, our hiring plans, our medical affairs, commercial and managed markets activities, the conduct of our VALOR-CKD confirmatory post-marketing trial, the potential impact of COVID-19, financial guidance and other statements that are not historical facts.

Management's assumptions, expectations and opinions reflected in these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from any future results, performance or achievement discussed in or implied by such forward-looking statements. Tricida can give no assurance that these statements will prove to be correct, and we do not intend and take -- undertake no duty to update these statements. We also urge you to read the risks and uncertainties associated with our business that are described in our filings with the Securities and Exchange Commission. For a copy of our press release that was issued prior to this call, please go to www.tricida.com and follow the link to our Investor Relations page.

At this time, I'd like to turn the call over to Gerrit.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Thank you, Jackie, and thank you all for joining us on the call today. The COVID-19 pandemic has affected us all, and we are sincerely grateful to the healthcare providers and other frontline essential workers who continue to work tirelessly to serve our communities and help those in need.

I also want to acknowledge our employees, who have made a remarkably smooth transition to working virtually. Working as a team, I believe, we remain as productive as ever. I'm also proud of our employees who have supported those affected by the COVID-19 pandemic in several ways, from donating masks to local hospitals, to contributing generously to COVID-19-related charities, which have been matched 100% by Tricida.

Before I share the details of our commercial launch preparations, let me provide a brief update on our NDA for veverimer and our ongoing VALOR-CKD confirmatory post-marketing trial. The veverimer NDA is under review by the FDA for the Accelerated Approval Program with the PDUFA goal date of August 22, 2020, for the potential approval to market veverimer in the United States. At this time, we do not believe the COVID-19 pandemic has affected our PDUFA goal date of August 22. We continue to work cooperatively with the FDA on review matters related to our NDA.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In our day 74 letter, the FDA indicated that they plan to hold an advisory committee meeting, or AdCom, to discuss the application. In our late-cycle meeting with the FDA, held in May 2020, the FDA indicated it currently does not plan to hold an AdCom to discuss veverimer due in part to the logistical challenges posed by COVID-19. In our late-cycle meeting with FDA, we took the opportunity to address outstanding review issues. We presented our data and rationale as to why we think veverimer satisfies the requirements for initial approval under the Accelerated Approval Program, including the magnitude and durability of the treatment effect on the surrogate markup serum bicarbonate, demonstrated in the TRCA-301 and 301E trials.

Under the initial approval, we have to ensure that U.S. patients who would be prescribed veverimer get clinically significant benefit that outweighs the risk of treatment. Overall, while the FDA continues its review, we remain confident that our submission meets the standard for approval through the Accelerated Approval Program.

Now turning to VALOR-CKD, our confirmatory post-marketing trial. In the wake of the COVID-19 pandemic, we've been carefully monitoring both the status of subjects in the trial as well as the ongoing pace of enrollment. We have not observed any COVID-19-related discontinuations of randomized subjects in the study. It is important to note that the study design only requires visits to investigator site every 3 months, which provides for significant scheduling flexibility. In addition, we've implemented a study-wide COVID-19 contingency guidance, which is in line with corresponding FDA and EMA guidance on conduct of clinical trials during this pandemic, to ensure patient safety and well-being and to preserve the trial's integrity.

This guidance allows conduct of remote assessments of subject's safety and the delivery of study drug directly to subject homes where allowed to ensure continuity of treatment. Regarding the pace of enrollment, a slowdown has occurred as a result of the COVID-19 pandemic. As such, we are monitoring our screening and enrollment progress and hope to bring our enrollment back to steady state as the pandemic subsides. At this time, it appears that we will complete enrollment in the VALOR-CKD trial in the first half of 2021.

Now I'd like to discuss the significant work that we've done to understand the impact of the COVID-19 pandemic on our potential launch of veverimer. I'll start by saying that we are a data-driven organization, and it certainly applies to our approach to our launch activities. We have evaluated multiple third-party surveys, conducted our own surveys, spoken to numerous contacts at biotechnology companies that are launching products in this environment and carefully considered the scope and timing of our plans to launch veverimer.

First, it is clear that the COVID-19 pandemic has strained the healthcare system and in particular, it has changed the way physicians and patients are currently able to interact. The use of telemedicine to supplement office visits and additional personal protective equipment are elements of the patient-doctor experience that are likely here to stay. But our research also indicates that many of the most significant disruptions would be temporary. And there's strong interest from physicians and payers for new therapies that provide health benefits to patients and address large unmet medical needs.

