**Exhibit 20**

# Advisory Committee Calendar

This page contains notices of advisory committee meetings. For previous years' advisory committee calendars, see the FDA Archive (http://wayback.archive-it.org/7993/20170110233952/http://www.fda.gov/AdvisoryCommittees/Calendar/default.htm) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer).

**Search**

Showing 1 to 100 of 156 entries

Show [ 100 ▼ ] entries                                                    Export Excel

| Start Date ▼ | End Date ⇕ | Meeting ⇕ | Center ⇕ |
|---|---|---|---|
| 08/03/2021 09:00 AM EDT | 08/03/2021 06:00 PM EDT | August 3, 2021: Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 08/03/2021 - 08/03/2021 (/advisory-committees/advisory-committee-calendar/august-3-2021-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 07/15/2021 09:30 AM EDT | 07/15/2021 05:30 PM EDT | UPDATED TIME INFORMATION: July 15, 2021 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement - 07/15/2021 - 07/15/2021 (/advisory-committees/advisory-committee-calendar/updated-time-information-july-15-2021-meeting-cardiovascular-and-renal-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 07/14/2021 09:00 AM EDT | 07/14/2021 06:00 PM EDT | July 14, 2021: Gastroenterology and Urology Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 07/14/2021 - 07/14/2021 (/advisory-committees/advisory-committee-calendar/july-14-2021-gastroenterology-and-urology-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 06/24/2021 10:30 AM EDT | 06/24/2021 02:30 PM EDT | June 24, 2021: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 06/24/2021 - 06/24/2021 (/advisory-committees/advisory-committee-calendar/june-24-2021-meeting-oncologic-drugs-advisory-committee-meeting-announcement-06242021-06242021) | Center for Drug Evaluation and Research |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 06/10/2021 08:30 AM EDT | 06/10/2021 03:40 PM EDT | Vaccines and Related Biological Products Advisory Committee June 10, 2021 Meeting Announcement - 06/10/2021 - 06/10/2021 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-june-10-2021-meeting-announcement) | Center for Biologics Evaluation and Research |
| 06/09/2021 09:45 AM EDT | 06/09/2021 05:05 PM EDT | UPDATED AGENDA INFORMATION: June 9, 2021: Meeting of the Pharmacy Compounding Advisory Committee Meeting Announcement - 06/09/2021 - 06/09/2021 (/advisory-committees/updated-agenda-information-june-9-2021-meeting-pharmacy-compounding-advisory-committee-meeting) | Center for Drug Evaluation and Research |
| 06/03/2021 09:00 AM EDT | 06/04/2021 06:00 PM EDT | June 3-4, 2021: Neurological Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 06/03/2021 - 06/04/2021 (/advisory-committees/advisory-committee-calendar/june-3-4-2021-neurological-devices-panel-medical-devices-advisory-committee-meeting-announcement) | Center for Devices and Radiological Health |
| 05/27/2021 09:00 AM EDT | 05/27/2021 05:30 PM EDT | UPDATED AGENDA INFORMATION: May 27, 2021: Meeting of the Endocrinologic and Metabolic Drugs Advisory Committee Meeting Announcement - 05/27/2021 - 05/27/2021 (/advisory-committees/advisory-committee-calendar/updated-agenda-information-may-27-2021-meeting-endocrinologic-and-metabolic-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 05/11/2021 10:00 AM EDT | 05/12/2021 05:00 PM EDT | UPDATED INFORMATION: May 11-12, 2021: Meeting of the Pediatric Oncology Subcommittee of the Oncologic Drugs Advisory Committee Meeting Announcement - 05/11/2021 - 05/12/2021 (/advisory-committees/advisory-committee-calendar/updated-information-may-11-12-2021-meeting-pediatric-oncology-subcommittee-oncologic-drugs-advisory) | Center for Drug Evaluation and Research |
| 05/11/2021 09:00 AM EDT | 05/12/2021 12:30 PM EDT | May 11-12, 2021: Science Advisory Board to the National Center for Toxicological Research 2021 Meeting Announcement - 05/11/2021 - 05/12/2021 (/advisory-committees/advisory-committee-calendar/may-11-12-2021-science-advisory-board-national-center-toxicological-research-2021-meeting) | National Center for Toxicological Research |
| 05/06/2021 10:00 AM EDT | 05/06/2021 04:15 PM EDT | May 6, 2021: Meeting of the Arthritis Advisory Committee Meeting Announcement - 05/06/2021 - 05/06/2021 (/advisory-committees/advisory-committee-calendar/may-6-2021-meeting-arthritis-advisory-committee-meeting-announcement-05062021-05062021) | Center for Drug Evaluation and Research |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 04/27/2021 01:00 PM EDT | 04/29/2021 05:30 PM EDT | April 27-29, 2021: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 04/27/2021 - 04/29/2021 (/advisory-committees/advisory-committee-calendar/april-27-29-2021-meeting-oncologic-drugs-advisory-committee-meeting-announcement-04272021-04292021) | Center for Drug Evaluation and Research |
| 04/15/2021 10:00 AM EDT | 04/15/2021 06:00 PM EDT | Cellular, Tissue, and Gene Therapies Advisory Committee April 15, 2021 Meeting Announcement - 04/15/2021 - 04/15/2021 (/advisory-committees/advisory-committee-calendar/cellular-tissue-and-gene-therapies-advisory-committee-april-15-2021-meeting-announcement-04152021) | Center for Biologics Evaluation and Research |
| 04/06/2021 09:00 AM EDT | 04/06/2021 06:00 PM EDT | April 6, 2021: Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 04/06/2021 - 04/06/2021 (/advisory-committees/advisory-committee-calendar/april-6-2021-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 03/24/2021 09:00 AM EDT | 03/25/2021 01:00 PM EDT | March 24-25, 2021: Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee Meeting Announcement - 03/24/2021 - 03/25/2021 (/advisory-committees/arthritis-advisory-committee/march-24-25-2021-joint-meeting-arthritis-advisory-committee-and-drug-safety-and-risk-management) | Center for Drug Evaluation and Research |
| 03/23/2021 09:00 AM EDT | 03/23/2021 06:00 PM EDT | March 23, 2021: General and Plastic Surgery Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 03/23/2021 - 03/23/2021 (/advisory-committees/advisory-committee-calendar/march-23-2021-general-and-plastic-surgery-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 03/05/2021 09:00 AM EST | 03/05/2021 03:30 PM EST | Vaccines and Related Biological Products Advisory Committee March 5, 2021 Meeting Announcement - 03/05/2021 - 03/05/2021 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-march-5-2021-meeting-announcement) | Center for Biologics Evaluation and Research |
| 02/26/2021 09:00 AM EST | 02/26/2021 05:30 PM EST | Vaccines and Related Biological Products Advisory Committee February 26, 2021 Meeting Announcement - 02/26/2021 - 02/26/2021 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-february-26-2021-meeting-announcement) | Center for Biologics Evaluation and Research |

