# Exhibit 22

U.S. National Library of Medicine

**ClinicalTrials.gov** *archive*

## History of Changes for Study: NCT03317444

### Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney Disease

[Latest version (submitted April 23, 2021) on ClinicalTrials.gov](#)

- A study version is represented by a row in the table.
- Select two study versions to compare. One each from columns A and B.
- Choose either the "Merged" or "Side-by-Side" comparison format to specify how the two study versions are to be displayed. The Side-by-Side format only applies to the Protocol section of th
- Click "Compare" to do the comparison and show the differences.
- Select a version's Submitted Date link to see a rendering of the study for that version.
- The yellow A/B choices in the table indicate the study versions currently compared below. A yellow table row indicates the study version currently being viewed.
- Hover over the "Recruitment Status" to see how the study's recruitment status changed.
- Study edits or deletions are displayed in red.
- Study additions are displayed in green.

## Study Record Versions

| Version | A | B | Submitted Date | Changes |
|---|---|---|---|---|
| 1 | ○ | ○ | October 19, 2017 | None (earliest Version on record) |
| 2 | ○ | ○ | December 18, 2017 | Study Status, Contacts/Locations and Eligibility |
| 3 | ○ | ○ | January 17, 2018 | Study Status and Contacts/Locations |
| 4 | ○ | ○ | February 14, 2018 | Recruitment Status, Study Status, Contacts/Locations and Study Design |
| 5 | ● | ● | May 15, 2018 | Recruitment Status, Study Status and Contacts/Locations |
| 6 | ○ | ○ | March 11, 2019 | Study Status and Arms and Interventions |
| 7 | ○ | ○ | March 18, 2019 | References and Study Status |
| 8 | ○ | ○ | March 4, 2021 | Quality Control Review has not concluded  Returned: March 29, 2021 <br> Outcome Measures, Study Status, Documents, Reported Adverse Events, Baseline Characteristics, Participant Flow and Contacts/Locations |
| 9 | ○ | ○ | April 23, 2021 | Study Status, Outcome Measures, Reported Adverse Events |

[ Compare ]     Comparison Format:   ● Merged
                                     ○ Side-by-Side

[Scroll up to access the controls](#)

### Study NCT03317444
### Submitted Date:  May 15, 2018 (v5)

▼ **Study Identification**

Unique Protocol ID:  TRCA-301

Brief Title:  Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney Disease

Official Title:  A Phase 3, Multicenter, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of TRC101 in Subjects With Chronic Kidney Disease and Metabolic Acidosis

Secondary IDs:  2016-003825-41 [EudraCT Number]

History of Changes for Study: NCT03317444

### ▼ Study Status

| | |
|---|---|
| Record Verification: | May 2018 |
| Overall Status: | Completed |
| Study Start: | September 26, 2017 |
| Primary Completion: | May 4, 2018 [Actual] |
| Study Completion: | May 15, 2018 [Actual] |
| First Submitted: | October 11, 2017 |
| First Submitted that Met QC Criteria: | October 19, 2017 |
| First Posted: | October 23, 2017 [Actual] |
| Last Update Submitted that Met QC Criteria: | May 15, 2018 |
| Last Update Posted: | May 17, 2018 [Actual] |

### ▼ Sponsor/Collaborators

| | |
|---|---|
| Sponsor: | Tricida, Inc. |
| Responsible Party: | Sponsor |
| Collaborators: | |

### ▼ Oversight

| | |
|---|---|
| U.S. FDA-regulated Drug: | Yes |
| U.S. FDA-regulated Device: | No |
| Data Monitoring: | Yes |

### ▼ Study Description

Brief Summary: This is a multicenter, double-blind, placebo-controlled, parallel-design study. The study will enroll approximately 210 adult male a female subjects with stage 3 or 4 chronic kidney disease and metabolic acidosis. The study dosing (TRC101 or placebo) will con for 12 weeks once daily.

The maximum study duration is anticipated to be up to 16 weeks.

Detailed Description:

### ▼ Conditions

| | |
|---|---|
| Conditions: | Metabolic Acidosis |
| Keywords: | blood bicarbonate, kidney disease |

### ▼ Study Design

| | |
|---|---|
| Study Type: | Interventional |
| Primary Purpose: | Treatment |
| Study Phase: | Phase 3 |
| Interventional Study Model: | Parallel Assignment |
| Number of Arms: | 2 |
| Masking: | Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor) |
| Allocation: | Randomized |
| Enrollment: | 217 [Actual] |

### ▼ Arms and Interventions

| Arms | Assigned Interventions |
|---|---|
| Experimental: TRC101<br>Administered once daily (QD) for 12 weeks | Drug: TRC101<br>Oral suspension |
| Placebo Comparator: Placebo<br>Administered once daily (QD) for 12 weeks | Drug: Placebo<br>Oral suspension |

## Outcome Measures

Primary Outcome Measures:

1.  Change from baseline in blood bicarbonate.
    Comparison of TRC101 and placebo with regard to the proportions of subjects with change from baseline in blood bicarbonate ≥ 4 mEq/L or with blood bicarbonate in the normal range (22 to 29 mEq/L).

