**Exhibit 23**

NIH **U.S. National Library of Medicine**

*ClinicalTrials.gov archive*

## History of Changes for Study: NCT03390842

### Long-term Safety Extension to Study TRCA-301

Latest version (submitted October 3, 2019) on ClinicalTrials.gov

- A study version is represented by a row in the table.

- Select two study versions to compare. One each from columns A and B.

- Choose either the "Merged" or "Side-by-Side" comparison format to specify how the two study versions are to be displayed. The Side-by-Side format only applies to the Protocol section of th

- Click "Compare" to do the comparison and show the differences.

- Select a version's Submitted Date link to see a rendering of the study for that version.

- The yellow A/B choices in the table indicate the study versions currently compared below. A yellow table row indicates the study version currently being viewed.

- Hover over the "Recruitment Status" to see how the study's recruitment status changed.

- Study edits or deletions are displayed in red.

- Study additions are displayed in green.

## Study Record Versions

| Version | A | B | Submitted Date | Changes |
|---|---|---|---|---|
| 1 | ○ | ○ | December 28, 2017 | None (earliest Version on record) |
| 2 | ● | ● | March 29, 2018 | Contacts/Locations and Study Status |
| 3 | ○ | ○ | May 4, 2018 | Recruitment Status, Contacts/Locations, Study Status and Study Design |
| 4 | ○ | ○ | March 11, 2019 | Recruitment Status, Study Status and Arms and Interventions |
| 5 | ○ | ○ | August 12, 2019 | Study Status and References |
| 6 | ○ | ○ | October 3, 2019 | Study Status |

[Compare]    Comparison Format:    ● Merged
                                    ○ Side-by-Side

Scroll up to access the controls

**Study NCT03390842**
**Submitted Date:  March 29, 2018 (v2)**

▼ **Study Identification**

Unique Protocol ID:  TRCA-301E

Brief Title:  Long-term Safety Extension to Study TRCA-301

Official Title:  A Blinded, Placebo-Controlled Extension to Study TRCA-301 to Evaluate the Long-term Safety and Durability of Effect of TRC10 Subjects With Chronic Kidney Disease and Metabolic Acidosis

Secondary IDs:

## Study Status

| | |
|---|---|
| Record Verification: | March 2018 |
| Overall Status: | Recruiting |
| Study Start: | December 20, 2017 |
| Primary Completion: | February 2019 [Anticipated] |
| Study Completion: | February 2019 [Anticipated] |
| First Submitted: | December 28, 2017 |
| First Submitted that Met QC Criteria: | December 28, 2017 |
| First Posted: | January 4, 2018 [Actual] |
| Last Update Submitted that Met QC Criteria: | March 29, 2018 |
| Last Update Posted: | March 30, 2018 [Actual] |

## Sponsor/Collaborators

| | |
|---|---|
| Sponsor: | Tricida, Inc. |
| Responsible Party: | Sponsor |
| Collaborators: | |

## Oversight

| | |
|---|---|
| U.S. FDA-regulated Drug: | Yes |
| U.S. FDA-regulated Device: | No |
| Data Monitoring: | Yes |

## Study Description

Brief Summary: This study is a 40-week, blinded, placebo-controlled extension of Study TRCA-301 (NCT03317444). Eligible subjects who completed the 12-week treatment period in Study TRCA-301 have the option to participate in this extension study evaluating the long-term safety and durability of effect of TRC101 in subjects with non-dialysis dependent chronic kidney disease and metabolic acidosis. Eligible subjects will be treated with TRC101 or placebo once daily (QD) on an out-patient basis for the subsequent 40 weeks. Subjects will continue to receive the same blinded treatment (TRC101 or placebo) that they received in Study TRCA-301.

Detailed Description:

## Conditions

| | |
|---|---|
| Conditions: | Metabolic Acidosis |
| Keywords: | blood bicarbonate, kidney disease |

## Study Design

| | |
|---|---|
| Study Type: | Interventional |
| Primary Purpose: | Treatment |
| Study Phase: | Phase 3 |
| Interventional Study Model: | Parallel Assignment |
| Number of Arms: | 2 |
| Masking: | Triple (Participant, Care Provider, Investigator) |
| Allocation: | Randomized |
| Enrollment: | 210 [Anticipated] |

## Arms and Interventions

| Arms | Assigned Interventions |
|---|---|
| Experimental: TRC101<br>    Administered once daily (QD) for 40 weeks | Drug: TRC101<br>    Oral suspension |
| Placebo Comparator: Placebo<br>    Administered once daily (QD) for 40 weeks | Drug: Placebo<br>    Oral suspension |

▼ **Outcome Measures**

Primary Outcome Measures:

1. Incidence of adverse events (AEs), serious adverse events (SAEs), and AEs leading to withdrawal.
   Safety.

   [Time Frame: From Week 12 (enrollment) to Week 54 (last follow-up visit).]

