**Exhibit 24**

**U.S. National Library of Medicine**

**ClinicalTrials.gov** *archive*

## History of Changes for Study: NCT03390842

### Long-term Safety Extension to Study TRCA-301

Latest version (submitted October 3, 2019) on ClinicalTrials.gov

- A study version is represented by a row in the table.
- Select two study versions to compare. One each from columns A and B.
- Choose either the "Merged" or "Side-by-Side" comparison format to specify how the two study versions are to be displayed. The Side-by-Side format only applies to the Protocol section of th
- Click "Compare" to do the comparison and show the differences.
- Select a version's Submitted Date link to see a rendering of the study for that version.
- The yellow A/B choices in the table indicate the study versions currently compared below. A yellow table row indicates the study version currently being viewed.
- Hover over the "Recruitment Status" to see how the study's recruitment status changed.
- Study edits or deletions are displayed in red .
- Study additions are displayed in green .

## Study Record Versions

| Version | A | B | Submitted Date | Changes |
|---------|---|---|----------------|---------|
| 1 | ○ | ○ | December 28, 2017 | None (earliest Version on record) |
| 2 | ○ | ○ | March 29, 2018 | Contacts/Locations and Study Status |
| 3 | ● | ● | May 4, 2018 | Recruitment Status, Contacts/Locations, Study Status and Study Design |
| 4 | ○ | ○ | March 11, 2019 | Recruitment Status, Study Status and Arms and Interventions |
| 5 | ○ | ○ | August 12, 2019 | Study Status and References |
| 6 | ○ | ○ | October 3, 2019 | Study Status |

[ Compare ]    Comparison Format:    ● Merged
                                     ○ Side-by-Side

Scroll up to access the controls

**Study NCT03390842**
**Submitted Date: May 4, 2018 (v3)**

▼ **Study Identification**

Unique Protocol ID:  TRCA-301E

Brief Title:  Long-term Safety Extension to Study TRCA-301

Official Title:  A Blinded, Placebo-Controlled Extension to Study TRCA-301 to Evaluate the Long-term Safety and Durability of Effect of TRC10 Subjects With Chronic Kidney Disease and Metabolic Acidosis

Secondary IDs:

## Study Status

| | |
|---|---|
| Record Verification: | May 2018 |
| Overall Status: | Active, not recruiting |
| Study Start: | December 20, 2017 |
| Primary Completion: | February 2019 [Anticipated] |
| Study Completion: | February 2019 [Anticipated] |
| First Submitted: | December 28, 2017 |
| First Submitted that Met QC Criteria: | December 28, 2017 |
| First Posted: | January 4, 2018 [Actual] |
| Last Update Submitted that Met QC Criteria: | May 4, 2018 |
| Last Update Posted: | May 7, 2018 [Actual] |

## Sponsor/Collaborators

| | |
|---|---|
| Sponsor: | Tricida, Inc. |
| Responsible Party: | Sponsor |
| Collaborators: | |

## Oversight

| | |
|---|---|
| U.S. FDA-regulated Drug: | Yes |
| U.S. FDA-regulated Device: | No |
| Data Monitoring: | Yes |

## Study Description

Brief Summary: This study is a 40-week, blinded, placebo-controlled extension of Study TRCA-301 (NCT03317444). Eligible subjects who compl the 12-week treatment period in Study TRCA-301 have the option to participate in this extension study evaluating the long-term s and durability of effect of TRC101 in subjects with non-dialysis dependent chronic kidney disease and metabolic acidosis. Eligibl subjects will be treated with TRC101 or placebo once daily (QD) on an out-patient basis for the subsequent 40 weeks. Subjects v continue to receive the same blinded treatment (TRC101 or placebo) that they received in Study TRCA-301.

