Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendants*
*Tricida, Inc. and Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.  5:21-cv-00076-LHK<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF SARAH HEMMENDINGER IN SUPPORT OF DEFENDANTS TRICIDA, INC. AND GERRIT KLAERNER'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Assigned to: Hon. Lucy H. Koh<br><br>Date:  December 9, 2021<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor |

## DECLARATION OF SARAH HEMMENDINGER

I, Sarah Hemmendinger, declare as follows:

I am an attorney licensed to practice in the State of California and an associate with the firm of Sidley Austin LLP, which represents Defendants Tricida, Inc. and Gerrit Klaerner in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Defendants Tricida, Inc. and Gerrit Klaerner's Motion to Dismiss.

Attached as exhibits to this declaration are true and correct copies of the following eight documents.

**Reply Exhibit 1:** Transcript from Tricida's March 28, 2019 earnings call for Q4 2018.

**Reply Exhibit 2:** Tricida's Form 8-K filed with the SEC on January 13, 2020.

**Reply Exhibit 3:** Prof. Donald E. Wesson, M.D. et al. article summary, *Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double blind, controlled, phase 3 trial*, The Lancet (Mar. 8, 2019), https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext.

**Reply Exhibit 4:** Prof. Donald E. Wesson, M.D. et al. article summary, *Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-controlled, 40-week extension*, The Lancet (June 24, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext.

**Reply Exhibit 5:** U.S. Food & Drug Administration, *Glossary of Terms on Clinical Trials for Patient Engagement Advisory Committee*, https://www.fda.gov/media/108378/download, accessed via its parent web page at U.S. Food & Drug Administration, *2017 Meeting materials of the Patient Engagement Advisory Committee* (Nov. 8, 2017), https://www.fda.gov/advisory-committees/patient-engagement-advisory-committee/2017-meeting-materials-patient-engagement-advisory-committee.

**Reply Exhibit 6:** National Institutes of Health, National Cancer Institute, *Definition of multicenter study*, https://www.cancer.gov/publications/dictionaries/cancer-terms/def/multicenter-study.

1

**Reply Exhibit 7:** U.S. Food & Drug Administration, *Guidance for Industry, Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products* (May 1998), https://www.fda.gov/media/71655/download.

**Reply Exhibit 8:** Excerpts of U.S. Food & Drug Administration, SOPP 8401: Administrative Processing of Original Biologics License Applications (BLA) and New Drug Applications (NDA) (Mar. 7, 2021), https://www.fda.gov/media/85659/download.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2021, in San Francisco, California.

By: */s/ Sarah Hemmendinger*
Sarah Hemmendinger

2

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Sarah Hemmendinger in Support of Defendants Tricida, Inc. and Gerrit Klaerner's Reply in Support of Motion to Dismiss Amended Complaint in compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Date: September 15, 2021

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)

*Attorneys for Defendants*
*Tricida, Inc. and Gerrit Klaerner*

3