# EXHIBIT 1

**S&P Global**
Market Intelligence

# Tricida, Inc. NasdaqGS:TCDA
# FQ4 2018 Earnings Call Transcripts

## Thursday, March 28, 2019 12:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS (GAAP)** | (0.88) | (0.66) | NM | (0.82) | (4.92) | (4.64) | NM | (3.42) |
| **Revenue (mm)** | 0.00 | 0.00 | ●0.00 | 0.00 | 0.00 | 0.00 | ●0.00 | 0.00 |

Currency: USD
Consensus as of  Mar-27-2019 1:31 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP)  - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | (1.05) | (0.89) | NM |
| **FQ3 2018** | (0.86) | (0.71) | NM |
| **FQ4 2018** | (0.88) | (0.66) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................... | **3** |
| **Presentation** | ................................................................... | **4** |
| **Question and Answer** | ................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Geoffrey M. Parker**
*CFO & Senior VP*

**Gerrit Klaerner**
*Founder, President, CEO &
Executive Director*

**Jackie Cossmon**
*Vice President of Investor
Relations & Communications*

**ANALYSTS**

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research
Division*

**Laura Christianson**
*Cowen and Company, LLC,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Tricida TRCA-301E Clinical Trial Results and Financial Results Conference Call. [Operator Instructions] As a reminder, this conference call may be recorded.

I would now like to introduce your host for today's conference, Ms. Jackie Cossmon. Ma'am, you may begin.

**Jackie Cossmon**
*Vice President of Investor Relations & Communications*

Thank you. Good morning, and thank you for joining the Tricida conference call. In today's call, Gerrit Klaerner, our CEO, President and Founder, will discuss the TRCA-301E clinical trial results that we announced this morning as well as our business progress. Geoff Parker, our CFO, will then discuss our upsized debt facility with Hercules, our financial results for the quarter and full year 2018 and provide an overview of our financial outlook.

Please note that in today's call, we will be making various statements that include forward-looking statements, as defined under applicable securities laws. Forward-looking statements include statements regarding our future development plans, recruitment milestones, planned NDA submission, financial guidance and other statements that are not historical facts. Management's assumptions, expectations and opinions reflected in these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from any future results, performance or achievements discussed in or implied by such forward-looking statements.

Tricida can give no assurance that these statements will prove to be correct, and we do not intend and undertake no duty to update these statements. We also urge you to read the risks and uncertainties associated with our business that are described in our filings with the Securities and Exchange Commission. For a copy of our press releases that were issued prior to this call, please go to tricida.com and follow the link to our Investor Relations page.

At this time, I'd like to turn the call over to Gerrit.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Thank you, Jackie. And thank you all for joining us today. We previously reported that we expected the results of our 301E extension trial in the first half 2019. I am pleased to report that we now have the results of the trial and that it met its primary and all secondary endpoints. Earlier today, we issued a press release that provides greater detail concerning the design of and the data generated in the trial.

Before I walk you through the results, I want to highlight the fact that we saw a surprising upside beyond the expected good safety profile and long-term durability of effect of TRC101 on the surrogate blood bicarbonate endpoint. Following 52 weeks of treatment, we have observed evidence of clinical benefit in TRC101-treated subjects, including reduced all-cause mortality, slowing of CKD progression and improved physical function. These observations are in line with the underlying pathophysiology of metabolic acidosis and its impact on bone, muscle and kidney health.

The 301E trial was a blinded, 40-week extension of the 12-week 301 trial, which randomized 217 patients with nondialysis-dependent CKD and metabolic acidosis. 196 subjects containing of -- consisting of 114 subjects in the TRC101 group and 82 subjects in the placebo group elected and were qualified to continue in the extension trial.

Let me start with the fact that we observed a clean safety profile for TRC101. The primary endpoint of the 301E trial was assessment of the long-term safety profile of TRC101 versus placebo. We observed fewer discontinuations, fewer serious adverse events and a comparable rate of GI adverse events on TRC101

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

versus placebo. Specifically, 2.6% of TRC101 versus 9.8% of placebo-treated subjects discontinued prematurely. The incidence of serious adverse events was 1.8% in the active group versus 4.9% in the placebo group. And no serious adverse events were assessed to be related to study drug.

