# EXHIBIT 3

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Log in    Register    Subscribe    Claim

ARTICLES | VOLUME 393, ISSUE 10179, P1417-1427, APRIL 06, 2019

Purchase    Subscribe    Save    Share    Reprints    Request

# Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled, phase 3 trial

Prof Donald E Wesson, MD • Vandana Mathur, MD • Navdeep Tangri, MD • Yuri Stasiv, PhD • Dawn Parsell, PhD • Elizabeth Li, MS • et al. Show all authors



Published: March 08, 2019 • DOI: https://doi.org/10.1016/S0140-6736(18)32562-5 • Check for updates

PlumX Metrics

Summary

References

Article Info

Linked Articles

Request Your Institutional Access

## Summary

### Background

Patients with advanced chronic kidney disease lose the capacity to fully excrete endogenous acid, resulting in chronic metabolic acidosis that increases the risk of disease progression and causes muscle catabolism and bone resorption. Veverimer, a non-absorbed, counterion-free, polymeric drug, selectively binds and removes hydrochloric acid from the gastrointestinal lumen, unlike current oral sodium bicarbonate therapy for metabolic acidosis that only neutralises accumulated acid. We assessed the efficacy and safety of veverimer as a treatment for metabolic acidosis in patients with chronic kidney disease.

### Methods

We did a multicentre, parallel, randomised, double-blind, placebo-controlled study at 37 sites (hospitals and specialty clinics) in Bulgaria, Croatia, Georgia, Hungary, Serbia, Slovenia, Ukraine, and the USA. Eligible participants were patients aged 18–85 years with non-dialysis-dependent chronic kidney disease (estimated glomerular filtration rate of 20–40 mL/min per 1·73 m$^2$) and metabolic acidosis (serum bicarbonate concentration of 12–20 mmol/L). Patients were randomly assigned (4:3) to veverimer 6 g/day or placebo for 12 weeks while they consumed their typical diet. Both drugs were taken as oral suspensions in water with lunch. Randomisation was done by study site personnel with a computer-generated randomisation code with balanced permuted blocks (block size of seven) and stratified by baseline bicarbonate (≤18 mmol/L $vs$ >18 mmol/L). Patients and investigators were masked to treatment allocation; however, because the appearance of placebo differed from veverimer, a non-masked site staff member who had no other role in the study dispensed, prepared, and supervised dosing of the study drugs. The composite primary efficacy endpoint

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…
Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext
Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Log in    Register    Subscribe    Claim

Veverimer versus placebo in patients with metabolic acidosis …

Purchase | Subscribe | Save | Share | Reprints | Request | Top

Summary

References

Article Info

Linked Articles

Request Your
Institutional Access

intention-to-treat population (all patients with a baseline and at least one post-baseline serum bicarbonate value). Patients fasted for at least 4 h (consuming only water) before measurements of bicarbonate. Safety was assessed in all patients who received any amount of study drug. This trial is registered with ClinicalTrials.gov, number NCT03317444.

### Findings

Between Sept 26, 2017, and Feb 9, 2018, we randomly assigned 124 participants to veverimer and 93 to placebo. The composite primary endpoint was met by 71 (59%) of 120 patients in the veverimer group versus 20 (22%) of 89 patients in the placebo group (a difference of 37%, 95% CI 23–49; p<0·0001). The most common body system in which adverse events in the veverimer group occurred was gastrointestinal; of these, non-treatment limiting diarrhoea was the most common event (11 [9%] *vs* three [3%] in the veverimer and placebo groups, respectively). The most common treatment-related adverse events were gastrointestinal (diarrhoea, flatulence, nausea, and constipation) occurring in 16 (13%) patients with veverimer and five (5%) patients with placebo. Two deaths occurred during the study, both in the placebo group (unstable angina and pneumonia).

### Interpretation

Veverimer effectively and safely corrected metabolic acidosis. Longer-term studies are warranted to assess the effects of veverimer on physical functioning and to assess other deleterious consequences of metabolic acidosis including progression of chronic kidney disease and bone health.

