# EXHIBIT 6

**COVID-19 Resources**

• What people with cancer should know    • Guidance for cancer researchers    • Get the latest public health information from CDC

• Get the latest research information from NIH



# NIH〉NATIONAL CANCER INSTITUTE

Español

| 1-800-4-CANCER | Live Chat | Publications | Dictionary |

ABOUT CANCER    CANCER TYPES    RESEARCH    GRANTS & TRAINING    NEWS & EVENTS    ABOUT NCI    search

Home > Publications > NCI Dictionaries

## PUBLICATIONS

Patient Education Publications

PDQ®    +

Fact Sheets

**NCI Dictionaries**

**Dictionary of Cancer Terms**

Drug Dictionary

Dictionary of Genetics Terms

Blogs and Newsletters

Health Communications Publications

Reports

# multicenter study

🔊 (MUL-tee-SEN-ter STUH-dee)

A clinical trial that is carried out at more than one medical institution.

## Search NCI's Dictionary of Cancer Terms

◉ Starts with    ◯ Contains

*Enter keywords or phrases*    **Search**

Browse:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #

## National Cancer Institute
### at the National Institutes of Health

### FOLLOW US

  
 


### CONTACT INFORMATION

**Contact Us**

**LiveHelp Online Chat**

### MORE INFORMATION

**About This Website**

**Cancer.gov en español**

**Multimedia**

**Publications**

**Site Map**

**Digital Standards for NCI Websites**

### POLICIES

**Accessibility**

**Comment Policy**

**Disclaimer**

**FOIA**

**Privacy & Security**

**Reuse & Copyright**

**Syndication Services**

**Website Linking**

**NIH) NATIONAL CANCER INSTITUTE**

Español

| 1-800-4-CANCER | Live Chat | Publications | Dictionary |

ABOUT CANCER   CANCER TYPES   RESEARCH   GRANTS & TRAINING   NEWS & EVENTS   ABOUT NCI   search

Home > Publications > NCI Dictionaries

## PUBLICATIONS

Patient Education Publications

PDQ®   +

Fact Sheets

NCI Dictionaries

**Dictionary of Cancer Terms**

Drug Dictionary

Dictionary of Genetics Terms

Blogs and Newsletters

Health Communications Publications

Reports

# multicenter study

🔊 (MUL-tee-SEN-ter STUH-dee)

A clinical trial that is carried out at more than one medical institution.

## Search NCI's Dictionary of Cancer Terms

⦿ Starts with   ◯ Contains

[ Enter keywords or phrases ]   **Search**

Browse:   A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V
W  X  Y  Z  #

## National Cancer Institute
at the National Institutes of Health

### FOLLOW US

    

### CONTACT INFORMATION

**Contact Us**

**LiveHelp Online Chat**

### MORE INFORMATION

**About This Website**

**Cancer.gov en español**

**Multimedia**

**Publications**

**Site Map**

**Digital Standards for NCI Websites**

### POLICIES

**Accessibility**

**Comment Policy**

**Disclaimer**

**FOIA**

**Privacy & Security**

**Reuse & Copyright**

**Syndication Services**

**Website Linking**

U.S. Department of Health and Human Services  |  National Institutes of Health  |  National Cancer Institute  |  USA.gov

NIH ... Turning Discovery Into Health ®