Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (SBN 271217)
Michael D. Gaines (*pro hac vice*)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02210
T: (617) 398-5600 / F: (617) 507-6020
jake@blockleviton.com
jeff@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC. and GERRIT KLAERNER, <br><br> Defendants. | Case No. 4:21-cv-00076-HSG <br><br> **CLASS ACTION** <br><br> **[PROPOSED]** ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

Presently before the Court is the Joint Administrative Motion requesting that the Case Management Conference, currently set for September 6, 2022, be rescheduled to September 20, 2022, October 4, 2022, or a later date at the Court's convenience.

Good cause appearing, the motion is GRANTED.  The Case Management Conference is rescheduled to ___September 20, 2022___ at __2:00 PM_____.

**IT IS SO ORDERED.**

Date:  __August 26__, 2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 21-cv-00076-HSG

1                                                                                  08-26-2022