Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date: March 2, 2023<br>Time: 2:00pm<br>Courtroom 2, 4th Floor |

I, JEFFREY C. BLOCK, declare as follows:

1.      I am an attorney admitted to practice before this Court *pro hac vice.* I am a member of Block & Leviton LLP, lead counsel for Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") and the class in the above-captioned action. I make this declaration in support of Lead Plaintiff's Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint and Memorandum of Points and Authorities in Support Thereof (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is Lead Plaintiff's [Proposed] Second Amended Complaint.

3.      On September 12, 2022, Lead Plaintiff served a subpoena on the United States Food and Drug Administration (the "FDA") requesting documents concerning its interactions with Tricida in connection with TRC101.

4.      On September 28, 2022, the FDA served responses and objections to Lead Plaintiff's document requests and produced 485 pages of documents.

5.      On October 4, 2022, counsel for Lead Plaintiff held a telephonic meet and confer with the FDA pursuant to which the FDA agreed to produce additional documents.

6.      On October 7, 2022, the FDA made a second production, consisting of 377 additional pages of documents.

7.      On October 12, 2022, Lead Plaintiff's counsel sent a letter to the FDA explaining that we still did not believe the FDA had produced all responsive materials.

8.      On October 18, 2022, the FDA made a third production consisting of 10,855 pages of documents.

9.      Lead Counsel promptly and diligently reviewed the FDA's productions and determined that the documents produced by the FDA would support amending the complaint. Lead Counsel then drafted the [Proposed] Second Amended Complaint and the Motion.

10.     On October 27, 2022, Defendants made their first, and to date only, production of documents, consisting of Tricida's insurance policies.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2022.

/s/ Jeffrey C. Block
Jeffrey C. Block