**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>        Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>        Defendants. | Lead Case No. 4:21-cv-00076-HSG<br><br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT** |

Having reviewed Lead Plaintiff's Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint and Memorandum of Points and Authorities in Support Thereof (the "Motion for Leave to Amend"), filed November 23, 2022, and after considering the parties' written and oral submissions, **IT IS HEREBY ORDERED THAT:**

1.    Lead Plaintiff's Motion for Leave to Amend is granted;

2.    Lead Plaintiff is ordered to file his amended complaint within _____ days of this order.

**IT IS SO ORDERED**

Dated: _____, 2022          _____

                                        THE HON. HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE