Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendants*
*Tricida, Inc. and Gerrit Klaerner*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.  4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF SARA B. BRODY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SARA B. BRODY**

I, Sara B. Brody, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, counsel for Defendants Tricida, Inc. ("Tricida") and Gerrit Klaerner (collectively, "Defendants") in the above captioned matter.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify thereto.  This declaration is submitted on behalf of Defendants in support of their Administrative Motion to File Documents Under Seal ("the Motion").

2.      Attached as **Exhibit A** is a true and correct copy of the November 30, 2022 Declaration of Sarah McNulty in Support of Defendants' Administrative Motion to File Documents Under Seal ("McNulty Declaration").

3.      The McNulty Declaration was filed in connection Tricida's November 30, 2022 sealing motion, in which Tricida sought to keep under seal portions of documents filed with the Court that discussed Tricida's confidential communications with the Food and Drug Administration ("FDA") regarding the testing of Tricida's drug candidate in connection with Lead Plaintiff's [Proposed] Second Amended Complaint.

4.      On December 15, 2022, Lead Plaintiff filed his Second Amended Complaint (Dkt. 115), which quotes or paraphrases from the same confidential communications between Tricida and the FDA as in the [Proposed] Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2022, in San Francisco, California.

By:*/s/ Sara B. Brody*
    Sara B. Brody (SBN 130222)

1

BRODY DECL. IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 4:21-CV-00076-HSG