# Exhibit A

Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendants*
*Tricida, Inc. and Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>          vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>                  Defendants. | Case No.  4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF SARAH MCNULTY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SARAH MCNULTY**

I, Sarah McNulty, declare as follows:

1.    I make this declaration in support of Defendants Tricida, Inc. ("Tricida") and Gerrit Klaerner's (collectively, "Defendants") Administrative Motion to File Documents Under Seal.  I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would competently testify thereto.

2.    I am the Senior Vice President of Regulatory Affairs at Tricida.  Previously, I served as Tricida's Vice President of Regulatory Affairs.  I have over 20 years of experience in Clinical and Chemistry, Manufacturing, and Controls aspects of Regulatory Affairs in the context of pharmaceutical drug and biological product development.  I hold a B.S. in Biology from the University of California, Irvine.

3.    It is my understanding that certain information about Tricida's confidential communications with the Food and Drug Administration ("FDA") regarding the testing of Tricida's drug candidate, veverimer, is included in Lead Plaintiff Michael Pardi's Motion for Leave to File [Proposed] Second Amended Complaint ("Motion for Leave to Amend") and the [Proposed] Second Amended Complaint ("[Proposed] Second Amended Complaint").

4.    The Motion for Leave to Amend and the [Proposed] Second Amended Complaint contain paraphrases of or quotations from documents reflecting communications between the FDA and Tricida, specifically minutes of meetings, preliminary comments for meetings, FDA responses to requests for information, Type C written responses, teleconference minutes, meeting agendas and background packages, and letters from the FDA to Tricida.

5.    Tricida's communications with the FDA regarding the testing of veverimer contain Tricida's trade secrets and confidential commercial information.  Tricida made these communications to the FDA with the understanding that they would be maintained in confidence pursuant to FDA regulations including 21 C.F.R. parts 20 and 314.  My understanding is that when the FDA produced these communications in connection with this litigation, they were marked "CONFIDENTIAL."

6.    This information reflects Tricida's time, effort, and costs spent in developing and

---

1

creating veverimer, testing veverimer, and communicating with the FDA in confidence about appropriate testing for veverimer.

7.    Publicizing information from Tricida's confidential communications with FDA regarding veverimer would force Tricida to provide its competitors with insight into Tricida's highly confidential and proprietary research and development and provide those competitors with an unfair advantage and could prejudice Tricida.

8.    Further, publicizing information from Tricida's confidential communications with the FDA risks confusing the public by disseminating information regarding Tricida's drug development process without appropriate context or explanation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November, 2022, in San Jose, California.

By:

Sarah McNulty

McNulty Decl. ISO Administrative Motion to file Under Seal, Case No. 4:21-cv-00076-HSG

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Sarah McNulty in Support of Defendants' Administrative Motion to File Under Seal in compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

DATED:  November 30, 2022

By:  */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)

*Attorneys for Defendants  Tricida, Inc., and Gerrit Klaerner*

1

McNulty Decl. ISO Administrative Motion to file Under Seal, Case No. 4:21-cv-00076-HSG