SIDLEY AUSTIN LLP
Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Email: sbrody@sidley.com
        shemmendinger@sidley.com

Matthew J. Dolan (SBN 291150)
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7106
Email: mdolan@sidley.com

Robin E. Wechkin (admitted pro hac vice)
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
Email: rwechkin@sidley.com

*Attorneys for Defendants Tricida, Inc.,*
*and Gerrit Klaerner*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,* | |
| Plaintiff, | Case No. 4:21-cv-00076-HSG |
| v. | |
| TRICIDA, INC. and GERRITT KLAERNER, | |
| Defendants, | |

**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that, on January 11, 2023, Tricida, Inc. (the "Debtor")[1] filed a voluntary petition (the "Chapter 11 Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor's bankruptcy case is being administered as Case No. 23-10024 (JTD) (Bankr. D. Del.). *As of the date hereof, the Debtor's chapter 11 case remains pending*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petition, an injunction was placed into effect, which automatically stays, among other things, (i) the commencement or continuation of any judicial, administrative or other action or proceeding against the Debtor that was, or could have been, commenced before the filing of the Chapter 11 Petition, or (ii) any act to obtain possession of or exercise control over property of the Debtor's estate.

---

[1] The Debtor in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, is Tricida, Inc. (2526). The Debtor's service address is 7000 Shoreline Court, Suite 201, South San Francisco, CA 94080.

Dated: January 12, 2023
San Francisco, California

SIDLEY AUSTIN LLP

/s/ *Sara B. Brody*

Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Email: sbrody@sidley.com
       shemmendinger@sidley.com

Matthew J. Dolan (SBN 291150)
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7106
Email: mdolan@sidley.com

Robin E. Wechkin (admitted *pro hac vice*)
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
Email: rwechkin@sidley.com
*Attorneys for Defendants Tricida, Inc.,
and Gerrit Klaerner*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the *Notice of Bankruptcy Filing and Imposition of Automatic Stay* was served upon the following via ECF notification on the 12th day of January 2023:

Jeffrey C. Block
Jacob A. Walker
Michael D. Gaines
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
jake@blockleviton.com
jeff@blockleviton.com
michael@blockleviton.com

Dated: January 12, 2023
San Francisco, California

SIDLEY AUSTIN LLP

/s/ *Sara B. Brody*

Sara B. Brody (SBN 130222)
Sarah A. Hemmendinger (SBN 298659)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Email: sbrody@sidley.com
        shemmendinger@sidley.com

Matthew J. Dolan (SBN 291150)
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7106
Email: mdolan@sidley.com

Robin E. Wechkin (admitted *pro hac vice*)
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
Email: rwechkin@sidley.com
*Attorneys for Defendants Tricida, Inc.,*
*and Gerrit Klaerner*