Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS TRICIDA, INC.**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr. |

I, JACOB A. WALKER, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the state of California. I am a partner of Block & Leviton LLP, lead counsel for Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") and the putative class in the above-captioned action.  I make this declaration in support of Lead Plaintiff's Motion to Voluntarily Dismiss Tricida, Inc.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    The Motion requests that the Court dismiss, without prejudice, Lead Plaintiff's claims against Tricida in light of the automatic stay of all legal proceedings against Tricida triggered by Tricida's Chapter 11 bankruptcy petition filed January 12, 2023.

3.    Lead Counsel has met and conferred with counsel for Defendants regarding the relief requested in the Motion.  Defendants have informed Lead Plaintiff that they take no position on Lead Plaintiff's Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 24, 2023.

_/s/ Jacob A. Walker_
JACOB A. WALKER
