Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>        Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>        Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS TRICIDA, INC.**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr. |

BEFORE THE COURT is Lead Plaintiff Jeffrey M. Fiore's Motion to Voluntarily Dismiss Tricida, Inc.. Lead Plaintiff seeks to voluntarily dismiss all claims against Defendant Tricida, Inc., without prejudice, under to Federal Rule of Civil Procedure 41(a)(2). Because neither Tricida nor Defendant Gerritt Klaerner will suffer legal prejudice if Lead Plaintiff voluntarily dismisses his claims against Tricida without prejudice, the Court finds that Lead Plaintiff's Motion to Voluntarily Dismiss Tricida, Inc. should be GRANTED.

Lead Plaintiff's claims against Defendant Tricida, Inc. are hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge