# Exhibit 1



**Signed and Filed: August 28, 2019**

_Dennis Montali_

**DENNIS MONTALI
U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Bankruptcy Case<br>No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO and YORK COUNTY,<br><br>        Defendants. | Adv. Pro. No. 19-03039 (DM)<br><br>Date:  August 27, 2019<br>Time:  9:30 a.m. (PST)<br>Place: U.S. Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA  94102 |

<u>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION</u>

Debtors have not carried their heavy burden to justify enjoining defendants (plaintiffs in the United States District Court securities litigation pending in this district).  While it

-1-

is true that the action is all about the Northern California wildfires and Debtors' alleged culpability for causing them, the proper remedy on the present record is for the district court defendants to defeat that action in the district court by motions or otherwise.

Defendants do not seriously contest that Debtors' reorganization is likely. But that often-invoked theme, standing alone and without at least a minimum of proof that prosecution of the securities action will or might imperil the reorganization effort, will not support the extreme remedy of injunctive relief.

The best the Debtors have to offer at this point is that prosecution might be costly to them, their insurers or both. That is not enough. Nor is it enough to justify injunctive relief by asking "what's the harm?"

Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) (Dkt. 2) is DENIED, without prejudice to a renewed request when and if the securities litigation progresses to a point where there is a demonstrably negative impact on the Debtors' reorganization or other facts cry out for injunctive relief.

****END OF ORDER****

-2-