Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant*
*Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRICIDA, INC., and GERRIT KLAERNER, <br><br> Defendant. | Case No.  4:21-cv-00076-HSG <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GERRIT KLAERNER'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Assigned to: Hon. Haywood S. Gilliam, Jr. <br><br> Date:  June 1, 2023 <br> Time: 2:00 p.m. <br> Courtroom 2, 4th Floor |

## [PROPOSED] ORDER

Having read and considered Defendant's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint, Defendant's Request for Judicial Notice in Support of his Motion to Dismiss the Second Amended Complaint, all other papers submitted in support of or in opposition to the Motion, as well as the pleadings on file and any oral arguments provided, the Court rules as follows:

Defendant's Motion to Dismiss the Second Amended Complaint is granted, and the Second Amended Complaint is dismissed for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act.


**IT IS SO ORDERED.**


Date:  _____        _____
                                  Honorable Haywood S. Gilliam, Jr.
                                  United States District Judge

1