Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.  4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF SARAH A. HEMMENDINGER IN SUPPORT OF DEFENDANT GERRIT KLAERNER'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>Date:  June 1, 2023<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

1

## DECLARATION OF SARAH A. HEMMENDINGER

I, Sarah A. Hemmendinger, declare as follows:

I am an attorney licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, which represents Defendant Gerrit Klaerner in this matter.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify thereto.  This declaration is submitted in support of Defendant's Motion to Dismiss the Second Amended Complaint.

Attached as exhibits to this declaration are true and correct copies of the following 28 documents.

**Exhibit 1**:  Excerpts of Tricida's Rule 424(b)(4) Prospectus filed with the SEC June 29, 2018.

**Exhibit 2**:  Excerpts of Tricida's Form 10-K filed with the SEC on March 29, 2019 for the fiscal year ended December 31, 2018.

**Exhibit 3**:  Excerpts of Tricida's Form 10-K filed with the SEC on March 2, 2020 for the fiscal year ended December 31, 2019.

**Exhibit 4**:  Tricida's Form 8-K filed with the SEC on November 14, 2019.

**Exhibit 5**:  Tricida's Form 8-K filed with the SEC on January 13, 2020.

**Exhibit 6**:  Tricida's Form 8-K filed with the SEC on February 27, 2020.

**Exhibit 7**:  Tricida's Form 8-K filed with the SEC on October 24, 2022.

**Exhibit 8**:  Minutes from Tricida's meeting with the FDA on February 9, 2017.

**Exhibit 9**:  Minutes from Tricida's meeting with the FDA on July 26, 2017.

**Exhibit 10**:  Type C Written Responses to Tricida from the FDA dated November 20, 2017.

**Exhibit 11**: Type C Written Responses to Tricida from the FDA dated June 14, 2018.

**Exhibit 12**:  Mid-Cycle Communication Agenda for Tricida's mid-cycle meeting with the FDA dated January 24, 2020.

**Exhibit 13**:  Minutes from Tricida's mid-cycle meeting with the FDA on January 27, 2020.

**Exhibit 14**:  Minutes from Tricida's late-cycle meeting with the FDA on May 1, 2020.

**Exhibit 15**:  Transcript from Tricida's March 28, 2019 earnings call for Q4 2018.

1

**Exhibit 16**:  Transcript from Tricida's May 7, 2020 earnings call for Q1 2020.

**Exhibit 17**:  Decisional Memo from the Office of Drug Evaluation for Veltassa (patiromer)'s New Drug Application, dated October 21, 2015, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/205739Orig1s000ODMemo.pdf

**Exhibit 18**:  Donald E. Wesson, et al., *Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomized, double blind, controlled, phase 3 trial*, The Lancet, Volume 393, Issue 10179, p. 1417-27 (Mar. 8, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(18)32562-5/fulltext

**Exhibit 19**:  Donald E. Wesson, et al., *Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomized, blinded, placebo-controlled, 40-week extension*, The Lancet, Volume 394, Issue 10196, p. 396-406 (June 24, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext

**Exhibit 20**:  Donald E. Wesson, M.D. et al. article summary, *Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double blind, controlled, phase 3 trial*, The Lancet (Mar. 8, 2019), https://www.thelancet.com/article/S0140-6736(18)32562-5/fulltext

**Exhibit 21**:  Donald E. Wesson, M.D. et al. article summary, Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-controlled, 40-week extension, The Lancet (June 24, 2019), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext

**Exhibit 22**:  FDA Advisory Committee Calendar showing meetings from March 25, 2019 to August 3, 2021, https://www.fda.gov/advisory-committees/advisory-committee-calendar.

**Exhibit 23**:  *History of Changes for Study: NCT03317444, Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney* Disease, Study Status, Contacts/Locations and Eligibility, ClinicalTrials.gov archive (December 18, 2017), https://clinicaltrials.gov/ct2/history/NCT03317444?A=2&B=2&C=merged#StudyPageTop

**Exhibit 24**:  *History of Changes for Study: NCT03317444, Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney* Disease, Recruitment Status, Study Status and Contacts/Locations, ClinicalTrials.gov archive (May 15, 2018), https://clinicaltrials.gov/ct2/history/NCT03317444?A=5&B=5&C=merged#StudyPageTop

**Exhibit 25**:  *History of Changes for Study: NCT03390842, Long-term Safety Extension to Study TRCA-301*, Contacts/Locations and Study Status, ClinicalTrials.gov archive (March 29, 2018), https://clinicaltrials.gov/ct2/history/NCT03390842?A=2&B=2&C=merged#StudyPageTop

**Exhibit 26**:  *History of Changes for Study: NCT03390842, Long-term Safety Extension to Study TRCA-301*, Recruitment Status, Contacts/Locations, Study Status and Study Design,

2

ClinicalTrials.gov archive (May 4, 2018), https://clinicaltrials.gov/ct2/history/NCT03390842?A=3&B=3&C=merged#StudyPageTop

**Exhibit 27**:  *In re Tricida, Inc.*, Declaration of L. Perkins in Support of Debtor's Chapter 11 Petition and First Day Pleadings, Case No. 23-10024, (Bankr. D. Del. Jan. 11, 2023).

**Exhibit 28:**  Excerpt of letter to FDA from Tricida requesting End of Review Conference - Type A meeting dated September 21, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February, 2023, in San Francisco, California.

By: */s/ Sarah A. Hemmendinger*
Sarah A. Hemmendinger

3

**LOCAL RULE 5-1 ATTESTATION**

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Declaration of Sarah A. Hemmendinger in Support of Defendant Gerrit Klaerner's Motion to Dismiss Second Amended Complaint.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.


Date: February 6, 2023                                    **SIDLEY AUSTIN LLP**

By:  */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)

*Attorneys for Defendant Gerrit Klaerner*

4