**Exhibit 5**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 13, 2020

# TRICIDA, INC.

**(Exact name of Registrant as specified in its charter)**

| Delaware | 001-38558 | 46-3372526 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**7000 Shoreline Court**
**Suite 201**
**South San Francisco, CA 94080**
(Address of principal executive offices) (Zip Code)

**(415) 429-7800**
(Registrant's telephone number, including area code)

**N/A**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act**

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| Common stock, par value $0.001 per share | TCDA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company                                                                                     ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.                                                                                     ☐

**Item 7.01**        **Regulation FD Disclosure.**

On January 14, 2020, Tricida, Inc. (the "Company") intends to make a slide presentation at the 38th Annual J.P. Morgan Healthcare Conference that provides a company overview and business update. A form of the Company's slide presentation is being furnished as Exhibit 99.1 to this Current Report on Form 8-K, and a copy is available on the Company's website at IR.Tricida.com.

The information included under Item 7.01 of this Current Report on Form 8-K, including Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 9.01**        **Financial Statements and Exhibits.**

(d) Exhibits.

**Exhibit No.    Description**

99.1            Company Presentation

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

Date: January 13, 2020

TRICIDA, INC.

By:        /s/ Geoffrey M. Parker
Name:      Geoffrey M. Parker
Title:     Chief Financial Officer and Senior Vice President

# Treating Metabolic Acidosis and Slowing the Progression of Chronic Kidney Disease

**January 2020**

TRICIDA

# Forward Looking Statements

Any statements contained in this presentation or made during the accompanying oral presentation that are not statements historical facts are forward-looking statements as defined under the Federal securities laws. Examples of such statements include our plans, beliefs, intentions, expectations and projections regarding, among other things: (i) our receipt of FDA approval for veverimer on a timely basis, or at all; (ii) the potential date of approval of our New Drug Application ("NDA") for veverimer; (iii) advisory committee meeting matters; (iv) the safety, efficacy and other expected patient benefits of veverim (v) the market opportunity, competition and rate of adoption for veverimer; (vi) our future clinical trial and product developm milestones; (vii) our disease awareness and commercialization efforts and strategies; (viii) our receipt of adequate reimbursement for veverimer, and (ix) our financial projections and cost estimates. Any such forward-looking statements a based on our current expectations and assumptions, but are subject to a number of risks and uncertainties that could caus our actual future results to differ materially from our current expectations or those implied by the forward-looking statements.  In addition, this presentation contains industry and market data prepared by third parties or by us.  We have r independently verified this third-party data, and our data is based on our estimates and assumptions, which are subject to uncertainty and risk.  As a result, you should not place undue reliance on this industry and market data.  The risks and uncertainties that could adversely affect our forward-looking statements and the industry and market data include, but are limited to: (i) the prospects of veverimer, including our ability to obtain FDA approval; (ii) the potential that the FDA could identify issues regarding our NDA at any time during its review of the application; (iii) risks related to the enrollment, compl and results of our confirmatory postmarketing trial; (iv) risk related to the market acceptance or commercial success of veverimer, including receipt of adequate reimbursement; (v) risks related to competition, potential market size and the size the patient population for veverimer; (vi) risks related to the safety, efficacy and clinical benefit of veverimer; (vii) risks relat our manufacturing, sales, marketing and distribution strategies and activities; and (viii) risks related to our capital requirem and ability to raise sufficient funds for our operations. These and other factors that may affect our future results and operat are identified and described in more detail in our filings with the Securities and Exchange Commission (the "SEC"), includi the Company's most recent Annual Report filed on Form 10-K and our subsequently filed Quarterly Report(s) on Form 10- You should not place undue reliance on these forward-looking statements, which speak only as of the date of this presenta Except as required by applicable law, the Company does not intend to update any of the forward-looking statements to conform these statements to actual results, later events or circumstances or to reflect the occurrence of unanticipated eve



