**Exhibit 21**

# THE LANCET

Log in

ARTICLES | VOLUME 394, ISSUE 10196, P396-406, AUGUST 03, 2019

## Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-controlled, 40-week extension

Prof Donald E Wesson, MD ⚲ ✉ • Vandana Mathur, MD • Navdeep Tangri, MD • Yuri Stasiv, PhD • Dawn Parsell, PhD • Elizabeth Li, MS • et al. Show all authors

Published: June 24, 2019 • DOI: https://doi.org/10.1016/S0140-6736(19)31388-1 •

 Check for updates



PlumX Metrics

## Summary

### Background

Metabolic acidosis, a complication of chronic kidney disease, causes protein catabolism and bone demineralisation and is associated with adverse kidney outcomes and mortality. Veverimer, a non-absorbed, counterion-free, polymeric drug candidate selectively binds and removes hydrochloric acid from the gastrointestinal lumen.

### Methods

We did a multicentre, randomised, blinded, placebo-controlled, 40-week extension of a 12-week parent study at 29 sites (hospitals and specialty clinics) in seven countries (Bulgaria, Georgia, Hungary, Serbia, Slovenia, Ukraine, and the USA). Eligible patients were those with chronic kidney disease (estimated glomerular filtration rate 20–40 mL/min per 1·73 m$^2$) and metabolic acidosis (serum bicarbonate 12–20 mmol/L), who had completed the 12-week parent study, for which they were randomly assigned (4:3) to veverimer (6 g/day) or placebo as oral suspensions in water with food. Participants in the extension continued with the same treatment assignment as in the parent study. The primary endpoint was safety; the four secondary endpoints assessed the long-term effects of veverimer on serum bicarbonate concentration and physical functioning. The safety analysis set was defined as all patients who received any amount of study drug. This trial is registered at ClinicalTrials.gov, number NCT03390842, and has now completed.

### Findings

Participants entered the study between Dec 20, 2017, and May 4, 2018. Of the 217 patients randomly assigned to treatment in the parent study (124 to veverimer and 93 to placebo), 196 patients (114 veverimer and 82 placebo) continued on their blinded randomised treatment assignment into this 40-week extension study. Compared with placebo, fewer patients on veverimer discontinued treatment prematurely (3% vs 10%, respectively), and no patients on veverimer discontinued because of an adverse event. Serious adverse events occurred in 2% of veverimer-treated patients and in 5% of placebo patients (two of whom died). Renal system

 

veverimer discontinued because of an adverse event. Serious adverse events occurred in 2% of veverimer-treated patients and in 5% of placebo patients (two of whom died). Renal system adverse events were reported in 8% and 15% in the veverimer and placebo groups, respectively. More patients on veverimer than placebo had an increase in bicarbonate (≥4 mmol/L or normalisation) at week 52 (63% *vs* 38%, p=0·0015) and higher bicarbonate concentrations were observed with veverimer than placebo at all timepoints starting at week 1 (p<0·001). Veverimer resulted in improved patient-reported physical functioning (Kidney Disease and Quality of Life–Physical Function Domain) versus placebo with a mean placebo-subtracted change at end of treatment of 12·1 points (SE 3·3; p<0·0001). Time to do the repeat chair stand test improved by 4·3 s (1·2) on veverimer versus 1·4 s (1·2) on placebo (p<0·0001).

## Interpretation

In patients with chronic kidney disease and metabolic acidosis, veverimer safely and effectively corrected metabolic acidosis and improved subjective and objective measures of physical function.

## Funding

Tricida.

• View related content for this article

To read this article in full you will need to make a payment

**Purchase one-time access**

**Subscribe to *The Lancet***

Or purchase The Lancet Choice
Access any 5 articles from the Lancet Family of journals

Already a print subscriber? Claim online access

Already an online subscriber? Sign in

Register: Create an account

Institutional Access: Sign in to ScienceDirect

## References

1. Kraut JA • Madias NE
**Adverse effects of the metabolic acidosis of chronic kidney disease.**
*Adv Chronic Kidney Dis.* 2017; **24**: 289-297





Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT

Adverse effects of the metabolic acidosis of chronic kidney disease.
*Adv Chronic Kidney Dis.* 2017; **24**: 289-297

