**Exhibit 23**

NIH U.S. National Library of Medicine

**ClinicalTrials.gov** *archive*

## History of Changes for Study: NCT03317444

### Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney Disease

[Latest version (submitted April 23, 2021) on ClinicalTrials.gov](#)

- A study version is represented by a row in the table.
- Select two study versions to compare. One each from columns A and B.
- Choose either the "Merged" or "Side-by-Side" comparison format to specify how the two study versions are to be displayed. The Side-by-Side format only applies to the Protocol section of th
- Click "Compare" to do the comparison and show the differences.
- Select a version's Submitted Date link to see a rendering of the study for that version.
- The yellow A/B choices in the table indicate the study versions currently compared below. A yellow table row indicates the study version currently being viewed.
- Hover over the "Recruitment Status" to see how the study's recruitment status changed.
- Study edits or deletions are displayed in red.
- Study additions are displayed in green.

## Study Record Versions

| Version | A | B | Submitted Date | Changes |
|---------|---|---|----------------|---------|
| 1 | ○ | ○ | October 19, 2017 | None (earliest Version on record) |
| 2 | ◉ | ◉ | December 18, 2017 | Study Status, Contacts/Locations and Eligibility |
| 3 | ○ | ○ | January 17, 2018 | Study Status and Contacts/Locations |
| 4 | ○ | ○ | February 14, 2018 | Recruitment Status, Study Status, Contacts/Locations and Study Design |
| 5 | ○ | ○ | May 15, 2018 | Recruitment Status, Study Status and Contacts/Locations |
| 6 | ○ | ○ | March 11, 2019 | Study Status and Arms and Interventions |
| 7 | ○ | ○ | March 18, 2019 | References and Study Status |
| 8 | ○ | ○ | March 4, 2021 | Quality Control Review has not concluded Returned: March 29, 2021 Outcome Measures, Study Status, Documents, Reported Adverse Events, Baseline Characteristics, Participant Flow and Contacts/Locations |
| 9 | ○ | ○ | April 23, 2021 | Study Status, Outcome Measures, Reported Adverse Events |

[ Compare ]   Comparison Format:  ◉ Merged  ○ Side-by-Side

[Scroll up to access the controls](#)

### Study NCT03317444
### Submitted Date:  December 18, 2017 (v2)

▼ **Study Identification**

Unique Protocol ID:  TRCA-301

Brief Title:  Evaluation of TRC101 in Subjects With Metabolic Acidosis Associated With Chronic Kidney Disease

Official Title:  A Phase 3, Multicenter, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of TRC101 in Subjects With Chronic Kidney Disease and Metabolic Acidosis

Secondary IDs:  2016-003825-41 [EudraCT Number]

## ▼ Study Status

| | |
|---|---|
| Record Verification: | December 2017 |
| Overall Status: | Recruiting |
| Study Start: | September 26, 2017 |
| Primary Completion: | April 2018 [Anticipated] |
| Study Completion: | May 2018 [Anticipated] |
| First Submitted: | October 11, 2017 |
| First Submitted that Met QC Criteria: | October 19, 2017 |
| First Posted: | October 23, 2017 [Actual] |
| Last Update Submitted that Met QC Criteria: | December 18, 2017 |
| Last Update Posted: | December 20, 2017 [Actual] |

## ▼ Sponsor/Collaborators

| | |
|---|---|
| Sponsor: | Tricida, Inc. |
| Responsible Party: | Sponsor |
| Collaborators: | |

## ▼ Oversight

| | |
|---|---|
| U.S. FDA-regulated Drug: | Yes |
| U.S. FDA-regulated Device: | No |
| Data Monitoring: | Yes |

## ▼ Study Description

Brief Summary: This is a multicenter, double-blind, placebo-controlled, parallel-design study. The study will enroll approximately 210 adult male a female subjects with stage 3 or 4 chronic kidney disease and metabolic acidosis. The study dosing (TRC101 or placebo) will con for 12 weeks once daily.

The maximum study duration is anticipated to be up to 16 weeks.

