Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant*
*Gerrit Klaerner*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>        Defendants. | Case No.  4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF SARAH A. HEMMENDINGER IN SUPPORT OF DEFENDANT GERRIT KLAERNER'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>Date:  June 1, 2023<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

1

## DECLARATION OF SARAH A. HEMMENDINGER

I, Sarah A. Hemmendinger, declare as follows:

I am an attorney licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, which represents Defendant Gerrit Klaerner in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Defendant's Motion to Dismiss the Second Amended Complaint.

Attached as exhibits to this declaration are true and correct copies of the following two documents.

**Exhibit 1**: Transcript from Tricida's August 8, 2019 earnings call for Q2 2019.

**Exhibit 2**: Excerpt of letter to FDA from Tricida requesting End of Review Conference - Type A meeting dated September 21, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2023, in San Francisco, California.

By: /s/ Sarah A. Hemmendinger
    Sarah A. Hemmendinger

1