Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant
Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>   Defendants. | Case No.  4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT GERRIT KLAERNER'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>Date:  June 1, 2023<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

## I.    SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

On February 6, 2023, Defendant filed a request for judicial notice (RJN) of documents cited in his Motion to Dismiss the Second Amended Complaint and accompanying Memorandum of Points and Authorities.  Dkt. 129.  Defendant explained that the 28 documents attached as exhibits to the declaration of Sarah Hemmendinger were properly subject to judicial notice, may be considered under the doctrine of incorporation by reference, or both.  In his opposition to Defendant's motion to dismiss, Lead Plaintiff did not oppose Defendant's RJN, or otherwise argue that the exhibits were not appropriately before the Court.  Dkt. 131.

In connection with Defendant's Reply in Support of Defendants' Motion to Dismiss, Defendant cites two additional exhibits.  In both instances, Defendant cites these exhibits in responding to points raised in Plaintiff's opposition to their motion to dismiss.  These exhibits are attached to the Reply Declaration of Sarah Hemmendinger, also filed concurrently with this brief.

By way of further description, Reply Exhibits 1-2 are true and correct copies of the following:

**Reply Exhibit 1:**  Transcript from Tricida's August 8, 2019 earnings call.  Defendants offer the exhibit for the purpose of demonstrating publicly available information about the clinical trial results for veverimer published in *The Lancet.*  This earnings call transcript is subject to judicial notice, and courts regularly take judicial notice of such materials in securities actions.  RJN at 5-7. The earnings call transcript is properly before the court.

**Reply Exhibit 2:**  Excerpt of letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020.  Plaintiff refers to the document in his amended complaint and it is among the FDA documents that form the basis for Plaintiff's new allegations of falsity and scienter.  SAC ¶ 85.  Plaintiff's allegations about the FDA communications can be fairly adjudicated only in light of the documents themselves.  *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, at 1002 (9th Cir. 2018).  The incorporation by reference doctrine ensures that the Court can evaluate the relevant portions of the FDA communications and that Plaintiff will not improperly benefit by omitting information that undermines his allegations.  *Id.*

1

## II.    CONCLUSION

For the reasons stated above and in Defendant's Request for Judicial Notice, the documents attached to the Hemmendinger Declaration and cited in Defendant's Reply in Support of Motion to Dismiss Second Amended Complaint are properly before the Court.

Date:  April 24, 2023

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By:*/s/ Sara B. Brody*
    Sara B. Brody (SBN 130222)

*Attorneys for Defendant*

2