LATHAM & WATKINS LLP
  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  Tel:  858.523.5400
  colleen.smith@lw.com

  Morgan E. Whitworth (SBN 304907)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Tel:  415.391.0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>                    Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**NON-PARTY RENIBUS THERAPEUTICS, INC.'S STATEMENT IN SUPPORT OF DEFENDANT GERRIT KLAERNER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY'S MATERIAL SHOULD BE SEALED (DKT. 139)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

STATEMENT IN SUPPORT OF DEFENDANT'S
ADMIN MOTION TO CONSIDER SEALING NON-
PARTY'S MATERIAL

Pursuant to Civil Local Rules 7-11 and 79-5(f), non-party Renibus Therapeutics, Inc. ("Renibus") respectfully submits this Statement in Support of Defendant Gerrit Klaerner's Administrative Motion to Consider Whether Non-Party's Material Should Be Sealed (Dkt. 139), and requests that the Court issue an Order sealing certain limited portions of the below-referenced documents filed in connection with Lead Plaintiff Michael Pardi's Second Amended Complaint ("SAC") and Defendant's Motion to Dismiss.

Renibus purchased veverimer, a development-stage drug candidate for chronic kidney disease, from Tricida, Inc. in February 2023.  Renibus has no interest in this litigation other than ensuring that certain limited, competitively sensitive information—data from veverimer's clinical trials—remains under seal throughout this litigation.  Renibus seeks to maintain under seal only a small fraction of the information that the parties to this action previously sought to seal.   As set forth below and in the Declaration of Norma Schafer submitted in support of this request ("Schafer Declaration"), there are compelling reasons to seal this information because its disclosure would cause Renibus competitive harm and there is no less restrictive alternative for avoiding that harm.

## I.      APPLICABLE LAW

This Court has determined that the "compelling reasons" standard applies to the materials sought to be sealed.  ECF No. 138 at 3:14-15.  In that regard, this Court and others in the Ninth Circuit have repeatedly found "compelling reasons" to seal confidential and proprietary clinical trial data where, as here, its disclosure "could give non-party competitors an unfair advantage in the development or marketing of rival products." *Plexxikon Inc. v. Novartis Pharms. Corp.*, No. 17-cv-04405-HSG, 2020 WL 1233881, at *2 (N.D. Cal. Mar. 13, 2020); *see also, e.g.*, *Edwards Lifesciences Corp. v. Meril Life Sciences Pvt. Ltd.*, No. 19-cv-06593-HSG, 2023 WL 2743583, at *2 (N.D. Cal. Mar. 31, 2023) (finding "compelling reasons" to seal "data from clinical trials" that could be used by competitors "seeking to replicate business practices and circumvent the time and resources necessary in developing their own practices and strategies"); *In re Incretin-Based Therapies Prods. Liab. Litig.*, No. 13md2452 AJB (MDD), 2015 WL 11658712, at *3 (S.D. Cal. Nov. 18, 2015) (finding "compelling reasons" to seal "competitively sensitive and confidential" data from FDA submissions regarding "development, testing, and regulation" of

clinical drugs); *United States ex rel. Ruhe v. Masimo Corp.*, No. 10-cv-08169-CJC(VBKx), 2013 WL 12131173, at *2 (C.D. Cal. Aug. 26, 2013) (finding "compelling reasons" to seal "confidential, proprietary, and competitively valuable" information regarding "clinical tests" and "non-public data and specifications . . . submitted to the FDA"); *Foran v. Ulthera, Inc.*, No. 1:20-cv-00267-DAD-BAM, 2020 WL 3047789, at *2 (E.D. Cal. June 8, 2020) (finding "compelling reasons" to seal FDA submission describing the "structure, execution, results, and analysis of clinical trials"); *Biovail Labs., Inc. v. Anchen Pharm., Inc.*, 463 F. Supp. 2d 1073, 1083 (C.D. Cal. 2006) (finding "compelling reasons" to seal FDA submissions containing information about drug "research and development efforts," the disclosure of which would be "extremely damaging").

## II.  MATERIAL SOUGHT TO BE SEALED

Renibus has carefully reviewed the pleadings and other relevant documents and seeks to seal only certain confidential and proprietary information regarding the research and development of veverimer.  *See* Schafer Decl. ¶¶ 5-6.  All of the information sought to be sealed consists of non-public clinical trial data, including detailed data regarding the structure, execution, results, and analysis of the clinical trials.  *See* Schafer Decl. ¶ 6.  The disclosure of this data could provide Renibus's competitors with a roadmap for developing a rival drug and eliminate much of the time, effort, and resources that would otherwise be required to develop and market a competing product.  *See* Schafer Decl. ¶¶ 7-9; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2; *In re Incretin-Based*, 2015 WL 11658712, at *3; *Masimo*, 2013 WL 12131173, at *2; *Foran*, 2020 WL 3047789, at *2; *Biovail*, 463 F. Supp. 2d at 1083.

