LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
colleen.smith@lw.com

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF NORMA SCHAFER IN SUPPORT OF NON-PARTY RENIBUS THERAPEUTICS, INC.'S REQUEST TO MAINTAIN CONFIDENTIAL INFORMATION UNDER SEAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

LATHAM&WATKINSʟʟᵖ
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

DECLARATION OF NORMA SCHAFER IN
SUPPORT OF RENIBUS'S REQUEST TO MAINTAIN
ITS CONFIDENTIAL INFORMATION UNDER SEAL

I, Norma Schafer, declare as follows:

1.    I am the Vice President of Regulatory Affairs at Renibus Therapeutics, Inc. ("Renibus"). I make this declaration in support of Renibus's request to maintain its confidential information under seal. I have personal, first-hand knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as to those facts.

2.    I have worked in my current role at Renibus since 2020. Prior to joining Renibus, I worked in regulatory affairs positions at Urgo Medical, ZS Pharma, and Alcon Laboratories. Through my work at Renibus, I have obtained a personal understanding of the kinds of information that Renibus keeps confidential and the reasons for doing so, especially in the context of seeking regulatory approval for new drug candidates.

3.    I understand that certain information about Defendant Tricida, Inc.'s ("Tricida") confidential communications with the Food and Drug Administration ("FDA") regarding clinical testing of its kidney disease drug candidate, veverimer, is included in documents filed in connection with Lead Plaintiff Michael Pardi's Second Amended Complaint ("SAC") and Defendant Gerrit Klaerner's Motion to Dismiss the SAC.

4.    In January 2023, Tricida filed for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. In connection with Tricida's bankruptcy proceedings, Renibus purchased the intellectual property rights to veverimer. Accordingly, the trade secrets and confidential commercial information contained in the FDA communications are the intellectual property and an asset of Renibus. Maintaining their confidentiality is essential to protecting the value of the asset. Renibus is actively developing veverimer and continuing to seek FDA approval of the drug.

5.    I have reviewed the excerpts of Tricida's communications with the FDA that have been filed in this lawsuit. These excerpts contain quotations, paraphrases, or excerpts from documents reflecting agendas, background packages for meetings, meeting minutes, formal written responses to FDA inquiries, and letters between the FDA and Tricida. It appears from the documents I have reviewed that when the FDA produced these communications in connection with this litigation, they were marked "CONFIDENTIAL."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

1

DECLARATION OF NORMA SCHAFER IN
SUPPORT OF RENIBUS'S REQUEST TO MAINTAIN
ITS CONFIDENTIAL INFORMATION UNDER SEAL

6.    These excerpts of Tricida's communications with the FDA contain confidential and proprietary information regarding the research and development of veverimer.  In particular, the excerpts include specific, non-public clinical trial data regarding the structure, execution, results, and analysis of the trials, including but not limited to specific measurements of blood bicarbonate levels that relate to the efficacy of veverimer.

7.    A company seeking to commercialize a pharmaceutical drug in the United States must receive FDA approval, which requires conducting clinical trials to assess the risks and benefits of the drug and providing the results of those trials to the FDA.  The FDA's procedures expressly state that clinical trial data submitted in connection with the FDA approval process is to be kept confidential.[1]  Renibus's clinical trial data, including data submitted to the FDA as part of the drug approval process, are extremely sensitive information that would not ordinarily be available to the public, let alone available to competitors in the highly competitive pharmaceutical industry.  Public disclosure of this information, which is now the intellectual property of Renibus, would put Renibus at an undue risk of serious harm and at a competitive disadvantage.  In particular, the information would provide a roadmap for how to develop a rival drug, which a competitor could use to save time and money in developing competing products, thereby damaging Renibus in the market once veverimer is approved.  Even worse, because veverimer is still pending FDA approval, a competitor could use this confidential and proprietary information to beat Renibus to the market, which would magnify the competitive harm to Renibus.

8.    The redactions Renibus has proposed are as narrowly tailored as possible while still protecting Renibus's confidential information.  The portions of the documents Renibus seeks to maintain under seal include only specific, non-public clinical trial data that, if disclosed, could be

[1] *See* U.S. Food & Drug Administration, "Development & Approval Process | Drugs" (available at https://www.fda.gov/drugs/development-approval-process-drugs); *see also* 21 C.F.R. § 20.61(c) (providing that trade secret or confidential commercial information submitted or divulged to the FDA "are not available for public disclosure"); *id.* § 314.430(d)(1) ("If the existence of an application or abbreviated application has been publicly disclosed or acknowledged before the agency sends an approval letter to the applicant, no data or information contained in the application or abbreviated application is available for public disclosure before the agency sends an approval letter . . . .").

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

DECLARATION OF NORMA SCHAFER IN
SUPPORT OF RENIBUS'S REQUEST TO MAINTAIN
ITS CONFIDENTIAL INFORMATION UNDER SEAL

2

used by competitors to gain a competitive advantage at a critical time in veverimer's development. There is no less restrictive alternative to preventing this competitive harm.

