# Exhibit E
# Redacted - [Exhibit 9 to the Hemmendinger Decl.]



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 125832

**MEETING MINUTES**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for TRC-101.

We also refer to the meeting between representatives of your firm and the FDA on July 26, 2017. The purpose of the meeting was to discuss your development program.

A copy of the official minutes of the meeting is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Anna Park, Regulatory Project Manager at (301) 796-1129.

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, M.D., Ph.D.
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 4143827

FDACDER001154



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:**          B
**Meeting Category:**      Guidance

**Meeting Date and Time:** July 26, 2017 2:00 PM – 3:00 PM, EST

**Application Number:**    125832
**Product Name:**          TRC-101
**Indication:**            treatment of metabolic acidosis associated with chronic kidney
                           disease
**Sponsor/Applicant Name:** Tricida, Inc.

**Meeting Chair:**         Norman Stockbridge, M.D., Ph.D.
**Meeting Recorder:**      Anna Park, M.S., R.Ph.,RAC

**FDA ATTENDEES**
Division of Cardiovascular and Renal Products
Norman Stockbridge, M.D., Ph.D.          Director
Aliza Thompson, M.D.                     Medical Team Leader
Shen Xiao, M.D.                          Medical Officer
Thomas Papoian, Ph.D.                    Nonclinical Team Leader
Baichun Yang, Ph.D.                      Nonclinical Reviewer
Anna Park, M.S., R.Ph., RAC              Regulatory Project Manager

Office of Clinical Pharmacology
Sudharshan Hariharan, Ph.D.              Clinical Pharmacology Team Leader
Martina Sahre, Pharm.D.                  Clinical Pharmacology Reviewer

Office of Biostatistics
James Hung, Ph.D.                        Director, Division of Biometrics I, Office of
                                         Biostatistics (OB)

Ququan (Cherry) Liu, M.D.                Statistician

**SPONSOR ATTENDEES**
Gerrit Klaerner, Ph.D.                        Chief Executive Officer & President
Claire Lockey                            Chief Development Officer & Sr. Vice President

FDACDER001155

IND 125832
Page 2

| | |
|---|---|
| Sarah McNulty | Vice President, Regulatory Affairs (via phone) |
| David A. Bushinsky, M.D. | Professor of Medicine and of Pharmacology and Physiology, University of Rochester School of Medicine, Rochester, NY |
| Janet Wittes, Ph.D. | Biostatistics Consultant, President, Statistics Collaborative, Inc. |
| Dawn Parsell, Ph.D. | Regulatory Consultant |
| Elizabeth Li, M.S. | Biostatistics Consultant, PharmaStat, Inc. |
| Angela Lee | Vice President, Project Management |

## 1.0    BACKGROUND

TRC101 is a non-absorbed, high capacity, selective proton and chloride binder designed for the treatment of metabolic acidosis associated with chronic kidney disease (CKD).  Patients with CKD continue to generate acid from metabolism but have a reduced ability to excrete acid via the kidney. As a result, metabolic acidosis, characterized by a reduced serum bicarbonate concentration (SBC), can develop in advanced stages of CKD.

An End-of-Phase 2 meeting was held on November 30, 2016. At that meeting, there was a wide-ranging discussion on the use of SBC as a surrogate for a treatment's effect on renal, bone and/or muscle function-related outcomes in patients with metabolic acidosis associated with CKD, endpoints beyond changes in SBC that might serve as a basis for approval, and challenges associated with conducting a trial to establish a benefit beyond a change in SBC. At the conclusion of the meeting, the Division offered the opportunity for further discussion. Tricida requested this Type A meeting to continue discussions on the clinical development plan and approval pathway for TRC101.

The discussion at the End-of-Phase 2 meeting focused on SBC as a validated surrogate endpoint and basis for full/traditional approval. After further review of FDA's *Guidance for Industry: Expedited Programs for Serious Conditions – Drugs and Biologics*, Tricida believes that their product would be eligible for accelerated approval. Specifically, Tricida believes that: 1) chronic metabolic acidosis together with the clinical consequences of the disease represents a serious condition; 2) TRC101 provides a meaningful advantage over available therapies in that there are no available treatments for patients with chronic metabolic acidosis; and 3) TRC101 demonstrates an effect on a surrogate endpoint (i.e., increase in serum bicarbonate) that is reasonably likely to predict a clinical benefit.

