# Exhibit G
# Redacted - [Exhibit 12 to the Hemmendinger Decl.]

CONFIDENTIAL



NDA 211408

**MID CYCLE COMMUNICATION
AGENDA**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

We refer to your new drug application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Alezuris (veverimer) 3, 6, and 9 grams powder for suspension.

We also refer to the teleconference scheduled for January 27, 2020. Attached is our agenda for this meeting.

If you have any questions, please call Anna Park, Regulatory Project Manager, at (301)796-1129.

Sincerely,

*{See appended electronic signature page}*

Aliza Thompson, M.D., M.S.
Deputy Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

ENCLOSURE:
- Mid-Cycle Communication Agenda

CONFIDENTIAL

NDA 211408
Page 2

## MID-CYCLE COMMUNICATION AGENDA

**Meeting Date and Time:**   January 27, 2020 12:30 PM – 1:30 PM

**Application Number:**   211408
**Product Name:**   veverimer
**Indication:**   Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with Chronic Kidney Disease
**Applicant Name:**   Tricida, Inc.

**FDA ATTENDEES (tentative)**
Office of Drug Evaluation I
Ellis Unger, M.D.                                    Director

Division of Cardiovascular and Renal Products
Norman Stockbridge, M.D., Ph.D.     Director
Aliza Thompson, M.D.                       Deputy Director
Kimberly Smith, M.D.                         Clinical Team Leader
Xuan Chi, M.D., Ph.D.                       Pharmacology Team Leader
Baichun Yang, Ph.D.                         Pharmacology Reviewer
Edward Fromm, R.Ph., RAC            Chief, Project Management Staff
Anna Park, M.S., R.Ph., RAC          Regulatory Project Manager
Mary Ross Southworth, Pharm.D.     Deputy Director for Safety
Michael Monteleone, M.S., RAC      Associate Director for Labeling
Nhi Beasley, Pharm.D.                      Data Analyst

Office of Clinical Pharmacology
Sudharshan Hariharan, Ph.D.          Clinical Pharmacology Team Leader
Li Wang, Ph.D.                                  Clinical Pharmacology Reviewer

Office of Biostatistics
Jialu Zhang, Ph.D.                             Team Leader
Steve Bai, Ph.D.                                Statistician

**APPLICANT ATTENDEES**
Gerrit Klaerner, Ph.D.                       Chief Executive Officer and President
Dawn Parsell, Ph.D.                          Senior Vice President, Clinical Development
Wilhelm Stahl, Ph.D.                         Chief Technology Officer and Senior Vice President

Sarah McNulty                                  Vice President, Regulatory Affairs
Angela Lee                                        Vice President, Project Management
Troy Wagner                                     Senior Director, Quality Assurance
Tania Gonzalez                                 Director, Regulatory Affairs

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

CONFIDENTIAL

NDA 211408
Page 3

Tory Herbert                                    Manager, Regulatory Affairs
Andrew Lui                                      Manager, Regulatory Affairs

## INTRODUCTION

We are providing these comments to you before we complete our review of the entire application to give you preliminary notice of issues that we have identified. In conformance with the user fee reauthorization agreements, these comments do not reflect a final decision on the information reviewed and should not be construed to do so. These comments are preliminary and subject to change as we finalize our review of your application. In addition, we may identify other information that must be provided before we can approve this application. If you respond to these issues during this review cycle, depending on the timing of your response, and in conformance with the user fee reauthorization agreements, we may or may not be able to consider your response before we take an action on your application during this review cycle.

## AGENDA

(1) Introductory Comments from the Review Division–  2 minutes

(2) Significant Issues – 30 minutes

   a) *Magnitude of the treatment effect on blood bicarbonate and ability of trial TRCA-303, as designed, to confirm a treatment benefit*

   In TRCA-301/301E, the treatment effect on blood bicarbonate at weeks 12 and 52 was 2.64 mEq/L and 1.99 mEq/L, respectively. We question whether an effect of this size would be reasonably likely to predict benefit and also note that your postmaketing trial, as currently designed, assumes a much larger treatment effect (i.e., ███████████████████████████████ ███████████████████████████████████. We acknowledge that you modified the design of TRCA-303 in response to these data to increase the size of the treatment effect on blood bicarbonate, including adding a run-in period and only randomizing "responders", eliminating down-titration of drug for ████████ ██████████████, and requiring three bicarbonate values in the target range during screening to confirm acidosis; however, based on our review of the submitted data from TRCA-301/301E, it is not clear that these modifications will result in the assumed effect size.

   b) *Applicability of data from TRCA-301/301E to the U.S. population*

   Although trials do not necessarily need to be conducted in the U.S. to support FDA approval, there needs to be confidence that the trial findings are applicable to the U.S. population and practice of medicine. For the following reasons, it is not clear that the results of study TRCA-301/301E are applicable to the U.S. population and practice of medicine:

   • Most subjects in the trial were enrolled in Bulgaria and Georgia (148/217), and randomization in those countries favored TRC101.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4551527                                    FDACDER000747

NDA 211408
Page 4

- Only 27/217 subjects were enrolled in the U.S., and randomization in the U.S. favored placebo. In addition, it appears that only two patients randomized to TRC101 in the U.S. contributed data to analyses at Week 52.

