# Exhibit I
# Redacted - [Exhibit 14 to the Hemmendinger Decl.]

**CONFIDENTIAL**



NDA 211408

**LATE-CYCLE MEETING MINUTES**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your new drug application (NDA) dated August 22, 2019, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Alezuris (veverimer) 3, 6, and 9 grams powder for suspension.

We also refer to the Late-Cycle Meeting (LCM) between representatives of your firm and the FDA on May 1, 2020.

A copy of the official minutes of the LCM is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Anna Park, Regulatory Project Manager at (301)796-1129.

                              Sincerely,

                              *{See appended electronic signature page}*

                              Aliza Thompson, M.D., M.S.
                              Deputy Director
                              Division of Cardiology and Nephrology (DCN)
                              Office of Cardiology, Hematology, Endocrinology
                              & Nephrology
                              Center for Drug Evaluation and Research

Enclosure:
- Late Cycle Meeting Minutes

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

**FDACDER000006**

**CONFIDENTIAL**



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

---

## MEMORANDUM OF LATE-CYCLE MEETING MINUTES

**Meeting Date and Time:**    May 1, 2020 from 1:00 PM – 2:00 PM, ET

**Application Number:**    NDA 211408
**Product Name:**    Veverimer

**Applicant Name:**    Tricida, Inc.

**Meeting Chair:**    Aliza Thompson, M.D., M.S.
**Meeting Recorder:**    Anna Park, M.S., R.Ph., RAC

**FDA ATTENDEES**
Office of Cardiology, Hematology, Endocrinology and Nephrology (OCHEN)
Ellis Unger, M.D.                                Director

Division of Cardiology and Nephrology (DCN)
Norman Stockbridge, M.D., Ph.D.    Director
Aliza Thompson, M.D., M.S.            Deputy Director
Kimberly Smith, M.D., M.S.             Medical Team Leader
Mary Ross Southworth, Pharm.D.    Deputy Director for Safety

Division of Regulatory Ops for Cardiology, Hematology, Endocrinology, and Nephrology (DRO-CHEN)
Edward Fromm, R.Ph., RAC              Chief Project Management Staff
Anna Park, M.S., R.Ph., RAC           Regulatory Project Manager

Office of Biostatistics
Jialu Zhang, Ph.D.                           Team Leader
John Lawrence, Ph.D.                      Reviewer

**APPLICANT ATTENDEES**
Gerrit Klaerner, Ph.D.                      Chief Executive Officer and President
Dawn Parsell, Ph.D.                         Executive Vice President, Clinical Development
Sarah McNulty                                 Sr. Vice President, Regulatory Affairs
Angela Lee                                      Sr. Vice President, Quality and Project
                                                       Management
Yuri Stasiv, Ph.D.                             Sr. Vice President, Clinical Operations
Tania Gonzalez, Ph.D.                      Director, Regulatory Affairs

*Consultants*
Claire Lockey                                    Regulatory Consultant

Reference ID: 4617474    **FDACDER000007**

CONFIDENTIAL

NDA 211408
Late-Cycle Meeting Minutes

Navdeep Tangri, M.D., Ph.D., FRCPC   Associate Professor of Medicine, Department of
Medicine and Community Health Sciences,
University of Manitoba; Scientific Director,
Chronic Disease Innovation Center, Seven Oaks
Hospital, Winnipeg, Manitoba

Michael Walker, Ph.D.             Biostatistical Consultant
Vandana Mathur, M.D., FASN        MathurConsulting

## 1.0    BACKGROUND

NDA 211408 was submitted on August 22, 2019 for Alezuris (veverimer).

Proposed indication: Treatment of Metabolic Acidosis and Slowing of Kidney
Disease Progression in Patients with Metabolic Acidosis Associated with Chronic
Kidney Disease

PDUFA goal date: August 22, 2020
FDA issued a Background Package in preparation for this meeting on April 17, 2020.

## 2.0    DISCUSSION
(1) Introductory Comments

a. Discussion of Substantive Review Issues
   *Magnitude and durability of the treatment effect on blood bicarbonate*
   At the Mid-Cycle Communication Teleconference on January 27, 2020, we
   noted that the treatment effect on blood bicarbonate at weeks 12 and 52 in
   TRCA-301/301E was 2.64 mEq/L and 1.99 mEq/L, respectively. In addition to
   voicing concern about the ability of your post-marketing trial, as designed, to
   verify the clinical benefit, we questioned whether an effect of this size should
   be considered "reasonably likely" to predict benefit. We remain concerned
   about the magnitude and durability of the treatment effect. We further note
   that the treatment effect at Week 52 was driven entirely by a single site in
   Bulgaria (Site 11).

b. *Applicability of data from TRCA-301/301E to the U.S. population*
   At the Mid-Cycle Communication Teleconference on January 27, 2020, we
   indicated that it was not clear that the results of TRCA-301/301E were
   applicable to the U.S. population and practice of medicine. We noted that
   most patients in the trial were enrolled in Bulgaria and Georgia (148/217), and
   randomization in those countries favored TRC101. Only 27/217 patients were
   enrolled in the U.S., randomization in the U.S. favored placebo, and only two
   patients randomized to TRC101 in the U.S. contributed data to analyses at
   Week 52. Other patients in the trial were enrolled in Ukraine, Hungary,
   Serbia, Slovenia, and Croatia.

