# Exhibit L

# Redacted - [Reply Exhibit 2 to the Hemmendinger Decl.]

**CONFIDENTIAL**

TRC101                                                                                                    Tricida, Inc.
Type A Meeting Request and Package                                                  NDA 211408



FDACDER000039

**CONFIDENTIAL**

TRC101                                                                                                    Tricida, Inc.
Type A Meeting Request and Package                                                          NDA 211408

T



**Figure 2:**



**17.2.1.1.**

FDACDER000040