LATHAM & WATKINS LLP
  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400
  colleen.smith@lw.com

  Morgan E. Whitworth (SBN 304907)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 391-0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANT GERRIT KLAERNER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY'S MATERIAL SHOULD BE SEALED (DKT. 139)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

[PROPOSED] ORDER GRANTING IN PART
DEFENDANT'S ADMIN MOTION TO CONSIDER
SEALING NON-PARTY'S MATERIAL

Presently before the Court is an administrative motion by Defendant Gerrit Klaerner ("Defendant") to consider whether to file under seal certain limited portions of the below-referenced documents filed in connection with Lead Plaintiff Michael Pardi's Second Amended Complaint ("SAC") and Defendant's Motion to Dismiss.

Having considered Defendant's Administrative Motion to Consider Whether Non-Party's Material Should Be Sealed ("Administrative Motion to Seal") and non-party Renibus Therapeutics, Inc.'s Statement and the Declaration of Norma Schafer filed in support thereof, the Court hereby GRANTS IN PART Defendant's Administrative Motion to Seal. The Clerk of the Court SHALL file under seal the following:

| Dkt. No. Public / (Sealed) | Document | Blue[1] Highlighted Portion(s) to Be Sealed | Basis for Sealing | Ruling |
|---|---|---|---|---|
| 109 / (108-2)<br><br>[New version filed concurrently herewith as Exhibit A] | Lead Plaintiff's Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint | p. 7, lines 8, 12, 20<br>p. 8, line 20<br>p. 20, lines 23-25<br>p. 21, lines 5, 21 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 109-2 / (108-3, 108-4, 114-2)<br><br>[New version filed concurrently herewith as Exhibit B] | [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23<br>p. 4, lines 1, 23-24<br>p. 5, lines 2, 4<br>p. 7, lines 7, 10<br>p. 9, lines 2-3<br>p. 16, lines 1, 15<br>p. 17, lines 11, 24-25<br>p. 18, line 2<br>p. 19, lines 15, 17, 20<br>p. 23, lines 4-5<br>p. 24, line 28<br>p. 25, line 1<br>p. 27, line 15 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |

---

[1] Some of the documents Renibus received from Defendant contained pre-existing highlighting in yellow or grey. Renibus seeks to seal only the portions that are highlighted in blue.

| | | p. 29, lines 15-16<br>p. 34, lines 6, 24<br>p. 39, lines 21-22 | | |
|---|---|---|---|---|
| 115 / (114-2)<br><br>[New version filed concurrently herewith as Exhibit C] | Second Amended Complaint for Violations of the Federal Securities Laws | p. 3, line 23<br>p. 4, lines 1, 23-24<br>p. 5, lines 2, 4<br>p. 7, lines 7, 10<br>p. 9, lines 2-3<br>p. 16, lines 1, 15<br>p. 17, lines 10-11, 24-26<br>p. 18, line 2<br>p. 19, lines 15, 17, 20<br>p. 23, lines 4-5<br>p. 24, line 28<br>p. 25, line 1<br>p. 27, line 15<br>p. 29, lines 15-16<br>p. 34, lines 6, 24<br>p. 39, lines 21-22 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-10 / (127-13)<br><br>[New version filed concurrently herewith as Exhibit D] | Exhibit 8 to the Declaration of Sarah A. Hemmendinger ("Hemmendinger Decl.") in Support of Defendant's Motion to Dismiss (Minutes from Tricida's meeting with the FDA on February 9, 2017) | FDACDER000570–73<br>FDACDER000576–78<br>FDACDER000580–82<br>FDACDER000585–86<br>FDACDER000591<br>FDACDER000593 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-11 / (127-14)<br><br>[New version filed concurrently herewith as Exhibit E] | Exhibit 9 to the Hemmendinger Decl. (Minutes from Tricida's meeting with the FDA on July 26, 2017) | FDACDER001159<br>FDACDER001166–76 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 4:21-cv-00076-HSG

2

[PROPOSED] ORDER GRANTING IN PART
DEFENDANT'S ADMIN MOTION TO CONSIDER
SEALING NON-PARTY'S MATERIAL

| | | | | |
|---|---|---|---|---|
| | | | *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-12 / (127-15)<br><br>[New version filed concurrently herewith as Exhibit F] | Exhibit 10 to the Hemmendinger Decl. (Type C Written Responses to Tricida from the FDA dated November 20, 2017) | FDACDER000606 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-14 / (127-17)<br><br>[New version filed concurrently herewith as Exhibit G] | Exhibit 12 to the Hemmendinger Decl. (Mid-Cycle Communication Agenda for Tricida's mid-cycle meeting with the FDA dated January 27, 2020) | FDACDER000747<br>FDACDER000750 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-15 / (127-18)<br><br>[New version filed concurrently herewith as Exhibit H] | Exhibit 13 to the Hemmendinger Decl. (Minutes from Tricida's mid-cycle meeting with the FDA on January 27, 2020) | FDACDER011705–06<br>FDACDER011710 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-16 / (127-19)<br><br>[New version filed concurrently herewith as Exhibit I] | Exhibit 14 to the Hemmendinger Decl. (Minutes from Tricida's late-cycle meeting with the FDA on May 1, 2020) | FDACDER000009 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 128-30 / (127-20) | Exhibit 28 to the Hemmendinger Decl. (Excerpt of | FDACDER000043 | Confidential, proprietary, and | |

Case No. 4:21-cv-00076-HSG

3

[PROPOSED] ORDER GRANTING IN PART DEFENDANT'S ADMIN MOTION TO CONSIDER SEALING NON-PARTY'S MATERIAL

| [New version filed concurrently herewith as Exhibit J] | letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | | competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| --- | --- | --- | --- | --- |
| 131, 130-4 / (130-3)<br><br>[New version filed concurrently herewith as Exhibit K] | Lead Plaintiff's Opposition to Defendant Klaerner's Motion to Dismiss the Second Amended Complaint | p. 4, lines 2, 9, 27<br>p. 5, lines 9, 25<br>p. 18, line 4<br>p. 20, line 19 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |
| 135-3 / (134-6)<br><br>[New version filed concurrently herewith as Exhibit L] | Reply Exhibit 2 to the Hemmendinger Decl. (Excerpt from letter to FDA from Tricida requesting End of Review Conference – Type A meeting dated September 21, 2020) | FDACDER000039–40 | Confidential, proprietary, and competitively sensitive clinical trial data. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |

**IT IS SO ORDERED.**

Dated:

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge