LATHAM & WATKINS LLP
  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  Tel:  858.523.5400
  colleen.smith@lw.com

  Morgan E. Whitworth (SBN 304907)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Tel:  415.391.0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

<u>**CERTIFICATE OF SERVICE**</u>

I, Morgan Whitworth, do hereby certify that on October 10, 2023, I caused copies of the following documents to be served via email upon the parties listed below:

- **UNREDACTED EXHIBITS A-L**

**BY ELECTRONIC MAIL**

The transmissions was reported as complete and without error to the electronic addresses below:

| | |
|---|---|
| **Jeffrey C. Block**<br>**Michael D. Gaines**<br>**Jacob Allen Walker**<br>Block & Leviton LLP<br>260 Franklin Street<br>Suite 1860<br>Boston, MA 02110<br>(617) 398-5600<br>Email: jeff@blockesq.com<br>      michael@blockleviton.com<br>      jake@blockleviton.com | *Lead Counsel for Plaintiff* |
| **Sara B. Brody**<br>**Matthew James Dolan**<br>**Sarah Alison Hemmendinger**<br>**Jacob Allen Walker**<br>**Robin Eve Wechkin**<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-1200<br>Email: sbrody@sidley.com<br>      mdolan@sidley.com<br>      shemmendinger@sidley.com<br>      rwechkin@sidley.com | *Counsel for Defendant* |

*/s/ Morgan Whitworth*

Morgan E. Whitworth

2

CASE NO. 4:21-cv-00076-HSG                                   CERTIFICATE OF SERVICE

**ATTESTATION**

I hereby attest that Morgan E. Whitworth has authorized me to indicate his signature with a conformed signature (/s/) within this document.

/s/ *Colleen C. Smith*

Colleen C. Smith

3