Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant
Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.  4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**DEFENDANT GERRIT KLAERNER'S RESPONSE TO ORDER ON ADMINISTRATIVE MOTION TO SEAL (DKT. 141)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's order on February 27, 2024 (Dkt. 141), Defendant respectfully submits the following: (1) exhibits filed publicly without redactions; and (2) revised redacted exhibits in conformance with the Court's order on sealing.

Attached hereto are the following documents filed publicly without redactions, including their public and previously provisionally sealed docket numbers, respectively:

1. Defendant Gerrit Klaerner's Motion to Dismiss Second Amended Complaint, Dkt. No. 128/(Dkt. No. 127-4).

2. Exhibit 11 to the Declaration of Sarah Hemmendinger ("Hemmendinger Decl.") in Support of Defendant's Motion to Dismiss, Dkt. No. 128-13/(Dkt. No. 127-12).

3. Defendant's Reply in Support of Motion to Dismiss the Second Amended Complaint, Dkt. No. 135/(Dkt. No. 134-4).

Additionally, attached hereto are the following documents redacted in accordance with the Court's February 27, 2024 order:

1. Exhibits 8-10, 12-14, and 28 to the Hemmendinger Decl., Dkt. No. 128-10/(Dkt. No. 127-6), Dkt. No. 128-11/(Dkt. No. 127-8), Dkt. No. 128-12/(Dkt. No. 127-10), Dkt. No. 128-14/(Dkt. No. 127-14), Dkt. No. 128-15/(Dkt. No. 127-16), Dkt. No. 128-16/(Dkt. No. 127-18), Dkt. No. 128-30/(Dkt. No. 127-20).

2. Reply Exhibit 2 to the Hemmendinger Decl., Dkt. No. 135-3/(Dkt. No. 134-6).

Date:  March 4, 2024

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By:*/s/ Sara B. Brody*
Sara B. Brody (SBN 130222)

*Attorneys for Defendant Gerrit Klaerner*