**Reply Exhibit 2**

**CONFIDENTIAL**

TRC101                                                                                   Tricida, Inc.
Type A Meeting Request and Package                                                         NDA 211408



**FDACDER000039**

**CONFIDENTIAL**

TRC101                                                                                                   Tricida, Inc.
Type A Meeting Request and Package                                                                       NDA 211408



**Figure 2:**

**17.2.1.1.**

FDACDER000040