# Exhibit 8

CONFIDENTIAL

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 125832

**MEETING MINUTES**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for TRC-101.

We also refer to the meeting between representatives of your firm and the FDA on February 8, 2017.  The purpose of the meeting was to discuss your development program.

A copy of the official minutes of the meeting is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Anna Park, Regulatory Project Manager at (301) 796-1129.

Sincerely,

*{See appended electronic signature page}*

Ellis Unger, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

FDACDER000566

**CONFIDENTIAL**



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

| | |
|---|---|
| **Meeting Type:** | A |
| **Meeting Category:** | Guidance |
| | |
| **Meeting Date and Time:** | February 9, 2017 12:00 PM – 1:30 PM, EST |
| **Meeting Location:** | Building 22, Room 1417 |
| | |
| **Application Number:** | 125832 |
| **Product Name:** | TRC-101 |
| **Indication:** | treatment of metabolic acidosis associated with chronic kidney disease |
| **Sponsor/Applicant Name:** | Tricida, Inc. |
| | |
| **Meeting Chair:** | Ellis Unger, M.D. |
| **Meeting Recorder:** | Anna Park, M.S., R.Ph., RAC |

**FDA ATTENDEES**

| | |
|---|---|
| Ellis Unger, M.D. | Director, Office of Drug Evaluation I |
| Naomi Lowy, M.D. | Associate Director for Regulatory Science, Office of Drug Evaluation I |

Division of Cardiovascular and Renal Products

| | |
|---|---|
| Norman Stockbridge, M.D., Ph.D. | Director |
| Aliza Thompson, M.D. | Medical Team Leader |
| Shari Targum, M.D. | Medical Team Leader |
| Shen Xiao, M.D. | Medical Officer |
| Baichun Yang, Ph.D. | Pharmacology Reviewer |
| Anna Park, M.S., R.Ph., RAC | Regulatory Project Manager |

Office of Clinical Pharmacology

| | |
|---|---|
| Sudharshan Hariharan, Ph.D. | Clinical Pharmacology Team Leader |
| Martina Sahre, Pharm.D. | Clinical Pharmacology Reviewer |

Office of Biostatistics

| | |
|---|---|
| James Hung, Ph.D. | Director, Division of Biometrics I, Office of Biostatistics (OB) |
| Ququan (Cherry) Liu, M.D. | Statistician |

FDACDER000567

CONFIDENTIAL

IND 125832
Page 2

## SPONSOR ATTENDEES

| | |
|---|---|
| Gerrit Klaerner, Ph.D. | Chief Executive Officer & President |
| Claire Lockey | Chief Development Officer & Sr. Vice President |
| Sarah McNulty | Vice President, Regulatory Affairs |
| David A. Bushinsky, M.D. | Professor of Medicine and of Pharmacology and Physiology, University of Rochester School of Medicine, Rochester, NY |
| Thomas Hostetter, M.D. | Professor of Medicine and Vice Chairman for Research in the Department of Medicine at Case Western Reserve University, School of Medicine, Cleveland, OH |
| Frank Sasinowski, M.S., M.P.H., J.D. | Regulatory Consultant, Director, Hyman, Phelps, and McNamara |
| Janet Wittes, Ph.D. | Biostatistics Consultant, President, Statistics Collaborative, Inc. |
| Dawn Parsell, Ph.D. | Consultant in Regulatory Affairs |
| Angela Lee | Vice President, Project Management |

## 1.0    BACKGROUND

TRC101 is a non-absorbed, high capacity, selective proton and chloride binder designed for the treatment of metabolic acidosis associated with chronic kidney disease (CKD).  Patients with CKD continue to generate acid from metabolism but have a reduced ability to excrete acid via the kidney. As a result, metabolic acidosis, characterized by a reduced serum bicarbonate concentration (SBC), can develop in advanced stages of CKD.

