**Exhibit 10**

CONFIDENTIAL

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 125832

**MEETING REQUEST-**
**WRITTEN RESPONSES**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for TRC-101.

We also refer to your submission dated September 14, 2017, containing a meeting request.  The purpose of the requested meeting was to provide the quantitative predictive model requested by FDA.

Further reference is made to our Meeting Granted letter dated September 14, 2017, wherein we agreed that written responses to your questions would be provided in lieu of a meeting.

The enclosed document constitutes our written responses to the questions contained in your September 14, 2017 background package.

If you have any questions, please call Anna Park, Regulatory Project Manager at (301) 796-1129.

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, M.D., Ph.D.
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:

FDACDER000603

CONFIDENTIAL

IND 125832
Page 2


Written Responses

FDACDER000604

CONFIDENTIAL



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

---

## WRITTEN RESPONSES

**Meeting Type:**            C
**Meeting Category:**        Guidance

**Application Number:**      125832

**Product Name:**            TRC101
**Indication:**              treatment of metabolic acidosis associated with chronic kidney disease
**Sponsor/Applicant Name:**  Tricida, Inc.
**Regulatory Pathway:**      505(b)(1)

## 1.0    BACKGROUND

TRC101 is a non-absorbed, high capacity, selective proton and chloride binder designed for the treatment of metabolic acidosis associated with chronic kidney disease (CKD). Patients with CKD continue to generate acid from metabolism but have a reduced ability to excrete acid via the kidney. As a result, metabolic acidosis, characterized by a reduced serum bicarbonate concentration (SBC), can develop in advanced stages of CKD.

An End-of-Phase 2 meeting was held on November 30, 2016. At that meeting, there was a wide-ranging discussion on the use of SBC as a surrogate for a treatment's effect on renal, bone and/or muscle function-related outcomes in patients with metabolic acidosis associated with CKD, endpoints beyond changes in SBC that might serve as a basis for approval, and challenges associated with conducting a trial to establish a benefit beyond a change in SBC. At the meeting's conclusion, the Division offered the opportunity for further discussion.

The November 30, 2016 meeting had focused on SBC as a validated surrogate endpoint and basis for full/traditional approval. At a follow-up meeting on February 9, 2017, the discussion focused on accelerated approval using SBC as a reasonably likely surrogate endpoint. The Division indicated that it was open to approval under the accelerated approval program, but that there would need to be further discussion of the specifics of the proposal including the design of the confirmatory trial and power considerations. The Division also emphasized that the size of the treatment effect on SBC in the premarket trial would need to provide confidence that the planned postmarketing trial would be able to verify the benefit, and that there should be further discussion of statistical considerations related to this issue.

On March 3, 2017, the sponsor submitted a request for feedback on their protocol amendment and Statistical Analysis Plan for Study TRCA-301, the trial intended to support accelerated

FDACDER000605

**CONFIDENTIAL**

IND 125832
Page 2

approval. On 24 May 2017, the Division issued an Advice Letter with comments on the TRCA-301 protocol and Statistical Analysis Plan.

On June 6, 2017, the sponsor submitted a request to meet with the Division to discuss the revisions made to the protocol and SAP for Study TRCA-301. On July 26, 2017, the Division met with the sponsor.

On September 14, 2017, the sponsor requested a Type C written responses only meeting to obtain feedback on the predictive models that will be used to determine the magnitude of change in serum bicarbonate needed to support accelerated approval. These models will be used to inform the sample size for the post-marketing outcomes study and give assurance that the sample size will be large enough to confirm the renal benefit.

## 2.0    QUESTIONS AND RESPONSES

### Question 1:
*Does the FDA agree that the predictive models provided by Tricida describing the quantitative relationship between changes in serum bicarbonate and the renal endpoint proposed for the post-marketing Study TRCA-303 (i.e., DD40) are adequate to support powering of the TRCA-303 study?*

**FDA Response:** No, we do not agree.  We have the following comments:

1. Your "analysis 1" appears to be similar to the Tangri analysis (presented in Appendix 3), where the serum bicarbonate level was included as a continuous variable in the model. Based on this model, one can estimate the hazard reduction in the clinical endpoint associated with each ▮▮▮▮ increase in baseline serum bicarbonate. However, in analysis 2 and 3, the serum bicarbonate level seems to be a categorical variable in the model. We are unable to follow the results presented in Tables 5 and 6. Please provide technical details on the final models for analysis 1, 2, and 3, including the variables included in these models, how you derived these models, and how you estimated the model parameters.

   Model diagnostics and validation are critically important for prediction modeling (i.e., predicting how a serum bicarbonate increase reduces the risk of a clinical outcome). Please perform the following steps and submit the results for FDA review. You need to perform extensive model diagnostics for assessment of goodness of fit or lack of fit of the statistical model. Model diagnostics should include an assessment of influential values. Diagnostic plots need to include the residuals (e.g., chi-square residual, deviance residual) from the model fit. Model validation will need to use cross-validation methods or bootstrap sampling.

### Question 2:
*Does the FDA agree that, with successful completion of Study TRCA-301, the size of the treatment effect of TRC101 on serum bicarbonate will be sufficient to support accelerated approval of TRC101?*

FDACDER000606

CONFIDENTIAL

IND 125832
Page 3

**FDA Response:** No. See our response to Question 1.

**Additional Comment:**

1.  Your sample size calculation for Study TRCA-303 assumes a placebo annual event rate of 10%. According to your submission, this annualized placebo event rate is "a conservative estimate derived from the renal outcome event rates in placebo subjects in the BEACON, RENAAL and EPPIC studies, which ranged from 10 to 20% (de Zeeuw, 2013; Brenner, 2001; Schulman, 2015)."

    The population used to derive your estimate should be well-matched to the population you plan to enroll in your trial as relates to variables that impact the rate of progression of renal disease, including treatment with ACEI/ARBs. Please provide additional information addressing this issue.

FDACDER000607

CONFIDENTIAL

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

NORMAN L STOCKBRIDGE

11/20/2017

FDACDER000608