# Exhibit 11

CONFIDENTIAL

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
_____

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 125832

**MEETING REQUEST-**
**WRITTEN RESPONSES**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for TRC101.

We also refer to your submission dated April 3, 2018, containing a meeting request.  The purpose of the requested meeting was to review the draft TRCA-303 protocol and provide feedback prior to availability of results from TRCA-301.

Further reference is made to our Meeting Granted letter dated April 10, 2018, wherein we agreed that written responses to your questions would be provided in lieu of a meeting.

The enclosed document constitutes our written responses to the questions contained in your April 3, 2018 background package.

If you have any questions, please call Anna Park, Regulatory Project Manager at (301) 796-1129.

Sincerely,

*{See appended electronic signature page}*

Ellis Unger, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
  Written Responses

FDACDER000617

**CONFIDENTIAL**



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

---

### WRITTEN RESPONSES

| | |
|---|---|
| **Meeting Type:** | C |
| **Meeting Category:** | Guidance |
| | |
| **Application Number:** | 125832 |
| **Product Name:** | TRC101 |
| | |
| **Indication:** | treatment of metabolic acidosis associated with chronic kidney Disease (CKD) |
| **Sponsor/Applicant Name:** | Tricida, Inc. |
| | |
| **Regulatory Pathway:** | 505(b)(1) |

## 1.0   BACKGROUND

TRC101 is a non-absorbed, high capacity, selective proton and chloride binder designed for the treatment of metabolic acidosis associated with CKD. Patients with CKD continue to generate acid from metabolism but have a reduced ability to excrete acid via the kidney. As a result, metabolic acidosis, characterized by a reduced serum bicarbonate concentration (SBC), can develop in advanced stages of CKD.

An End-of-Phase 2 meeting was held on November 30, 2016. At that meeting, there was a wide-ranging discussion on the use of SBC as a surrogate for a treatment's effect on renal, bone and/or muscle function-related outcomes in patients with metabolic acidosis associated with CKD, endpoints beyond changes in SBC that might serve as a basis for approval, and challenges associated with conducting a trial to establish a benefit beyond a change in SBC. At the meeting's conclusion, the Division offered the opportunity for further discussion.

The November 30, 2016 meeting had focused on SBC as a validated surrogate endpoint and basis for full/traditional approval. At a follow-up meeting on February 9, 2017, the discussion focused on accelerated approval using SBC as a reasonably likely surrogate endpoint. The Division indicated that it was open to approval under the accelerated approval program, but that there would need to be further discussion of the specifics of the proposal including the design of the confirmatory trial and power considerations. The Division also emphasized that the size of the treatment effect on SBC in the premarket trial would need to provide confidence that the planned postmarketing trial would be able to verify the benefit, and that there should be further discussion of statistical considerations related to this issue. Subsequent follow-up meetings, listed below, focused on these topics.

FDACDER000618

IND 125832
Page 2

- On March 3, 2017, the sponsor submitted a request for feedback on their protocol amendment and Statistical Analysis Plan for Study TRCA-301, the trial intended to support accelerated approval. On 24 May 2017, the Division issued an Advice Letter with comments on the TRCA-301 protocol and Statistical Analysis Plan.
- On June 6, 2017, the sponsor submitted a request to meet with the Division to discuss the revisions made to the protocol and SAP for Study TRCA-301. On July 26, 2017, the Division met with the sponsor.
- On September 14, 2017, the sponsor requested a Type C written responses only meeting to obtain feedback on the predictive models that will be used to determine the magnitude of change in serum bicarbonate needed to support accelerated approval. On November 20, 2017, the Division provided written responses to the questions provided in the briefing package and requested additional details regarding the sponsor's model, including the variables included in the model, how the model was derived, and how the sponsor estimated the model parameters. The Division also requested that the sponsor perform model diagnostics and validation and submit the information for review.
- On March 6, 2018, a teleconference was held to obtain agreement from FDA that the results of the modelling provided in the briefing document adequately described the quantitative relationship between changes in serum bicarbonate and the clinical benefit to be confirmed by the postmarketing study, TRCA-303. Tricida also sought agreement that based on the model, and the increase in serum bicarbonate expected to be observed in Study TRCA-301, one can determine the treatment effect size on serum bicarbonate needed to confirm clinical benefit in Study TRCA-303.

Tricida's objective for this meeting is to obtain feedback on the draft TRCA-303 protocol prior to availability of results from Study TRCA-301. Tricida intends to update the protocol based on FDA's recommendations and the results of Study TRCA-301 and submit the intended final protocol to the IND in June 2018. Once agreement is reached and the protocol is considered final, Tricida will immediately initiate global study start-up activities to enable TRCA-303 enrollment to begin in the fall of this year, which is needed in order to have the study completely, or nearly completely, enrolled prior to the planned NDA submission in Q3 2019.

## 2.0    QUESTIONS AND RESPONSES

### 2.1.    Question

*Question 1:*
Tricida respectfully requests FDA's feedback on the proposed draft protocol for Study TRCA-303, a postmarketing study to evaluate the effect of TRC101 on the progression of CKD, and to evaluate the safety profile of TRC101, in CKD patients with metabolic acidosis who continue to receive the current standard of care.

