**Exhibit 28**

**CONFIDENTIAL**

TRC101                                                                                     Tricida, Inc.
Type A Meeting Request and Package                                                          NDA 211408

proportion of subjects having ███████████████ from baseline or normalization of serum bicarbonate  and in the mean increase in serum bicarbonate.

### 17.2.1.2.   Impact of a Single Site on the Findings of Studies TRCA-301/301E

Site 11 contributed a significant number of subjects by enrolling 68 of the 217 subjects (31%) in Study TRCA-301 and 68 of the 196 subjects (35%) who continued in the extension study, TRCA-301E.  The Agency stated in the CRL that having the results of the study "driven by a single site" raises concerns about the reliability of the findings.

We believe these concerns are ameliorated by several relevant factors.  First, Site 11 was inspected by the FDA for Studies TRCA-301/301E on 10 – 14 February 2020, and the inspection concluded with no issuance of a Form FDA 483.  We are unaware of any issues identified by FDA's inspection that bring into question the quality of the data generated at Site 11.

More significantly, the pivotal TRCA-301 study met both its primary and secondary efficacy endpoints when data from Site 11 were excluded.  The primary endpoint was the proportion of subjects achieving a ███████ increase or normalization of serum bicarbonate at Week 12.  With Site 11, the results were statistically significant with $p < 0.0001$ (59.2% TRC101 vs. 22.5% placebo).  Without Site 11, the results were also statistically significant with $p = 0.0006$ (57.0% TRC101 vs. 27.4% placebo).  The secondary endpoint of the change from baseline to Week 12 in serum bicarbonate was also statistically significant with Site 11 (4.42 mEq/L TRC101 vs. 1.78 mEq/L placebo; $p < 0.0001$) and without Site 11 (4.02 mEq/L TRC101 vs. 2.30 mEq/L placebo; $p = 0.0012$).

The primary objective of the extension study, TRCA-301E, was to establish the long-term safety of TRC101.  In addition to the primary safety endpoint of the incidence of certain AEs, the extension study contained four secondary endpoints to assess the durability of the effect of TRC101 on serum bicarbonate and on measures of physical functioning:

1. Having a change from baseline in serum bicarbonate ███████████████████ ██████████████████████████████ at the end of treatment.

2. Change from baseline in serum bicarbonate at the end of treatment.

3. Change from baseline in the total score of the KDQOL-PFD items at the end of treatment.

4. Change from baseline in repeated chair stand test duration at the end of treatment.

These prespecified endpoints focused on the effect at the Week 52 timepoint, and all four were met with statistical significance.  The two secondary endpoints assessing the durability of the effect of TRC101 on physical functioning  (i.e., KDQOL-PFD and repeated chair stand test) were also met in the subgroup of subjects excluding those enrolled at Site 11 (Late Cycle Meeting Response, Section 2.1.5.2).

As noted in the Agency's CRL, when the 68 subjects enrolled at Site 11 are excluded from the analysis of the two secondary endpoints assessing serum bicarbonate in TRCA-301E, there is no difference between the TRC101 and placebo groups at the Week 52 timepoint.  However, the 52-week datapoint may be an anomaly.  At the vast majority of study visits (14/16 [87%] for secondary endpoint #1 [proportion of subjects achieving a ███████ increase or normalization of serum bicarbonate; Appendix 1] and 13/16 [81%] for secondary endpoint #2 [change from

FDACDER000043

TRC101                                                                      Tricida, Inc.
Type A Meeting Request and Package                                          NDA 211408

baseline; Appendix 2]), the effect on serum bicarbonate in the TRC101 group was statistically superior to placebo even when excluding subjects from Site 11.

Furthermore, data from the TRCA-301/301E studies do not suggest cause for concern regarding the durability of the effect of TRC101 on serum bicarbonate. The drug was very well tolerated, with high compliance with treatment (NDA Section 2.7.3.3.1.4); therefore, noncompliance with chronic dosing is unlikely to occur and to have impact on the durability of efficacy of TRC101. The mechanism of action of a daily dose of TRC101, i.e., to bind to HCl within the GI tract and then be excreted with the bound HCl, is independent of the length of time the patient has been taking the drug. Finally, the slopes of the TRC101 effect on serum bicarbonate over the 1-year treatment period showed no decrease in effect, both in the overall population (0.0016 mEq/L/day; Figure 5) and in the subgroup of subjects remaining after those enrolled at Site 11 were removed (-0.0007 mEq/L/day; Figure 7).

**Figure 6:    Study TRCA-301 and Study TRCA-301E: Durability of Serum Bicarbonate Response in TRC101-Treated Subjects**



Values are mean (standard error). Least squares regression line is shown in blue. Data are from Weeks 4 – 52.

FDACDER000044

CONFIDENTIAL

TRC101                                                                                                          Tricida, Inc.
Type A Meeting Request and Package                                                                    NDA 211408

**Figure 7:**     **Study TRCA-301 and Study TRCA-301E:  Durability of Serum Bicarbonate Response in Subgroup of TRC101-Treated Subjects Not Enrolled at Site 11**



Values are mean (standard error).  Least squares regression line is shown in blue.  Data are from Weeks 4 – 52.

We believe that the consistent data across three separate studies and internally consistent data from Studies TRCA-301/301E, with and without Site 11, demonstrate the reliability of the results of Studies TRCA-301/301E.

**17.2.2.     Applicability of the Findings of Studies TRCA-301/301E to the US Population and Practice of Medicine in the US**

The applicability of the findings of Studies TRCA-301/301E to the US population and practice of medicine is supported by several lines of evidence:

1.   The magnitude of the TRC101 treatment effect on serum bicarbonate is similar in subjects from the US and other subjects.

2.   The etiology of CKD, comorbidities, laboratory data, and concomitant medications for subjects in the TRCA-301/301E studies were comparable to those of published cohorts of US patients with CKD and to cohorts of US patients with CKD and metabolic acidosis.

3.   A by-subject analysis of data for subjects in the TRCA-301/301E studies summarized in the Late Cycle Meeting Response (Section 2.2.2) showed no evidence of Balkan Endemic Nephropathy (BEN).

4.   Clinical treatment guidelines for CKD and common comorbidities are the same in the US and in the countries in which the TRCA-301/301E study was conducted.

The magnitude of the serum bicarbonate response in US subjects enrolled in Studies TRCA-301/301E is consistent with that of other subjects in the study.  As previously described

FDACDER000045