Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendant. | Case No.  4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING ANSWER**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Lead Plaintiff Jeffrey Fiore ("Lead Plaintiff") and Defendant Gerrit Klaerner ("Defendant") by and through their undersigned counsel, enter into the following stipulation (the "Stipulation").

**WHEREAS**:

1. On March 11, 2024, the Court issued an order granting in part and denying in part Defendant's motion to dismiss the Second Amended Complaint.  Dkt. 145.

2. Pursuant to Federal Rule of Civil Procedure 12, Defendant's deadline to answer the Second Amended Complaint is March 25, 2024.

3. Lead Plaintiff and Defendant have agreed to a mediation scheduled for April 9, 2024.

4. Defendant has requested, and Lead Plaintiff has agreed, to extend the deadline for Defendant to answer the Second Amended Complaint to May 9, 2024—30 days after the mediation. There is good cause for this modification to the schedule—this short extension will allow the parties to attempt to mediate their dispute, and would conserve resources for the parties and the Court, should the parties be able to resolve the case in mediation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order that the deadline for Defendant to answer the Second Amended Complaint shall be extended to May 9, 2024.

Date:  March 14, 2024

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ Sara B. Brody
    Sara B. Brody (SBN 130222)

*Attorneys for Defendant Gerrit Klaerner*

|||
|---|---|
| | By: /s/ Jeffrey C. Block |
| | Jacob A. Walker (SBN 271217) |
| | **BLOCK & LEVITON LLP** |
| | 400 Concar Drive |
| | San Mateo, CA 94402 |
| | (650) 781-0025 phone |
| | jake@blockleviton.com |
| | |
| | Jeffrey C. Block, *pro hac vice* |
| | Michael D. Gaines, *pro hac vice* |
| | **BLOCK & LEVITON LLP** |
| | 260 Franklin Street, Suite 1860 |
| | Boston, MA 02110 |
| | (617) 398-5600 phone |
| | (617) 507-6020 fax |
| | jeff@blockleviton.com |
| | michael@blockleviton.com |
| | |
| | *Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class* |

## LOCAL RULE 5-1 ATTESTATION

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document concurred in the filing of this document.

Date:  March 14, 2024                                  By: /s/ Sara B. Brody
                                                                              Sara B. Brody

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/14/2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge