UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PARDI, et al.,

        Plaintiffs,

v.

TRICIDA, INC., et al.,

        Defendants.

Case No. 21-cv-00076-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on March 26, 2024. Having considered the parties' proposals, *see* Dkt. No. 148, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Class Certification Filing Deadline | April 30, 2024 |
| Opposition to Class Certification Motion | July 1, 2024 |
| Reply in Support of Class Certification Motion | August 15, 2024 |
| Class Certification Hearing | September 12, 2024 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 3/26/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge