# Exhibit B
# Declaration of
# Jeffrey M. Fiore

Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (CA Bar No. 271217)
Michael D. Gaines, pro hac vice
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffery M. Fiore and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. GERRIT KLAERNER, <br><br> Defendant. | Case No. 4:21-cv-00076-HSG <br><br> **<u>CLASS ACTION</u>** |

**DECLARATION OF JEFFREY M. FIORE IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

I, Jeffrey M. Fiore, declare as follows:

1.      I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I previously submitted a declaration in this matter (ECF No. 12-4) along with a certification under the PSLRA (ECF No. 12-2). I was appointed Lead Plaintiff in this action on April 2, 2021 (ECF No. 65).

3.      Should I be appointed as a class representative, I am committed to continuing to vigorously prosecute this action.

4.      I have reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Block & Leviton LLP in their prosecution of the case. For example, I have received and reviewed, and will continue to receive and review, periodic updates and other correspondence from Block & Leviton regarding case, which has included: (1) the filing of two amended complaints with detailed allegations of the Tricida fraud; (2) the defending of those claims through motion to dismiss briefing; and (3) litigation related to Tricida's bankruptcy; (4) efforts to mediate or resolve the case; and (5) ongoing discovery efforts.  I have also participated in discussions with Block & Leviton about significant developments in the litigation and will continue to do so.

5. If I am appointed as a class representative, I will continue to actively direct this litigation to maximize the recovery for the proposed Class. I understand that I owe a duty to all members of the proposed class to provide fair and adequate representation and will continue to work with Lead Counsel to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

6. Based on the prosecution of the case to date, I know that Block & Leviton have the necessary financial and human resources to continue to prosecute this case effectively.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed on 4/29/2024 _____.

DocuSigned by:

EF2A188BBA3043C...

JEFFREY M. FIORE

-2-