Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jake@blockleviton.com
jeff@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>    Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>    Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND TIME FOR LEAD PLAINTIFF TO FILE MOTION TO STRIKE** |

Presently before the Court is the Joint Administrative Motion requesting that the Court extend, by one week, Lead Plaintiff's deadline to file a motion to strike Defendant's Answer (ECF No. 155) under Federal Rule of Civil Procedure 12(f)(2).

Good cause appearing, the Motion is GRANTED. Lead Plaintiff's Rule 12(f)(2) deadline to file a timely motion to strike Defendant's Answer is extended one week to June 6, 2024.

**SO ORDERED**.

Date:   5/29/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE