Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,* <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC. and GERRITT KLAERNER, <br><br> Defendants. | Case No. 4:21-cv-00076-HSG <br><br> **DECLARATION OF MICHAEL D. GAINES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CLARIFY ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** <br><br> **Class Action** <br><br> Hon. Haywood S. Gilliam, Jr. |

I, MICHAEL D. GAINES, declare as follows:

1.    I am an attorney duly licensed to practice in the Commonwealth of Massachusetts and am admitted *pro hac vice* in this Court.  I am an associate of Block & Leviton LLP, lead counsel for Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") and the putative class in the above-captioned action.  I make this declaration in support of Lead Plaintiff's Motion to Clarify Order Granting in Part and Denying in Part Motion to Dismiss (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I submit this declaration pursuant to Civil L.R. 7-5(a).

3.    The Motion requests that the Court clarify ambiguity in its March 11, 2024 Order Granting in Part and Denying in Part Motion to Dismiss the Second Amended Complaint, ECF No. 145.

4.    During a meet and confer on May 17, 2024 over Defendant Gerrit Klaerner's Responses and Objections to Lead Plaintiff's Second Set of Requests for Production of Documents, the undersigned articulated Lead Counsel's understanding that the Court had upheld the actionability of Klaerner's May 7, 2020 statement expressing confidence that Tricida's NDA submission for veverimer met the FDA's standards for accelerated approval. Counsel for Defendant responded that they disagree with Lead Counsel's interpretation of the Court's March 11, 2024 Order and instead contend that the Court dismissed this statement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 6, 2024.

                                             /s/ Michael D. Gaines
                                             MICHAEL D. GAINES


    I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                             /s/ Jeffrey C. Block
                                             JEFFREY C. BLOCK