Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO CLARIFY ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr. |

BEFORE THE COURT is Lead Plaintiff Jeffrey M. Fiore's Motion to Clarify Order Granting in Part and Denying in Part Motion to Dismiss ("Motion to Clarify"). Having read and considered the papers and finding good cause therefore, the Court finds that Lead Plaintiff's Motion to Clarify should be GRANTED. The Court clarifies its Order Granting in Part and Denying in Part Motion to Dismiss (ECF No. 145) (the "Order") and finds that Defendant Klaerner's statement on May 7, 2020 that "while the FDA continues its review, we remain confident that our submission meets the standard for approval through the Accelerated Approval Program," is adequately alleged to be a misstatement made with scienter as found in the Court's July 29, 2022 Order Granting in Part and Denying in Part Motion to Dismiss (ECF No. 93).

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge