Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 772-1279

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799

*Attorneys for Defendant Gerrit Klaerner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | Case No.:  4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBIN WECHKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date:  September 12, 2024<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

I, Robin Wechkin, declare as follows:

I am an attorney licensed to practice in the State of Washington and counsel with the firm of Sidley Austin, LLP, which represents defendant Gerrit Klaerner in this matter.  I have personal knowledge of the facts set forth in his declaration.  If called as a witness, I could and would competently testify thereto.  This declaration is submitted in support of Klaerner's opposition to Plaintiff's motion for class certification.

Attached as exhibits to this declaration are true and correct copies of the following documents:

**Exhibit 1:**    Expert Report of Paul Zurek, Ph.D., dated July 1, 2024.

**Exhibit 2:**    Tricida Press Release, "Tricida Provides Regulatory Update on Veverimer," dated July 15, 2020.

**Exhibit 3:**    Tricida Press Release, "Tricida Receives Complete Response Letter from the FDA for its New Drug Application for the Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with CKD," dated August 24, 2020.

**Exhibit 4:**    Tricida Press Release, "Tricida Provides Update on FDA Interactions," dated October 29, 2020.

**Exhibit 5:**    Tricida Press Release, "Tricida Announces Updates on Veverimer Development Program, Regulatory Status and New Patent Extending Protection through 2038," dated December 8, 2020.

**Exhibit 6:**    Tricida Press Release, "Tricida Provides Update on FDA Interactions," dated February 25, 2021.

**Exhibit 7:**    Excerpts of Tricida's Form 10-Q filed with the SEC on November 14, 2019 for the quarterly period ended September 30, 2019.

**Exhibit 8:**    Excerpts of Tricida's Form 10-K filed with the SEC on March 2, 2020 for the fiscal year ended December 31, 2019.

**Exhibit 9:**    Excerpts of Tricida's Form 10-Q filed with the SEC on August 6, 2020 for the quarterly period ended June 30, 2020.

**Exhibit 10:**    Alan Carr and Joseph Stringer, *FDA Issues CRL for Veverimer*, NEEDHAM & CO., dated August 24, 2020.

**Exhibit 11:**    Graig Suvannavejh and John McNeil, *CRL for veverimer; moving to Neutral and $10 PT as a new US clinical trial and multi-year delay become our base case*, GOLDMAN SACHS EQUITY RESEARCH, dated August 25, 2020.

**Exhibit 12:**    Jessica Fye and Daniel Wolle, *The Waiting Is the Hardest Part; No Fast Fix for CRL; Watch Nov Update for Path Fwd*, J.P. MORGAN NORTH AM. EQUITY RESEARCH, dated October 29, 2020.

1

**Exhibit 13:**  Graig Suvannavejh and John McNeil, *Tricida Inc. (TCDA): Veverimer update provided but future path to approval remains unclear; await next update*, GOLDMAN SACHS EQUITY RESEARCH, dated October 30, 2020.

**Exhibit 14:**  Jessica Fye, Daniel Wolle, Luke Brennan, and Vardhman V. Chhajed, *Tricida (TCDA US): No Shortcuts to Outcomes, Can 2nd Interim Keep Hope Alive?*, J.P. MORGAN NORTH AM. EQUITY RESEARCH, dated December 8, 2020.

**Exhibit 15:**  Phil Nadeau and Laura Christianson, *TCDA Discloses Revised Design of VALOR-CKD, New Patent, and FDA FDRR*, COWEN EQUITY RESEARCH, dated December 9, 2020.

**Exhibit 16:**  Excerpts of the transcript of the June 24, 2024 deposition of Lead Plaintiff Jeffrey M. Fiore.

**Exhibit 17:**  Tricida historical stock price data, compiled from https://www.investing.com/equities/tricida-historical-data

**Exhibit 18:**  Backup documentation for the Expert Report of Chad Coffman, CFA, provided by Plaintiff's counsel (modified from original Excel spreadsheet by deleting certain columns to improve readability and excerpting to show relevant dates).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July, 2024, in Issaquah, Washington.

By: */s/ Robin E. Wechkin*

Robin E. Wechkin

WECHKIN DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 4:21-CV-00076-HSG

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Robin Wechkin in Opposition to Plaintiff's Motion for Class Certification in compliance with Civil Local Rule 5-1(i)(3), and I hereby attest that the signatory has concurred in this filing.

DATED:  July 1, 2024

By: */s/ Sara B. Brody*
    Sara B. Brody (SBN 130222)

*Attorneys for Defendant Gerrit Klaerner*

3