**Exhibit 10**



August 24, 2020
**PRICE TARGET & ESTIMATE CHANGE**

**Healthcare**

# Tricida, Inc. (TCDA)

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| BUY | **$20.00** *from $44.00* | **$13.24** | **$12.91 - $44.30** |

**ALAN CARR, PH.D., CFA**
(212) 705-0435
acarr@needhamco.com

**JOSEPH STRINGER, PH.D.**
(212) 705-0346
jstringer@needhamco.com

## FDA Issues CRL for Veverimer

**Tricida announced the FDA issued a CRL for Veverimer. Mgmt had previously guided for a rejection based on an FDA communication earlier in the review process. The FDA reportedly expressed concern with effect size of the surrogate marker and whether this would likely predict clinical benefit. The agency is seeking additional data beyond the completed Phase 3 trials regarding the magnitude and durability of treatment effect and applicability to the US population. Mgmt not providing additional details, but noted the FDA letter outlines specific options for resolving deficiencies and that an additional trial may or may not be needed. Accelerated approval prior to completion of VALOR outcome trial is reportedly still possible. We expect the drug to ultimately be approved and reiterate BUY, but reduce target to $20 to reflect extended timelines.**

- We await an update from the company after the planned Type A mtg. We acknowledge uncertainty around the review process, but continue to believe the Phase 3 data are sufficiently strong to justify approval of the drug. We no longer expect the drug to be approved in 2021, but assuming a launch delay until 2023, we believe the stock is still undervalued and may be attractive for longer-term investors. Our price target is 25x our 2024 EPS est, discounted 15% annually.

- No safety, clinical pharmacology, or CMC issues were reportedly identified by the FDA.

- Veverimer is under review for Metabolic Acidosis. The PDUFA date was 8/22/20. Results from the Phase 3 program were published in Lancet (doi.org/10.1016/S0140-6736(19)30230-2; doi.org/10.1016/S0140-6736(19)31388-1). The 12wk primary endpoint of 4mmol/L increase in serum bicarbonate or normalization of serum bicarbonate was met by 59% of pts in the veverimer group and 22% in the pbo group (p<0,0001). This treatment effect persisted in a 40wk extension (64% vs 38% p=0.0015), including impact on QOL parameters. We note the Phase 3 program primarily enrolled European patients (12% US and 3% Black).

- If Tricida is unable to satisfy FDA demands for an accelerated approval, the company will probably need to rely on data from the VALOR-CKD outcomes trial for approval. Enrollment in the 1600 patient trial is expected to be completed in 1H21. The primary endpoint is time to first event defined as 1) ≥40% reduction in eGFR, 2) progression to ESRD (dialysis or kidney transplant), or 3) renal death. Mgmt not guiding for results timing, but has noted an analysis may take place within 2-3 yrs of completion of enrollment. An update on timelines is expected in 4Q20. According to clinicaltrials.gov, there are over 300 study locations, of which 25 are listed as recruiting in the U.S.

- Tricida ended 2Q20 w/ $436.9M cash, up from $304.2M in 1Q20. This includes approximately $193.0M net proceeds from a convertible debt offering in May 2020. Tricida also holds a $75M loan.

### KEY DATA

| Market Cap (MM) | **$662.6** |
|---|---|
| Price (08/21/2020) | $13.24 |
| 52-Week Range | $12.91 - $44.30 |
| Shares Outstanding | 50.05 |
| Avg. Daily Volume | 1,061,810.0 |
| Total Debt/Cap. | 44.45% |

### ESTIMATES

| FY (Dec) | 2019A | 2020E | 2021E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | (0.90)A | (1.49)A | - |
| Q2 | (0.75)A | (1.16)A | - |
| Q3 | (0.89)A | (1.37)E | - |
| Q4 | (1.17)A | (1.30)E | - |
| Year | (3.72)A | (5.32)E | (4.47)E |
| *Previous* | — | — | *(4.30)E* |
| **Rev. (MM)($)** | | | |
| Year | 0.0A | 0.0E | 0.0E |
| *Previous* | — | — | *50.0E* |

**RELEVANT DISCLOSURES BEGIN ON PAGE 7 OF THIS REPORT.**



August 24, 2020

# *At a Glance*

## COMPANY DESCRIPTION

Tricida, located in South San Francisco, CA, is developing veverimer (TRC101) for patients with Metabolic Acidosis. The company was founded in 2013 and announced pricing of an IPO in June 2018.