And our research indicates this is particularly true in the nephrology community. As an example, at the end of April, we surveyed 50 nephrologists from around the country that typically see about 100 patients per week. They reported that the pandemic has negatively affected activity in their practices with an estimated 60% reduction in weekly patient visits to the offices in April relative to a typical week earlier this year. However, the survey results also showed that over 65% of these nephrologists are receptive to learning more about new products, even in the current environment with an increase to 94% when the pandemic subsides.

More specifically, when shown the veverimer's target product profile, 80% of the nephrologists said they would consider prescribing or definitely would prescribe veverimer via telemedicine. And 95% indicated they would consider prescribing or definitely would prescribe veverimer in the office. We are encouraged that the veverimer's target product profile elicits this type of enthusiasm from nephrologists, either in a virtual or in-person setting.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

TRICIDA, INC. FQ1 2020 EARNINGS CALL | MAY 07, 2020

When this information -- with this information in hand, along with a multitude of other data points, I would like to share with you today our ongoing successful prelaunch activities and why we continue to be excited for the launch of veverimer, if approved to treat metabolic acidosis and thereby slow the progression of chronic kidney disease.

Let me start with our extensive medical affairs campaign. We launched our team of 10 medical science liaisons after the NKF Spring clinical meeting in March, a response of 7 presentations, a poster session and the CME Symposium on interventions for metabolic acidosis and slowing CKD progression. All of these presentations and events were held virtually and well attended, giving us increased confidence as we head into the second half of 2020, that both in-person and virtual activities around disease education and veverimer can be effective. Our MSLs are engaging with the NKF meeting participants and have already virtually reached out to about 750 nephrologists. The reception and interest has been exceptional, and that's not a surprise, given the important finding from our recent nephrologist survey that indicated that nearly 70% of nephrologists find publications or journal articles to be one of the best sources of medical information.

You'll recall that we supported or authored 14 posters and publications in 2019 and early 2020. These publications to provide MSLs with many important scientific publications to facilitate appropriate scientific exchange with nephrologists about a wide range of topics related to metabolic acidosis. These include a recent special article in JASN on the mechanism of metabolic acidosis-induced kidney injury and CKD as well as a systematic review and meta-analysis of the effect of treatment of metabolic acidosis in CJASN.

Presentations at major nephrology congresses have presented new data on the significant clinical consequences of metabolic acidosis to bone, muscle and kidney health. And of course, if the question arises about the veverimer, our MSLs would be able to discuss the veverimer 301 and 301E trial results that were published in back-to-back issues of The Lancet.

Another key area of focus for our medical affairs team, which was the subject of presentations at both ASN Kidney Week and NKF Spring meetings has been the current unmet treatment of metabolic acidosis. Based on multiple analyses, only 3% to 15% of patients with metabolic acidosis and CKD are currently taking an over-the-counter oral alkali supplement in an attempt to manage their metabolic acidosis. There's dramatic undertreatment, is likely due to the simple fact that the current over-the-counter option of sodium bicarbonate presents significant challenges. First, it is via the sodium bicarbonate delivers excess sodium to the patient. And for patients with CKD, a reduced-sodium diet is recommended to avoid exasperating common comorbidities such as hypertension, heart failure and edema. Second, and supported by peer-reviewed publications, excess sodium load has been shown to reduce the efficacy of ACEs and ARBs, hypertensive medications, which are cornerstone for the treatment regimen for CKD patients, due to the ability to slow CKD progression.

And third, in the recently published BiCARB study out of the U.K., sodium bicarbonate was not demonstrated to be safe or efficacious, which is considered -- typically prescribed daily dose at 1.5 to 3 grams per day. As you may recall, the BiCARB study is one of the only large multicenter double-blind placebo-controlled randomized trials that investigated the use of typical doses of sodium bicarb to treat metabolic acidosis in a broad patient population over a 2-year period.

In summarizing this unsuccessful study, the author concluded that our results suggest that at least for patients aged 60 and over, the CKD categories 4 and 5, 1.5 to 3 grams per day of oral bicarb do not produce any health benefits and may be associated with net harms. This is an important milestone in the history of treating metabolic acidosis as it provides clear evidence that in a well-controlled study, the daily doses of sodium bicarb are not proven to be safe, efficacious or cost effective.