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 02/17/2021 09:00 AM EST | 02/17/2021 06:00 PM EST | February 17, 2021: Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 02/17/2021 - 02/17/2021 (/advisory-committees/advisory-committee-calendar/february-17-2021-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 02/09/2021 10:00 AM EST | 02/09/2021 02:00 PM EST | UPDATED TIME AND PUBLIC PARTICIPATION INFORMATION: February 9, 2021: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 02/09/2021 - 02/09/2021 (/advisory-committees/advisory-committee-calendar/updated-time-and-public-participation-information-february-9-2021-meeting-oncologic-drugs-advisory) | Center for Drug Evaluation and Research |
| 12/17/2020 09:00 AM EST | 12/17/2020 06:00 PM EST | Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Announcement - 12/17/2020 - 12/17/2020 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-december-17-2020-meeting-announcement) | Center for Biologics Evaluation and Research |
| 12/16/2020 09:00 AM EST | 12/16/2020 02:00 PM EST | UPDATED TIME INFORMATION: December 16, 2020 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement - 12/16/2020 - 12/16/2020 (/advisory-committees/advisory-committee-calendar/updated-time-information-december-16-2020-meeting-cardiovascular-and-renal-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 12/15/2020 09:00 AM EST | 12/15/2020 05:00 PM EST | UPDATED TIME AND PUBLIC PARTICIPATION INFORMATION: December 15, 2020 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement - 12/15/2020 - 12/15/2020 (/advisory-committees/advisory-committee-calendar/updated-time-and-public-participation-information-december-15-2020-meeting-cardiovascular-and-renal) | Center for Drug Evaluation and Research |
| 12/10/2020 09:00 AM EST | 12/10/2020 06:00 PM EST | Vaccines and Related Biological Products Advisory Committee December 10, 2020 Meeting Announcement - 12/10/2020 - 12/10/2020 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-december-10-2020-meeting-announcement) | Center for Biologics Evaluation and Research |
| 11/09/2020 08:00 AM EST | 11/09/2020 06:00 PM EST | November 9, 2020: Ophthalmic Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 11/09/2020 - 11/09/2020 (/advisory-committees/advisory-committee-calendar/november-9-2020-ophthalmic-devices-panel-medical-devices-advisory-committee-meeting-announcement) | Center for Devices and Radiological Health |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 11/06/2020 10:00 AM EST | 11/06/2020 04:00 PM EST | November 6, 2020: Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting Announcement - 11/06/2020 - 11/06/2020 (/advisory-committees/advisory-committee-calendar/november-6-2020-meeting-peripheral-and-central-nervous-system-drugs-advisory-committee-meeting) | Center for Drug Evaluation and Research |
| 11/02/2020 09:00 AM EST | 11/02/2020 01:00 PM EST | November 2, 2020 Joint Meeting of the Anesthetic and Analgesic Drug Products Advisory Committee and the Drug Safety and Risk Management Advisory Committee Meeting Announcement - 11/02/2020 - 11/02/2020 (/advisory-committees/advisory-committee-calendar/november-2-2020-joint-meeting-anesthetic-and-analgesic-drug-products-advisory-committee-and-drug) | Center for Drug Evaluation and Research |
| 10/27/2020 09:00 AM EDT | 10/27/2020 06:00 PM EDT | October 27, 2020: Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 10/27/2020 - 10/27/2020 (/advisory-committees/advisory-committee-calendar/october-27-2020-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 10/22/2020 10:00 AM EDT | 10/22/2020 05:00 PM EDT | October 22, 2020: Patient Engagement Advisory Committee Meeting Announcement - 10/22/2020 - 10/22/2020 (/advisory-committees/advisory-committee-calendar/october-22-2020-patient-engagement-advisory-committee-meeting-announcement-10222020-10222020) | Center for Devices and Radiological Health |
| 10/22/2020 10:00 AM EDT | 10/22/2020 05:00 PM EDT | Vaccines and Related Biological Products Advisory Committee October 22, 2020 Meeting Announcement - 10/22/2020 - 10/22/2020 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-october-22-2020-meeting-announcement) | Center for Biologics Evaluation and Research |
| 10/09/2020 10:00 AM EDT | 10/09/2020 05:00 PM EDT | UPDATED TIME, AGENDA, AND MEETING MATERIALS: October 9, 2020: Joint Meeting of the Psychopharmacologic Drugs Advisory Committee (PDAC) and the Drug Safety and Risk Management Advisory Committee (DSaRM) Meeting Announcement - 10/09/2020 - 10/09/2020 (/advisory-committees/advisory-committee-calendar/updated-time-agenda-and-meeting-materials-october-9-2020-joint-meeting-psychopharmacologic-drugs) | Center for Drug Evaluation and Research |