    [Time Frame: Week 12]

Other Pre-specified Outcome Measures:

2.  Adverse events, serious adverse events, withdrawal of treatment due to an adverse event.
    Number and percentage of subjects with treatment-emergent adverse events (TEAEs), number and percentage of subjects experiencing TEAEs by sever causality, seriousness, and action taken with regard to study drug by treatment group. TEAEs leading to discontinuation of study treatment will be summa by treatment group.

    [Time Frame: Up to Week 14]

## Eligibility

|  |  |
|---|---|
| Minimum Age: | 18 Years |
| Maximum Age: | 85 Years |
| Sex: | All |
| Gender Based: | |
| Accepts Healthy Volunteers: | No |
| Criteria: | Key Inclusion Criteria: |

Key Inclusion Criteria:

- Blood bicarbonate level of 12 to 20 mEq/L.
- Estimated glomerular filtration rate (eGFR) of 20 to 40 mL/min/1.73m2.
- Stable kidney function defined as <=20% variability in eGFR during screening period.

Key Exclusion Criteria:

- Any level of low blood bicarbonate during the screening period that in the opinion of the Investigator, requires emergency intervention or evaluation for an acute acidotic process.
- Anuria, dialysis, acute kidney injury, or history of acute kidney insufficiency within 3 months prior to screening.
- Heart failure with maximum New York Heart Association (NYHA) Class IV symptoms or that required hospitalization during preceding 6 months.
- Heart or kidney transplant.
- Chronic obstructive pulmonary disease (COPD) that is treated with chronic oral steroids, that requires the subject to be on oxygen, or that required hospitalization within the previous 6 months.
- Change in doses to alkali therapy in the 4 weeks prior to screening.
- History or current diagnosis of diabetic gastroparesis, bowel obstruction, swallowing disorders, inflammatory bowel disease major gastrointestinal surgery, frequent diarrhea or active gastric/duodenal ulcers.
- Serum calcium <= 8.0 mg/dL at screening.
- Planned initiation of renal replacement therapy within 12 weeks following randomization.
- Use of polymeric binder drugs within 14 days prior to screening.

## Contacts/Locations

|  |  |
|---|---|
| Study Officials: | Yuri Stasiv, PhD<br>Study Director<br>Tricida, Inc. |
| Locations: | **United States, Arizona** |

Investigative Site 55
    Phoenix, Arizona, United States, 85032

**United States, California**

Investigative Site 56
    Chula Vista, California, United States, 91910

Investigative Site 91
    Los Angeles, California, United States, 90022

**United States, Florida**

Investigative Site 59
    Hialeah, Florida, United States, 33015

Investigative Site 54
Hollywood, Florida, United States, 33021

Investigative Site 93
Hollywood, Florida, United States, 33024

Investigative Site 92
Lauderdale Lakes, Florida, United States, 33313

Investigative Site 51
Tampa, Florida, United States, 33614

Investigative Site 57
Winter Park, Florida, United States, 32789

**United States, Georgia**

Investigative Site 95
Atlanta, Georgia, United States, 30342

**United States, Louisiana**

Investigative Site 53
Shreveport, Louisiana, United States, 71101

**United States, New York**

Investigative Site 58
Flushing, New York, United States, 11355

**United States, Texas**

Investigative Site 52
San Antonio, Texas, United States, 78215

**Bulgaria**

Investigative Site 11
Sofia, Bulgaria

**Croatia**

Investigative Site 21
Zagreb, Croatia

**Georgia**

Investigative Site 31
Tbilisi, Georgia

Investigative Site 32
Tbilisi, Georgia

Investigative Site 33
Tbilisi, Georgia

Investigative Site 34
Tbilisi, Georgia

Investigative Site 35
Tbilisi, Georgia

Investigative Site 36
Tbilisi, Georgia

Investigative Site 37
Tbilisi, Georgia

**Hungary**

Investigative Site 43
Baja, Hungary

Investigative Site 48
Balatonfüred, Hungary

Investigative Site 41
Budapest, Hungary

Investigative Site 46
Budapest, Hungary

Investigative Site 49
Hódmezővásárhely, Hungary

Investigative Site 45
Hatvan, Hungary

Investigative Site 44
Kistarcsa, Hungary

Investigative Site 42
Miskolc, Hungary

Investigative Site 47
Mosonmagyaróvár, Hungary

**Serbia**

Investigative Site 64
Belgrade, Serbia

Investigative Site 65
Belgrade, Serbia

Investigative Site 61
Vršac, Serbia

Investigative Site 62
Zrenjanin, Serbia

**Slovenia**

Investigative Site 72
Jesenice, Slovenia

Investigative Site 71
Maribor, Slovenia

**Ukraine**

Investigative Site 81
Kharkiv, Ukraine

Investigative Site 83
Kharkiv, Ukraine

Investigative Site 87
Kharkiv, Ukraine

Investigative Site 88
Kharkiv, Ukraine

Investigative Site 84
Kyiv, Ukraine

Investigative Site 85
Kyiv, Ukraine

Investigative Site 86
Kyiv, Ukraine

▼ **IPDSharing**

Plan to Share IPD:  No

▼ **References**

Citations:

Links:

Available IPD/Information:

Scroll up to access the controls     Scroll to th

U.S. National Library of Medicine | U.S. National Institutes of Health | U.S. Department of Health & Human Services