Secondary Outcome Measures:

2. Change from baseline in blood bicarbonate.
   Efficacy.

   [Time Frame: Week 52 (end of treatment)]

▼ **Eligibility**

|  |  |
|---|---|
| Minimum Age: | 18 Years |
| Maximum Age: | 85 Years |
| Sex: | All |
| Gender Based: | |
| Accepts Healthy Volunteers: | No |
| Criteria: | Key Inclusion Criteria: |

- Completed the 12-week treatment period and attended the Week 12 Visit in the parent study TRCA-301.
- Blood bicarbonate level of >= 12 mEq/L at the Week 12 Visit in the parent study TRCA-301.

Key Exclusion Criteria:

- Any level of low blood bicarbonate at the Week 12 Visit that, in the opinion of the Investigator, requires emergency interven or evaluation for an acute acidotic process.
- Required dialysis for acute kidney injury or worsening CKD during the parent study TRCA-301.
- Planned initiation of renal replacement therapy within 6 months following study entry.
- History or current diagnosis of diabetic gastroparesis, bowel obstruction, swallowing disorders, severe gastrointestinal diso inflammatory bowel disease, major gastrointestinal surgery, or active gastric/duodenal ulcers.
- Serum calcium <= 8.0 mg/dL at the Week 10 in the parent study TRCA-301.

▼ **Contacts/Locations**

Central Contact Person: Yuri Stasiv, PhD
          Telephone: 415-429-7800
          Email: ystasiv@tricida.com

Locations: **United States, California**

Investigative Site 56
[Not yet recruiting]
  Chula Vista, California, United States, 91910
  Contact:  Contact: Yuri Stasiv, PhD

Investigative Site 91
[Recruiting]
  Los Angeles, California, United States, 90022
  Contact:  Contact: Yuri Stasiv, PhD

**United States, Florida**

Investigative Site 59
[Recruiting]
  Hialeah, Florida, United States, 33015
  Contact:  Contact: Yuri Stasiv, PhD

Investigative Site 93
[Recruiting]
  Hollywood, Florida, United States, 33024
  Contact:  Contact: Yuri Stasiv, PhD

**United States, Georgia**

Investigative Site 95
[Recruiting]
  Atlanta, Georgia, United States, 30342
  Contact:  Contact: Yuri Stasiv, PhD

**United States, Texas**

Investigative Site 52
[Recruiting]
    San Antonio, Texas, United States, 78215
        Contact:      Contact: Yuri Stasiv, PhD

**Bulgaria**

Investigative Site 11
[Recruiting]
    Sofia, Bulgaria
        Contact:      Contact: Yuri Stasiv, PhD

**Georgia**

Investigative Site 31
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 32
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 33
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 34
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 35
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 36
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv

Investigative Site 37
[Recruiting]
    Tbilisi, Georgia
        Contact:      Contact: Yuri Stasiv, PhD

**Hungary**

Investigative Site 41
[Recruiting]
    Budapest, Hungary
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 46
[Recruiting]
    Budapest, Hungary
        Contact:      Contact: Yuri Stasiv, PhD

**Ukraine**

Investigative Site 81
[Recruiting]
    Kharkiv, Ukraine
        Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 83
[Recruiting]
    Kharkiv, Ukraine
        Contact:      Contact: Yuri Stasiv, PhD

History of Changes for Study: NCT03390842

Investigative Site 87
[Recruiting]
         Kharkiv, Ukraine
         Contact:        Contact: Yuri Stasiv, PhD

Investigative Site 88
[Recruiting]
         Kharkiv, Ukraine
         Contact:        Contact: Yuri Stasiv, PhD

▼ **IPDSharing**

         Plan to Share IPD:  No

▼ **References**

         Citations:

         Links:

         Available IPD/Information:

Scroll up to access the controls                                                                Scroll to th

U.S. National Library of Medicine | U.S. National Institutes of Health | U.S. Department of Health & Human Services