Detailed Description:

## Conditions

| | |
|---|---|
| Conditions: | Metabolic Acidosis |
| Keywords: | blood bicarbonate, kidney disease |

## Study Design

| | |
|---|---|
| Study Type: | Interventional |
| Primary Purpose: | Treatment |
| Study Phase: | Phase 3 |
| Interventional Study Model: | Parallel Assignment |
| Number of Arms: | 2 |
| Masking: | Triple (Participant, Care Provider, Investigator) |
| Allocation: | Randomized |
| Enrollment: | 196 [Actual] |

## Arms and Interventions

| Arms | Assigned Interventions |
|---|---|
| Experimental: TRC101<br>    Administered once daily (QD) for 40 weeks | Drug: TRC101<br>    Oral suspension |
| Placebo Comparator: Placebo<br>    Administered once daily (QD) for 40 weeks | Drug: Placebo<br>    Oral suspension |

▼ **Outcome Measures**

Primary Outcome Measures:

1. Incidence of adverse events (AEs), serious adverse events (SAEs), and AEs leading to withdrawal.
   Safety.

   [Time Frame: From Week 12 (enrollment) to Week 54 (last follow-up visit).]

Secondary Outcome Measures:

2. Change from baseline in blood bicarbonate.
   Efficacy.

   [Time Frame: Week 52 (end of treatment)]

▼ **Eligibility**

|  |  |
|---|---|
| Minimum Age: | 18 Years |
| Maximum Age: | 85 Years |
| Sex: | All |
| Gender Based: | |
| Accepts Healthy Volunteers: | No |
| Criteria: | Key Inclusion Criteria: |

- Completed the 12-week treatment period and attended the Week 12 Visit in the parent study TRCA-301.
- Blood bicarbonate level of >= 12 mEq/L at the Week 12 Visit in the parent study TRCA-301.

Key Exclusion Criteria:

- Any level of low blood bicarbonate at the Week 12 Visit that, in the opinion of the Investigator, requires emergency interven or evaluation for an acute acidotic process.
- Required dialysis for acute kidney injury or worsening CKD during the parent study TRCA-301.
- Planned initiation of renal replacement therapy within 6 months following study entry.
- History or current diagnosis of diabetic gastroparesis, bowel obstruction, swallowing disorders, severe gastrointestinal diso inflammatory bowel disease, major gastrointestinal surgery, or active gastric/duodenal ulcers.
- Serum calcium <= 8.0 mg/dL at the Week 10 in the parent study TRCA-301.

▼ **Contacts/Locations**

Locations: **United States, Arizona**

Investigative Site 55
    Phoenix, Arizona, United States, 85032

**United States, California**

Investigative Site 91
    Los Angeles, California, United States, 90022

**United States, Florida**

Investigative Site 59
    Hialeah, Florida, United States, 33015

Investigative Site 93
    Hollywood, Florida, United States, 33024

Investigative Site 92
    Lauderdale Lakes, Florida, United States, 33313

**United States, Georgia**

Investigative Site 95
    Atlanta, Georgia, United States, 30342

**United States, Texas**

Investigative Site 52
    San Antonio, Texas, United States, 78215

**Bulgaria**

Investigative Site 11
    Sofia, Bulgaria

**Georgia**

Investigative Site 31
Tbilisi, Georgia

Investigative Site 32
Tbilisi, Georgia

Investigative Site 33
Tbilisi, Georgia

Investigative Site 34
Tbilisi, Georgia

Investigative Site 35
Tbilisi, Georgia

Investigative Site 36
Tbilisi, Georgia

Investigative Site 37
Tbilisi, Georgia

**Hungary**

Investigative Site 41
Budapest, Hungary

Investigative Site 46
Budapest, Hungary

Investigative Site 49
Hódmezővásárhely, Hungary

Investigative Site 44
Kistarcsa, Hungary

**Serbia**

Investigative Site 61
Vršac, Serbia

**Slovenia**

Investigative Site 72
Jesenice, Slovenia

Investigative Site 71
Maribor, Slovenia

**Ukraine**

Investigative Site 81
Kharkiv, Ukraine

Investigative Site 83
Kharkiv, Ukraine

Investigative Site 87
Kharkiv, Ukraine

Investigative Site 88
Kharkiv, Ukraine

Investigative Site 84
Kyiv, Ukraine

Investigative Site 85
Kyiv, Ukraine

Investigative Site 86
Kyiv, Ukraine

▼ **IPDSharing**

Plan to Share IPD:  No

▼ **References**

Citations:

Links:

Available IPD/Information:

Scroll up to access the controls                                                      Scroll to th

Case 4:21-cv-00076-HSG Document 78-23 Filed 07/16/21 Page 6 of 6

U.S. National Library of Medicine | U.S. National Institutes of Health | U.S. Department of Health & Human Services