Gastrointestinal adverse events occurred in 21.4% of patients in the TRC101 group and in 25.9% of patients on placebo. We observed a sustained increase in blood bicarbonate in TRC101-treated patients. Two of the 4 secondary endpoints assessed the durability of effect of TRC101 by comparing the changes in blood bicarbonate between active and placebo-treated subjects who completed the 52-week treatment period. 63% of the active subjects exhibited an increase in blood bicarbonate level of at least 4 milligrams per liter or achieved a blood bicarbonate level in the normal range compared with 38% of placebo subjects. This represented a p-value of 0.0015. The mean change in blood bicarbonate from baseline to end of treatment in the TRC101 group was 4.7 milligrams per liter compared with 2.7 milligrams per liter in the placebo group, representing a p-value of 0.0002.

The final 2 secondary endpoints evaluated how treatment with TRC101 might affect how patients feel and function. If you recall the basic physiology behind metabolic acidosis, a buildup of acids can contribute to reduced muscle mass and impaired physical function. Physical function was assessed indirectly through self-reported responses to the KDQOL Physical Function Survey and measured directly through a repeated chair stand test.

Let me return -- the placebo-adjusted improvements in favor of TRC101-treated subjects in the 2 measures of physical function at week 52 were both highly statistically significant with a p-value of less than 0.0001 and approximately doubled compared to the observed results at week 12. We believe the results from the KDQOL Physical Functioning Survey and the repeated chair stand test both provide evidence of improvement in physical function, and the placebo-adjusted effects exceed the minimally clinically important different thresholds reported in the scientific literature.

As you can tell, I am -- I can't wait to get to this next part that really deals with one of the most unexpected and exciting result of this trial. We included a prespecified comparison of the TRC101 and placebo groups for the time to the composite clinical endpoint of all-cause mortality, dialysis or a greater or equal to 50% decline in eGFR. We refer to this as a DD50 event. Over the combined 52-week treatment period, the annualized DD50 incidence rate was 4.2% in the TRC101 group versus 12% in the placebo group. This represents a statistically significant p-value of 0.0224. There were no deaths in the TRC101 group and 4 placebo patients died. Each group had one subject initiate dialysis. Although the 301, 301E clinical trials were not designed or powered to assess all-cause mortality or the progression of CKD outcomes, we nevertheless observed a 65% reduction in the annualized DD50 event rate for TRC101-treated subjects versus the placebo group.

So let me sum up where we are based on our top line analysis of the extension trial. The combined 52-week results far exceeded our expectations. We did not anticipate that we would observe any evidence of clinical benefit beyond the increase in blood bicarbonate in patients treated with TRC101 until the readout of our VALOR-CKD postmarketing trial somewhere in the '22 to '23 timeframe. We remain committed to submitting our NDA under the Accelerated Approval Program in the second half of 2019 and look forward to the results of our VALOR-CKD confirmatory postmarketing trial. While we do not anticipate any change to the size or design of the VALOR-CKD trial, we feel good about what we've learned in the 301E study regarding safety and efficacy, increasing our confidence for a successful VALOR-CKD trial.

Just as a reminder, the ongoing VALOR-CKD trial is a time-to-event study. Subjects will be followed until we have accrued the targeted number of primary endpoint events, which we estimate will be approximately 4 years following full enrollment. Our sample size of 1,600 subjects was based on the assumption of a 30% to 35% reduction in renal events. Furthermore, the protocol specifies an interim analysis when at least half the planned number of primary endpoint events have been accrued, which we estimate will be approximately 2 to 3 years after full enrollment. At such time, the trial may be stopped early for efficacy. The sample size may be increased or the trial may continue without changes.

We have now successfully completed all of the clinical trials that we plan to complete prior to submission of our NDA through the FDA's Accelerated Approval Program. We are on track for the submission in the second half of 2019.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Next, I would like to highlight the publication of our Phase III TRC101 clinical trial results in The Lancet, a leading independent general medical journal. This is an important milestone for Tricida and shows that interest in metabolic acidosis extends beyond the nephrology community. I would like to thank our Tricida authors and our key opinion leaders, Drs. Wesson, Bushinsky, Tangri and Mathur.