### Funding

Tricida.

To read this article in full you will need to make a payment

**Purchase one-time access**

Or purchase The Lancet Choice
Access any 5 articles from the Lancet Family of journals

**Subscribe to *The Lancet***

Already a print subscriber? Claim online access

Already an online subscriber? Sign in

Register: Create an account

Institutional Access: Sign in to ScienceDirect

 

ADVERTISEMENT

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Log in    **Register**    Subscribe    Claim

Veverimer versus placebo in patients with metabolic acidosis …

PDF | Purchase    Subscribe    Save    Share    Reprints    Request    Top

Summary

| References

Article Info

Linked Articles

**Request Your Institutional Access**

1. Inker LA • Coresh J • Levey AS • Tonelli M • Muntner P

**Estimated GFR, albuminuria, and complications of chronic kidney disease.**

*J Am Soc Nephrol.* 2011; **22**: 2322-2331

View in Article ∧

Google Scholar

2. May RC • Kelly RA • Mitch WE

**Metabolic acidosis stimulates protein degradation in rat muscle by a glucocorticoid-dependent mechanism.**

*J Clin Invest.* 1986; **77**: 614-621

View in Article ∧

Google Scholar

3. May RC • Kelly RA • Mitch WE

**Mechanisms for defects in muscle protein metabolism in rats with chronic uremia. Influence of metabolic acidosis.**

*J Clin Invest.* 1987; **79**: 1099-1103

View in Article ∧

Google Scholar

4. Price SR • Mitch WE

**Metabolic acidosis and uremic toxicity: protein and amino acid metabolism.**

*Semin Nephrol.* 1994; **14**: 232-237

View in Article ∧

Google Scholar

5. Raphael KL • Carroll DJ • Murray J • Greene T • Beddhu S

**Urine ammonium predicts clinical outcomes in hypertensive kidney disease.**

*J Am Soc Nephrol.* 2017; **28**: 2483-2490

View in Article ∧

Google Scholar

6. Reaich D • Channon SM • Scrimgeour CM • Goodship TH

**Ammonium chloride-induced acidosis increases protein breakdown and amino acid oxidation in humans.**

*Am J Physiol.* 1992; **263**: E735-E739

ADVERTISEMENT

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Log in    **Register**    Subscribe    Claim

Veverimer versus placebo in patients with metabolic acidosis …

Purchase    Subscribe    Save    Share    Reprints    Request    Top

Summary

References

Article Info

Linked Articles

Request Your
Institutional Access

7. de Brito-Ashurst I • Varagunam M • Raftery MJ • Yaqoob MM

Bicarbonate supplementation slows progression of CKD and improves nutritional status.

*J Am Soc Nephrol.* 2009; **20**: 2075-2084

View in Article ⌃

Google Scholar

8. Dobre M • Yang W • Chen J • et al.

Association of serum bicarbonate with risk of renal and cardiovascular outcomes in CKD: a report from the Chronic Renal Insufficiency Cohort (CRIC) study.

*Am J Kidney Dis.* 2013; **62**: 670-678

View in Article ⌃

Google Scholar

9. Garneata L • Stancu A • Dragomir D • Stefan G • Mircescu G

Ketoanalogue-supplemented vegetarian very low-protein diet and CKD progression.

*J Am Soc Nephrol.* 2016; **27**: 2164-2176

View in Article ⌃

Google Scholar

10. Goraya N • Simoni J • Jo CH • Wesson DE

Treatment of metabolic acidosis in patients with stage 3 chronic kidney disease with fruits and vegetables or oral bicarbonate reduces urine angiotensinogen and preserves glomerular filtration rate.

*Kidney Int.* 2014; **86**: 1031-1038

View in Article ⌃

Google Scholar

11. Goraya N • Wesson DE

Does correction of metabolic acidosis slow chronic kidney disease progression?.