*This presentation is intended for investor purposes only.*

# TRICIDA

# Our Goals for Veverimer*

A Drug Candidate for the Treatment of Metabolic Acidosis in Patients with CKD







| First and ONLY FDA-Approved Treatment | Disease Modifying | Improve How the Patient Feels and Functions |
|---|---|---|
| Significant unmet medical need to treat metabolic acidosis | Slow CKD progression through the treatment of metabolic acidosis | Enhance physical functioning and physical functioning-related quality of life |



\* Veverimer is not yet approved

# 2020 Key Milestones and Activities*

| 1Q – 2020 | 2Q – 2020 | 3Q – 2020 | 4Q – 2020 |
|---|---|---|---|
| ○ FDA Advisory Committee Meeting | | ○ Potential FDA Approval of Veverimer under the Accelerated Approval Program (PDUFA Goal Date of Aug 22) | ○ Focus on Launch o Veverimer – Full Quarter of Veverim Revenue |
| ○ Build out commercial and market access teams<br>○ Deploy and initiate MSL field force scientific exchange at NKF 2020<br>○ Expand disease awareness initiatives<br>○ Continue payer education and engagement | ○ Broaden disease awareness initiatives<br>○ Hire sales representatives<br>○ Extend the reach of scientific exchange in the nephrology community<br>○ Engage payers with key data from health economic outcomes research | ○ Launch veverimer<br>○ Initiate post-approval branded campaign | ○ Gain payer coverage commitments<br>○ Expand branded campaign<br>○ Highlight veverimer at ASN Kidney Week 2020 |



\* This slide contains forward looking statements that include milestone and activities that we believe we can achieve. We can give no assurance that we will meet these milestones and activities. We urge you to read the risks related to our business in our Quarterly and 10K filings.

# Eight Things to Know about Metabolic Acidosis



# 1. Metabolic Acidosis is Commonly Caused by Kidney Disease

## Diseased Kidneys Lose Capacity to Excrete Acid

  

Acid is generated from dietary sources and daily metabolism

Diseased kidneys lose capacity to excrete excess acid

An increase in acid leads to a decrease in serum bicarbonate and a vicious cycle leading to worsening metabolic acidosis

## Serum Bicarbonate Levels Fa



| Normal Range | 22 – 2 mEq/ |
| Metabolic Acidosis | 12 – < mEq |
| Acute/Severe Metabolic Acidosis | <12 mEq |



Source: Kraut. Nat Rev Nephrol. 2010;6(5):274; KDIGO Clinical Practice Guidelines 2012.

## 2. Metabolic Acidosis is Highly Prevalent in CKD



~ 3 Million Patients with Metabolic Acidosis and CKD in the United States

| ~1.4 Million | ~1.1 Million | ~600,000 |
|---|---|---|
| 9% | 18% | 30% |
| Stage 3a | Stage 3b | Stage 4&5 |



*Stage 5 pre-dialysis patients. Data on file. NHANES 1999-2004 reports prevalence of CKD Stages 3 and 4 for the US adult population ages 20 and older. CKD Stage 3 and 4 prevalence was calculated using NHANES prevalence and 2016 US Census data. Stage 3a (70%) and 3b (30%) were approximated using NCCD-CDC Surveillance System. MA prevalence by Stage 3a, 3b, and 4 reported in Inker LA et al., J Am Soc Nephrol 22:2322-31, 2011.

## 3. Metabolic Acidosis Can Impact Kidney, Bone and Muscle Health

Metabolic Acidosis is Associated with an Increased Risk of CKD Progression and Adverse Effects On Bone and Muscle





Kraut JA et al., Adv Chronic Kidney Dis. 24:289-97, 2017.