View in Article ∧

Scopus (41) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

2. Dubey AK • Sahoo J • Vairappan B • Haridasan S • Parameswaran S • Priyamvada PS
**Correction of metabolic acidosis improves muscle mass and renal function in chronic kidney disease stages 3 and 4: a randomized controlled trial.**
*Nephrol Dial Transplant.* 2018; (published online July 24.)
DOI:10.1093/ndt/gfy214

View in Article ∧

Scopus (28) • PubMed • Crossref • Google Scholar

3. Bushinsky DA
**Tolerance to sodium in patients with CKD-induced metabolic acidosis: does the accompanying anion matter?.**
*Am J Kidney Dis.* 2019; **73**: 858-865

View in Article ∧

Scopus (9) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

4. Garneata L • Stancu A • Dragomir D • Stefan G • Mircescu G
**Ketoanalogue-supplemented vegetarian very low-protein diet and CKD progression.**
*J Am Soc Nephrol.* 2016; **27**: 2164-2176

View in Article ∧

Scopus (109) • PubMed • Crossref • Google Scholar

5. Bushinsky DA • Hostetter T • Klaerner G • et al.
**Randomized, controlled trial of TRC101 to increase serum bicarbonate in patients with CKD.**
*Clin J Am Soc Nephrol.* 2018; **13**: 26-35

View in Article ∧

Scopus (26) • PubMed • Crossref • Google Scholar

6. Wesson DE • Mathur V • Tangri N • et al.
**Veverimer versus placebo in patients with metabolic acidosis associated with chronic kidney disease: a multicentre, randomised, double-blind, controlled, phase 3 trial.**
*Lancet.* 2019; **393**: 1417-1427

View in Article ∧

Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT

Page 3 of 10

Case 4:21-cv-00760-HSG Document 181-23 Filed 09/25/23 Page 5 of 11

*Lancet.* 2019; **393**: 1417-1421

View in Article

Scopus (21) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

7. **Veltassa (patiromer) [package insert].** Relypsa, Redwood City, CA2018

View in Article

Google Scholar

8. **Renvela (sevelamer carbonate) [package insert].** Genzyme Corporation, Cambridge, MA2018

View in Article

Google Scholar

9. **Welchol (colesevelam hydrochloride) [package insert].** Daiichi Sankyo, Baskin Ridge, NJ2019

View in Article

Google Scholar

10. Clement FM • Klarenbach S • Tonelli M • Johnson JA • Manns BJ
**The impact of selecting a high hemoglobin target level on health-related quality of life for patients with chronic kidney disease: a systematic review and meta-analysis.**
*Arch Intern Med.* 2009; **169**: 1104-1112

View in Article

Scopus (75) • PubMed • Crossref • Google Scholar

11. Collister D • Komenda P • Hiebert B • et al.
**The effect of erythropoietin-stimulating agents on health-related quality of life in anemia of chronic kidney disease: a systematic review and meta-analysis.**
*Ann Intern Med.* 2016; **164**: 472-478

View in Article

Scopus (36) • PubMed • Crossref • Google Scholar

12. Leaf DE • Goldfarb DS
**Interpretation and review of health-related quality of life data in CKD patients receiving treatment for anemia.**
*Kidney Int.* 2009; **75**: 15-24

Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT

*Kidney Int.* 2009; **75**: 15-24

View in Article ∧

Scopus (102) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

13. Samsa G • Edelman D • Rothman ML • Williams GR • Lipscomb J • Matchar D

**Determining clinically important differences in health status measures: a general approach with illustration to the Health Utilities Index Mark II.**