Detailed Description:

## ▼ Conditions

| | |
|---|---|
| Conditions: | Metabolic Acidosis |
| Keywords: | blood bicarbonate, kidney disease |

## ▼ Study Design

| | |
|---|---|
| Study Type: | Interventional |
| Primary Purpose: | Treatment |
| Study Phase: | Phase 3 |
| Interventional Study Model: | Parallel Assignment |
| Number of Arms: | 2 |
| Masking: | Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor) |
| Allocation: | Randomized |
| Enrollment: | 210 [Anticipated] |

## ▼ Arms and Interventions

| Arms | Assigned Interventions |
|---|---|
| Experimental: TRC101<br>    Administered once daily (QD) for 12 weeks | Drug: TRC101<br>    Oral suspension |
| Placebo Comparator: Placebo<br>    Administered once daily (QD) for 12 weeks | Drug: Placebo<br>    Oral suspension |

## Outcome Measures

Primary Outcome Measures:

1. Change from baseline in blood bicarbonate.
   Comparison of TRC101 and placebo with regard to the proportions of subjects with change from baseline in blood bicarbonate ≥ 4 mEq/L or with blood bicarbonate in the normal range (22 to 29 mEq/L).

   [Time Frame: Week 12]

Other Pre-specified Outcome Measures:

2. Adverse events, serious adverse events, withdrawal of treatment due to an adverse event.
   Number and percentage of subjects with treatment-emergent adverse events (TEAEs), number and percentage of subjects experiencing TEAEs by sever causality, seriousness, and action taken with regard to study drug by treatment group. TEAEs leading to discontinuation of study treatment will be summa by treatment group.

   [Time Frame: Up to Week 14]

## Eligibility

| | |
|---|---|
| Minimum Age: | 18 Years |
| Maximum Age: | 85 Years |
| Sex: | All |
| Gender Based: | |
| Accepts Healthy Volunteers: | No |
| Criteria: | Key Inclusion Criteria: |

Key Inclusion Criteria:

- Blood bicarbonate level of 12 to 20 mEq/L.
- Estimated glomerular filtration rate (eGFR) of 20 to 40 mL/min/1.73m2.
- Stable kidney function defined as <=20% variability in eGFR during screening period.

Key Exclusion Criteria:

- Any level of low blood bicarbonate during the screening period that in the opinion of the Investigator, requires emergency intervention or evaluation for an acute acidotic process.
- Anuria, dialysis, acute kidney injury, or history of acute kidney insufficiency within 3 months prior to screening.
- Heart failure with maximum New York Heart Association (NYHA) Class IV symptoms or that required hospitalization during preceding 6 months.
- Heart or kidney transplant.
- Chronic obstructive pulmonary disease (COPD) that is treated with chronic oral steroids, that requires the subject to be on oxygen, or that required hospitalization within the previous 6 months.
- Change in doses to alkali therapy in the 4 weeks prior to screening.
- History or current diagnosis of diabetic gastroparesis, bowel obstruction, swallowing disorders, inflammatory bowel disease major gastrointestinal surgery, frequent diarrhea or active gastric/duodenal ulcers.
- Serum calcium <= 8.0 mg/dL at screening.
- Planned initiation of renal replacement therapy within 12 weeks following randomization.
- Use of polymeric binder drugs within 14 days prior to screening.

## Contacts/Locations

Central Contact Person: Yuri Stasiv, PhD
                   Telephone: 415-429-7800
                   Email: ystasiv@tricida.com

Study Officials: Yuri Stasiv, PhD
               Study Director
               Tricida, Inc.