Renibus's sealing request is narrowly tailored and seeks to seal only specific numbers and portions of sentences from the pleadings and exhibits containing confidential clinical trial data that, if disclosed, would cause Renibus competitive harm.  There is no less restrictive alternative for avoiding that harm than redacting this confidential data.  *See* Schafer Decl. ¶¶ 10-11; *see also Masimo*, 2013 WL 12131173, at *2 (finding request to seal "only certain paragraphs

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

2

STATEMENT IN SUPPORT OF DEFENDANT'S
ADMIN MOTION TO CONSIDER SEALING NON-
PARTY'S MATERIAL

and pages within exhibits" containing confidential information "narrowly tailored").

Specifically, Renibus respectfully requests that the following portions be maintained under seal:

| Dkt. No. Public / (Sealed) | Document | Blue[1] Highlighted Portion(s) to Be Sealed | Basis for Sealing |
|---|---|---|---|
| 109 / (108-2) [New version filed concurrently herewith as Exhibit A] | Lead Plaintiff's Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint | p. 7, lines 8, 12, 20<br>p. 8, line 20<br>p. 20, lines 23-25<br>p. 21, lines 5, 21 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 109-2 / (108-3, 108-4, 114-2) [New version filed concurrently herewith as Exhibit B] | [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23<br>p. 4, lines 1, 23-24<br>p. 5, lines 2, 4<br>p. 7, lines 7, 10<br>p. 9, lines 2-3<br>p. 16, lines 1, 15<br>p. 17, lines 11, 24-25<br>p. 18, line 2<br>p. 19, lines 15, 17, 20<br>p. 23, lines 4-5<br>p. 24, line 28<br>p. 25, line 1<br>p. 27, line 15<br>p. 29, lines 15-16<br>p. 34, lines 6, 24<br>p. 39, lines 21-22 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 115 / (114-2) [New version filed concurrently herewith as Exhibit C] | Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23<br>p. 4, lines 1, 23-24<br>p. 5, lines 2, 4<br>p. 7, lines 7, 10<br>p. 9, lines 2-3<br>p. 16, lines 1, 15<br>p. 17, lines 10-11, 24-26<br>p. 18, line 2 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |

[1] Some of the documents Renibus received from Defendant contained pre-existing highlighting in yellow or grey. Renibus seeks to seal only the portions that are highlighted in blue.

| | | p. 19, lines 15, 17, 20<br>p. 23, lines 4-5<br>p. 24, line 28<br>p. 25, line 1<br>p. 27, line 15<br>p. 29, lines 15-16<br>p. 34, lines 6, 24<br>p. 39, lines 21-22 | |
|---|---|---|---|
| 128-10 / (127-13)<br><br>[New version filed concurrently herewith as Exhibit D] | Exhibit 8 to the Declaration of Sarah A. Hemmendinger ("Hemmendinger Decl.") in Support of Defendant's Motion to Dismiss (Minutes from Tricida's meeting with the FDA on February 9, 2017) | FDACDER000570–73<br>FDACDER000576–78<br>FDACDER000580–82<br>FDACDER000585–86<br>FDACDER000591<br>FDACDER000593 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-11 / (127-14)<br><br>[New version filed concurrently herewith as Exhibit E] | Exhibit 9 to the Hemmendinger Decl. (Minutes from Tricida's meeting with the FDA on July 26, 2017) | FDACDER001159<br>FDACDER001166–76 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-12 / (127-15)<br><br>[New version filed concurrently herewith as Exhibit F] | Exhibit 10 to the Hemmendinger Decl. (Type C Written Responses to Tricida from the FDA dated November 20, 2017) | FDACDER000606 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-14 / (127-17)<br><br>[New version filed concurrently herewith as Exhibit G] | Exhibit 12 to the Hemmendinger Decl. (Mid-Cycle Communication Agenda for Tricida's mid-cycle meeting with the FDA dated January 27, 2020) | FDACDER000747<br>FDACDER000750 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |

| 128-15 / (127-18)<br><br>[New version filed concurrently herewith as Exhibit H] | Exhibit 13 to the Hemmendinger Decl. (Minutes from Tricida's mid-cycle meeting with the FDA on January 27, 2020) | FDACDER011705–06<br>FDACDER011710 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
|---|---|---|---|
| 128-16 / (127-19)<br><br>[New version filed concurrently herewith as Exhibit I] | Exhibit 14 to the Hemmendinger Decl. (Minutes from Tricida's late-cycle meeting with the FDA on May 1, 2020) | FDACDER000009 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-30 / (127-20)<br><br>[New version filed concurrently herewith as Exhibit J] | Exhibit 28 to the Hemmendinger Decl. (Excerpt of letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | FDACDER000043 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 131, 130-4 / (130-3)<br><br>[New version filed concurrently herewith as Exhibit K] | Lead Plaintiff's Opposition to Defendant Klaerner's Motion to Dismiss the Second Amended Complaint | p. 4, lines 2, 9, 27<br>p. 5, lines 9, 25<br>p. 18, line 4<br>p. 20, line 19 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 135-3 / (134-6)<br><br>[New version filed concurrently herewith as Exhibit L] | Reply Exhibit 2 to the Hemmendinger Decl. (Excerpt from letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | FDACDER000039–40 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |

Dated:  October 10, 2023

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Colleen C. Smith*

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
colleen.smith@lw.com

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus Therapeutics, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

6

STATEMENT IN SUPPORT OF DEFENDANT'S
ADMIN MOTION TO CONSIDER SEALING NON-
PARTY'S MATERIAL