9.     In light of the foregoing, there is a compelling interest in maintaining under seal the following portions of relevant documents related to the SAC:

| Dkt. No. Public / (Sealed) | Document | Blue[2] Highlighted Portion(s) to Be Sealed | Basis for Sealing |
|---|---|---|---|
| 109 / (108-2) [New version filed concurrently herewith as Exhibit A] | Lead Plaintiff's Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint | p. 7, lines 8, 12, 20 <br> p. 8, line 20 <br> p. 20, lines 23-25 <br> p. 21, lines 5, 21 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 109-2 / (108-3, 108-4, 114-2) [New version filed concurrently herewith as Exhibit B] | [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23 <br> p. 4, lines 1, 23-24 <br> p. 5, lines 2, 4 <br> p. 7, lines 7, 10 <br> p. 9, lines 2-3 <br> p. 16, lines 1, 15 <br> p. 17, lines 11, 24-25 <br> p. 18, line 2 <br> p. 19, lines 15, 17, 20 <br> p. 23, lines 4-5 <br> p. 24, line 28 <br> p. 25, line 1 <br> p. 27, line 15 <br> p. 29, lines 15-16 <br> p. 34, lines 6, 24 <br> p. 39, lines 21-22 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 115 / (114-2) [New version filed concurrently | Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23 <br> p. 4, lines 1, 23-24 <br> p. 5, lines 2, 4 <br> p. 7, lines 7, 10 <br> p. 9, lines 2-3 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also* |

---

[2] Some of the documents Renibus received from Defendant contained pre-existing highlighting in yellow or grey. Renibus seeks to seal only the portions that are highlighted in blue.

| | | | |
|---|---|---|---|
| herewith as Exhibit C] | | p. 16, lines 1, 15<br>p. 17, lines 10-11, 24-26<br>p. 18, line 2<br>p. 19, lines 15, 17, 20<br>p. 23, lines 4-5<br>p. 24, line 28<br>p. 25, line 1<br>p. 27, line 15<br>p. 29, lines 15-16<br>p. 34, lines 6, 24<br>p. 39, lines 21-22 | *Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-10 / (127-13)<br><br>[New version filed concurrently herewith as Exhibit D] | Exhibit 8 to the Declaration of Sarah A. Hemmendinger ("Hemmendinger Decl.") in Support of Defendant's Motion to Dismiss (Minutes from Tricida's meeting with the FDA on February 9, 2017) | FDACDER000570–73<br>FDACDER000576–78<br>FDACDER000580–82<br>FDACDER000585–86<br>FDACDER000591<br>FDACDER000593 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-11 / (127-14)<br><br>[New version filed concurrently herewith as Exhibit E] | Exhibit 9 to the Hemmendinger Decl. (Minutes from Tricida's meeting with the FDA on July 26, 2017) | FDACDER001159<br>FDACDER001166–76 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-12 / (127-15)<br><br>[New version filed concurrently herewith as Exhibit F] | Exhibit 10 to the Hemmendinger Decl. (Type C Written Responses to Tricida from the FDA dated November 20, 2017) | FDACDER000606 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-14 / (127-17)<br><br>[New version filed concurrently herewith as Exhibit G] | Exhibit 12 to the Hemmendinger Decl. (Mid-Cycle Communication Agenda for Tricida's mid-cycle meeting with the FDA dated January 27, 2020) | FDACDER000747<br>FDACDER000750 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL |

| | | | 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
|---|---|---|---|
| 128-15 / (127-18)<br><br>[New version filed concurrently herewith as Exhibit H] | Exhibit 13 to the Hemmendinger Decl. (Minutes from Tricida's mid-cycle meeting with the FDA on January 27, 2020) | FDACDER011705–06<br>FDACDER011710 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-16 / (127-19)<br><br>[New version filed concurrently herewith as Exhibit I] | Exhibit 14 to the Hemmendinger Decl. (Minutes from Tricida's late-cycle meeting with the FDA on May 1, 2020) | FDACDER000009 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 128-30 / (127-20)<br><br>[New version filed concurrently herewith as Exhibit J] | Exhibit 28 to the Hemmendinger Decl. (Excerpt of letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | FDACDER000043 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 131, 130-4 / (130-3)<br><br>[New version filed concurrently herewith as Exhibit K] | Lead Plaintiff's Opposition to Defendant Klaerner's Motion to Dismiss the Second Amended Complaint | p. 4, lines 2, 9, 27<br>p. 5, lines 9, 25<br>p. 18, line 4<br>p. 20, line 19 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 135-3 / (134-6)<br><br>[New version filed concurrently herewith as Exhibit L] | Reply Exhibit 2 to the Hemmendinger Decl. (Excerpt from letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | FDACDER000039–40 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |

I declare under penalty of perjury that the foregoing is true and correct, executed this 9th day of October 2023, in Southlake, Texas.

/s/ Norma Schafer

Norma Schafer

**ATTESTATION**

I hereby attest that Norma Schafer has authorized me to indicate her signature with a conformed signature (/s/) within this document.

/s/ Colleen C. Smith

Colleen C. Smith