A follow-up End-of-Phase 2 meeting was held with the sponsor on February 9, 2017 to discuss the approval pathway for TRC101, the clinical study plan that will support submission of an NDA, and evidence supporting eligibility of TRC101 for accelerated approval.

On 24 May 2017, the Division issued an Advice Letter with comments on the TRCA-301 protocol and Statistical Analysis Plan (SAP), which was submitted on March 3, 2017.

FDACDER001156

CONFIDENTIAL

IND 125832
Page 3

The sponsor is now requesting a follow-up meeting to ensure agreement on the revisions made to the protocol and SAP for Study TRCA-301.

Preliminary responses to the submitted questions were provided to the sponsor, and are copied below, followed by any additional discussions that took place during the meeting. The sponsor used a slide presentation to guide the discussion at the meeting. Please refer to the attached slides.

## 2.0    DISCUSSION

*Question 1:*
Does the Agency agree with the revisions made to the protocol and SAP for Study TRCA-301?

**Preliminary FDA Response:** No, we do not agree. Please refer to the preliminary FDA response to question 3 in our meeting minutes dated March 9, 2017. In terms of next steps, you need to: (1) develop a predictive model of the relationship between changes in SBC and the outcome of interest (the endpoint you plan to use in your post-marketing trial) and (2) apply this predictive model to show the magnitude of the treatment effect on SBC that would need to be shown to produce the anticipated treatment effect on the clinical endpoint in your post-marketing trial (i.e., the treatment effect that your postmarketing trial is powered to detect). For the purpose of accelerated approval, you will need to demonstrate a treatment effect on SBC that is greater than or equal to that magnitude.  It is unclear how your proposed responder endpoint fits in with this approach. We recommend that you use a primary endpoint that is more directly tied to how you plan to power your postmarketing trial.

*Question 2:*
Does the Agency agree with Tricida's proposal for providing TRC101 safety data for the purpose of accelerated approval?

**Preliminary FDA Response:** In our May 24, 2017 advice letter, we raised concerned that Study TRCA-301, as currently designed, would not provide the database needed to characterize safety for the purpose of accelerated approval. As a way to address this issue, we suggested that subjects continue on blinded randomized treatment for 52 weeks. We further noted that withdrawal patterns seen during this period could and should be used to inform the design of your planned confirmatory trial.

In response to our feedback, you propose to:
1) provide blinded safety data from approximately 200 subjects treated for 6 months in Study TRCA-303 in your initial NDA submission (this proposal assumes a sample size of 1,600 subjects and equal randomization to TRC101 and placebo in Study TRCA-303)
2) conduct a 9-month safety extension study (TRCA-301E) to Study TRCA-301 in which all subjects (including those on placebo) will be placed on your product.

FDACDER001157

CONFIDENTIAL

IND 125832
Page 4

With regard to our comment about withdrawal patterns, you state the following*: "We interpret this comment to be related to a concern regarding a high number of placebo subjects potentially dropping out of the long-term postmarketing confirmatory study due to restrictions on concomitant medications for study entry and management of these medications during the study. When designing Study TRCA-303 we recognized that it is not feasible in a long-term study to exclude or require stable doses of medications commonly used in the patient population. Therefore, in Study TRCA-303, as well as in Study TRCA-301E, we propose to allow more liberal use of concomitant medications which should minimize the drop-out rate, particularly in the placebo group."*

While we recognize that your product is not expected to be significantly absorbed, we think the proposed data, essentially uncontrolled, will be difficult to interpret. Extending the duration of the controlled treatment period beyond 12 weeks would also provide a more reliable estimate of the treatment effect on SBC during chronic therapy given dropouts, compliance with therapy over the long-term and impacts of other changes in medications/lifestyle—information that will be important for designing your postmarketing confirmatory trial. For all of these reasons, we continue to recommend extending the duration of the blinded randomized treatment period beyond 12 weeks. We acknowledge, however, that 12 months of controlled data may not be needed to achieve these objectives and that 6 or 9 months of controlled data may be sufficient.