- Fewer than 10% of patients were on oral alkali agents at baseline despite low baseline bicarbonate values and current guideline-recommended treatment in the U.S., and baseline eGFR values were higher than might have been anticipated given the target disease.

c) *Inability to inspect trial sites*

At this time, we are unable to inspect trial sites in or near the middle east. If we are unable to verify the integrity of the trial data, this may present a barrier to approval.

d) *Inconsistencies in the provided Case Report Form (CRF) and trial datasets:*

Contents of the variable DSTERM in the DS dataset for TRCA-301 appear to differ from data collection fields in the CRF (see excerpts below). Please address this apparent discrepancy. Specifically, please clarify whether the CRF provided in your NDA application is the same CRF as was used at all sites during trials TRCA-301/301E.

Excerpt from annotated CRF:

| DS=Disposition | PR=Procedures |
| --- | --- |

IBM Clinical Development -- Generated on 30-AUG-17 15:43:25 -- TRCA-301

* Primary reason for termination
- ○ Lost to follow-up
- ○ Deviation/noncompliance with the protocol
DSTERM
- ○ Adverse Event
- ○ Sponsor Decision
- ○ Investigator Decision
- ○ Withdrawal of Informed Consent
- ○ Lack of efficacy
- ○ Other

Variable DSTERM from DS dataset:

```
Obs    DSTERM

1      ADVERSE EVENT: 1
2      ADVERSE EVENT: 2
3      COMPLETED
4      NEED FOR DIALYSIS
5      SUBJECT UNABLE TO ATTEND VISITS IN OFFICE DUE TO REHAB
6      WITHDRAWAL OF INFORMED CONSENT
```

(3) Other Comments – 15 minutes

*Pharmacology/Toxicology*

We have reviewed your submitted nonclinical studies and the document titled "Response to NDA Filing Letter Dated 29 October 2019" (submitted on November 7,

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

CONFIDENTIAL

NDA 211408
Page 5

2019). We do not agree with your interpretation of the findings in the rat juvenile toxicity study and rabbit embryofetal development study.

- We believe the premature deaths observed in the rat juvenile toxicity study could be treatment-related for the following reasons:

  o Because autolysis and/or cannibalism was observed in the animals who died prematurely, there were no reliable blood gas or gross necropsy data from these animals. After dismissing deaths speculated to be related to infection or dosing errors from the premature death list (Table 1 of your submission), the death incidences were 2, 0, 1, and 5 at 0, 0.05, 0.3, and 1.5 g/kg/day, respectively. The higher incidence of death at 1.5 g/kg/day could be related to TRC101.

  o Four of the five remaining deaths occurred during dosing days 9-15. If the viscosity of the dose formulations contributed to the premature deaths, as you hypothesize, it is more likely that the deaths would have occurred during the first week.

  o Although TRC101 is not absorbed from the GI tract, it disturbs GI pH and systemic acid-base equilibrium. Adult animals with normal renal function may be able to re-establish acid-base equilibrium and tolerate the drug; however, it is possible that neonatal rats without mature renal function are unable to adequately compensate. Based on the published literature (Frazier KS, Birth Defects Research 109:1243–1256, 2017), acid-base equilibrium matures around PND 17 in rats and around postnatal week (PNW) 8 in humans.

  Based on the above considerations, the finding of a higher rate of premature deaths in the high-dose group should be added to the label in Section 8.4 Pediatric Use.

- We believe the fetal gallbladder findings in the rabbit embryo fetal development study could be treatment-related for the following reasons:

  o It is not appropriate to use the maximum incidence observed in historical control data (HCD) for comparisons. Although the maximum incidence of absent gallbladders from your HCD is 2 of 19 litters (10.5%), the probability of such a high incidence in HCD at Covance, the vendor, is very low [Posobiec LM et al. Birth Defects Research (Part B) 107: 76–84, 2016]. It was reported that the probability of 2 out of a group of 22 does aborting their litter or of having a fetal abnormality by chance was only 0.37% for Covance NZW.

  o The incidence of absent gallbladder of 2/21 (9.5%) in the high-dose groups should not be dismissed based on a similar incidence of 2/19 (10.5%) in your HCD given the higher incidence of this finding in the mid-dose group (5/21, 23.8%).