Reference ID: 4617474

FDACDER000008

CONFIDENTIAL

NDA 211408
Late-Cycle Meeting Minutes

In your response dated February 5, 2020, you noted that reported etiologies of chronic kidney disease (CKD), comorbidities, and related concomitant medications in the trial population are similar to what would be expected in the U.S., and that countries in Eastern Europe follow the same international guidelines for the diagnosis and treatment of CKD. We note, however, that Balkan Endemic Nephropathy (BEN) is endemic in the region targeted for enrollment in your trial but is not typically seen in the U.S. or outside this region. As we understand, BEN causes a chronic tubulointerstitial disease that manifests as renal tubular dysfunction with metabolic acidosis despite a relatively preserved eGFR and a slow loss of kidney function. Although you indicate that patients had other reported etiologies of CKD, it is not clear how physicians arrived at this determination. We also note that the population had significant metabolic acidosis (mean baseline bicarbonate ███████ ) despite a relatively preserved eGFR (mean ~30 mL/min/1.73m$^2$), which would be consistent with a cause of acidosis other than reduced kidney function (i.e., BEN).

We are concerned that the response to treatment in patients with BEN (i.e., the size of the treatment effect on blood bicarbonate) may not be representative of the size of the treatment effect in patients in the U.S. with metabolic acidosis associated with CKD who do not have BEN. We also question whether the treatment effect on renal outcomes in one population can be extrapolated to the other; an issue that has bearing on your ongoing trial.

*Discussion:*
**The Division noted that the goal of the meeting was to ensure the applicant had an opportunity to respond to the two substantive review issues identified by the review team and to address any follow-up questions from the Agency. The applicant had submitted a written response to the NDA in advance of the teleconference and briefly summarized key points during the meeting. In brief, the applicant noted:**

- **Participants in the TRCA-301/301E studies randomized to TRC101 maintained a mean serum bicarbonate level ███████ higher than those randomized to placebo and that a treatment effect of ██████ is predicted to reduce the relative risk of CKD progression by 13% as shown in a Dr. Navdeep Tangri's quantitative, predictive model and other observational studies.**
- **The clinical characteristics of patients enrolled in Bulgaria "fall well within the range of those of the subjects" enrolled at all other sites and "within the range of US patients with CKD" and do not suggest that those patients are different from the US CKD population.**
- **It is unlikely that any substantive number of patients had BEN. The applicant cited geographical location, the prevalence of**

Reference ID: 4617474

FDACDER000009

**CONFIDENTIAL**

NDA 211408
Late-Cycle Meeting Minutes

comorbidities in the trial population, and lack of evidence of other findings often associated with BEN (e.g., profound anemia, uroepithelial malignancies, tubular dysfunction).

The Agency asked whether the numbers cited regarding the relationship between serum bicarbonate and clinical outcomes were based on a single serum bicarbonate value or treatment effects on serum bicarbonate. The applicant clarified that the numbers cited were associations between a single serum bicarbonate value and later outcomes.

The Agency thanked the applicant for providing an overview of their response and noted that the information was still under review and a final decision had not been made regarding the application.

(2) Discussion of Upcoming Advisory Committee Meeting

As discussed during our call on March 31, 2020, we do not believe an Advisory Committee Meeting is needed.

*Discussion:*
The Agency confirmed that there are currently no plans to hold an Advisory Committee Meeting.

(3) Wrap-up and Action Items

This application has not yet been fully reviewed by the signatory authority, division director, and Cross-Discipline Team Leader (CDTL) and therefore, this meeting did not address the final regulatory decision for the application.

*Additional Discussion:*
*Labeling*
The applicant asked when they might expect labeling. The Agency noted that, for applications that are expected to be approved, discussions generally begin approximately one month before the goal date.

*Inspections*
The applicant asked about the need for additional inspections. The Agency noted that there are challenges with conducting inspections in the current environment given COVID-19 and that implications for approval are being handled on a case-by-case basis. The Agency noted that no additional inspections are planned at this time.

Reference ID: 4617474

FDACDER000010

CONFIDENTIAL

--------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ANNA J PARK
06/01/2020 02:28:35 PM

ALIZA M THOMPSON
06/01/2020 02:59:56 PM