An End-of-Phase 2 meeting was held on November 30, 2016. At that meeting, there was a wide-ranging discussion on the use of SBC as a surrogate for a treatment's effect on renal, bone and/or muscle function-related outcomes in patients with metabolic acidosis associated with CKD, endpoints beyond changes in SBC that might serve as a basis for approval, and challenges associated with conducting a trial to establish a benefit beyond a change in SBC.  At the conclusion of the meeting, the Division offered the opportunity for further discussion.  Tricida requested this Type A meeting to continue discussions on the clinical development plan and approval pathway for TRC101.

The discussion at the End-of-Phase 2 meeting focused on SBC as a validated surrogate endpoint and basis for full/traditional approval. After further review of FDA's *Guidance for Industry: Expedited Programs for Serious Conditions – Drugs and Biologics*, Tricida believes that their product would be eligible for accelerated approval. Specifically, Tricida believes that: 1) chronic metabolic acidosis together with the clinical consequences of the disease represents a serious condition; 2) TRC101 provides a meaningful advantage over available therapies in that there are no available treatments for patients with chronic metabolic acidosis; and 3) TRC101 demonstrates an effect on a surrogate endpoint (i.e., increase in serum bicarbonate) that is reasonably likely to predict a clinical benefit.

FDACDER000568

IND 125832
Page 3

Tricida's meeting package contained a discussion of the evidence supporting eligibility of TRC101 for accelerated approval. The meeting package also contained a description of the proposed pivotal trial for approval and a high-level overview of the proposed post-approval study intended to verify the anticipated benefit. The primary objective of the meeting was to obtain concurrence from FDA on the approval pathway for TRC101, and the clinical study plan that will support submission and review of a NDA and approval of TRC101.

Preliminary responses to the submitted questions were provided to the sponsor, and are copied below, followed by any additional discussions that took place during the meeting. The sponsor used a slide presentation to guide the discussion at the meeting. Please refer to the attached slides.

## 2.0    DISCUSSION

### 2.1.    Questions

*Question 1:*
Does the Division agree that TRC101 treats a serious condition (i.e., chronic metabolic acidosis)?

**Preliminary FDA Response:** We agree that end stage renal disease is a serious disease and that there is reason to believe that treating raising serum bicarbonate concentrations may slow disease progression in patients with metabolic acidosis associated with chronic kidney disease.

*Question 2:*
Does the Division agree that TRC101 may provide a meaningful advantage over available therapies because there is no available therapy for the target population (i.e., patients with CKD and chronic metabolic acidosis)?

**Preliminary FDA Response:**  We agree that there is unmet need for therapies that slow progression to end stage renal disease in patients with CKD and chronic metabolic acidosis.

*Question 3:*
Does the Division agree that the proposed design of the Phase 3 trial of TRC101, Study TRCA-301, is capable of demonstrating an effect on a surrogate endpoint that is reasonably likely to predict a clinical benefit?

**Preliminary FDA Response:**  A key issue is whether the magnitude of the treatment effect on serum bicarbonate in Study TRCA-301 is sufficient to provide confidence that the treatment will have the anticipated clinical benefit that you are powered to find in your postmarketing study. One can approach this issue by asking how large the effect size on SBC would need to be to observe the expected benefit in your postmarketing trial. To be granted accelerated approval, you would need to demonstrate a treatment effect on SBC that is greater than or equal to that magnitude.

FDACDER000569

IND 125832
Page 4

In order to use this approach, one would need to have a quantitative understanding of the relationship between changes in SBC and the clinical outcome of interest (in this case, the endpoint you plan to use in your post-marketing trial). The predictive model of CKD progression to kidney failure developed by Tangri et al (JAMA 2010) may be informative in this regard. Please also address what RCTs there are of the use of sodium bicarbonate in patients with CKD and metabolic acidosis.

The clinical endpoint you plan to use in your post-marketing trial appears to be a global rank endpoint, which includes a continuous endpoint and a time to event component. We need additional detail on how you plan to rank the mixture and how you plan to handle missing data and dropouts.