FDACDER000619

CONFIDENTIAL

IND 125832
Page 3

**FDA Response:** We have the following comments on the proposed draft protocol.

*Clinical:*

1. The protocol contains the following text concerning study blinding (text taken verbatim):

   …In this study, the placebo (microcrystalline cellulose) is not identical in appearance to the investigational drug (TRC101); therefore, the following will be implemented to protect the blind. A Blinding Plan will describe the specific requirements for maintaining the blind at the site and sites will be trained on these requirements. Medical Monitors, Tricida, the CEC and the statisticians supporting the CEC, site personnel (including all those involved in collection of safety and efficacy information), and CRO staff (except for those responsible for monitoring of unblinded data) will remain blinded to the subject's treatment assignment.

   … Each study site must have an unblinded pharmacist or designated unblinded study staff member (hereafter, the "unblinded staff member") for handling study drug. These individuals will be responsible for obtaining the subject's randomization assignment from the IRT system, dispensing study drug (including supervision of administration of the first dose of study drug) and collecting used and unused study drug containers …The unblinded staff member must not have any other responsibilities for the study except for performing study drug dispensation and collection, assessing dosing compliance and performing drug accountability and entering related data in eCRF."

   …A designated unblinded site staff member will assist the subject in administering the first dose of study drug, which will be taken onsite with food (light meal or snack) after collection of baseline laboratory specimens. The unblinded site staff member will also be responsible for drug accountability and completion of associated case report forms (CRFs), but will have no other study responsibilities.

   Please submit the Blinding Plan and proposed training materials.

2. The protocol states that the primary efficacy endpoint of the study is progression of chronic kidney disease, defined by the time to first occurrence of any event in the composite endpoint including ESRD or a confirmed $\geq 40\%$ reduction in eGFR, as adjudicated by the CEC.
   a) Per the submitted appendix, "ESRD" is defined as receipt of dialysis, kidney transplantation, "renal death," or a confirmed eGFR $< 15$ mL/min/1.73m$^2$. Please note that in the CDISC Therapeutic Area Data Standards User Guide for Diabetic Kidney Disease, ESRD is defined as receiving chronic dialysis or receipt of a kidney transplant. To avoid confusion, your protocol should include clear definitions of terms and, ideally, adopt terminology that is consistent with the CDISC standard.
   b) You indicate that you plan to remove endpoint definitions from the final protocol and place them in the final CEC charter. We do not agree with this approach. The protocol should also contain the endpoint definitions.
   c) Please explain the need for adjudicating the primary efficacy endpoint. Laboratory based endpoints can be determined from laboratory data and transplantation and initiation of chronic dialysis are not subjective endpoints. Hence, from our perspective, the components of your primary endpoint, with the exception of renal death, do not need to be adjudicated. We acknowledge that it may be reasonable to adjudicate events that fall

Reference ID: 4277611

CONFIDENTIAL

IND 125832
Page 4

into a grey area. For example, for determining whether a subject who dies shortly after initiating dialysis but before the need for "chronic dialysis" can be confirmed should be counted as having progressed to ESRD. If an adjudication committee is to be used to review such events, then the protocol would need to prespecify criteria that would trigger review of a case by the adjudication committee.

3.  Please submit the informed consent document, and DMC and CEC charters for Agency review.

4.  Please justify excluding patients with a serum calcium level less than 8 mg/dL.

5.  We may have further feedback from a clinical perspective once the topline results are available from Study TRCA-301.

*Statistical*

1.  The current sample size and power calculation seems to be based on the treatment effect estimated from the Tangri quantitative predictive model adjusting for covariates of sex, diabetes, cerebrovascular disease and initial qualifying eGFR decrease of 1 mL/min/1.73m$^2$ (SN036).  The validated Tangri quantitative predictive model requested by FDA includes a different set of covariates, namely age, sex, first eGFR and log of urine ACR (SN049). Thus, the estimated treatment effect may be very different. Your sample size and power recalculation for study TRCA-303 should be based on the treatment effect derived from the validated Tangri quantitative predictive model.

2.  There is statistical uncertainty in the relationship between the treatment effect on bicarbonate and the treatment effect on clinical outcome based on the predictive model. You propose to use both the point estimate and the upper 95% confidence interval of the hazard ratio predicted by the Tangri quantitative predictive model for sample size planning. You should also take into consideration the statistical uncertainty of the estimated treatment effect on bicarbonate in sample size planning.

3.  The predictive model would be applicable to a patient population similar to the patient population used for building the model, incorporating patient demographics and baseline characteristics.  If the derived model is not applicable to the patient population enrolled in the proposed trial, then the model may not be able to support the proposed use of bicarbonate as a reasonably likely surrogate. At some predetermined time point during the conduct of TRCA-303, you should explore the internal data from the trial to determine whether the derived model is in fact applicable to the population enrolled in the trial. You should also develop a prospective plan for what will be done if the derived model does not appear to be applicable.

FDACDER000621

CONFIDENTIAL

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------------


ELLIS F UNGER
06/14/2018

Reference ID: 4277611

FDACDER000622