## PRICE PERFORMANCE



## KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$662.6** |
| Price (08/21/2020) | $13.24 |
| 52-Week Range | $12.91 - $44.30 |
| Shares Outstanding | 50.05 |
| Avg. Daily Volume | 1,061,810.0 |
| Total Debt/Cap. | 44.45% |

Tricida, Inc. / 2

**Needham**

August 24, 2020

## TRICIDA PIPELINE

| Product | Indication | Development Status | Partnership Status | Comments |
|---|---|---|---|---|
| Veverimer TRC101 | Metabolic Acidosis | FDA CRL | Unpartnered | CRL 8/22/2020 PDUFA date<br>Phase 3 TRCA-301 trial results Jun 2018 NCT03317444<br>Phase 3 TRC-301 OLE trial results Mar 2019 NCT03390842<br>Phase 3b VALOR-CKD trial initiated Oct 2018 NCT03710291 |

## RECENT AND EXPECTED UPCOMING EVENTS

✓ Announce results veverimer Phase 1/2 TRCA-101 trial in Metabolic Acidosis-CKD (Jan 2017)

✓ Initiate veverimer Phase 3 TRCA-301 trial in Metabolic Acidosis-CKD (Sept 2017)

✓ Announce results veverimer Phase 3 TRCA-301 trial in Metabolic Acidosis-CKD (Jun 2018)

✓ Initiate veverimer Phase 3b VALOR-CKD (TRCA-303) trial in Metabolic Acidosis (Oct 2018)

✓ Announce results veverimer Phase 3 long-term extension TRC-301E trial in Metabolic Acidosis-CKD (Mar 2019)

✓ Submit NDA veverimer in Metabolic Acidosis (9/4/19)

✓ FDA review decision veverimer in Metabolic Acidosis (CRL 8/22/20)

– Type A meeting with FDA (4Q20)

– Complete enrollment veverimer Phase 3b VALOR-CKD trial in Metabolic Acidosis-CKD (1H21)

## FINANCIAL ANALYSIS

Tricida ended 2Q20 with $436.9M in cash, up from $304.2M in 1Q20. This includes approximately $193.0M net proceeds from a convertible debt offering in May 2020. The company holds $75M in debt.

**Guidance**

In February 2019, the company guided for 2020 cash burn of $250-260M. GAAP R&D expense is expected to average $40M per quarter in 1H20 and $25M per quarter in 2H20. SGA expense is expected to average $30M per quarter in 1H20 and $40M per quarter in 2H20. No guidance was provided in August 2020 due to uncertainty around the FDA review process.

**Financing History**

Tricida completed an IPO in the U.S. in July 2018, raising net proceeds of approximately $237.7M. The company completed a public offering in April 2019, raising net $217.9M.

In March 2018, the company entered into a $100M term loan agreement. A first tranche of $25M was funded at closing and an additional $15M was drawn in December 2018. In March 2019, the terms were revised to increase the total amount available to $200M. In December 2019, the company drew down another $20M. The remaining $140M is available in tranches, with $15M available prior to 12/15/20, $75M upon FDA approval of veverimer, and $50M available prior to 12/15/21. Tricida will initially make interest-only payments until 4/1/21. This may be extended by up to 2 years if certain milestones or covenants are met.

In May 2020, the company raised $193.0M from a convertible debt offering ($200M of 3.50% senior unsecured notes maturing in May 2027). The notes are not redeemable prior to 5/20/2024. The conversion price is $33.23.

**Intellectual Property**

Veverimer was discovered and developed at Tricida. There are no license obligations associated with the drug.



August 24, 2020

Veverimer intellectual property consists of two issued U.S. compositions of matter patents (9,205,107 and 9,925,214), an issued U.S. method of use patent (9,993,500), an issued European medical use patent (EP3 003 327B1), and an issued Japanese medical use patent (JP6,453,860). All of these patents expire in 2034. U.S. patent terms exclude Hatch Waxman extension. However, given short development period, we assume no extension.