It is also interesting to note that the authors of the BiCARB paper referenced veverimer as a potential new therapy for metabolic acidosis. In particular, they noted that veverimer's novel mechanism of action of binding and removing acid could avoid the sodium-related liabilities of neutralizing acid with sodium bicarbonate. They also highlighted the veverimer's clinical trial results and its ability to successfully increase serum bicarbonate and to improve physical function-related quality of life, using both patient reports and objective measures. We were pleased to see this recognition of veverimer from these external investigators.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In addition, we are supporting CMA programs that enable HCPs to obtain professional educational credits by completing courses on metabolic acidosis and its serious complications. At the NKF virtual meeting, we supported our first symposium, titled Evidence-Based Interventions for MA, Slowing CKD Progression. More than 325 people participated in the live stream event and more will be able to see the program once it is posted on the NKF website. We supported 2 additional accredited programs in March that have already garnered more than 2,300 participants. Given the success of these CMA events, we will be supporting additional courses later this year with a goal of reaching over 4,000 HCPs for these accredited education programs by the end of 2020.

And now turning to our disease awareness campaign. The key thrust in our disease awareness efforts has been to emphasize the urgency to treat metabolic acidosis. Over the past year, we've made significant progress in emphasizing the understanding of and urgency to treat metabolic acidosis. As we've discussed at length with you in the past, there is an overwhelming understanding among the nephrologists that metabolic acidosis is linked to the progression of CKD as well as worsening bone and muscle health. The current lack of urgency to treat is attributed primarily to the simple fact that physicians have not had a proven safe and efficacious FDA-approved treatment to prescribe to their CKD patients with chronic metabolic acidosis. Clearly, we believe that veverimer has a potential to address this significant unmet medical need.

To deliver our disease-awareness message, we've utilized multiple digital communication channels. We've generated approximately 3 million user impressions through 3 distinct Internet platforms, paid Internet search, display media and targeted e-mails. This has resulted in a 96% increase in visits to our metabolicacidosisinsights.com website from Q4 2019 to Q1 2020, and puts us well on our way to our goal of approximately 10 million user impressions by the time of our veverimer launch. And we're already seeing positive results in the nephrology community from these disease-awareness efforts.

A proprietary survey of 50 nephrologists that we just completed in April, showed that 82% of nephrologists surveyed believe metabolic acidosis is associated with an increased risk of CKD progression and mortality. 76% believe it is an independent and modifiable risk factor for CKD progression and 76% believe also that it negatively impacts how patients feel and function. These are encouraging levels of agreement that emphasize understanding of the urgent need to treat MA.

We also recently conducted 2 virtual advisory boards with practicing nephrologists from around the United States in March and April. And we are exceptionally pleased and encouraged by the focus and interest that our advisory board nephrologists exhibited in these sessions. Together, these 2 advisory boards included 24 prominent nephrologists. And over a 4-hour session, they provided feedback on both our disease awareness materials and veverimer as a potential treatment for metabolic acidosis. We've come away from these interactions with even greater confidence in the significant potential value that veverimer may deliver for CKD patients with metabolic acidosis.

Also, we've received great interest from over 40 nephrologists who are key opinion leaders in various geographic regions of the U.S., to serve as speakers in our peer-to-peer programs that will be planned throughout the rest of this year.

In addition to our disease education efforts, we also have made significant progress educating payers on the health and economic implications of untreated metabolic acidosis and have obtained good feedback on coverage for a potential first and only treatment for metabolic acidosis. Our team has now met with over 85 unique payers who collectively represent over 290 million insured lives. This is up from the 51 payer meetings that we reported on our last call, and we are well on our way toward our goal of engaging with at least 100 payers prior to our anticipated approval.

Also in March, we hosted the managed markets advisory board meeting, spending a full day with 10 payers that represent approximately 100 million lives. Our advisory board participants represented all major categories of insurers, including commercial, medical, Medicare Advantage and managed Medicaid plans. The individual payer meetings have been very productive and mirror many of the opinions from the ad board participants, but our focus today is on the highlights of the ad board meeting. This meeting allowed for an in-depth discussion of the serious complications of metabolic acidosis, a discussion of current over-the-counter interventions, a review of our veverimer data and a close look at health

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

outcomes and economic cost data that was generated from analysis of an Optum database of over 50,000 de-identified patient records.