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 10/08/2020 10:00 AM EDT | 10/08/2020 05:00 PM EDT | UPDATED TIME AND MEETING MATERIALS INFORMATION: October 8, 2020 Joint Meeting of the Psychopharmacologic Drugs Advisory Committee (PDAC) and the Drug Safety and Risk Management Advisory Committee (DSaRM) Meeting Announcement - 10/08/2020 - 10/08/2020 (/advisory-committees/advisory-committee-calendar/updated-time-and-meeting-materials-information-october-8-2020-joint-meeting-psychopharmacologic) | Center for Drug Evaluation and Research |
| 10/07/2020 09:00 AM EDT | 10/07/2020 06:00 PM EDT | NOTICE OF MEETING POSTPONEMENT: October 7, 2020 Circulatory System Devices Panel of the Medical Devices Advisory Committee - 10/07/2020 - 10/07/2020 (/advisory-committees/advisory-committee-calendar/notice-meeting-postponement-october-7-2020-circulatory-system-devices-panel-medical-devices-advisory) | Center for Devices and Radiological Health |
| 10/07/2020 09:00 AM EDT | 10/07/2020 06:00 PM EDT | POSTPONED: October 7, 2020 Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 10/07/2020 - 10/07/2020 (/advisory-committees/advisory-committee-calendar/postponed-october-7-2020-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 10/02/2020 11:00 AM EDT | 10/02/2020 03:30 PM EDT | Vaccines and Related Biological Products Advisory Committee October 2, 2020 Meeting Announcement - 10/02/2020 - 10/02/2020 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-october-2-2020-meeting-announcement) | Center for Biologics Evaluation and Research |
| 09/15/2020 10:00 AM EDT | 09/15/2020 04:30 PM EDT | Pediatric Advisory Committee Meeting Announcement - 09/15/2020 - 09/15/2020 (/advisory-committees/advisory-committee-calendar/pediatric-advisory-committee-meeting-announcement-09152020-09152020) | Office of the Commissioner, Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research, Center for Devices and Radiological Health |
| 09/10/2020 09:00 AM EDT | 09/11/2020 05:00 PM EDT | September 10-11, 2020 Joint Meeting of the Drug Safety and Risk Management Advisory Committee and the Anesthetic and Analgesic Drug Products Advisory Committee Meeting Announcement - 09/10/2020 - 09/11/2020 (/advisory-committees/advisory-committee-calendar/september-10-11-2020-joint-meeting-drug-safety-and-risk-management-advisory-committee-and-anesthetic) | Center for Drug Evaluation and Research |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 09/08/2020 08:00 AM EDT | 09/09/2020 01:00 PM EDT | September 8-9, 2020: Orthopaedic and Rehabilitation Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 09/08/2020 - 09/09/2020 (/advisory-committees/advisory-committee-calendar/september-8-9-2020-orthopaedic-and-rehabilitation-devices-panel-medical-devices-advisory-committee) | Center for Devices and Radiological Health |
| 08/31/2020 10:00 AM EDT | 08/31/2020 04:00 PM EDT | UPDATED PUBLIC PARTICIPATION INFORMATION: August 31, 2020: Meeting of the Pulmonary-Allergy Drugs Advisory Committee Meeting Announcement - 08/31/2020 - 08/31/2020 (/advisory-committees/advisory-committee-calendar/updated-public-participation-information-august-31-2020-meeting-pulmonary-allergy-drugs-advisory) | Center for Drug Evaluation and Research |
| 08/18/2020 09:00 AM EDT | 08/19/2020 12:30 PM EDT | August 18-19, 2020: Science Advisory Board to the National Center for Toxicological Research 2020 Meeting Announcement - 08/18/2020 - 08/19/2020 (/advisory-committees/advisory-committee-calendar/august-18-19-2020-science-advisory-board-national-center-toxicological-research-2020-meeting) | National Center for Toxicological Research |
| 08/13/2020 08:00 AM EDT | 08/13/2020 05:00 PM EDT | August 13, 2020: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 08/13/2020 - 08/13/2020 (/advisory-committees/advisory-committee-calendar/august-13-2020-meeting-oncologic-drugs-advisory-committee-meeting-announcement-08132020-08132020) | Center for Drug Evaluation and Research |