Now I'd like to provide an update on our DDI studies. Our drug-drug interaction studies were guided by the underlying mechanism of action of TRC101, our in vitro studies and FDA interactions, and we determined it was appropriate to evaluate aspirin, dabigatran, furosemide and warfarin in Phase I clinical trials for potential DDI effects. Based on the results of our DDI studies, we do not believe we need to recommend dosing separation for any drugs co-administered with TRC101.

Before I turn the call over to Geoff, let me say, how pleased I am to welcome Susannah Cantrell to Tricida as our Chief Commercial Officer. Susannah comes to us with over 20 years of commercial industry experience across sales, operations, marketing and global commercial strategy, including executive and senior-level roles at Gilead, Genentech/Roche and GSK. Susannah has launched multiple successful therapeutic products at Gilead and Genentech, and she brings a breadth and depth of strategic and operational experience to Tricida and has already hit the ground running. Our prelaunch activities are underway, including operational logistics, managed market activities, physician surveys, patient journey analysis, refined health care economics analysis and much more. We are truly delighted to have Susannah join the team.

And now I'll ask Geoff to discuss the new Hercules amendment, which we were also pleased to announce this morning, as well as to provide you with a financial update and our cash guidance for 2019.

**Geoffrey M. Parker**
*CFO & Senior VP*

Thank you, Gerrit. Before I turn to the financial results, I'd like to echo Gerrit's excitement regarding the positive 301E results. We recognize that these compelling results could have warranted an independent call, but we wanted to update you at the earliest possible time, which happened to coincide with our financial results call.

Let me now turn to our financial highlights. I am pleased to report that we have completed an amendment to our Hercules debt facility. This amendment increases the total amount available under our current debt facility to up to $200 million and significantly extends the maturity of the facility. The key strategic advantage to this new facility is that it extends our financial runway such that we are now able to fund our operations into 2021 which would cover the initial commercial launch period of TRC101.

Under the terms of this amendment, the $40 million currently drawn under the existing debt facility with Hercules remains outstanding. Additional tranches of $20 million and $15 million are available for drawdown prior to December 15, 2019, and December 15, 2020, respectively. An additional tranche of $75 million will be available for drawdown prior to December 15, 2020, subject to FDA approval of TRC101. A final tranche of $50 million will be available for drawdown prior to December 15, 2021, subject to approval by Hercules. The final maturity date of the amended debt facility is initially 4 years from closing and could be extended to 5 years subject to the FDA approval of TRC101 and the -- when the final tranche is drawn.

Let me now turn to our financial results for 2018 that we reported today. Research and development expense was $22.7 million and $17.8 million for the 3 months ended December 31, 2018 and 2017, respectively; and $85.6 million and $35.9 million for the years ended December 31, 2018 and 2017, respectively. The increases in research and development expense in the 3-month and full year periods of 2018 compared to the prior year were primarily due to increased activities in connection with our TRC101 clinical development program, including increased drug substance manufacturing as well as increased personnel and related costs.

General and administrative expense was $6.1 million and $2.9 million for the 3 months ended December 31, 2018 and 2017, respectively; and $18 million and $11.2 million for the years ended December 31, 2018 and 2017, respectively. The increases in general and administrative expense in the 3-month and full year periods of 2018 compared to the prior year were primarily due to increased administrative costs

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

supporting the increased activities in connection with our TRC101 clinical development program, including increased personnel and related costs and other G&A expenses.

Net loss was $27.8 million and $20.6 million for the 3 months ended December 31, 2018 and 2017, respectively; and $102.8 million and $41.3 million for the years ended December 31, 2018 and 2017, respectively.

As of the end of 2018, cash, cash equivalents and investments were $243.4 million.