*Curr Opin Nephrol Hypertens.* 2013; **22**: 193-197

View in Article ⌃

Google Scholar

12. Mahajan A • Simoni J • Sheather SJ • Broglio KR • Rajab MH • Wesson DE

Daily oral sodium bicarbonate preserves glomerular filtration rate

 

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…
Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext
Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT

Page 4 of 10

ADVERTISEMENT

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Veverimer versus placebo in patients with metabolic acidosis …

Purchase    Subscribe    Save    Share    Reprints    Request    Top

Summary

References

Article Info

Linked Articles

Request Your
Institutional Access

Google Scholar

13. Navaneethan SD • Schold JD • Arrigain S • et al.
**Serum bicarbonate and mortality in stage 3 and stage 4 chronic kidney disease.**
*Clin J Am Soc Nephrol.* 2011; **6**: 2395-2402

View in Article ∧
Google Scholar

14. Phisitkul S • Khanna A • Simoni J • et al.
**Amelioration of metabolic acidosis in patients with low GFR reduced kidney endothelin production and kidney injury, and better preserved GFR.**
*Kidney Int.* 2010; **77**: 617-623

View in Article ∧
Google Scholar

15. Tangri N • Stevens LA • Griffith J • et al.
**A predictive model for progression of chronic kidney disease to kidney failure.**
*JAMA.* 2011; **305**: 1553-1559

View in Article ∧
Google Scholar

16. Kraut JA • Madias NE
**Adverse effects of the metabolic acidosis of chronic kidney disease.**
*Adv Chronic Kidney Dis.* 2017; **24**: 289-297

View in Article ∧
Google Scholar

17. Loniewski I • Wesson DE
**Bicarbonate therapy for prevention of chronic kidney disease progression.**
*Kidney Int.* 2014; **85**: 529-535

View in Article ∧
Google Scholar

18. Siegler JC • Marshall PW • Bray J • Towlson C
**Sodium bicarbonate supplementation and ingestion timing: does it matter?.**




ADVERTISEMENT

**The Wakley Prize Essay Competition:**
A call for submissions

**THE LANCET**

# THE LANCET

Log in · Register · Subscribe · Claim

Veverimer versus placebo in patients with metabolic acidosis …

Purchase · Subscribe · Save · Share · Reprints · Request · Top

Summary

**References**

Article Info

Linked Articles

Request Your
Institutional Access

19. Schmitt Jr, MG • Soergel KH • Wood CM • Steff JJ
**Absorption of short-chain fatty acids from the human ileum.**
*Am J Dig Dis.* 1977; **22**: 340-347

View in Article ∧
Google Scholar

20. Bushinsky DA • Hostetter T • Klaerner G • et al.
**Randomized, controlled trial of TRC101 to increase serum bicarbonate in patients with CKD.**
*Clin J Am Soc Nephrol.* 2018; **13**: 26-35

View in Article ∧
Google Scholar

21. Guralnik JM • Ferrucci L • Simonsick EM • Salive ME • Wallace RB
**Lower-extremity function in persons over the age of 70 years as a predictor of subsequent disability.**
*N Engl J Med.* 1995; **332**: 556-561

View in Article ∧
Google Scholar

22. Clement FM • Klarenbach S • Tonelli M • Johnson JA • Manns BJ
**The impact of selecting a high hemoglobin target level on health-related quality of life for patients with chronic kidney disease: a systematic review and meta-analysis.**
*Arch Intern Med.* 2009; **169**: 1104-1112

View in Article ∧
Google Scholar

23. Collister D • Komenda P • Hiebert B • et al.
**The effect of erythropoietin-stimulating agents on health-related quality of life in anemia of chronic kidney disease: a systematic review and meta-analysis.**
*Ann Intern Med.* 2016; **164**: 472-478

View in Article ∧
Google Scholar

24. Leaf DE • Goldfarb DS

 

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…
Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext
Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT
Page 6 of 10