## 4. Metabolic Acidosis is Linked to Worsening Kidney Diseas



**Increased Acid Excretion**
Augmented Ammoniagenesis and Enhanced Proton Secretion

**Metabolic Acidosis**

**Activation of** Endothelin 1 (ET-1), Aldosterone and Angiotensin II

**Vicious Cycle**

**Persistent Acid Retention**
Sustained Expression of ET-1, Aldosterone and Angiotensin II

Inflammation, Fibrosis, Tubular Atrophy and Proteinuria
**Further Diminishing Kidney Function**



Laghmani K et al., J Clin Invest 107:1563-9, 2001. Wesson DE, J Am Soc Nephrol 12:1826-35, 2001. Wesson DE et al., Kidney Int 78:1128-35, 2010. Wesson DE et al., Kidney Int 82:1184-94, 2012. Wesson DE et al., Nephrol Dial Transplant 30:762-70, 2015. Phisitkul S et al., Kidney Int 77:617-23, 2010. Ruiz-Ortega M et al., J Hypertens Suppl 12:S51-58, 1994. Seccia TM et al., J Hypertens 26:2022-9, 2008. W. G et al., Nephron Physiol 93:P3-13, 2003. Greene EL et al., J Clin Invest 98:1063-8, 1996. Remuzzi G et al., Kidney Blood Press Res 19:182-3, 1996. Halperin ML et al., Am J Kidney Dis 14:267-71, 1989. Na KA et al., J Clin Invest 76:667-75, 1985. Nath KA et al., Am J Kidney Dis 17:654-7, 1991. Chen W et al., BMC Nephrol 15:55, 2014.

# 5. Multiple Academic Studies Show that Increasing Serum Bicarbonate Translates to Clinical Benefit

## Publications Supporting Renal Benefits

   

      

## Publications Supporting Bone and Muscle Be[nefit]

  

  



## 6. CKD Practice Guidelines Recommend Keeping Patients i a Normal Serum Bicarbonate Range



 

"We suggest that in people with CKD and serum bicarbonate concentrations **<22 mmol/L** treatment with oral bicarbonate supplementation be given to maintain serum bicarbonate within the normal range, **unless contraindicated.**

Serum bicarbonate concentrations less than 22 mmol/L are associated with **risk of CKD progression and increased risk of death.**"

"In CKD Stages 3, 4, and 5, the serum level total CO2 should be measured. The frequen of these measurements should be based on stage of CKD (OPINION).

In these patients, serum levels of total $CO_2$ should be **maintained at >22 mEq/L (22 mmol/L).** (EVIDENCE) If necessary, supplemental alkali salts should be given to achieve this goal. (OPINION)."



KDIGO: Clinical Practice Guideline for the Evaluation and Management of Chronic Kidney Disease. Kidney Inter, Suppl 3:1-150, 2013. Eknoyan G et al., Am J Kidney Dis. 42:1-201, 2003.

## 7. Oral Sodium Bicarbonate Has Not Been Established to be Safe Efficacious (Not FDA-Approved) – Part 1

### BiCARB Multi-Center, Double-Blind, Placebo Controlled, Randomized Trial

- Population: 300 subjects enrolled at 27 study sites in the UK
- Double-blind, placebo-controlled 24-month study
- Average Age: ~74 years
- Baseline Serum Bicarbonate: ~20-21 mEq/L
- Baseline eGFR: ~18-20 mL/min/1.73m$^2$
- Restrictive eligibility criteria, and corresponding restrictive population, resulted in 4 years to enroll 300 subjects, of which only about half completed the study

- **Efficacy Summary**
  - **There is no evidence of a treatment benefit of oral sodium bicarbonate at doses of 1.5 – 3 g/day vs placebo on physical function, quality of life or CKD progression**
- Safety Summary
  - Death
    - 9.9% sodium bicarbonate vs 7.4% placebo
  - Early withdrawals
    - 47% sodium bicarbonate vs 46% placebo

## Oral sodium bicarbonate did not improve a wide range of health measures in recent UK study



BICARB Study protocol: https://trialsjournal.biomedcentral.com/articles/10.1186/s13063-015-0843-6
Link to BICARB Study results: https://www.clinicaltrialsregister.eu/ctr-search/trial/2011-005271-16/results