*Pharmacoeconomics.* 1999; **15**: 141-155

View in Article ∧

Scopus (651) • PubMed • Crossref • Google Scholar

14. Jones SE • Kon SS • Canavan JL • et al.

**The five-repetition sit-to-stand test as a functional outcome measure in COPD.**

*Thorax.* 2013; **68**: 1015-1020

View in Article ∧

Scopus (152) • PubMed • Crossref • Google Scholar

15. Loniewski I • Wesson DE

**Bicarbonate therapy for prevention of chronic kidney disease progression.**

*Kidney Int.* 2014; **85**: 529-535

View in Article ∧

Scopus (50) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

16. Siegler JC • Marshall PW • Bray J • Towlson C

**Sodium bicarbonate supplementation and ingestion timing: does it matter?.**

*J Strength Cond Res.* 2012; **26**: 1953-1958

View in Article ∧

Scopus (40) • PubMed • Crossref • Google Scholar

17. de Brito-Ashurst I • Varagunam M • Raftery MJ • Yaqoob MM

**Bicarbonate supplementation slows progression of CKD and improves nutritional status.**

*J Am Soc Nephrol.* 2009; **20**: 2075-2084

View in Article ∧

Scopus (539) • PubMed • Crossref • Google Scholar

18. Gorava N • Simoni J • Jo CH • Wesson DE





Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT






18. Goraya N • Simoni J • Jo CH • Wesson DE

Treatment of metabolic acidosis in patients with stage 3 chronic kidney disease with fruits and vegetables or oral bicarbonate reduces urine angiotensinogen and preserves glomerular filtration rate.

*Kidney Int.* 2014; **86**: 1031-1038

View in Article ∧

Scopus (167) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

19. Mahajan A • Simoni J • Sheather SJ • Broglio KR • Rajab MH • Wesson DE

Daily oral sodium bicarbonate preserves glomerular filtration rate by slowing its decline in early hypertensive nephropathy.

*Kidney Int.* 2010; **78**: 303-309

View in Article ∧

Scopus (248) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

20. Phisitkul S • Khanna A • Simoni J • et al.

Amelioration of metabolic acidosis in patients with low GFR reduced kidney endothelin production and kidney injury, and better preserved GFR.

*Kidney Int.* 2010; **77**: 617-623

View in Article ∧

Scopus (206) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

21. Chowdhury R • Peel NM • Krosch M • Hubbard RE

Frailty and chronic kidney disease: a systematic review.

*Arch Gerontol Geriatr.* 2017; **68**: 135-142

View in Article ∧

Scopus (86) • PubMed • Crossref • Google Scholar

22. Jhamb M • Weiner DE

Exercise to improve physical function and quality of life in CKD.

*Clin J Am Soc Nephrol.* 2014; **9**: 2023-2024

View in Article ∧

Scopus (6) • PubMed • Crossref • Google Scholar

23. Kim JC • Kalantar-Zadeh K • Kopple JD

Frailty and protein-energy wasting in elderly patients with end stage kidney disease.





Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT





23. Kim JC • Kalantar-Zadeh K • Kopple JD

**Frailty and protein-energy wasting in elderly patients with end stage kidney disease.**

*J Am Soc Nephrol.* 2013; **24**: 337-351

View in Article ∧

Scopus (133) • PubMed • Crossref • Google Scholar

24. Weiner DE • Seliger SL

**Cognitive and physical function in chronic kidney disease.**

*Curr Opin Nephrol Hypertens.* 2014; **23**: 291-297

View in Article ∧

Scopus (38) • PubMed • Crossref • Google Scholar

25. Walker SR • Gill K • Macdonald K • et al.

**Association of frailty and physical function in patients with non-dialysis CKD: a systematic review.**

*BMC Nephrol.* 2013; **14**: 228

View in Article ∧

Scopus (70) • PubMed • Crossref • Google Scholar

26. Du J • Hu Z • Mitch WE

**Cellular signals activating muscle proteolysis in chronic kidney disease: a two-stage process.**

*Int J Biochem Cell Biol.* 2005; **37**: 2147-2155

View in Article ∧

Scopus (27) • PubMed • Crossref • Google Scholar

27. Reaich D • Price SR • England BK • Mitch WE

**Mechanisms causing muscle loss in chronic renal failure.**

*Am J Kidney Dis.* 1995; **26**: 242-247

View in Article ∧

Scopus (27) • PubMed • Summary • Full Text PDF • Google Scholar

28. Workeneh BT • Mitch WE

**Review of muscle wasting associated with chronic kidney disease.**

*Am J Clin Nutr.* 2010; **91**: 1128s-1132s

View in Article ∧

Scopus (178) • PubMed • Crossref • Google Scholar

Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT






Scopus (178) • PubMed • Crossref • Google Scholar

29. Cunningham J • Danese M • Olson K • Klassen P • Chertow GM
**Effects of the calcimimetic cinacalcet HCl on cardiovascular disease, fracture, and health-related quality of life in secondary hyperparathyroidism.**
*Kidney Int.* 2005; **68**: 1793-1800

View in Article ∧
Scopus (413) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