Locations: **United States, Arizona**

Investigative Site 55
[Recruiting]
     Phoenix, Arizona, United States, 85032
     Contact:        Contact: Yuri Stasiv, PhD

**United States, California**

Investigative Site 56
[Recruiting]
     Chula Vista, California, United States, 91910
     Contact:        Contact: Yuri Stasiv, PhD

Investigative Site 91
[Recruiting]
    Los Angeles, California, United States, 90022
    Contact:     Contact: Yuri Stasiv, PhD

**United States, Florida**

Investigative Site 59
[Recruiting]
    Hialeah, Florida, United States, 33015
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 54
[Recruiting]
    Hollywood, Florida, United States, 33021
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 93
[Recruiting]
    Hollywood, Florida, United States, 33024
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 92
[Recruiting]
    Lauderdale Lakes, Florida, United States, 33313
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 51
[Recruiting]
    Tampa, Florida, United States, 33614
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 57
[Recruiting]
    Winter Park, Florida, United States, 32789
    Contact:     Contact: Yuri Stasiv, PhD

**United States, Georgia**

Investigative Site 95
[Recruiting]
    Atlanta, Georgia, United States, 30342
    Contact:     Contact: Yuri Stasiv, PhD

**United States, Louisiana**

Investigative Site 53
[Recruiting]
    Shreveport, Louisiana, United States, 71101
    Contact:     Contact: Yuri Stasiv, PhD

**United States, New York**

Investigative Site 58
[Recruiting]
    Flushing, New York, United States, 11355
    Contact:     Contact: Yuri Stasiv, PhD

**United States, Texas**

Investigative Site 52
[Recruiting]
    San Antonio, Texas, United States, 78215
    Contact:     Contact: Yuri Stasiv, PhD

**Bulgaria**

Investigative Site 11
[Recruiting]
    Sofia, Bulgaria
    Contact:     Contact: Yuri Stasiv, PhD

**Croatia**

Investigative Site 24
[Recruiting]
    Osijek, Croatia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 21
[Recruiting]
    Zagreb, Croatia
    Contact:      Contact: Yuri Stasiv, PhD

**Georgia**

Investigative Site 31
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 32
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 33
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 34
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 35
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 36
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv

Investigative Site 37
[Recruiting]
    Tbilisi, Georgia
    Contact:      Contact: Yuri Stasiv, PhD

**Hungary**

Investigative Site 43
[Recruiting]
    Baja, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 48
[Recruiting]
    Balatonfüred, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 41
[Recruiting]
    Budapest, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 46
[Recruiting]
    Budapest, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 49
[Recruiting]
    Hódmezővásárhely, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 45
[Recruiting]
    Hatvan, Hungary
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 44
[Recruiting]
    Kistarcsa, Hungary
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 42
[Recruiting]
    Miskolc, Hungary
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 47
[Recruiting]
    Mosonmagyaróvár, Hungary
    Contact:     Contact: Yuri Stasiv, PhD

**Serbia**

Investigative Site 64
[Not yet recruiting]
    Belgrade, Serbia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 65
[Not yet recruiting]
    Belgrade, Serbia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 61
[Not yet recruiting]
    Vršac, Serbia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 62
[Not yet recruiting]
    Zrenjanin, Serbia
    Contact:     Contact: Yuri Stasiv, PhD

**Slovenia**

Investigative Site 75
[Not yet recruiting]
    Šempeter Pri Gorici, Slovenia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 72
[Not yet recruiting]
    Jesenice, Slovenia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 71
[Not yet recruiting]
    Maribor, Slovenia
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 74
[Not yet recruiting]
    Slovenj Gradec, Slovenia
    Contact:     Contact: Yuri Stasiv, PhD

**Ukraine**

Investigative Site 81
[Recruiting]
    Kharkiv, Ukraine
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 83
[Recruiting]
    Kharkiv, Ukraine
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 87
[Recruiting]
    Kharkiv, Ukraine
    Contact:     Contact: Yuri Stasiv, PhD

Investigative Site 88
[Recruiting]
    Kharkiv, Ukraine
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 84
[Recruiting]
    Kyiv, Ukraine
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 85
[Recruiting]
    Kyiv, Ukraine
    Contact:      Contact: Yuri Stasiv, PhD

Investigative Site 86
[Recruiting]
    Kyiv, Ukraine
    Contact:      Contact: Yuri Stasiv, PhD

**▼ IPDSharing**

Plan to Share IPD:  No

**▼ References**

Citations:

Links:

Available IPD/Information:

Scroll up to access the controls                                                    Scroll to th

U.S. National Library of Medicine | U.S. National Institutes of Health | U.S. Department of Health & Human Services