### *Question 3:*
Does the Agency have any comments on the draft protocol for Study TRCA-301E, a long-term, open-label, safety extension study to Study TRCA-301?

**Preliminary FDA Response:** See our response to Question 2.

**Additional Preliminary Comments:**
1. According to the protocol for Study TRCA-301, placebo (microcrystalline cellulose) is not identical in appearance to the investigational drug (TRC101) and as a result, each study site must have an unblinded Pharmacist or designated unblinded study staff member for handling (dispensation and collection) of the study drug. Please address how you intend to ensure blinding in Study TRCA-303.

2. According to your submission, Study TRCA-301 will enroll subjects from sites in the U.S., Bulgaria, Croatia, Hungary, Slovenia, Georgia, Serbia, and Ukraine.
   a) In general, we caution sponsors against enrolling subjects at sites where the standard of care may be dissimilar to standard of care in the U.S. because the resulting data may not be applicable to the U.S. population and U.S. medical practice. Please address whether treatment practices/the standard of care in this population is expected to be similar to treatment practices/the standard of care in the U.S.
   b) Because this study will provide important information that will be used to design your post-marketing trial and because your postmarketing trial will be conducted in additional regions, we believe it is important to ensure adequate enrollment of subjects at sites in the U.S., and possibly these other regions.

FDACDER001158

CONFIDENTIAL

IND 125832
Page 5

    c) Please note that if data from sites in a country are critical to determining approvability of an NDA and FDA is unable to inspect sites in that country for any reason, then approval of the NDA will be delayed until the sites can be inspected.

3. The protocol for Study TRCA-301 states that "The DMC members and the statisticians responsible for reporting to the DMC will be unblinded during the study." Elsewhere it states that "An independent unblinded DMC will review the safety and efficacy data during the study conduct." In general, a DMC should not review efficacy data at regular intervals for the purpose of determining whether to discontinue a study early due to overwhelming efficacy or for the purpose of making other modifications to trial design for reasons other than safety. Please clarify these statements. Please also submit the DMC charter for review.

**Discussion during the meeting:**
**Tricida indicated that their objectives for the meeting were to: (1) explain the primary endpoint in TRCA-301 and discuss the "underlying predictive model" between blood bicarbonate increase and the renal endpoint in study TRCA-303; (2) "gain agreement that Study TRCA-301 can proceed as described in Protocol Amendment 1 under the accelerated approval path"; (3) reach agreement on the design of the 9-month extension study.**

**Primary endpoint in TRCA-301 and predictive model: See slides 4-17. Tricida reviewed the data supporting the use of the proposed primary endpoint as a surrogate endpoint reasonably likely to predict renal benefit. FDA agreed that the submitted data supported the use of changes in blood bicarbonate as a reasonably likely surrogate for renal benefit but also indicated that the size of the treatment effect on serum bicarbonate needed to support accelerated approval remained an outstanding issue. Although the analyses cited by the sponsor provided some support for the clinical relevance of the proposed change in bicarbonate (a blood bicarbonate increase of ▉▉▉▉▉), FDA felt that a better understanding of the quantitative relationship between changes in serum bicarbonate and the renal endpoint proposed in Study TRCA-303 was needed and referred the sponsor to the modeling approach outlined in response to Question 1.   FDA noted that it might be possible to use the model developed by Tangri et. al. to address the quantitative relationship, but also noted challenges with this approach since the outcome used in the Tangri analysis differed from the outcome/primary endpoint proposed for Study TRCA-303.**

*Initiation of Study TRCA-301*: **FDA confirmed that the sponsor may proceed with Study TRCA-301, but also indicated that it could not commit to the size of the treatment effect on serum bicarbonate needed to support accelerated approval.  FDA also reminded the sponsor that agreement would need to be reached on the design of the postmarketing trial if the accelerated approval pathway were to be used and that the postmarketing trial would need to be feasible and adequately powered to verify the benefit. With regard to the latter issue, FDA would need to agree with the assumptions underlying the power calculation and conclude that the model describing the quantitative relationship was adequate.**