  o You have indicated that reduced fetal body weight is the most sensitive indicator of developmental toxicity. Individual fetal body weights of fetuses with small or absent gallbladders and mean fetal body weights of litters with small and/or absent gallbladders were lower in the mid-dose group than in controls or in

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

FDACDER000749

NDA 211408
Page 6

animals in the same group with normal gallbladders. Although the difference in mean group fetal body weights was small, the same trend was seen at all doses and the combined sex Least Square Mean (LSM) was lowest at the mid dose. In addition, maternal gestation body weight changes and food consumption were transiently lower in the treated animals than in the controls, although body weight changes and food consumption during gestation days 0-6 (baseline) were slightly lower in the mid- and high-dose groups. As such, fetal body weight cannot be used to dismiss the gallbladder finding.

o   Considering variations in gallbladder size and absent gallbladder as a continuum, your HCD had a higher incidence of small gallbladder, while your current study showed a higher incidence of absent gallbladder; therefore, TRC101 treatment may be associated with a more severe phenotype.

o   Although TRC101 was not absorbed from the maternal GI tract and therefore could not reach the fetus through the placenta, TRC101 disturbs maternal acid-base equilibrium, an effect that can plateau with higher doses. Although the exact mechanism of how this might affect fetal development, particularly gallbladder development, is unclear, lack of systemic drug exposure and lack of a dose-dependent effect cannot be used to dismiss the high incidence of absent gallbladder as unrelated to TRC101.

Based on the above considerations, the finding of absent gallbladder in the mid- and high-dose groups in the embryofetal development study in rabbits should be added to the label in Section 8.1 Pregnancy.

*Clinical Pharmacology*

We have reviewed the results of TRCA-301, in which all patients randomized to TRC101 received 6 g QD for the first 4 weeks. After this period, dose adjustment was allowed based on serum bicarbonate values. We note that there was no significant increase in change from baseline in serum bicarbonate between Week 4 and later time points (up to Week 12) in the TRC101 arm, even though the majority of patients (68%) in this arm had their dose up-titrated (see Figure 4 of the TRCA-301 CSR). We further note that, of 84 patients who received dose up-titration in the TRC101 arm, 13 patients who were categorized as non-responders at Week 4 became responders (serum bicarbonate within normal range ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ same criteria applied for purposes of powering the postmarketing trial) at Week 12, while 14 patients who were responders at Week 4 became non-responders at Week 12. This suggests that the observed changes in serum bicarbonate over this time period likely reflect variatiability in serum bicarbonate levels. These findings are also consistent with the results of your dose finding study TRCA-101 where a dose of 4.5 mg BID did not result in a meaningful increase in serum bicarbonate levels compared with a dose of 6 g QD. For these reasons, we question the value of dose up-titration over the proposed dose range.

(4) Information Requests – 10 minutes

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4551527

FDACDER000750

CONFIDENTIAL

NDA 211408
Page 7

*Clinical*

- Please submit a dataset containing the reason for screening failure in TRCA-301 or direct us to where such a dataset can be found in your NDA submission. Based on your CRF, it appears that investigators could indicate "Other, Specify" as the reason. If "Other, Specify" was selected as the reason for screening failure, please also provide the specific reason that was given (i.e., verbatim text).

- Please clarify whether unique subject ID TRCA-101-4011 is the same individual as unique subject ID TRCA-301-0034-012.

- As soon as possible, please submit an encrypted SAS dataset of the randomization list for TRCA303 to the IND including the randomization number, treatment arm, and stratification factors. Please include an unencrypted define file describing the randomization dataset variables. After the trial is complete, you should submit the encryption key with your NDA submission, referencing the date and serial number of the original submission of the encrypted dataset.

- As soon as possible, please submit an encrypted SAS dataset of the randomization list for TRCA303 to the IND including the randomization number, treatment arm, and stratification factors. Please include an unencrypted define file describing the randomization dataset variables. After the trial is complete, you should submit the encryption key with your NDA submission, referencing the date and serial number of the original submission of the encrypted dataset.

(5) Advisory Committee Meeting – 5 minutes

We acknowledge your email dated January 11, 2020 expressing concern that presentation of information on the design of ongoing trial TRCA-303 could compromise study blinding. Although FDA advisory committee meetings are public events, under some circumstances, limited closed sessions may be held.  We believe, however, that it is premature to discuss this issue. Given the significant issues noted above, it is no longer obvious to us that an advisory committee meeting is needed.

(6) Late Cycle Meeting/Other Projected Milestones – 1 minutes

- Late Cycle Meeting – April 2, 2020
- Late Cycle Communication meeting - April 27, 2020

(7) Review Plans – 1 minute

We plan to continue our review of the submitted data.

(8) Wrap-up and Action Items – 1 minute

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

FDACDER000751

CONFIDENTIAL

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ALIZA M THOMPSON
01/24/2020 02:27:55 PM

FDACDER000752