### _Question 4:_
Does the Division agree with the design of the proposed clinical study to support accelerated approval, under Subpart H, of TRC101 for treatment of chronic metabolic acidosis (Study TRCA-301) described in Section 16.2.1?



FDACDER000570

IND 125832
Page 5



***Question 5:***

Does the Division agree with the design elements of the proposed post-approval clinical outcomes study (Study TRCA-303) described in Section 16.2.2?

FDACDER000571

**CONFIDENTIAL**

IND 125832
Page 6



CONFIDENTIAL

IND 125832
Page 7



## 3.0    OTHER IMPORTANT MEETING LANGUAGE

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Please be advised that under the Food and Drug Administration Safety and Innovation Act (FDASIA), you must submit an Initial Pediatric Study Plan (iPSP) within 60 days of an End of Phase (EOP2) meeting.  In the absence of an End-of-Phase 2 meeting, refer to the draft guidance below.  The PSP must contain an outline of the pediatric study or studies that you plan to conduct (including, to the extent practicable study objectives and design, age groups, relevant endpoints, and statistical approach); any request for a deferral, partial waiver, or waiver, if applicable, along with any supporting documentation, and any previously negotiated pediatric plans with other regulatory authorities.  The PSP should be submitted in PDF and Word format. Failure to include an agreed iPSP with a marketing application could result in a refuse to file action.

For additional guidance on the timing, content, and submission of the PSP, including a PSP Template, please refer to the draft guidance for industry, *Pediatric Study Plans: Content of and Process for Submitting Initial Pediatric Study Plans and Amended Pediatric Study Plans* at: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM360507.pdf.  In addition, you may contact the Division of Pediatric and Maternal Health at 301-796-2200 or email pdit@fda.hhs.gov.  For further guidance on pediatric product development, please refer to: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/ucm049867.htm.

### SUBMISSION FORMAT REQUIREMENTS

FDACDER000573

CONFIDENTIAL

IND 125832
Page 8

The Electronic Common Technical Document (eCTD) is CDER and CBER's standard format for electronic regulatory submissions.  Beginning **May 5, 2017,** the following submission types: **NDA, ANDA, BLA** and **Master Files** must be submitted in eCTD format.  **Commercial IND** submissions must be submitted in eCTD format beginning **May 5, 2018**.  Submissions that do not adhere to the requirements stated in the eCTD Guidance will be subject to rejection.  For more information please visit: http://www.fda.gov/ectd.

## SECURE EMAIL COMMUNICATIONS

Secure email is required for all email communications from FDA to sponsors when confidential information (e.g., trade secrets, manufacturing, or patient information) is included in the message.  To receive email communications from FDA that include confidential information (e.g., information requests, labeling revisions, courtesy copies of letters), sponsors must establish secure email.  To establish secure email with FDA, send an email request to SecureEmail@fda.hhs.gov.  Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

## 4.0    ATTACHMENTS AND HANDOUTS
Attached below.

# Goals of Meeting Based on Preliminary Responses

CONFIDENTIAL

- Gain agreement that a ≥ 4 mEq/L increase in serum bicarbonate in Study TRCA-301 is sufficient to provide confidence that TRC101 will demonstrate clinical benefit in the post-approval outcome study (TRCA-303)

- Gain agreement on modified design of the approval-enabling study, TRCA-301

- Initiate discussion of the renal endpoint and statistical approach for Study TRCA-303

Reference ID: 4066887

**TRICIDA**

CONFIDENTIAL

FDACDER000575

# Accelerated Approval Development Plan

- Study TRCA-301 will establish the proportion of patients that have an increase of ███████ in serum bicarbonate that is sufficient to provide confidence that Study TRCA-303 can show a difference between active and placebo subjects in slowing of kidney disease progression

- Study TRCA-303 primary endpoint components range from ≥ 30%, ≥ 40% or ≥ 50% eGFR reductions to ESRD and death

- Expected rate of renal events in the Study TRCA-303 placebo group is 15 – 30% over two years depending on the eGFR endpoint

- 600 – 800 subjects per group will allow a relative difference in renal events of 25 – 40% in the active vs. placebo group over two years