August 24, 2020

## MODELS

**Tricida (TCDA)**
Income Statement ($M)

| FY: December | 2016A | 2017A | 2018A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collaboration/Other Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other Revenue** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Veverimer (US) | - | - | - | - | - | - | - | - | - | - | - | 200.0 | 395.0 |
| y/y growth | | | | | - | - | - | - | | | | | 98% |
| **Total Revenue** | - | - | - | - | - | - | - | - | - | - | - | 200.0 | 395.0 |
| COGS | - | - | - | - | - | - | - | - | - | - | - | 20.0 | 39.5 |
| **Gross income** | - | - | - | - | - | - | - | - | - | - | - | 180.0 | 355.5 |
| Gross margin | | | | | | | | | | | | 90% | 90% |
| R&D | 21.8 | 35.9 | 85.6 | 133.0 | 49.4 | 28.8 | 28.0 | 25.0 | 131.1 | 100.0 | 100.0 | 90.0 | 82.5 |
| SG&A | 5.4 | 11.2 | 18.0 | 45.8 | 23.5 | 28.4 | 37.5 | 37.5 | 126.9 | 120.0 | 150.0 | 180.0 | 190.0 |
| **Operating Expenses** | 27.2 | 47.1 | 103.6 | 178.8 | 72.9 | 57.2 | 65.5 | 62.5 | 258.1 | 220.0 | 250.0 | 270.0 | 272.5 |
| **Operating Income** | (27.2) | (47.1) | (103.6) | (178.8) | (72.9) | (57.2) | (65.5) | (62.5) | (258.1) | (220.0) | (250.0) | (90.0) | 83.0 |
| Interest income (expense) | | - | (3.1) | 7.7 | 0.8 | (3.8) | (3.0) | (3.0) | (8.9) | (8.0) | (5.0) | (4.0) | (3.0) |
| Other income (expense) | (1.5) | 5.8 | 3.9 | (5.7) | (2.0) | 2.7 | - | - | 0.7 | - | - | - | - |
| **Pre-Tax Income** | (28.7) | (41.3) | (102.8) | (176.9) | (74.1) | (58.3) | (68.5) | (65.5) | (266.4) | (228.0) | (255.0) | (94.0) | 80.0 |
| Tax | | | | | | | | | | | | | 2.5% |
| Income tax expense (benefit) | - | - | - | (0.1) | - | (0.1) | - | - | (0.1) | - | - | - | 2.0 |
| **Net Income** | (28.7) | (41.3) | (102.8) | (176.8) | (74.1) | (58.2) | (68.5) | (65.5) | (266.3) | (228.0) | (255.0) | (94.0) | 78.0 |
| Non-GAAP Adjustments | | | 6.3 | 28.7 | 10.3 | 9.2 | 10.0 | 10.0 | 39.5 | 40.0 | 40.0 | 40.0 | 40.0 |
| Non-GAAP Net Income | | | (96.5) | (148.1) | (63.8) | (48.9) | (58.5) | (55.5) | (226.8) | (188.0) | (215.0) | (54.0) | 118.0 |
| Net unrealized gain (loss) | | (0.0) | (0.1) | 0.3 | (0.2) | 0.9 | - | - | 0.7 | - | - | - | - |
| Comprehenisve Loss | (28.7) | (41.3) | (102.9) | (176.5) | (74.3) | (57.3) | (68.5) | (65.5) | (265.6) | (228.0) | (255.0) | (94.0) | 78.0 |
| **GAAP Basic EPS** | (15.69) | (19.32) | (4.64) | (3.72) | (1.49) | (1.16) | (1.37) | (1.30) | (5.32) | (4.47) | (4.90) | (1.77) | 1.44 |
| **GAAP Diluted EPS** | (15.69) | (19.32) | (4.64) | (3.72) | (1.49) | (1.16) | (1.37) | (1.30) | (5.32) | (4.47) | (4.90) | (1.77) | 1.25 |
| Shares -Basic | 1.8 | 2.1 | 22.1 | 47.5 | 49.8 | 50.0 | 50.1 | 50.2 | 50.0 | 51.0 | 52.0 | 53.0 | 54.0 |
| Shares -Diluted | 1.8 | 2.1 | 22.1 | 47.5 | 49.8 | 50.0 | 50.1 | 50.2 | 50.0 | 51.0 | 52.0 | 53.0 | 62.5 |

Needham & Company, LLC



August 24, 2020

## VALUATION (PRICE TARGET: $20.00)

Our financial projections, rating, and price target are influenced by assumptions relating to product pricing, market size, penetration rate, clinical trial results, regulatory approval, partnership opportunities, and financings. Our BUY rating and $20 price target are based on a 25X multiple applied to our 2024 EPS estimate, discounted 15% annually, with no probability adjustment.

## RISKS TO TARGET

Investment risks include, but are not limited to, development, regulatory, competitive, manufacturing, legal, commercial, and financial risks associated with Tricida pipeline products.

- Development: There are substantial risks to drug development. Tricida may fail to demonstrate efficacy of its drug candidates in clinical trials. The ongoing Phase 3b VALOR-CKD trial may fail to confirm efficacy and safety profile observed in prior clinical testing.

- Regulatory: Drugs require regulatory approval prior to launch. No Tricida drugs have been approved by the FDA or EMA. Tricida plans to submit an NDA for veverimer under the FDA Accelerated Approval Program. If results from the Phase 3b VALOR-CKD trial do not confirm safety and efficacy, the drug may be withdrawn from the market.

- Commercial: There are over-the-counter drugs available for the treatment of Metabolic Acidosis. The addressable patient population may be smaller than expected.

- Financial: Tricida has accumulated significant losses and we do not anticipate profitability for several years. The company may need to raise additional capital.

- Legal: Tricida has sought intellectual property protection for its product candidates. However, there is no guarantee that pending patent applications will issue or that the company will achieve adequate protection of its product candidates. There are risks that Tricida products may infringe patents assigned to other entities.





## ANALYST CERTIFICATION

I, Alan Carr hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| **Strong Buy** | 2 | 14 |
| **Buy** | 72 | 26 |
| **Hold** | 25 | 2 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 100 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 74% of companies under coverage would have a "Buy" rating and 26% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The Firm has managed or co-managed a public offering of securities for the subject company Tricida, Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company Tricida, Inc. in the past 12 months.

The subject company Tricida, Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: Tricida, Inc.

The Firm, at the time of publication, makes a market in the subject company Tricida, Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors



August 24, 2020

and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.