Because there are currently no FDA-approved therapies for chronic metabolic acidosis, in general, the payer community is not familiar with its health and cost impacts. Therefore, the advisory board participants are keenly interested to learn more about the impact of metabolic acidosis on bone loss, muscle wasting, CKD progression and increased mortality. And they were particularly appreciative that we were able to provide the real-world data that showed that over a 2-year period, a patient with CKD and metabolic acidosis has a 1.5x higher likelihood to progress 1 or more CKD stages and 3.6x higher likelihood of starting dialysis and a 3x higher likelihood of death compared to a patient with CKD without metabolic acidosis. They also appreciate the simple and impressive analysis that each 1 milliequivalent increase in serum bicarbonate led to a 7% decrease in all-cause monthly health care costs.

And finally, they were very interested to see the $40,000 per year lower overall health care expenses for a CKD patient with serum bicarbonate in a normal range versus CKD patients with MA. We also received key insights from the ad board participants on various utilization management techniques, such as prior authorizations to confirm a diagnosis of metabolic acidosis that payers may implement in their coverage decision-making progress.

We are assuming the prior authorizations will be required, in many instances, primarily related to confirmation of serum bicarbonate level into attestation of sodium-sensitive comorbidities or prior use of sodium bicarbonate. On that front, we will work to ensure that healthcare providers and their office staff are able to manage prior authorization requests in a way that mirrors the existing practice. This will be accomplished through our open access distribution, which will allow nephrologists to use the preferred pharmacy of choice via retailer specialty. Additionally, they can submit prior authorizations through an electronic prior-authorizations system or through the use of our patient assistance hub. Our team of field reimbursement managers will also be available to educate healthcare providers on the prior authorization requirements.

And finally, as we prepare to launch veverimer in the second half of the year, we are bearing in mind the new reality of a possible virtual launch and the potential resurgence of COVID-19 in the fall. Thankfully, we're not the first to launch in this environment, and we can watch closely the success and challenges of other biotech companies that are launching products now. Based on our assessment of the impact of COVID-19 on the traditional model of physician detailing, we plan to implement our initial launch activities with 40 specialty account managers to come on board in key territories in the coming weeks. This field force will allow us to reach 70% to 80% of the 5,000 highest-prescribing nephrologists in the United States. We will supplement these efforts by implementing an extensive digital campaign to expand the reach of our promotional efforts.

The team will be directed and supported by our world-class commercial leadership team, which already includes 10 regional business directors. As we gain an understanding of the effectiveness of our field force and our digital campaign during an initial stage of the commercial launch, we plan to evaluate and adjust commercial launch plans as appropriate, including the ultimate size of our field sales force, which previously anticipated the deployment of 80 to 85 specialty account managers.

Now before I turn the call over to Geoff, I would reemphasize the significant scope of our commercial planning activities as we prepare for our August 22 PDUFA date. We recognize that launching a product in normal times is challenging but launching a new drug in the face of what we hope will be a subsiding pandemic, will require even greater attention to every launch detail. We continue to believe that veverimer will be one of the most important therapies in the nephrology specialty area.

**Geoffrey M. Parker**
*CFO & Executive VP*

Thank you, Gerrit, and thank you all for joining us today on the call. I will now provide a brief overview of our financials. Additional detail regarding our first quarter results can be found in our press release issued earlier today.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 4:21-cv-00076-HSG   Document 78-14   Filed 07/16/21   Page 10 of 15
**TRICIDA, INC. FQ1 2020 EARNINGS CALL | MAY 07, 2020**

Our financial position remains strong. As of March 31, 2020, Tricida had cash and investments of $304 million. In the first quarter, our R&D expenses were $49.4 million. G&A expense was $23.5 million. Our net loss for the first quarter was $74.1 million or $1.49 per share. Adjusting for certain noncash expenses, such as stock-based compensation, our non-GAAP net loss for the first quarter was $63.8 million.

We reiterate our cash expenditure guidance for 2020 of $250 million to $260 million. We expect higher R&D expense in the first half of 2020 versus the second half, given the timing of certain expenses related to drug substance delivery and plant optimization at Patheon, our CMO supplier. And with respect to G&A, given the anticipated buildup of our commercial efforts, we anticipate higher G&A in the second half of the year compared to the first half of 2020.

Based on our current operating plan, we expect that our cash and investments and our anticipated borrowing capacity under our Hercules debt facility will enable us to fund our anticipated operating expenses and capital expenditure requirements into the second half of 2021. This forecast of our cash runway does not include any potential revenue and the related cash inflows from the commercialization of veverimer, if approved, which could extend our cash runway to profitability if we achieve our internal commercial forecast.