| 07/15/2020 09:00 AM EDT | 07/15/2020 05:00 PM EDT | UPDATED TIME AND PUBLIC PARTICIPATION INFORMATION: July 15, 2020 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement - 07/15/2020 - 07/15/2020 (/advisory-committees/advisory-committee-calendar/updated-time-and-public-participation-information-july-15-2020-meeting-cardiovascular-and-renal) | Center for Drug Evaluation and Research |
| 07/14/2020 09:00 AM EDT | 07/14/2020 01:30 PM EDT | UPDATED PUBLIC PARTICIPATION INFORMATION: July 14, 2020: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 07/14/2020 - 07/14/2020 (/advisory-committees/advisory-committee-calendar/updated-public-participation-information-july-14-2020-meeting-oncologic-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 06/17/2020 10:00 AM EDT | 06/18/2020 03:30 PM EDT | UPDATED AGENDA AND PUBLIC PARTICIPATION INFORMATION: June 17-18, 2020: Meeting of the Pediatric Oncology Subcommittee of the Oncologic Drugs Advisory Committee (pedsODAC) - 06/17/2020 - 06/18/2020 (/advisory-committees/advisory-committee-calendar/updated-agenda-and-public-participation-information-june-17-18-2020-meeting-pediatric-oncology) | Center for Drug Evaluation and Research |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 06/09/2020 08:00 AM EDT | 06/09/2020 06:00 PM EDT | NOTICE OF MEETING POSTPONEMENT: June 9, 2020 - Ophthalmic Devices Panel of the Medical Devices Advisory Committee - 06/09/2020 - 06/09/2020 (/advisory-committees/advisory-committee-calendar/notice-meeting-postponement-june-9-2020-ophthalmic-devices-panel-medical-devices-advisory-committee) | Center for Devices and Radiological Health |
| 06/09/2020 08:00 AM EDT | 06/09/2020 06:00 PM EDT | POSTPONED: June 9, 2020: Ophthalmic Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 06/09/2020 - 06/09/2020 (/advisory-committees/advisory-committee-calendar/postponed-june-9-2020-ophthalmic-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 05/15/2020 08:30 AM EDT | 05/15/2020 03:00 PM EDT | Cancelled- Allergenic Products Advisory Committee May 15, 2020 Meeting Announcement - 05/15/2020 - 05/15/2020 (/advisory-committees/advisory-committee-calendar/cancelled-allergenic-products-advisory-committee-may-15-2020-meeting-announcement-05152020-05152020) | Center for Biologics Evaluation and Research |
| 05/08/2020 01:00 PM EDT | 05/08/2020 04:55 PM EDT | Cellular, Tissue and Gene Therapies Advisory Committee May 8, 2020 Meeting Announcement - 05/08/2020 - 05/08/2020 (/advisory-committees/advisory-committee-calendar/cellular-tissue-and-gene-therapies-advisory-committee-may-8-2020-meeting-announcement-05082020) | Center for Biologics Evaluation and Research |
| 04/29/2020 09:00 AM EDT | 04/29/2020 05:00 PM EDT | CANCELLED - Pediatric Advisory Committee April 29, 2020 Meeting Announcement - 04/29/2020 - 04/29/2020 (/advisory-committees/advisory-committee-calendar/cancelled-pediatric-advisory-committee-april-29-2020-meeting-announcement-04292020-04292020) | Office of the Commissioner |
| 04/23/2020 08:00 AM EDT | 04/23/2020 04:00 PM EDT | CANCELLED: April 23, 2020: Meeting of the Medical Imaging Drugs Advisory Committee Meeting Announcement - 04/23/2020 - 04/23/2020 (/advisory-committees/advisory-committee-calendar/cancelled-april-23-2020-meeting-medical-imaging-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 04/23/2020 08:00 AM EDT | 04/24/2020 01:00 PM EDT | POSTPONED: April 23-24, 2020 Orthopaedic and Rehabilitation Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 04/23/2020 - 04/24/2020 (/advisory-committees/advisory-committee-calendar/postponed-april-23-24-2020-orthopaedic-and-rehabilitation-devices-panel-medical-devices-advisory) | Center for Devices and Radiological Health |