Let me now turn to our financial outlook. With regards to financial guidance for 2019, we estimate that cash expense will be between $135 million and $145 million. As I previously stated, we expect that our cash and investments as of the end of 2018 together with our borrowing capacity under our amended Hercules debt facility will enable us to fund our anticipated operating expenses and capital expenditure requirements into 2021, which would cover the initial commercial launch period for TRC101. Operator, we are now ready to open the call to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Jessica Fye from JPMorgan.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

I wanted to ask about the placebo arm in the trial in the extension phase. It looks like they sort of did a little bit better than in the original portion of the study. Can you talk about why that might be? Is it sort of effective at being a completers group of placebo patients?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Thanks, Jessica. Yes, that's exactly it. You only look at the ones that actually complete 52 weeks. And of course, they did not do very well because 4 of them died and many more actually progressed in terms of dialysis. But their serum bicarb result is basically impacted because we only look at the ones that complete 52 weeks. And when one group, hardly anybody drops out and a lot do drop out in the other, that's where the imbalance comes from.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

Okay, great. And can you also help us think about the mix of components of the endpoints in the outcomes trial? Here, we had some deaths, some dialysis initiation, et cetera. Can you talk about how you expect that kind of mix of endpoints to play out longer term?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, I think we -- obviously, as you know, we did a multicenter blinded extension trial with the placebo group where we wanted to confirm our surrogate effect in terms of efficacy and safety. So the events that we looked at were pretty hard clinical outcomes, all-cause mortality, dialysis and losing 50% of the kidney functions. And that's really sort of from the safety considerations, and then we saw the surprising difference in just 1 year. In our VALOR-CKD trial, we obviously have a traditional time-to-event analysis, where we are looking at not all-cause mortality but renal death, dialysis and a 40% eGFR reduction that occurs more frequently than 50% really. So really, what we are reporting here out of our safety observations in this prespecified analysis, those are quite frankly, even higher endpoint than VALOR-CKD, but they make us feel pretty good that I think metabolic acidosis causes death and renal progression.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

Okay, got it. Did you analyze this data based on the 40% worsening?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

No.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

Okay. And just one last one. The causes of the deaths here, do they appear to be kidney disease-related?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, one was actually renal death. And that's defined as a patient who basically refuses dialysis. And another one had significant eGFR reduction before the patient died. But under the VALOR-CKD definition, 1 of the 4 was a renal death.

**Operator**

[Operator Instructions] And our next question comes from Laura Christianson from Cowen.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

Congrats on the data. I just want to hone in a little bit on what you mentioned basically about the drug-drug interaction studies. You mentioned no need for dose separation for any drugs co-administered. Is that what you will have in the protocol for VALOR-CKD as well? And how do you expect that to influence the tolerability of the drug, if at all?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, the VALOR-CKD study started before we had completed all of our DDI studies. So that's a different cup of tea. But I think from an NDA submission perspective, that's the conclusion that we would basically submit in our NDA.

**Laura Christianson**
*Cowen and Company, LLC, Research Division*

Got it. Okay. And when -- I know you've already kind of rehashed the estimated pricing based on conversations with payers. Do you anticipate that changing at all with the results that you've released today with the composite endpoint?

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Yes, I think there's a big difference between telling people to do -- to extrapolate our results to outcomes and having outcome results. It is as simple as that, and we think that the data that we have in the small study is really a paradigm shift in terms of the understanding of metabolic acidosis and potential treatment with TRC101. So we are obviously -- we're very data-driven and we'll have discussions with payers. But as you know, there are not many cardiorenal trials that have shown multiple positive outcomes ranging from reduced all-cause mortality to reduced progression of kidney disease, and the patients feel and function better. So yes, we think that, that kind of moves the needle.

**Operator**

Thank you. And I am showing no further questions from our phone line. I'd now like to turn the conference back over to Gerrit Klaerner for any closing remarks.

**Gerrit Klaerner**
*Founder, President, CEO & Executive Director*

Thank you, operator, and thank you all for joining us today. We are very pleased to be able to share real-time the 301E data with you on today's call. We'll be reviewing this data further with our key experts and also plan to submit these results for publication in a major medical journal. We have significant work ahead of us to submit our NDA, expand our disease awareness campaign and initiate our commercialization plan. Given these results, we are more eager than ever to help physicians, patients and payers understand the value of treating metabolic acidosis. We look forward to updating you on our progress, and as always, if you have questions, please don't hesitate to call Jackie. Thank you and goodbye.

**Operator**
Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program. You may all disconnect. Everyone, have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.