Case 4:21-cv-00076-HSG    Document 81-3    Filed 09/15/21    Page 8 of 11

Veverimer versus placebo in patients with metabolic acidosis …

Purchase    Subscribe    Save    Share    Reprints    Request    Top

Summary

References

Article Info

Linked Articles

**Request Your Institutional Access**

View in Article ∧
Google Scholar

25. Samsa G • Edelman D • Rothman ML • Williams GR • Lipscomb J • Matchar D

**Determining clinically important differences in health status measures: a general approach with illustration to the Health Utilities Index Mark II.**

*Pharmacoeconomics.* 1999; **15**: 141-155

View in Article ∧
Google Scholar

26. Ratitch B • O'Kelly M

**2011. Implementation of pattern-mixture models using standard SAS/STAT procedures.**

in: Proceedings of PharmaSUG 2011 (Pharmaceutical Industry SAS Users Group). Pharma SUG, Nashville2011

View in Article ∧
Google Scholar

27. Husted FC • Nolph KD • Maher JF

**$NaHCO_3$ and NaCl tolerance in chronic renal failure.**

*J Clin Invest.* 1975; **56**: 414-419

View in Article ∧
Google Scholar

28. Husted FC • Nolph KD

**$NaHCO_3$ and NaCl tolerance in chronic renal failure II.**

*Clin Nephrol.* 1977; **7**: 21-25

View in Article ∧
Google Scholar

29. Bushinsky DA

**Tolerance to sodium in patients with chronic kidney disease-induced metabolic acidosis: does the accompanying anion matter?.**

*Am J Kidney Dis.* 2018; (published online Dec 3.)

DOI:10.1053/j.ajkd.2018.09.004

View in Article ∧
Scopus (9) • Google Scholar




ADVERTISEMENT

The Wakley Prize Essay Competition:
A call for submissions

THE LANCET

# THE LANCET

Log in    **Register**    Subscribe    Claim    🔍    ☰

Veverimer versus placebo in patients with metabolic acidosis …

📄 Purchase    📑 Subscribe    📥 Save    🔗 Share    📋 Reprints    © Request    ⌃ Top

Summary

**References**

Article Info

Linked Articles

In: Holick M Neves J Nutrition and bone health. Humana Press, New York2015: 335-357

View in Article ⌃
Google Scholar

**Request Your Institutional Access**

31. Dawson-Hughes B • Castaneda-Sceppa C • Harris SS • et al.
**Impact of supplementation with bicarbonate on lower-extremity performance in older men and women.**
*Osteoporos Int.* 2010; **21**: 1171-1179

View in Article ⌃
Google Scholar

32. Abramowitz MK • Melamed ML • Bauer C • Raff AC • Hotstetter HH
**Effects of oral sodium bicarbonate in patients with CKD.**
*Clin J Am Soc Nephrol.* 2013; **8**: 714-720

View in Article ⌃
Google Scholar

33. Cunningham J • Danese M • Olson K • Klassen P • Chertow GM
**Effects of the calcimimetic cinacalcet HCl on cardiovascular disease, fracture, and health-related quality of life in secondary hyperparathyroidism.**
*Kidney Int.* 2005; **68**: 1793-1800

View in Article ⌃
Google Scholar

## Article Info

### Publication History

Published: March 08, 2019

### Identification

DOI: https://doi.org/10.1016/S0140-6736(18)32562-5

### Copyright

© 2019 Elsevier Ltd. All rights reserved.

### ScienceDirect

 

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…
Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext
Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT


The Wakley Prize Essay Competition:
A call for submissions
ADVERTISEMENT
THE LANCET