# 7. Oral Sodium Bicarbonate Has Not Been Established to be Safe and Efficacious (Not FDA-Approved) – Part 2

## Sodium-Based Alkali Therapy Causes Deleterious Systemic Effects

- In the absence of severe dietary NaCl restriction (<10 mEq/day), the volume effects (BP, sodium retention) of $NaHCO_3$ are the <u>same</u> as those from NaCl
- Worsening edema/increased loop diuretics required*
- Worsening hypertension/increased antihypertensive drugs required*
- Gastrointestinal intolerability

## Sodium Attenuates the Beneficial Effects of ARBs and AC







Post-hoc analysis of RENAAL and IDNT trials

Risk of kidney events in patients receiving ARBs <u>increases</u> in direct proportion to higher sodium intake

Post-Hoc Analysis of REIN Trials

Higher salt intake was associated with a <u>increased</u> risk of progression to ESRD in patients taking an ACEi

## Post-hoc analysis of RENAAL and IDNT Studies:

"The renal and cardiovascular protective effects of ARB therapy compared with non-RAASi–based therapy attenuate in subjects with larger consumption of sodium so that in subjects with the highest sodium intake the treatment effects on hard renal and cardiovascular outcomes were completely annihilated."



ARB: Angiotension II receptor blocker.  ACE: Angiotension converting enzyme inhibitor. RAASi: Renal angiotension aldosterone system inhibitor. Abramowitz M et al., 2013.  Bushinsky DA.,2019. Raphael KL et al., 2020. Lambers Heerspink HJ et al., 2012. Vegter S et al., 2012. *Meta-analysis of studies of CKD patients treated with sodium-based oral alkali for metabolic acidosis - Navaneethan SD et al., 2019.

## 8.  Metabolic Acidosis is Undertreated





*Based on a cohort of ~86,000 patients. Dobre M et al., Am J Kidney Dis. 62: 670-8, 2013. Tangi N. Manitoba (data on file). Wesson DE et al., The Lancet. March 8, 2019. Tangri N, American Society of Nephrology, Nov 7-10, 2019 (abstract 3231478).  This study was sponsored by Tricida, Inc.

# Three Key Takeaways

**1** Metabolic acidosis is common, harmful and needs to be treated

**2** Metabolic acidosis is both a complication and an underlying cause of kidney disease progression

**3** There is an urgent need for an FDA-approved therapy to treat metabolic acidosis

TRICIDA

# Potential First-in-Class Polymer Designed to Have High Binding Capacity for the Removal of Excess Acid



## Veverimer Mechanism of Action

**Non-absorbed polymer**

**Binds protons (H+)** and **then selectively binds chloride (Cl−)** in the GI tract

Excreted, **resulting in removal of HCl***



GI: Gastrointestinal. HCl: Hydrochloric acid.  *Veverimer's maximum theoretical HCl binding capacity is approximately 10 mEq/gram.

# High Selectivity for Chloride Ions Derived from Built-In Size Exclusion Mechanism

## GI Anions Ranked by Size



Bile Acids

Fatty Acids

Citrate

Phosphate

Chloride

The high degree of cross-linking in veverimer provides a *size exclusion mechanism* that leads to high selectivity for binding chloride (the smallest anion) over larger anions



# Veverimer Disease Modifying Data Published in *The Lancet*



Veverimer-Treated Subjects Experienced a Mean Increase from Baseline in Serum Bicarbonate of 4.5 mEq/L (p<0.0001)



TRCA-301 / TRCA-301E Study Results
Prespecified Time-to-Event Analyses (52 Weeks)

65% Reduction in the Annualized Event Rate for Veverimer-Treated Subjects



KDQOL Physical Function Domain



Repeated Chair Stand Test



BL: Baseline.  W: Week.  Error bars: Standard error of the mean.  DD50: Death, dialysis or ≥50% reduction in eGFR.
Wesson DE et al., Lancet 2019; 393:1417-27.  Wesson DE et al., Lancet 2019; 394: 396-406.