30. Daugirdas JT • Depner TA • Inrig J • et al.
**KDOQI clinical practice guideline for hemodialysis adequacy: 2015 update.**
*Am J Kidney Dis.* 2015; **66**: 884-930

View in Article ∧
Scopus (429) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

31. Dobre M • Yang W • Chen J • et al.
**Association of serum bicarbonate with risk of renal and cardiovascular outcomes in CKD: a report from the Chronic Renal Insufficiency Cohort (CRIC) study.**
*Am J Kidney Dis.* 2013; **62**: 670-678

View in Article ∧
Scopus (121) • PubMed • Summary • Full Text • Full Text PDF • Google Scholar

## Article Info

Publication History

Published: June 24, 2019

Identification

DOI: https://doi.org/10.1016/S0140-6736(19)31388-1

Copyright

© 2019 Elsevier Ltd. All rights reserved.

ScienceDirect

Access this article on ScienceDirect





Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT

Page 8 of 10






## Linked Articles

Drug removal of gastric acid: a novel treatment of metabolic acidosis

• Full-Text   • PDF

## Related Clinics

Chronic Kidney Disease








**LANCET JOURNALS**

The Lancet

The Lancet Child & Adolescent Health

The Lancet Diabetes & Endocrinology

The Lancet Digital Health

The Lancet Gastroenterology & Hepatology

The Lancet Global Health

The Lancet Haematology

The Lancet Healthy Longevity

The Lancet HIV

The Lancet Infectious Diseases

The Lancet Microbe

The Lancet Neurology

The Lancet Oncology

The Lancet Planetary Health

The Lancet Psychiatry

The Lancet Public Health

The Lancet Regional Health – Americas

ancet Regional Health – Europe

ancet Regional Health – Western Pacific

**CLINICAL INITIATIVES**

The *Lancet* Clinic

Commissions

Series

Picture Quiz

**GLOBAL HEALTH INITIATIVES**

Global Health Portal

Commissions

Series

Global Burden of Disease

Climate Countdown

**MULTIMEDIA**

Infographics

Podcasts

Videos

**INFORMATION**

About us

For authors

For advertisers

For press

Publishing excellence

Careers

Conferences

Community guidelines

**ACCESS**

Access our content

Register an account

My account

Personal subscriptions

Open Access

Existing print subscribers

Request institutional access

**CONNECT**






Case 1:21-cv-00076-SGHK Document 181-23 Filed 09/25/23 Page 11 of 11

# THE LANCET

Log in

The Lancet

The Lancet Child & Adolescent Health

The Lancet Diabetes & Endocrinology

The Lancet Digital Health

The Lancet Gastroenterology & Hepatology

The Lancet Global Health

The Lancet Haematology

The Lancet Healthy Longevity

The Lancet HIV

The Lancet Infectious Diseases

The Lancet Microbe

The Lancet Neurology

The Lancet Oncology

The Lancet Planetary Health

The Lancet Psychiatry

The Lancet Public Health

The Lancet Regional Health – Americas

The Lancet Regional Health – Europe

The Lancet Regional Health – Western Pacific

The Lancet Respiratory Medicine

The Lancet Rheumatology

EBioMedicine

EClinicalMedicine

The *Lancet* Clinic

Commissions

Series

Picture Quiz

**GLOBAL HEALTH INITIATIVES**

Global Health Portal

Commissions

Series

Global Burden of Disease

Climate Countdown

**MULTIMEDIA**

Infographics

Podcasts

Videos

About us

For authors

For advertisers

For press

Publishing excellence

Careers

Conferences

Community guidelines

**ACCESS**

Access our content

Register an account

My account

Personal subscriptions

Open Access

Existing print subscribers

Request institutional access

**CONNECT**

*Lancet* Alerts

Contact us

Customer service

We use cookies to help provide and enhance our service and tailor content and ads. To update your cookie settings, please visit the Cookie Settings for this site.
Copyright © 2021 Elsevier Inc. except certain content provided by third parties. The content on this site is intended for healthcare professionals.

Privacy Policy   Terms and Conditions

 RELX™

---

Document title: Long-term safety and efficacy of veverimer in patients with metabolic acidosis in chronic kidney disease: a multicentre, randomised, blinded, placebo-…
Capture URL: https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(19)31388-1/fulltext
Capture timestamp (UTC): Tue, 17 Aug 2021 18:30:12 GMT