FDACDER001159

CONFIDENTIAL

IND 125832
Page 6

*Extension Trial:* **The sponsor proposed to change the TRCA-301E protocol to continue blinded treatment for 9 months and provide 1 year of safety and efficacy data with the NDA submission. FDA indicated that it was important that investigators and subjects remain blinded to treatment assignment in the extension phase. FDA also asked the sponsor to address how, operationally, blinding would be maintained in the extension trial given that treatment assignment would be unblinded for the purpose of analyzing the primary endpoint in Study TRCA-301.**

Reference ID: 4143827

FDACDER001160

CONFIDENTIAL

# TRCA-301 Protocol Meeting

## *July 26, 2017*



www.tricida.com

Reference ID: 4143827

FDACDER001161

CONFIDENTIAL

# TRCA-301 Design History

➢ Feb: Agreement regarding accelerated approval pathway for TRC101 as a treatment for metabolic acidosis associated with chronic kidney disease

➢ Mar: Submission of TRCA-301 protocol

➢ May: Received FDA feedback to
  ➢ Modify TRCA-301 primary endpoint to support TRCA-303
  ➢ Provide longer term safety data

➢ Jun: Submission of TRCA-301 Amendment 1, TRCA-301E protocol

CONFIDENTIAL

# Meeting Objectives

- ➢ Explain TRCA-301 primary endpoint and the underlying predictive model between blood bicarbonate increase and the renal endpoint for the upcoming TRCA-303 SPA

- ➢ Gain agreement that Study TRCA-301 can proceed as described in Protocol Amendment 1 under the accelerated approval path

- ➢ Gain agreement regarding the design of the 9-month extension study



Reference ID: 4143827

Confidential

FDACDER001163

3

# Blood Bicarbonate is a Surrogate Endpoint Reasonably Likely to Predict Renal Benefit



Confidential

FDACDER001164

4

CONFIDENTIAL

# Results of TRCA- 301 Study Determine Sample Size of TRCA-303

| TRCA-301 Primary Endpoint (Increase of ≥ 4 mEq/L or Within Normal Range) | Renal Event Rate Reduction vs Placebo | Hazard Ratio | TRCA-303 Sample Size* (per group) |
|---|---|---|---|
| < 50% | Will not move forward with TRC101 development under accelerated approval path | | |
| 50% | 27% | 0.72 | ~800 |
| 55% | 28% | 0.71 | ~750 |
| 70% | 31% | 0.68 | ~600 |
| 85% | 34% | 0.65 | ~500 |

*log-rank test; two-sided Type I error rate = 0.05; 90% power



Reference ID: 4143827

CONFIDENTIAL

# TRCA-301 Primary Endpoint

➢ ████████ ndpoint:  Change from Baseline in blood bicarbonate ████████████ blood bicarbonate in the normal range (████████████) at the end of treatment (Week 12 Visit)

➢ Analysis 1:  TRC101 vs placebo – Fisher's Exact Test of the two proportions

AND

➢ Analysis 2:  Estimate of the proportion in the TRC101 group who achieve the primary endpoint

➢ ≥ 50% of subjects on TRC101 have to meet the primary endpoint to move forward under the accelerated approval path

➢ Based on TRCA-101 results, 15% of subjects are expected to have █████████ bicarbonate increase; therefore, 85% is upper bound of primary endpoint response rate

Reference ID: 4143827



FDACDER001166

6

CONFIDENTIAL

# Predictive Model of Change in Bicarbonate and Renal Outcome Based on Results from 3 Prospective Trials

| Change from Baseline (mEq/L) | TRCA-101 Study TRC101 Treated Subjects | Base Case TRCA-301 & TRCA-303 Projection | Renal Event Rate Reduction from Placebo | Weighted Renal Event Rate Reduction from Placebo |
|---|---|---|---|---|
| ▮ | 29% | 15% | 0% | 0% |
| ▮ | 25% | 30% | 20% | 6% |
| ▮ | 46% | 55% | 40% | 22% |
| Combined | | | | 28% |



Reference ID: 4143827

Confidential

CONFIDENTIAL

# Rationale for Blood Bicarbonate Categories used in Predictive Model

| Blood Bicarbonate Change from Baseline | Rationale |
|---|---|
| ███████ | A bicarbonate value of ████████ can be within assay measurement variability |
| █████████ | Literature demonstrates continuous relationship between blood bicarbonate increase and renal benefit, although this group is expected to have less renal benefit than the ████████ |
| ██████████████ | As agreed at Feb 9th meeting; prospective oral alkali studies demonstrate renal benefit with blood bicarbonate increase of ███████ |