Reference ID: 4066887

TRICIDA

FDACDER000576

# Clinical Justification for ████████ Increase in Serum Bicarbonate

- Two alkali supplementation 2-year intervention RCTs showed active treatment compared to control:
  - Mean ████████ serum bicarbonate increase
  - Reduced eGFR decline by a mean ~ 4 mL/min/1.73m$^2$

- Across five retrospective analyses:
  - Each ████████ increase in serum bicarbonate is associated with a 3 – 10% decrease in risk of renal progression

- Tangri risk equation applied to the projected Study TRCA-303 population:
  - ████████ increase in serum bicarbonate decreases renal risk by ~24%

Reference ID: 4066887

TRICIDA

FDACDER000577

# Published RCTs Show Significant Renal Benefit with Serum Bicarbonate Increases of ███████████

| Study | Treatment | | Control | | Difference (Treatment-Control) | |
|---|---|---|---|---|---|---|
| | SBC CFB (mEq/L) | eGFR Decline (mL/min 1.73 m²) | SBC CFB (mEq/L) | eGFR Decline (mL/min 1.73 m²) | SBC CFB (mEq/L) | eGFR Decline (mL/min 1.73 m²) |
| De Brito (2009) | ██ | - 1.9 | 0.1 | - 5.9 | ██ | ██ |
| Phisitkul (2010) | ██ | - 3.2 | -0.9 | - 7.6 | ██ | ██ |
| Garneata (2016) | ██ | - 2.9 | 0.55 | - 7.1 | ██ | ██ |

De Brito:   1.82 g/day oral sodium bicarbonate vs. standard care, 2 years; Baseline ~ ██████ L SBC; ██████████ m2 eGFR

Phisitkul:   ██████ /kg/day oral sodium citrate vs standard care, 2 ████ ; ████████████████████████ 1.73 m2 eGFR

Garneata:   Very low-protein diet with/without ketoanalog supplementation, 18 months; Baseline ██████████████ n 1.73 m2 eGFR

TRICIDA

CONFIDENTIAL

FDACDER000578

4

Case 4:21-cv-00076-HSG   Document 144-4   Filed 03/04/24   Page 14 of 32

# Retrospective Analyses: Each 1 mEq/L of SBC Increase Reduces Risk of Renal Events by 3 – 10%

| Reference | Result |
|---|---|
| Humedica 2016 (N=43,777) | ≥ 3 mEq/L increase in SBC results in HR of 0.71 for CKD progression (start of dialysis) after multivariate adjustment. |
| Shah 2009 (N=5,422) | ≥ 3 mEq/L increase in SBC results in HR of 0.65 for CKD progression (50%↓ eGFR or eGFR <15 mL/min/1.73m$^2$). |
| Dobre 2013 (N=3,939) | Each 1 mEq/L increase in SBC was associated with a 3% lower risk of renal endpoint (50%↓ eGFR or ESRD). Adjusted HR = 0.97 |
| Raphael 2011 (N=1,094) | Each 1 mEq/L increase in SBC was associated with a 6% lower risk of the composite renal outcome of dialysis or GFR (50%↓ eGFR or by 25 mL/min/1.73m$^2$) event. Adjusted HR = 0.940 |
| Tangri 2011 (N=3,449) | Each 1 mEq/L increase in SBC was associated with an 8% lower risk of renal endpoint (defined as need for dialysis or preemptive kidney transplantation). Adjusted HR = 0.92 |