With that, I'll open the questions -- I'll open the call to questions. Operator?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

**9**

# Question and Answer

**Operator**

[Operator Instructions] We have a question from Laura Christianson from Cowen.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

I just wanted to better understand what outstanding topics still need to be addressed with the FDA in order for veverimer to be approved? And what the chance is that the PDUFA date would end up being pushed out as a result?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Laura, this is Gerrit. Yes. I think we obviously don't speculate at this part in the review process about where FDA is with their review. I think we've had a very constructive and collaborative late-cycle interaction. As you know, we are among the first to utilize the accelerated approval process. And as such, we are really looking at the magnitude and also the durability of effect and also the clinical benefit that the U.S. patients get under the initial approval while the outcome trial is still ongoing. So those are really the broad stroke things we would expect FDA to look at, at this point in the review.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

Okay. Have they given you a sense of what exactly in the data they want to look at more closely? And is it your understanding that they are going to be doing that without an AdCom, but still bringing together some experts to examine the data more closely?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Again, we won't speculate. I think we -- I think they communicated to us that they don't anticipate having an AdCom right now. And that's, as we've said before, mostly due to COVID-19, but we don't know of any other activities or outside experts.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

Got it. Okay. That's helpful. And then I know you mentioned it's mostly COVID-19 related, but do you know what other factors beyond that led to the FDA's decision to cancel the AdCom?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Nope. No, we don't. And we were happy to have an AdCom, and we were very well prepared actually and ready to go to really go through what we believe is really a very favorable risk-benefit profile with a very clean safety profile and compelling efficacy data. So we were locked and loaded. And now we understand that this is not happening really in the time frame to maintain our August 22 PDUFA date.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

Got it. Okay. And then my last question is just if you anticipate any changes in the payer mix in the patients that end up initiating on treatment with veverimer when it's launched, just given changes in insurance coverage due to unemployment?

**Geoffrey M. Parker**
*CFO & Executive VP*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So Laura, it is something that we're monitoring very carefully. At this juncture, we haven't changed our mix yet, but we're going to be looking at that. Obviously, we have a lot of folks who have moved from employment to unemployment, which may increase the Medicaid portion of our mix, but we haven't formally updated that model yet, but we're looking at it carefully. It's worth noting that as patients move from commercial certainly into Medicaid, those are 2 groups of insurance types that should have good access to the drug.

**Operator**

[Operator Instructions]

We have your next question from Graig Suvannavejh from Goldman Sachs.

**Graig Suvannavejh**
*Goldman Sachs Group Inc., Research Division*

Congrats on continued progress towards, hopefully, a successful outcome with your PDUFA. I've got a couple of questions, if I could. First, I just wanted to -- certainly, to be one of the first drugs to go through potential accelerated approval process is exciting, and it shows kind of openness and receptivity by the FDA. I am just trying to think about what's in a downside scenario? Again, since this is not oncology, how are you thinking about the risk that there may be a situation where they are not comfortable approving the product on the merits of just 1 study? So it's my -- kind of my first question, so to speak.

And then maybe the second question that I might ask you is just a follow-up on the last question from the prior analyst. Given the changes in unemployment versus those that are employed, do you have to start thinking about patient co-pay assistance or other programs and -- in terms of how you're thinking about what that might look like? And just kind of maybe a follow-on to that is -- or related to that is, have you done any recent work around pricing? And do you feel good where you are with your pricing assumptions? Or have there been any additional -- has there been any additional work that's been done with respect to how you're thinking about pricing?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

On the FDA question, I think we've addressed it before. I think the -- obviously, we had an accelerated approval. You have to demonstrate a surrogate effect that is likely going to -- reasonably likely going to translate to clinical benefit and then has -- and then have the ability to design an outcome trial, which we've done and that outcome trial is ongoing well on its way, and that's very clear. And then, on top of it, obviously, while that outcome trial is going on for a few years, you also have to ensure that the patients who are getting it under initial approval, the U.S. patients, are really getting clinical benefit.