Advisory Committee Calendar | FDA

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 04/21/2020 08:00 AM EDT | 04/21/2020 05:00 PM EDT | UPDATED INFORMATION: April 21, 2020: Meeting of the Pulmonary-Allergy Drugs Advisory Committee Meeting Announcement - 04/21/2020 - 04/21/2020 (/advisory-committees/advisory-committee-calendar/updated-information-april-21-2020-meeting-pulmonary-allergy-drugs-advisory-committee-meeting) | Center for Drug Evaluation and Research |
| 04/16/2020 08:00 AM EDT | 04/16/2020 06:00 PM EDT | POSTPONED: April 16, 2020 Circulatory System Devices Panel of the Medical Devices Advisory Committee Announcement - 04/16/2020 - 04/16/2020 (/advisory-committees/advisory-committee-calendar/postponed-april-16-2020-circulatory-system-devices-panel-medical-devices-advisory-committee) | Center for Devices and Radiological Health |
| 04/02/2020 08:30 AM EDT | 04/03/2020 12:30 PM EDT | POSTPONED- Blood Products Advisory Committee April 2-3, 2020 Meeting Announcement - 04/02/2020 - 04/03/2020 (/advisory-committees/advisory-committee-calendar/postponed-blood-products-advisory-committee-april-2-3-2020-meeting-announcement-04022020-04032020) | Center for Biologics Evaluation and Research |
| 03/11/2020 08:00 AM EDT | 03/11/2020 05:00 PM EDT | POSTPONED: March 11, 2020: Meeting of the Nonprescription Drugs Advisory Committee Meeting Announcement - 03/11/2020 - 03/11/2020 (/advisory-committees/advisory-committee-calendar/postponed-march-11-2020-meeting-nonprescription-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 03/04/2020 08:30 AM EST | 03/04/2020 05:10 PM EST | Vaccines and Related Biological Products Advisory Committee March 4, 2020 Meeting Announcement - 03/04/2020 - 03/04/2020 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-march-4-2020-meeting-announcement) | Center for Biologics Evaluation and Research |
| 02/26/2020 08:00 AM EST | 02/26/2020 05:00 PM EST | February 26, 2020: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 02/26/2020 - 02/26/2020 (/advisory-committees/advisory-committee-calendar/february-26-2020-meeting-oncologic-drugs-advisory-committee-meeting-announcement-02262020-02262020) | Center for Drug Evaluation and Research |
| 02/14/2020 08:00 AM EST | 02/14/2020 05:00 PM EST | February 14, 2020: Tobacco Products Scientific Advisory Committee Meeting - 02/14/2020 - 02/14/2020 (/advisory-committees/advisory-committee-calendar/february-14-2020-tobacco-products-scientific-advisory-committee-meeting-02142020-02142020) | Center for Tobacco Products |

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 01/16/2020 08:00 AM EST | 01/16/2020 05:00 PM EST | January 16, 2020: Meeting of the Anesthetic and Analgesic Drug Products Advisory Committee Meeting Announcement - 01/16/2020 - 01/16/2020 (/advisory-committees/january-16-2020-meeting-anesthetic-and-analgesic-drug-products-advisory-committee-meeting) | Center for Drug Evaluation and Research |
| 01/15/2020 08:00 AM EST | 01/15/2020 05:30 PM EST | January 15, 2020 Joint Meeting of the Anesthetic and Analgesic Drug Products Advisory Committee and the Drug Safety and Risk Management Advisory Committee Meeting Announcement - 01/15/2020 - 01/15/2020 (/advisory-committees/advisory-committee-calendar/january-15-2020-joint-meeting-anesthetic-and-analgesic-drug-products-advisory-committee-and-drug) | Center for Drug Evaluation and Research |
| 01/14/2020 08:00 AM EST | 01/14/2020 05:30 PM EST | January 14, 2020 Joint Meeting of the Anesthetic and Analgesic Drug Products Advisory Committee and the Drug Safety and Risk Management Advisory Committee Meeting Announcement - 01/14/2020 - 01/14/2020 (/advisory-committees/advisory-committee-calendar/january-14-2020-joint-meeting-anesthetic-and-analgesic-drug-products-advisory-committee-and-drug) | Center for Drug Evaluation and Research |
| 12/18/2019 08:00 AM EST | 12/18/2019 12:30 PM EST | UPDATED PUBLIC PARTICIPATION INFORMATION: December 18, 2019: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 12/18/2019 - 12/18/2019 (/advisory-committees/updated-public-participation-information-december-18-2019-meeting-oncologic-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 12/17/2019 08:00 AM EST | 12/17/2019 05:00 PM EST | UPDATED PUBLIC PARTICIPATION INFORMATION: December 17, 2019: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 12/17/2019 - 12/17/2019 (/advisory-committees/advisory-committee-calendar/updated-public-participation-information-december-17-2019-meeting-oncologic-drugs-advisory-committee) | Center for Drug Evaluation and Research |
| 12/13/2019 08:00 AM EST | 12/13/2019 04:00 PM EST | UPDATED PUBLIC PARTICIPATION INFORMATION: December 13, 2019: Meeting of the Dermatologic and Ophthalmic Drugs Advisory Committee Meeting Announcement - 12/13/2019 - 12/13/2019 (/advisory-committees/advisory-committee-calendar/updated-public-participation-information-december-13-2019-meeting-dermatologic-and-ophthalmic-drugs) | Center for Drug Evaluation and Research |
| 12/10/2019 08:00 AM EST | 12/10/2019 05:00 PM EST | December 10, 2019 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement - 12/10/2019 - 12/10/2019 (/advisory-committees/advisory-committee-calendar/december-10-2019-meeting-cardiovascular-and-renal-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |

| Start Date ▼ | End Date ⬍ | Meeting ⬍ | Center ⬍ |
|---|---|---|---|
| 12/03/2019 09:00 AM EST | 12/04/2019 01:00 PM EST | December 3-4, 2019: Science Advisory Board to the National Center for Toxicological Research 2019 Meeting Announcement - 12/03/2019 - 12/04/2019 (/advisory-committees/advisory-committee-calendar/december-3-4-2019-science-advisory-board-national-center-toxicological-research-2019-meeting) | National Center for Toxicological Research |
| 11/22/2019 08:30 AM EST | 11/22/2019 04:45 PM EST | Blood Products Advisory Committee November 22, 2019 Meeting Announcement - 11/22/2019 - 11/22/2019 (/advisory-committees/blood-products-advisory-committee-november-22-2019-meeting-announcement-11222019-11222019) | Center for Biologics Evaluation and Research |
| 11/14/2019 08:00 AM EST | 11/14/2019 05:00 PM EST | November 14, 2019: Meeting of the Endocrinologic and Metabolic Drugs Advisory Committee Meeting Announcement - 11/14/2019 - 11/14/2019 (/advisory-committees/november-14-2019-meeting-endocrinologic-and-metabolic-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 11/13/2019 08:00 AM EST | 11/13/2019 05:00 PM EST | November 13, 2019: Meeting of the Endocrinologic and Metabolic Drugs Advisory Committee Meeting Announcement - 11/13/2019 - 11/13/2019 (/advisory-committees/advisory-committee-calendar/november-13-2019-meeting-endocrinologic-and-metabolic-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 11/13/2019 08:00 AM EST | 11/14/2019 06:00 PM EST | November 13-14, 2019: Immunology Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 11/13/2019 - 11/14/2019 (/advisory-committees/advisory-committee-calendar/november-13-14-2019-immunology-devices-panel-medical-devices-advisory-committee-meeting-announcement) | Center for Devices and Radiological Health |
| 11/08/2019 08:30 AM EST | 11/08/2019 04:30 PM EST | Vaccines and Related Biological Products Advisory Committee November 8, 2019 Meeting Announcement - 11/08/2019 - 11/08/2019 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-november-8-2019-meeting-announcement) | Center for Biologics Evaluation and Research |
| 11/06/2019 08:00 AM EST | 11/07/2019 06:00 PM EST | November 6-7, 2019: General Hospital and Personal Use Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 11/06/2019 - 11/07/2019 (/advisory-committees/advisory-committee-calendar/november-6-7-2019-general-hospital-and-personal-use-devices-panel-medical-devices-advisory-committee) | Center for Devices and Radiological Health |

| Start Date | End Date | Meeting | Center |
|---|---|---|---|
| 10/30/2019 08:15 AM EDT | 10/30/2019 05:00 PM EDT | October 30, 2019: Meeting of the Bone, Reproductive and Urologic Drugs Advisory Committee Meeting Announcement - 10/30/2019 - 10/30/2019 (/advisory-committees/advisory-committee-calendar/october-30-2019-meeting-bone-reproductive-and-urologic-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 10/29/2019 08:15 AM EDT | 10/29/2019 05:00 PM EDT | October 29, 2019: Meeting of the Bone, Reproductive and Urologic Drugs Advisory Committee Meeting Announcement - 10/29/2019 - 10/29/2019 (/advisory-committees/advisory-committee-calendar/october-29-2019-meeting-bone-reproductive-and-urologic-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 10/16/2019 08:00 AM EDT | 10/16/2019 04:30 PM EDT | October 16, 2019: Antimicrobial Drugs Advisory Committee Meeting Announcement - 10/16/2019 - 10/16/2019 (/advisory-committees/advisory-committee-calendar/october-16-2019-antimicrobial-drugs-advisory-committee-meeting-announcement-10162019-10162019) | Center for Drug Evaluation and Research |
| 10/09/2019 08:30 AM EDT | 10/09/2019 03:30 PM EDT | Vaccines and Related Biological Products Advisory Committee October 9, 2019 Meeting Announcement - 10/09/2019 - 10/09/2019 (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-october-9-2019-meeting-announcement) | Center for Biologics Evaluation and Research |
| 10/07/2019 08:30 AM EDT | 10/07/2019 01:30 PM EDT | October 7, 2019: Science Board to the FDA Meeting Announcement - 10/07/2019 - 10/07/2019 (/advisory-committees/advisory-committee-calendar/october-7-2019-science-board-fda-meeting-announcement-10072019-10072019) | Office of the Commissioner |
| 09/27/2019 08:30 AM EDT | 09/27/2019 01:30 PM EDT | September 27, 2019: Meeting of the Pediatric and Drug Safety and Risk Management Committees - 09/27/2019 - 09/27/2019 (/advisory-committees/advisory-committee-calendar/september-27-2019-meeting-pediatric-and-drug-safety-and-risk-management-committees-09272019-09272019) | Office of the Commissioner |
| 09/26/2019 09:00 AM EDT | 09/26/2019 04:40 PM EDT | September 26, 2019: Meeting of the Pediatric and Drug Safety and Risk Management Advisory Committees - 09/26/2019 - 09/26/2019 (/advisory-committees/advisory-committee-calendar/september-26-2019-meeting-pediatric-and-drug-safety-and-risk-management-advisory-committees-09262019) | Office of the Commissioner |