# THE LANCET

Log in    Register    Subscribe    Claim

Veverimer versus placebo in patients with metabolic acidosis …

Purchase    Subscribe    Save    Share    Reprints    Request    Top

Linked Articles

**Treatment of metabolic acidosis with an intestinal binder**

• Full-Text   • PDF

Request Your
Institutional Access

## THE LANCET

**LANCET JOURNALS**

The Lancet

The Lancet Child & Adolescent Health

The Lancet Diabetes & Endocrinology

The Lancet Digital Health

The Lancet Gastroenterology & Hepatology

The Lancet Global Health

The Lancet Haematology

The Lancet Healthy Longevity

The Lancet HIV

The Lancet Infectious Diseases

The Lancet Microbe

The Lancet Neurology

The Lancet Oncology

The Lancet Planetary Health

The Lancet Psychiatry

The Lancet Public Health

The Lancet Regional Health – Americas

The Lancet Regional Health – Europe

The Lancet Regional Health – Western Pacific

The Lancet Respiratory Medicine

The Lancet Rheumatology

EBioMedicine

EClinicalMedicine

**CLINICAL INITIATIVES**

The Lancet Clinic

Commissions

Series

Picture Quiz

**GLOBAL HEALTH INITIATIVES**

Global Health Portal

Commissions

Series

Global Burden of Disease

Climate Countdown

**MULTIMEDIA**

Infographics

Podcasts

Videos

**INFORMATION**

About us

For authors

For advertisers

For press

**ACCESS**

Access our content

Register an account

My account

Personal subscriptions

**CONNECT**

Lancet Alerts

Contact us

Publishing excellence

Careers

Conferences

Community guidelines

Open Access

Existing print subscribers

Request institutional access

Customer service

We use cookies to help provide and enhance our service and tailor content and ads. To update your cookie settings, please visit the Cookie Settings for this site.
Copyright © 2021 Elsevier Inc. except certain content provided by third parties. The content on this site is intended for healthcare professionals.

Privacy Policy   Terms and Conditions




---

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…

Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext

Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT


The Wakley Prize Essay Competition:
A call for submissions
THE LANCET

# THE LANCET

Log in    Register    Subscribe    Claim

Veverimer versus placebo in patients with metabolic acidosis …

Purchase    Subscribe    Save    Share    Reprints    Request    Top

• Full-Text  • PDF

Request Your Institutional Access

## THE LANCET

    

**LANCET JOURNALS**

| | |
|---|---|
| The Lancet | The Lancet Oncology |
| The Lancet Child & Adolescent Health | The Lancet Planetary Health |
| The Lancet Diabetes & Endocrinology | The Lancet Psychiatry |
| The Lancet Digital Health | The Lancet Public Health |
| The Lancet Gastroenterology & Hepatology | The Lancet Regional Health – Americas |
| The Lancet Global Health | The Lancet Regional Health – Europe |
| The Lancet Haematology | The Lancet Regional Health – Western Pacific |
| The Lancet Healthy Longevity | |
| The Lancet HIV | The Lancet Respiratory Medicine |
| The Lancet Infectious Diseases | The Lancet Rheumatology |
| The Lancet Microbe | EBioMedicine |
| The Lancet Neurology | EClinicalMedicine |

**CLINICAL INITIATIVES**

The *Lancet* Clinic

Commissions

Series

Picture Quiz

**GLOBAL HEALTH INITIATIVES**

Global Health Portal

Commissions

Series

Global Burden of Disease

Climate Countdown

**MULTIMEDIA**

Infographics

Podcasts

Videos

**INFORMATION**

| | |
|---|---|
| About us | Publishing excellence |
| For authors | Careers |
| For advertisers | Conferences |
| For press | Community guidelines |

**ACCESS**

| | |
|---|---|
| Access our content | Open Access |
| Register an account | Existing print subscribers |
| My account | Request institutional access |
| Personal subscriptions | |

**CONNECT**

| | |
|---|---|
| *Lancet* Alerts | Customer service |
| Contact us | |

We use cookies to help provide and enhance our service and tailor content and ads. To update your cookie settings, please visit the Cookie Settings for this site.
Copyright © 2021 Elsevier Inc. except certain content provided by third parties. The content on this site is intended for healthcare professionals.

Privacy Policy  Terms and Conditions



 

Document title: Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled,…
Capture URL: https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext
Capture timestamp (UTC): Fri, 10 Sep 2021 18:21:16 GMT