# Veverimer Safety Summary

## TRCA-301E Long-Term Extension Trial

|  | Veverimer (n=114) | Placebo (n=82) |
|---|---|---|
| Discontinued prematurely | 2.6% | 9.8% |
| Serious adverse events (none assessed to be related to study drug) | 1.8% | 4.9% |
| Gastrointestinal adverse events | 21.4% | 25.9% |



Wesson DE et al., Lancet 2019; 394: 396-406.

# Summary of TRCA-301 and TRCA-301E Clinical Trials



THE LANCET     THE LANCET

## TRCA-301 Results     TRCA-301E Results

### Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled, phase 3 trial

Donald E Wesson, Vandana Mathur, Navdeep Tangri, Yuri Stasiv, Dawn Parsell, Elizabeth Li, Gerrit Klaerner, David A Bushinsky

**Summary**

**Background** Patients with advanced chronic kidney disease lose the capacity to fully excrete endogenous acid, resulting in chronic metabolic acidosis that increases the risk of disease progression and causes muscle catabolism and bone resorption. Veverimer, a non-absorbed, counterion-free, polymeric drug, selectively binds and removes hydrochloric acid from the gastrointestinal lumen, unlike current oral sodium bicarbonate therapy for metabolic acidosis that only neutralises accumulated acid. We assessed the efficacy and safety of veverimer as a treatment for metabolic acidosis in patients with chronic kidney disease.

**Methods** We did a multicentre, parallel, randomised, double-blind, placebo-controlled study at 37 sites (hospitals and specialty clinics) in Bulgaria, Croatia, Georgia, Hungary, Serbia, Slovenia, Ukraine, and the USA. Eligible participants were patients aged 18–85 years with non-dialysis-dependent chronic kidney disease (estimated glomerular filtration rate of 20–40 mL/min per 1·73 m²) and metabolic acidosis (serum bicarbonate concentration of 12–20 mmol/L). Patients were randomly assigned (4:3) to veverimer 6 g/day or placebo for 12 weeks while they consumed their typical diet. Both drugs were taken as oral suspensions in water with lunch. Randomisation was done by study site personnel with a computer-generated randomisation code with balanced permuted blocks (block size of seven) and stratified by baseline bicarbonate (≤18 mmol/L vs >18 mmol/L). Patients and investigators were masked to treatment allocation; however, because the appearance of placebo differed from veverimer, a non-masked site staff member who had no other role in the study dispensed, prepared, and supervised dosing of the study drugs. The composite primary efficacy endpoint was the difference (veverimer–placebo) in the proportion of patients achieving at week 12 either an increase of 4 mmol/L or more from baseline in serum bicarbonate concentration or serum bicarbonate in the normal range of 22–29 mmol/L, assessed in the modified intention-to-treat population (all patients with a baseline and at least one post-baseline serum bicarbonate value). Patients fasted for at least 4 h (consuming only water) before measurements

Published Online
March 8, 2019
http://dx.doi.org/10.1016/
S0140-6736(18)32562-5
See Online/Comment
http://dx.doi.org/10.1016/
S0140-6736(19)30230-2

Baylor Scott & White Health and Wellness Center, Dallas, TX, USA (Prof D E Wesson MD); Mathur Consulting, Woodside, CA, USA (V Mathur MD); Division of Nephrology, University of Manitoba, Winnipeg, MB, Canada (N Tangri MD); Tricida, South San Francisco, CA, USA (Y Stasiv PhD, D Parsell PhD, G Klaerner PhD); PharmaStat LLC, Newark, CA, USA (E Li MS); and University of Rochester School of Medicine, Rochester, NY, USA (Prof D A Bushinsky MD)

Correspondence to:
Prof Donald E Wesson

### Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-controlled, 40-week extension

Donald E Wesson, Vandana Mathur, Navdeep Tangri, Yuri Stasiv, Dawn Parsell, Elizabeth Li, Gerrit Klaerner, David A Bushinsky

**Summary**

**Background** Metabolic acidosis, a complication of chronic kidney disease, causes protein catabolism and bone demineralisation and is associated with adverse kidney outcomes and mortality. Veverimer, a non-absorbed, counterion-free, polymeric drug candidate selectively binds and removes hydrochloric acid from the gastrointestinal lumen.