Confidential

CONFIDENTIAL

# Study TRCA-101: Distribution of Increase in Blood Bicarbonate



Reference ID: 4143827

FDACDER001169

9

CONFIDENTIAL

# Wesson Study: Distribution of Increase in Bicarbonate



Phisitkul et al. (2010): 59 patients with hypertensive nephropathy (GFR ≥ 20 mL/min and ≤ 60 mL/min) and metabolic acidosis ($TCO_2$ < 22 mM), treated 24 months with sodium citrate vs no treatment (1:1); individual patient data provided to Tricida by primary author, Dr. Don Wesson

CONFIDENTIAL

# Relationship Between Changes in Bicarbonate and eGFR



Phisitkul et al. (2010)

| | No Treatment (n=29) | Active Δ Bicarbonate ▮ (n=19) | Active Δ Bicarbonate ▮ (n=8) |
|---|---|---|---|
| Average CFB eGFR (mL/min/1.73m²) | -7.6 | -3.6 | -2.6 |
| Average % CFB eGFR | -26 % | -12 % | -9 % |
| % patients with ≥ 40% reduction in eGFR | 27 % | 0 % | 0 % |

Reference ID: 4143827

# Relationship Between Changes in Bicarbonate and eGFR



CONFIDENTIAL

# Predicted Reduction in Renal Events for Subgroup with ≥ ▮▮▮▮ Increase or Normalization of Bicarbonate

| Study | No. of Patients | Change from Baseline in Bicarbonate (Active – Control; mEq/L) | Annualized Event Rate (%) | | Renal Event Reduction (%) |
|---|---|---|---|---|---|
| | | | Control | Active | |
| De Brito[1] | 134 | 4.1 | 16 | 3 | 80 |
| Wesson[2] | 59 | 4.2 | 14 | 0 | 100 |
| Garneata[3] | 207 | 6.0 | 42 | 13 | 70 |
| Average renal event reduction | | | | | ~80% |
| Renal event reduction for TRC101 compared to placebo | | | | | 40% |

➢ Three randomized controlled trials for treatment of metabolic acidosis on average demonstrated approximately 80% renal rate reduction with a mean increase of serum bicarbonate of ▮▮▮▮▮

➢ To be conservative, TRCA-303 power calculations only rely on half of the observed renal benefit of published studies

[1] De Brito-Ashurst et al. J Am Soc Nephrol 20: 2075-2084, 2009.
[2] Phisitkul et al. Kidney International 77: 617-623, 2010.
[3] Garneata et al. J Am Soc Nephrol 27: 2164-2176, 2016.



CONFIDENTIAL

# Predicted Reduction in Renal Events for 2 - < 4 mEq/L Bicarbonate Subgroup

➢ Subjects with a ██████████ increase in serum bicarbonate

   ➢ Prospective oral alkali studies show renal benefit but small sample sizes do not allow for quantification of difference in benefit

   ➢ Tangri Risk Equation (2011, N=3349)

      ➢ Each 1 mEq/L increase in serum bicarbonate was associated with an 8% lower risk of renal endpoint (defined as need for dialysis or preemptive kidney transplantation)

| Bicarbonate Increase Strata (mEq/L) | Average Bicarbonate Increase (mEq/L) | Reduction in Renal Endpoint Risk (Tangri, 2011) | TRCA-303 Renal Event Rate Reduction Assumptions |
|---|---|---|---|
| ██████ | 3 | 24% | 20% |
| ███ | 5 | 40% | 40% |

Reference ID: 4143827



FDACDER001174

14

# Predictive Model of Change in Blood Bicarbonate and Renal Outcome Based on 50% of Subjects Meeting Primary Endpoint in TRCA-301

| Change from Baseline (mEq/L) | Base Case TRCA-301 & TRCA-303 Projection | Renal Event Rate Reduction from Placebo | Weighted Renal Event Rate Reduction from Placebo |
|---|---|---|---|
| ▉ | 15% | 0% | 0% |
| ▉ | 35% | 20% | 7% |
| ▉ | 50% | 40% | 20% |
| Combined | | | **27%** |