Reference ID: 4066887

TRICIDA

Case 4:21-cv-00076-HSG   Document 144-4   Filed 03/04/24   Page 15 of 32

FDACDER000579

# Tangri Risk Equation Applied to the Projected Study TRCA-303 Population

██████ Increase in Serum Bicarbonate Decreases Renal Risk by ~24%

| Risk Factor | Units | Baseline | Δ SBC = +4 |
|---|---|---|---|
| Age | years | 60.3 | 60.3 |
| Sex | M or F | M | M |
| Estimated GFR | mL/min/1.73m$^2$ | 22 | 22 |
| Urine Albumin Creatinine Ratio | mg/g | 237 | 237 |
| Serum Calcium | mg/dL | 9.3 | 9.3 |
| Serum Phosphorous | mg/dL | 3.8 | 3.8 |
| Serum Albumin | g/dL | 4 | 4 |
| Serum Bicarbonate | mEq/L | 17.7 | 21.7 |
| | | | |
| Two year risk of progression to kidney failure, dialysis or kidney transplantation | | 16.4% | 12.5% |

Based on risk equation in Tangri, 2011 updated in Tangri, 2016

Reference ID: 4066887

TRICIDA

FDACDER000580

6

# Study TRCA-303 Can Show a Difference Between Active and Placebo Subjects in Slowing of Kidney Disease Progression

- Achievable increase of ≥ ███████ in serum bicarbonate based on Study TRCA-101 (2-week study)

- Predicted Study TRCA-301 response rate (90-day study)

- Study TRCA-303 sample size calculation and primary endpoint

Reference ID: 4066887

**TRICIDA**

FDACDER000581

7

# TRC101 Clinical Development Program

CONFIDENTIAL



Case 4:21-cv-00076-HSG    Document 144-4    Filed 03/04/24    Page 18 of 32

Reference ID: 4066887

TRICIDA



~ 40% of TRC101 Subjects with a ≥ 4 mEq/L Increase in SBC After 2 Weeks in Study TRCA-101

CONFIDENTIAL

Reference ID: 4066887

FDACDER000583

TRICIDA



FDACDER000584

CONFIDENTIAL

Reference ID: 4066887

# Based on 2-Week Data, 60 – 70% of TRCA-301 Subjects on TRC101 are Expected to Have an SBC Increase of ≥

| TRCA-301: | TRCA-301: |
|---|---|
| 90 subjects randomized to TRC101 for 12 weeks | 90 subjects randomized to placebo for 12 weeks |

↓          ↓

*60 – 70% of TRC101 subjects with an increase in serum bicarbonate ≥*  *due to:*

- *Longer treatment duration*
- *Ability to titrate after 4 weeks*

*< 5% of placebo subjects with an increase in serum bicarbonate ≥*

Case 4:21-cv-00076-HSG    Document 144-4    Filed 03/04/24    Page 21 of 32

# Establishing How the Results of TRCA-301 Will Power Study TRCA-303

- Study TRCA-301 will establish the proportion of patients that have an increase of ███████ in serum bicarbonate that is sufficient to provide confidence that Study TRCA-303 can show a difference between active and placebo subjects in slowing of kidney disease progression

- Conservative assumptions for treatment group with binary connection between serum bicarbonate threshold and eGFR benefit:
  - Only subjects with ███████ increase in serum bicarbonate will have a renal benefit
  - Subjects with ████████ increase in serum bicarbonate will have no renal benefit

- Study TRCA-303 design

Reference ID: 4066887

Case 4:21-cv-00076-HSG    Document 144-4    Filed 03/04/24    Page 22 of 32

FDACDER000586

TRICIDA

12

# Study TRCA-303 Primary Endpoint Considerations

CONFIDENTIAL

➢ From EOP2 meeting the Division indicated that a traditional DDD endpoint (death, dialysis, time to doubling of creatinine [56% eGFR reduction]) is not required

➢ Our proposal from the Type A meeting package: ≥ 10%, ≥ 20%, ≥ 30%, ≥ 40%, ≥ 50%, ESRD, death and clinical events related to eGFR decline

➢ In the context of a post-approval clinical outcomes study
  ➢ Larger study with more traditional time-to-event survival analysis
  ➢ 2-year duration
  ➢ Limit the renal endpoint to death, dialysis or eGFR reductions ≥ 30% (or 40%) to limit the influence of acute variations on eGFR