And those are the 2 components that -- and the 2 boxes we need to check and when you look at our back-to-back lines of papers, when you look at the safety data, when you look at the efficacy data, both on the surrogate and beyond the surrogate, in terms of the physical functioning, the quality of life and the objective chair test data, we are very confident that this is a very favorable risk-benefit profile. So we don't see our read on the overall situation has really not changed. And I think we remain confident that the drug will be approved on August 22. And again, I think that you're right. This is not oncology that's done a lot of accelerated approvals. So we don't have a lot of things to point to where this has successfully worked. I think that's a fair statement. On the -- I think on the payer mix, I think the -- more Medicaid patients, I think the biggest impact is maybe a different sort of gross to net.

**Geoffrey M. Parker**
*CFO & Executive VP*

Yes. Graig, as you think about access to the drug, Medicaid, obviously, has a 23.1% discount off WAC for their price, and then they have a mid-single-digit copay to access the drug. So as you think about the shift to Medicaid patients, access to the drug should be equal for those 2 patient populations. But as that mix trends towards Medicaid, that will modestly impact our gross to net. So that may be a modest increase there. But overall, we think it's -- it shouldn't affect the penetration of the patient population. And then

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with regards to pricing, again, given our patient population with commercial, Medicaid, and the Medicare with low-income subsidy, all of those patient populations are not affected directly by the cost. Those are -- that's carried by the insurer. But for the Medicare patient, obviously, that's a consideration. But we believe that our pricing is still very well substantiated by the health economic work that we've done.

**Operator**

And we have another question coming from Jessica Fye from JPMorgan.

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research Division*

This is Daniel for Jessica Fye. While the COVID-19 situation is evolving, how are you planning for the possibility that social distancing measures will still be in place during the launch of veverimer?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, Daniel, I think that's exactly why we are capitalizing on the fact that we don't have our full sales force hired yet. And so the approach of really getting the key territories and the key sort of sales reps sort of onboard, this will allow us, over the next few months, to really figure out how effective is the virtual detailing and the communication. And to us, basically, when you look at it, we don't know what the ratio is in the second half of this year of in-office versus virtual. And we also don't know how effective the virtual detailing is going forward. And so really, what we're doing over the next 3 or 4 months with the 40 reps is to really learn the -- how efficacious the virtual approach is. And hopefully, by then, we'll also have a better read of what the mix will be of in-office versus virtual. So instead of trying to really get an Internet survey and predict this, we're actually generating data to really be able to plan accordingly.

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research Division*

Got it. And then at that point, when do you then plan to hire the remaining 40 to 45? Will that be dependent on the data?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Exactly. I think it could be as early as right after PDUFA. Or it could be that we get our first quarter of very promotional efforts under our belt and do it in the first quarter of 2021. So that remains to be seen, and we'll really give our regional business directors the chance to do a bottoms-up approach here and to really -- territory by territory, look at this and see what's needed and go forward accordingly.

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research Division*

Okay. Did you by any chance receive any color on what the topics would have been on the AdCom when you had that late-stage communications -- interactions with FDA?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

No, I would have loved to find out, but we didn't, but we are ready for all topics.

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research Division*

Which were? Sorry.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the entire program, obviously, sort of from going through all of our data on the surrogate, on measures beyond the surrogate. If you think about it, we've obviously had results, a 65% reduction in DD50, death, dialysis or 50% eGFR reduction. We had results on how patients see and function as measured by the 5x repeated chair test. We had results on patient-reported outcomes and improvements that were a multiple of what's considered clinically significant minimally. So we were ready to talk about all this and excited to do so. And then I think we were obviously informed that we wouldn't have an outcome at this time point.

**Daniel G. Wolle**
*JP Morgan Chase & Co, Research Division*

Got it. Has the FDA completed conducting inspections of the manufacturing facilities in the U.S. as well as outside?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes. I think we are not commenting on the exact status of inspections, but as you might -- you can imagine, every response over the pending application right now is in a holding pattern where FDA can't, obviously, at the moment, inspect manufacturers or clinical sites.

**Operator**

I am showing no further questions at this time. I would now like to turn the conference back to Jackie Cossmon.

**Jackie Cossmon**
*Vice President of Investor Relations & Communications*

Thank you, Patricia, and thank you all for joining us on today's call. If you will be virtually attending the Goldman Sachs 41st Annual Healthcare Conference, we'll look forward to connecting with you there. And as always, if you have questions, please don't hesitate to contact us at ir@tricida.com. Thank you, and goodbye.

**Operator**
Ladies and gentlemen, this concludes today's conference call. Thank you for joining. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.