| Start Date ⇵ | End Date ⇵ | Meeting ⇵ | Center ⇵ |
|---|---|---|---|
| 09/18/2019 08:00 AM EDT | 09/18/2019 05:00 PM EDT | September 18, 2019: Meeting of the Nonprescription Drugs Advisory Committee Meeting Announcement - 09/18/2019 - 09/18/2019 (/advisory-committees/advisory-committee-calendar/september-18-2019-meeting-nonprescription-drugs-advisory-committee-meeting-announcement-09182019) | Center for Drug Evaluation and Research |
| 09/13/2019 08:30 AM EDT | 09/13/2019 04:30 PM EDT | Allergenic Products Advisory Committee September 13, 2019 Meeting Announcement - 09/13/2019 - 09/13/2019 (/advisory-committees/blood-vaccines-and-other-biologics/allergenic-products-advisory-committee-september-13-2019-meeting-announcement-09132019-09132019) | Center for Biologics Evaluation and Research |
| 09/10/2019 08:00 AM EDT | 09/10/2019 05:30 PM EDT | September 10, 2019: Patient Engagement Advisory Committee Meeting Announcement - 09/10/2019 - 09/10/2019 (/advisory-committees/patient-engagement-advisory-committee/september-10-2019-patient-engagement-advisory-committee-meeting-announcement-09102019-09102019) | Center for Devices and Radiological Health |
| 08/07/2019 08:30 AM EDT | 08/07/2019 04:30 PM EDT | August 7, 2019: Antimicrobial Drugs Advisory Committee Meeting Announcement - 08/07/2019 - 08/07/2019 (/advisory-committees/advisory-committee-calendar/august-7-2019-antimicrobial-drugs-advisory-committee-meeting-announcement-08072019-08072019) | Center for Drug Evaluation and Research |
| 07/31/2019 08:00 AM EDT | 07/31/2019 05:00 PM EDT | CANCELED: July 31, 2019: Meeting of the Psychopharmacologic Drugs Advisory Committee Meeting Announcement - 07/31/2019 - 07/31/2019 (/advisory-committees/advisory-committee-calendar/canceled-july-31-2019-meeting-psychopharmacologic-drugs-advisory-committee-meeting-announcement) | Center for Drug Evaluation and Research |
| 07/25/2019 08:30 AM EDT | 07/25/2019 05:00 PM EDT | July 25, 2019: Meeting of the Arthritis Advisory Committee Meeting Announcement - 07/25/2019 - 07/25/2019 (/advisory-committees/july-25-2019-meeting-arthritis-advisory-committee-meeting-announcement-07252019-07252019) | Center for Drug Evaluation and Research |
| 06/20/2019 09:00 AM EDT | 06/20/2019 03:30 PM EDT | June 20, 2019: Meeting of the Pediatric Oncology Subcommittee of the Oncologic Drugs Advisory Committee - 06/20/2019 - 06/20/2019 (/advisory-committees/advisory-committee-calendar/june-20-2019-meeting-pediatric-oncology-subcommittee-oncologic-drugs-advisory-committee-06202019) | Center for Drug Evaluation and Research |
| 06/19/2019 08:00 AM EDT | 06/20/2019 03:00 PM EDT | June 19-20, 2019: Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 06/19/2019 - 06/20/2019 (/advisory-committees/advisory-committee-calendar/june-19-20-2019-circulatory-system-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |

| Start Date ▼ | End Date ⬍ | Meeting ⬍ | Center ⬍ |
|---|---|---|---|
| 06/11/2019 08:00 AM EDT | 06/12/2019 05:00 PM EDT | June 11-12, 2019: Joint Meeting of the Drug Safety and Risk Management Advisory Committee and the Anesthetic and Analgesic Drug Products Advisory Committee - 06/11/2019 - 06/12/2019 (/advisory-committees/advisory-committee-calendar/june-11-12-2019-joint-meeting-drug-safety-and-risk-management-advisory-committee-and-anesthetic-and) | Center for Drug Evaluation and Research |
| 06/06/2019 08:00 AM EDT | 06/06/2019 04:00 PM EDT | June 6, 2019: Antimicrobial Drugs Advisory Committee Meeting Announcement - 06/06/2019 - 06/06/2019 (/advisory-committees/advisory-committee-calendar/june-6-2019-antimicrobial-drugs-advisory-committee-meeting-announcement-06062019-06062019) | Center for Drug Evaluation and Research |
| 05/30/2019 09:00 AM EDT | 05/31/2019 04:00 PM EDT | AMENDMENT OF NOTICE: May 30-31, 2019 General and Plastic Surgery Devices Panel of the Medical Devices Advisory Committee Meeting - 05/30/2019 - 05/31/2019 (/advisory-committees/advisory-committee-calendar/amendment-notice-may-30-31-2019-general-and-plastic-surgery-devices-panel-medical-devices-advisory) | Center for Devices and Radiological Health |
| 05/30/2019 09:00 AM EDT | 05/31/2019 04:00 PM EDT | May 30-31, 2019: General and Plastic Surgery Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 05/30/2019 - 05/31/2019 (/advisory-committees/advisory-committee-calendar/may-30-31-2019-general-and-plastic-surgery-devices-panel-medical-devices-advisory-committee-meeting) | Center for Devices and Radiological Health |
| 05/14/2019 08:00 AM EDT | 05/14/2019 05:00 PM EDT | May 14, 2019: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 05/14/2019 - 05/14/2019 (/advisory-committees/advisory-committee-calendar/may-14-2019-meeting-oncologic-drugs-advisory-committee-meeting-announcement-05142019-05142019) | Center for Drug Evaluation and Research |
| 05/08/2019 08:00 AM EDT | 05/08/2019 05:00 PM EDT | May 8, 2019: Meeting of the Pulmonary-Allergy Drugs Advisory Committee Meeting Announcement - 05/08/2019 - 05/08/2019 (/advisory-committees/advisory-committee-calendar/may-8-2019-meeting-pulmonary-allergy-drugs-advisory-committee-meeting-announcement-05082019-05082019) | Center for Drug Evaluation and Research |
| 05/07/2019 09:00 AM EDT | 05/07/2019 04:00 PM EDT | May 7, 2019: Meeting of the Pharmaceutical Science and Clinical Pharmacology Advisory Committee Meeting Announcement - 05/07/2019 - 05/07/2019 (/advisory-committees/advisory-committee-calendar/may-7-2019-meeting-pharmaceutical-science-and-clinical-pharmacology-advisory-committee-meeting) | Center for Drug Evaluation and Research |

Advisory Committee Calendar | FDA

| Start Date ▼ | End Date ⬍ | Meeting ⬍ | Center ⬍ |
|---|---|---|---|
| 04/26/2019 08:30 AM EDT | 04/26/2019 01:00 PM EDT | April 26, 2019: Antimicrobial Drugs Advisory Committee Meeting Announcement - 04/26/2019 - 04/26/2019 (/advisory-committees/advisory-committee-calendar/april-26-2019-antimicrobial-drugs-advisory-committee-meeting-announcement-04262019-04262019) | Center for Drug Evaluation and Research |
| 04/25/2019 08:30 AM EDT | 04/25/2019 04:30 PM EDT | April 25, 2019: Antimicrobial Drugs Advisory Committee Meeting Announcement - 04/25/2019 - 04/25/2019 (/advisory-committees/advisory-committee-calendar/april-25-2019-antimicrobial-drugs-advisory-committee-meeting-announcement-04252019-04252019) | Center for Drug Evaluation and Research |
| 04/08/2019 09:00 AM EDT | 04/08/2019 04:40 PM EDT | April 8, 2019: Pediatric Advisory Committee Meeting Announcement - 04/08/2019 - 04/08/2019 (/advisory-committees/advisory-committee-calendar/april-8-2019-pediatric-advisory-committee-meeting-announcement-04082019-04082019) | Office of the Commissioner |
| 03/27/2019 08:00 AM EDT | 03/27/2019 05:00 PM EDT | March 27, 2019: Meeting of the Pulmonary-Allergy Drugs Advisory Committee Meeting Announcement - 03/27/2019 - 03/27/2019 (/advisory-committees/advisory-committee-calendar/march-27-2019-meeting-pulmonary-allergy-drugs-advisory-committee-meeting-announcement-03272019) | Center for Drug Evaluation and Research |
| 03/25/2019 08:00 AM EDT | 03/26/2019 06:00 PM EDT | March 25-26, 2019: General and Plastic Surgery Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 03/25/2019 - 03/26/2019 (/advisory-committees/advisory-committee-calendar/march-25-26-2019-general-and-plastic-surgery-devices-panel-medical-devices-advisory-committee) | Center for Devices and Radiological Health |
| 03/25/2019 08:00 AM EDT | 03/26/2019 06:00 PM EDT | March 25-26, 2019: Webcast Information for General and Plastic Surgery Devices Panel of the Medical Devices Advisory Committee Meeting - 03/25/2019 - 03/26/2019 (/advisory-committees/advisory-committee-calendar/march-25-26-2019-webcast-information-general-and-plastic-surgery-devices-panel-medical-devices) | Center for Devices and Radiological Health |

Showing 1 to 100 of 156 entries

Previous | 1 | 2 | Next