**Methods** We did a multicentre, randomised, blinded, placebo-controlled, 40-week extension of a 12-week parent study at 29 sites (hospitals and specialty clinics) in seven countries (Bulgaria, Georgia, Hungary, Serbia, Slovenia, Ukraine, and the USA). Eligible patients were those with chronic kidney disease (estimated glomerular filtration rate 20–40 mL/min per 1·73 m²) and metabolic acidosis (serum bicarbonate 12–20 mmol/L), who had completed the 12-week parent study, for which they were randomly assigned (4:3) to veverimer (6 g/day) or placebo as oral suspensions in water with food. Participants in the extension continued with the same treatment assignment as in the parent study. The primary endpoint was safety; the four secondary endpoints assessed the long-term effects of veverimer on serum bicarbonate concentration and physical functioning. The safety analysis set was defined as all patients who received any amount of study drug. This trial is registered at ClinicalTrials.gov, number NCT03390842, and has now completed.

**Findings** Participants entered the study between Dec 20, 2017, and May 4, 2018. Of the 217 patients randomly assigned to treatment in the parent study (124 to veverimer and 93 to placebo), 196 patients (114 veverimer and 82 placebo) continued on their blinded randomised treatment assignment into this 40-week extension study. Compared with placebo, fewer patients on veverimer discontinued treatment prematurely (3% vs 10%, respectively), and no patients on veverimer discontinued because of an adverse event. Serious adverse events occurred in 2% of veverimer-treated patients and in 5% of placebo patients (two of whom died). Renal system adverse events were reported in 8% and 15% in the veverimer and placebo groups, respectively. More patients on veverimer than placebo had an increase in

Published Online
June 24, 2019
http://dx.doi.org/10.
S0140-6736(19)31(31)
See Online/Comment
http://dx.doi.org/10.
S0140-6736(19)31(4)

Baylor Scott & White and Wellness Center USA (Prof D E Wesson MathurConsulting, Newark, CA, USA (E Division of Nephrol University of Manit Winnipeg, MB, Cana (N Tangri MD); Trici South San Francisco G Klaerner PhD); Pha Newark, CA, USA (E University of Roche of Medicine, Roches USA (Prof D A Bushin

Correspondence to:
Prof Donald E Wesson
Baylor Scott & White



# Veverimer is Being Reviewed through the Accelerated Approval Program – PDUFA Goal Date of August 22

## Accelerated Approval Program Requirements

## Veverimer NDA Accepted for Review throu the Accelerated Approval Program

Treats a Serious, Life-Threatening Condition



Increasing blood bicarbonate may *slow progression to ESRD for patients with CKD and metaboli acidosis*

Meaningful Advantage Over Standard of Care



There are *no FDA-approved therapies* for the treatment of metabolic acidosis

Surrogate Endpoint Reasonably Likely to Predict Clinical Benefit



Increasing blood bicarbonate has been *linked to the slowing of CKD progression*



Source: FDA Guidance for Industry—Expedited Programs for Serious Conditions—Drugs and Biologics.

# Our Goal is to Launch Veverimer in the United States for Patients with CKD and Metabolic Acidosis Treated by Nephrologists



# Significant US Market Opportunity



**Increased awareness** drives higher metabolic acidosis diagnosis and treatment

**Expansion** beyond nephrologists provides additional opportunity

**Focus** on patients seen by nephrologists provides initial opportunity for veverimer

3,000,000
Patients with CKD and metabolic acidosis

1,100,000
Patients Under Physician Care

~600,000
Patients Under Nephrologist Care



Data on file. NHANES 1999-2004 reports prevalence of CKD Stages 3 and 4 for the US adult population ages 20 and older. CKD Stage 3 and 4 prevalence was calculated using NHANES prevalence and 2016 US Census data. Stage 3a (70%) and 3b (30%) were approximated using NCCD-CDC Surveillance System. MA prevalence by Stage 3a, 3b, and 4 reported in Inker LA et al., J Am Soc Nephrol 22:2322-31, 2011. Symphony Health Solutions Claims Data.