Reference ID: 4143827



CONFIDENTIAL

# Predictive Model of Change in Blood Bicarbonate and Renal Outcome Based on 85% of Subjects Meeting Primary Endpoint in TRCA-301

| Change from Baseline (mEq/L) | Base Case TRCA-301 & TRCA-303 Projection | Renal Event Rate Reduction from Placebo | Weighted Renal Event Rate Reduction from Placebo |
|---|---|---|---|
| ■ | 15% | 0% | 0% |
| ■ | 0% | 20% | 0% |
| ■ | 85% | 40% | 34% |
| Combined | | | **34%** |

Reference ID: 4143827
16

CONFIDENTIAL

# Results of TRCA- 301 Study Determine Sample Size of TRCA-303

| TRCA-301 Primary Endpoint (Increase of ≥ 4 mEq/L or Within Normal Range) | Renal Event Rate Reduction vs Placebo | Hazard Ratio | TRCA-303 Sample Size* (per group) |
|---|---|---|---|
| < 50% | Will not move forward with TRC101 development under accelerated approval path | | |
| 50% | 27% | 0.72 | ~800 |
| 55% | 28% | 0.71 | ~750 |
| 70% | 31% | 0.68 | ~600 |
| 85% | 34% | 0.65 | ~500 |

*log-rank test; two-sided Type I error rate = 0.05; 90% power

Reference ID: 4143827

TRICIDA

FDACDER001177

CONFIDENTIAL

# FDA Q2 Preliminary Comments: TRCA-301E Study

- ➢ We intend to move forward with the TRCA-301 study as submitted
  - ➢ 12-week duration
  - ➢ To inform the TRCA-303 sample size
  - ➢ Will provide primary efficacy for NDA

- ➢ We agree to change the TRCA-301E protocol to continue blinded treatment for 9 months
  - ➢ The TRCA-301E study will continue to be an extension study
  - ➢ Will provide safety and efficacy data in the initial NDA submission

- ➢ We plan on conducting the TRCA-303 study upon SPA approval in parallel with the TRCA-301E study.

- ➢ The sample size of the TRCA-303 study may be changed at the time of the protocol-specified sample size recalculation
  - ➢ Analysis performed when 50 - 75% of TRCA-303 subjects have reached one year of treatment
  - ➢ Results of the TRCA-301E study will also be used.



FDACDER001178

CONFIDENTIAL

# Meeting Objectives

- ➢ Explain TRCA-301 primary endpoint and the underlying predictive model between blood bicarbonate increase and the renal endpoint for the upcoming TRCA-303 SPA

- ➢ Gain agreement that Study TRCA-301 can proceed as described in Protocol Amendment 1 under the accelerated approval path

- ➢ Gain agreement regarding the design of the 9-month extension study



Confidential

FDACDER001179

19

CONFIDENTIAL

# FDA Additional Comments

Comment 1: We are aware of the considerations regarding maintaining the blind and will address them in the submission of the Special Protocol Assessment.

Comment 2a: We have selected sites with similar standard of care to the US.

Comment 2b: The TRCA-301 study is projected to enroll 210 subjects in approximately 55 sites, in 8 countries.  Adding additional countries, i.e, additional sites, for a study of this size is not reasonable. We will select sites for TRCA-303 with similar standard of care to the US.

Comment 2c: In order to qualify as a clinical site, each TRCA-301 investigator, regardless of location of the clinical site, must sign a Form FDA 1572.  In addition, our clinical trial agreements include the following language: "Institution and Principal Investigator shall make all reasonable efforts to coordinate any scheduling of agency inspections…"

Comment 3: With reference to the DMC in TRCA-301 reviewing efficacy data, we regret the error. The words "and efficacy" should not have been included in the referenced sentence. We will submit the DMC charter.

TRICIDA

CONFIDENTIAL

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

--------------------------------------------------

ANNA J PARK
08/24/2017

NORMAN L STOCKBRIDGE
08/24/2017

Reference ID: 4143827

FDACDER001181