Reference ID: 4066887

**TRICIDA**

FDACDER000587

13

# Anticipated Placebo Event Rate Based on Relevant Renal Outcome Studies and Tricida Site Feasibility



**Placebo eGFR Decline Event Rates**

Survival Analysis "DD30" (Death, Dialysis, ≥ 30% eGFR reduction) and "DD40" (Death, Dialysis, ≥ 40% eGFR Reduction) placebo rates calculated using Feasibility data

DD30 Placebo Event Rate: 29% (9+6+3+11=29%)

DD40 Placebo Event Rate: 18% (9+6+3=18%)

Reference ID: 4066887

TRICIDA

FDACDER000588

# Survival Analysis "DD30" (Death, Dialysis, ≥ 30% eGFR reduction) and "DD40" (Death, Dialysis, ≥ 40% eGFR Reduction)

Log-rank test of survival in two groups followed for fixed time, constant hazard ratio

|  | Proportion of Subjects with Event at Month 24 | | Hazard Ratio ln ($\pi_1$)/ln ($\pi_2$) | Number of Subjects per Group | Total Events Required |
|---|---|---|---|---|---|
|  | TRC101 $\pi_1$ | Placebo $\pi_2$ |  |  |  |
|  |  |  |  |  |  |
| DD40 → | 0.12 | 0.18 | 0.644 | 748 | 217 |
|  |  |  |  |  |  |
| DD30 → | 0.21 | 0.29 | 0.688 | 617 | 301 |
|  |  |  |  |  |  |

Assumes 2-sided log-rank test at significance level of 0.05, constant hazard ratio, power of 90%, and 24 months follow-up time.

Reference ID: 4066887

TRICIDA

FDACDER000589
15

# Study TRCA-303 is a Placebo-Controlled, Randomized Study of Patients with CKD 4 and Metabolic Acidosis

CONFIDENTIAL

- For illustrative purposes using a survival analysis model for the highlighted middle case for DD30 on the previous slide:



Assume 617 Placebo Subjects → **Assuming 29% Placebo Renal Events: 179**

Assume 617 TRC101 Subjects → **Assuming 21% TRC101 Renal Events: 130**

Reference ID: 4066887

TRICIDA

FDACDER000590



CONFIDENTIAL

FDACDER000591

Reference ID: 4066887

# TRCA-303: Estimated Reduction of Renal Event Rate for TRC101 Compared to Published RCTs

CONFIDENTIAL

|  | Primary Endpoint | Control | Treatment |
|---|---|---|---|
| **TRCA-303** | **Renal events** | **29%** | **17%** |
| de Brito-Ashurst | ESRD | 33% | 6.5% |
| Garneata | eGFR decrease > 50% or RRT | 42% | 13% |

Reference ID: 4066887

**TRICIDA**

FDACDER000592

18

# Revised TRCA-301 Study Design

- ➤ Patient population:
  - ➤ No change in serum bicarbonate 12 – 20 mEq/L
  - ➤ Narrowed eGFR range from 15 – 60 to 15 – 45 mL/min/1.73m$^2$ with at least 50% of subjects having an eGFR of 15 – 30 mL/min/1.73m$^2$

- ➤ TRC101 dose:
  - ➤ Single starting dose of 6 g/day QD with titration allowed after 4 weeks

- ➤ Primary endpoint:
  - ➤ Change from baseline in serum bicarbonate comparing TRC101 to placebo

- ➤ Key secondary endpoint:
  - ➤ Response as defined by increase in serum bicarbonate of ▮▮▮▮▮▮▮



# Goals of Meeting Based on Preliminary Responses

- Gain agreement that a ≥ 4 mEq/L increase in serum bicarbonate in Study TRCA-301 is sufficient to provide confidence that TRC101 will demonstrate clinical benefit in the post-approval outcome study (TRCA-303)

- Gain agreement on modified design of the approval-enabling study, TRCA-301

Reference ID: 4066887

TRICIDA

CONFIDENTIAL

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ANNA J PARK
03/09/2017

ELLIS F UNGER
03/09/2017

Reference ID: 4066887

FDACDER000596