# A High Number of Patients with Metabolic Acidosis Are Treated By a Relatively Small Number of Nephrologists

## Highly Concentrated Market



Cumulative % of nephrologists with highest number of pre-dialysis patients with Stages 3-5 CKD



Symphony Health Solutions IDV®

# We Will Target ~5,000 Community Nephrologists at Launch

## Optimize Reach with 2 Regional Managers, 10 Division Heads and ~85 Sales Representatives



TRICIDA    Symphony Health Solutions IDV®

# Most Community Nephrologists Understand the Importance of Treating Metabolic Acidosis to Slow Kidney Disease Progression

Q: Importance of Treating Metabolic Acidosis in Slowing Kidney Disease Progression?



 Tricida Primary Market Research, IQVIA Quant Q3'19 Nephrologist n=100

# Expanding our Disease Awareness Campaign

## Website and Neph⁺ App



www.metabolicacidosisinsights.com
Now **ranked 1ˢᵗ** on Google search



## Digital Ads and Congresses



## ASN Kidney Week Meeting
>1,000 Engagements with HCPs





## Increasing Awareness through Peer-to-Peer Engagemen

- Metabolic Acidosis Working Group Meeting
  - 30 key opinion leaders in nephrology
  - Key takeaway: new evidence supports guideline updates

- Publications / presentations on clinical data and complications of metabolic acidosis
  - A cause of CKD progression
  - Associated with increased fractures/falls and failure to thrive
  - Associated with increased cardiovascular outcomes
  - Underdiagnosed and undertreated

- Initiation of the ULTIMA-CKD Patient Registry
  - Engagement with high-volume community-based nephrology practices to understand natural history of metabolic acidosis





 

THE LANCET
TRCA-301 Results
March 2019

THE LANCE
TRCA-301E Results
June 2019

 **CJASN** Clinical Evidence 2019


AJKD
Sodium is Sodium
2018


KIDNEY WEEK
Six Presentations
2019


**ULTIMA-CKD**
Metabolic Acidosis Patient Registry


TRICIDA

To Be Managed by a Field Force of ~20 MSLs

## Positive Reaction to Veverimer Profile and Anticipated Adoption Supports Market Opportunity to Address a High Unmet Need

### Nephrologists Were Asked about Their Likelihood of Prescribing Veverimer*



79%
**Would Definitely or Probably Prescribe**

18%
**Might Prescribe**

■ Definitely/Probably    ■ Might    ■ Would Not    ■ Definitely Would Not

### Nephrologists Were Asked to Estimate Veverimer Share at One Year*



52%
**Veverimer Share**

**For Their Other Patients, it will be "Watch and Wait"**



Source: IQVIA Quant Q3'19 Nephrologist n=100 *Based on a target product profile including information from Wesson DE et al., Lancet. 2019; 393:1417-1427. Wesson DE et al., Lancet. 2019; 394:396-406. Quotation from Tricida Primary Market Research Qual Survey 2019, n=15.  If approved, the veverimer prescribing information may differ. *We believe this estimate is more representative of peak share opportunity

# Engaging with Payers to Facilitate Optimal Coverage

  

| Payer Working Group Meeting | Managed Market Team Actively Meeting with Payers | Employing Multiple Avenues for Handling Prior Authorizations |
|---|---|---|
| • Met with 4 payers representing over 150 million lives<br>• Key takeaways:<br>  – **First-in-class, must cover**<br>  – Prior authorization likely (confirm serum bicarbonate and sodium sensitivities)<br>  – Positive reactions to health economics analysis | • **Building field-based payer team of 12 representatives**<br>• Met with 34 payers representing ~ 220 million lives<br>  – Goal is to meet with 100 payers representing ~95% of covered lives prior to approval at least once | • **Mirror nephrologists' current practice**<br>  – Preferred pharmacy (retail and specialty, as preferred)<br>  – Electronic Prior Authorization System<br>  – Patient Assistance Hub<br>  – Nephrologist staff education by 10 field reimbursement managers |



# Ongoing Payer Discussions Include Health Impact of Metabolic Acidosis

Supportive Data from Analysis of Major Payer Database Shows Significant Health Impact of Metabolic Acidosis Over a Two-Year Period

| 3X Higher Likelihood of Death | 3.6X Higher Likelihood of Starting Dialysis | 1.5X Higher Likelihood to Progress 1 or More CKD Stages |
|---|---|---|
| 31% of CKD patients with metabolic acidosis at baseline died versus 10% of CKD patients with normal serum bicarbonate at baseline | 18% of CKD patients with metabolic acidosis at baseline started dialysis versus 5% of CKD patients with normal serum bicarbonate at baseline | 38% of CKD patients with metabolic acidosis at baseline progressed 1 or more stages of CKD versus 25% of CKD patients with normal serum bicarbonate at baseline |



Optum® EMR, De-identified electronic Health Record dataset 2007–2017. Presents at AMCP 2019 and ASN Kidney Week 2019. Data on file.

# Ongoing Payer Discussions Include Compelling HEOR Analysis

## Compelling Health Economic Outcomes Research (HEOR) Message for Payers

Impact of metabolic acidosis comparing all-cause cost in an acidotic vs. non-acidotic population

**~$40K of added costs/year**
CKD stage 3 to 5 non-dialysis patients with metabolic acidosis costs ~$40K more than CKD patients with normal serum bicarbonate

Impact of increase in serum bicarbonate as a continuous variable in combined acidotic and non-acidotic population

Each **1 mEq/L increase in serum bicarbonate was associated with a 7% decrease** in all cause monthly healthcare costs (p<0.0001)



Optum® EMR, De-identified electronic Health Record dataset 2007–2017. Presented at AMCP 2019 and ASN Kidney Week 2019.

**Initial Focus will be on Commercial, Medicare with Subsidy, Medica and VA/DOD Patients, Representing ~62% of Target Population**

# Anticipated Payer Mix in Target Population



Over half of the initial targeted patients with CKD and metabolic acidosis will have either low copay (Medicaid, Medicare with subsidy and VA/DOD) or may have assistance with their copay (commercial)



Symphony Health Integrated Dataverse, 2018 USRDS Annual Report, Kaiser Family Foundation

# Veverimer Has the Opportunity to Achieve Over $2 Billion Peak Revenue in the US Alone



**Potential Peak US Revenue Metric**

Est. WAC price: **~$2,000 - $3,000/mor**
Est. net price (~30% GtN): **~$1,400 - $2,100/mor**
Est. compliance: **65%**
(~8 months/year)

**Potential Peak US Revenue**

**~$14,000** revenue PPPY at midpoin
X **~150,000** patients

Over **$2** billion / year



PPPY: Per Patient Per Year.  *Incorporates intent to treat and managed care coverage assumptions

# Veverimer Comprehensive Worldwide Patent Estate

### United States



- Six issued Orange Book eligible patents
- Several pending patent applications

### Europe



- Two issued patents
- Several pending patent applications

### Rest of World



- Issued patents in Australia, Japan and Mexico
- Corresponding pending patent applications in other commercially significant countries

➤ Patent protection expected to provide *exclusivity for veverimer through at least 2034\** in Australia, European Union, Japan, Mexico, and the United States. Corresponding applications are pending in China, India and certain other markets



*Exclusivity does not include extensions related to Hatch-Waxman.

# Strong Financial Position



~ $355 million year-end cash, cash equivalents and investments of as of December 31, 2019*

$60 million currently drawn under a $200 million debt facility with Hercules (including $20 million drawn in December 2019)

- Additional draw down availability of:
    - $15 million prior to December 15, 2020
    - $75 million subject to FDA approval of veverimer and prior to December 15, 2020
    - $50 million subject to approval by Hercules

~ 49.8 million total shares outstanding as of December 31, 2019



* Unaudited.  Anticipate reporting full 4Q 2019 financial results in late February

