# Exhibit 11

**Goldman Sachs | Equity Research**

25 August 2020 | 7:45AM EDT

## Neutral

# Tricida Inc. (TCDA)

## CRL for veverimer; moving to Neutral and $10 PT as a new US clinical trial and multi-year delay become our base case

| TCDA | 12m Price Target: **$10.00** | Price: **$10.11** | Downside: **1.1%** |
|------|------|------|------|

**What's new:** On August 24, Tricida (TCDA) announced receipt of a complete response letter (CRL) from the FDA regarding its new drug application (NDA) for lead asset veverimer. The timing and outcome are generally in line with our expectations, given an August 22 PDUFA and prior communication by the company on its 2Q20 earnings call that it was expecting to receive such a CRL. TCDA noted it will request a Type A meeting with the FDA shortly (with a Type A meeting usually scheduled within 30 days of the meeting request), and expects to update the market in 4Q20 on next steps and estimated timing of a potential re-submission of the NDA.

**The issues:** According to TCDA, the FDA has questioned *"the magnitude and durability of the treatment effect of veverimer on the surrogate marker of serum bicarbonate and the applicability of the treatment effect to the U.S. population."* In addition, FDA is seeking additional data beyond the pivotal TRCA-301 trial as well as the TRCA-301E extension study for veverimer, to elucidate whether the demonstrated effect size of the drug would be reasonably likely to predict clinical benefit. Importantly, TCDA communicated that conduct of an additional clinical trial may or may not be required in order to secure veverimer's approval in the US. On a more positive note, there were no safety, clinical pharmacology/biopharmaceutics, CMC or non-clinical issues identified in the CRL.

**Our take:** The news of the CRL comes as a disappointment, with the stock closing down 24% following the announcement of the FDA outcome (vs. -2% for the S&P XBI Biotech ETF). Consistent with our last report (LINK), we had already assumed a US regulatory delay for veverimer (until 3Q21), so the news doesn't necessarily come as a surprise. With that said, in our view, given near-term uncertainty over the next several months as to the future development path for veverimer, we believe the general lack of

**Graig Suvannavejh, Ph.D.**
+1(212)902-6393 | graig.suvannavejh@gs.com
Goldman Sachs & Co. LLC

**John McNeil**
+1(917)343-4058 | john.mcneil@gs.com
Goldman Sachs & Co. LLC

### Key Data

Market cap: $504.6mn
Enterprise value: $395.9mn
3m ADTV: $14.8mn
United States
America-SMID BioPharma
M&A Rank: 3

### GS Forecast

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | 0.0 | 0.0 | 0.0 | 0.0 |
| Revenue ($ mn) Old | 0.0 | 0.0 | 24.5 | 75.4 |
| EBITDA ($ mn) | (178.1) | (246.1) | (247.3) | (255.2) |
| EBIT ($ mn) | (178.8) | (247.2) | (248.0) | (256.5) |
| **EPS ($) New** | (3.71) | (5.04) | (5.15) | (4.51) |
| EPS ($) Old | (3.71) | (5.12) | (5.12) | (4.22) |
| P/E (X) | NM | NM | NM | NM |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | – |

| | 6/20 | 9/20E | 12/20E | 3/21E |
|---|---|---|---|---|
| EPS ($) | (1.15) | (1.19) | (1.22) | (1.26) |

### GS Factor Profile



TCDA relative to Americas Coverage
TCDA relative to Americas SMID BioPharma

*Source: Company data, Goldman Sachs Research estimates.*
*See disclosures for details.*

---

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

Goldman Sachs — Tricida Inc. (TCDA)

**Neutral**

## Tricida Inc. (TCDA)
Rating since Aug 25, 2020

### Ratios & Valuation

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | NM |
| EV/sales (X) | – | – | – | – |
| FCF yield (%) | (8.5) | (43.1) | (44.1) | (41.6) |
| EV/DACF (X) | NM | NM | NM | NM |
| CROCI (%) | (66.1) | (86.7) | (185.7) | (1,669.8) |
| ROE (%) | (76.9) | (130.7) | NM | NM |
| Net debt/EBITDA (X) | – | – | – | – |
| Net debt/equity (%) | (94.6) | (88.0) | (103.0) | (77.0) |
| Interest cover (X) | (31.1) | (14.9) | (8.6) | (8.7) |
| Inventory days | – | – | – | – |
| Receivable days | – | – | – | – |
| Days payable outstanding | NM | NM | – | – |

### Growth & Margins (%)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue growth | NM | NM | NM | NM |
| EBITDA growth | (72.9) | (38.2) | (0.5) | (3.2) |
| EPS growth | 20.2 | (36.1) | (2.1) | 12.5 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | NM | NM | NM | NM |
| EBIT margin | NM | NM | NM | NM |

### Price Performance



| TCDA ($) | | | Russell 2000 Index |
|---|---|---|---|

|  | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (62.7)% | (71.2)% | (69.5)% |
| Rel. to the Russell 2000 Index | (67.8)% | (70.1)% | (71.6)% |

*Source: FactSet. Price as of 24 Aug 2020 close.*

### Income Statement ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue | 0.0 | 0.0 | 0.0 | 0.0 |
| Cost of goods sold | 0.0 | 0.0 | 0.0 | 0.0 |
| SG&A | (45.8) | (117.1) | (128.4) | (130.9) |
| R&D | (133.0) | (130.1) | (119.6) | (125.6) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(178.1)** | **(246.1)** | **(247.3)** | **(255.2)** |
| Depreciation & amortization | (0.8) | (1.1) | (0.7) | (1.3) |
| **EBIT** | **(178.8)** | **(247.2)** | **(248.0)** | **(256.5)** |
| Net interest inc./(exp.) | 3.0 | (5.7) | (19.8) | (24.6) |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(176.9)** | **(253.8)** | **(266.8)** | **(281.2)** |
| Provision for taxes | 0.1 | 0.0 | 0.0 | 0.0 |
| Minority interest | 0.6 | 0.7 | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(176.2)** | **(253.1)** | **(266.8)** | **(281.2)** |
| **Net inc. (post-exceptionals)** | **(202.0)** | **(285.3)** | **(291.6)** | **(299.1)** |
| **EPS (basic, pre-except) ($)** | **(3.71)** | **(5.04)** | **(5.15)** | **(4.51)** |
| **EPS (diluted, pre-except) ($)** | **(3.71)** | **(5.04)** | **(5.15)** | **(4.51)** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 47.5 | 50.2 | 51.8 | 62.4 |
| Wtd avg shares out. (diluted) (mn) | 47.5 | 50.2 | 51.8 | 62.4 |

### Balance Sheet ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Cash & cash equivalents | 18.6 | 158.6 | 140.0 | 283.0 |
| Accounts receivable | 0.0 | 0.0 | 0.0 | 0.0 |
| Inventory | – | 0.0 | 0.0 | 0.0 |
| Other current assets | 294.2 | 255.5 | 55.5 | 55.5 |
| **Total current assets** | **312.7** | **414.1** | **195.5** | **338.4** |
| Net PP&E | 2.7 | 2.7 | 5.2 | 10.2 |
| Net intangibles | – | – | – | – |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 56.4 | 58.1 | 58.1 | 58.1 |
| **Total assets** | **371.8** | **474.8** | **258.8** | **406.8** |
| Accounts payable | 5.9 | 0.0 | 0.0 | 0.0 |
| Short-term debt | – | – | – | – |
| Current lease liabilities | – | – | – | – |
| Other current liabilities | 33.9 | 47.0 | 60.7 | 66.7 |
| **Total current liabilities** | **39.8** | **47.0** | **60.7** | **66.7** |
| Long-term debt | 58.4 | 295.5 | 307.7 | 319.9 |
| Non-current lease liabilities | – | – | – | – |
| Other long-term liabilities | 9.8 | 8.8 | 8.8 | 8.8 |
| **Total long-term liabilities** | **68.2** | **304.3** | **316.5** | **328.7** |
| **Total liabilities** | **107.9** | **351.3** | **377.3** | **395.4** |
| Preferred shares | – | – | – | – |
| **Total common equity** | **263.9** | **123.5** | **(118.5)** | **11.3** |
| Minority interest | – | – | – | – |
| **Total liabilities & equity** | **371.8** | **474.8** | **258.8** | **406.8** |
| BVPS ($) | 5.55 | 2.46 | (2.29) | 0.18 |

### Cash Flow ($ mn)

|  | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Net income | (176.8) | (253.8) | (266.8) | (281.2) |
| D&A add-back | 0.8 | 1.1 | 0.7 | 1.3 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | 21.1 | 3.4 | 13.8 | 6.0 |
| Others | 25.3 | 32.7 | 24.8 | 18.0 |
| **Cash flow from operations** | **(129.6)** | **(216.5)** | **(227.6)** | **(255.9)** |
| Capital expenditures | (1.4) | (2.1) | (3.2) | (6.4) |
| Acquisitions | – | – | – | – |
| Divestitures | – | – | – | – |
| Others | (126.1) | 42.7 | 200.0 | 100.0 |
| **Cash flow from investing** | **(127.5)** | **40.6** | **196.8** | **93.6** |
| Dividends paid | – | – | – | – |
| Share issuance/(repurchase) | 217.9 | – | – | 293.1 |
| Inc/(dec) in debt | 18.4 | 314.4 | 12.2 | 12.2 |
| Others | 2.1 | 1.6 | – | – |
| **Cash flow from financing** | **238.5** | **316.0** | **12.2** | **305.3** |
| **Total cash flow** | **(18.6)** | **140.0** | **(18.6)** | **142.9** |
| Free cash flow | (131.0) | (218.6) | (230.8) | (262.3) |
| Free cash flow per share (basic) ($) | (2.76) | (4.36) | (4.45) | (4.20) |

*Source: Company data, Goldman Sachs Research estimates.*

clarity will create an overhang on the shares. Further, based on the news and our model changes that take into account our new base case assumptions of (1) the conduct a new US clinical trial (which is still to be determined between FDA and TCDA, and may be premature of us to conclude) and (2) a new US launch timing of veverimer in 2023, we lower our price target to $10 (implies 1% downside potential from current levels), which given the current weighted average upside of 24% for our US SMID biopharma coverage universe, moves us to Neutral (from Buy). Since we initiated at Buy on 6/26/2019, the shares are -71% vs. +3% for the Russell 2000 index and +30% for the XBI), due we believe primarily to investor concerns around the timing and magnitude of the potential US commercial launch of veverimer.

**We now assume an additional US trial for veverimer.** In terms of the outstanding issues (highlighted above), we now believe that FDA may be most interested in seeing additional data on veverimer's potential efficacy, but more specifically in US patients. Having taken a closer look at the exact wording of TCDA's press release, we reviewed patient enrollment data in the pivotal Phase 3 TRCA-301 study, as well as the TRCA-301E safety study. We note that the pivotal 12-week Phase 3 TRCA-301 study (N=217) for veverimer (LINK) was a multi-center, parallel, randomized, double-blind, placebo-controlled study conducted at 37 sites in Bulgaria, Croatia, Georgia, Hungary, Serbia, Slovenia, Ukraine, and the US, while the TRCA-301E study (a 40-week extension of the TRCA-301 study, N=196) was conducted at 29 sites in the exact same territories, except Croatia (LINK).

Having revisited both studies and as shown below, the data indicates that US subjects were under-represented when compared to their Eastern European counterparts: only 12% of all subjects enrolled in the TRCA-301 study came from US sites, while in TRCA-301E, 9% of all subjects enrolled came from the US — or 11% on a *combined* basis.

**Exhibit 1: Across the two registrational studies, 93% of patients on veverimer were ex-US**
Geographic split of patients in each trial and treatment arm

|  |  | Veverimer | | Placebo | | Total | |
|---|---|---|---|---|---|---|---|
|  |  | **Patients** | **%** | **Patients** | **%** | **Patients** | **%** |
| **TRCA-301** | Europe | 113 | 91% | 77 | 83% | 190 | 88% |
|  | USA | 11 | 9% | 16 | 17% | 27 | 12% |
| **TRCA-301E** | Europe | 108 | 95% | 71 | 87% | 179 | 91% |
|  | USA | 6 | 5% | 11 | 13% | 17 | 9% |
| **Total** | Europe | 221 | 93% | 148 | 85% | 369 | 89% |
|  | USA | 17 | 7% | 27 | 15% | 44 | 11% |

Source: Company data

Following our more detailed patient analysis — and with the benefit of hindsight — we believe it is probable that the FDA could potentially be looking for more data from US patients treated with veverimer in order to support any US approval.

In addition, also based on baseline characteristics of the subjects enrolled in TRCA-301 and TRCA-301E, we believe that if a new clinical study in US patients is required, the FDA may also possibly request a more diverse patient population. In the two studies 98% and 99% of patients, respectively, were identified as being white, vs. only 2% and 1% of patients in each study, respectively, identified as being black or African American.

However, we believe any new trial for veverimer may need to better reflect the current CKD (chronic kidney disease) US demographic mix, as US National Kidney Foundation data indicates African Americans constitute more than 35% of all patients in the US receiving dialysis for kidney failure (LINK).

**What about VALOR-CKD?** We remind that TCDA is currently conducting the VALOR-CKD trial, which is the company's outcomes-based trial of veverimer in CKD. The trial is currently enrolling patients as part of TCDA's original post-marketing commitment with the FDA to fully validate their surrogate endpoint, and according to recent comments by the company, is expected to complete enrollment in the first half of next year (with 1,600 patients total). While TCDA has previously communicated that an interim analysis on the data may be available 2-3 years after full enrollment (i.e., 2023-2024) — with full trial data expected four years after the interim (i.e., 2025) — the company is also optimistic that timing of data could come sooner than originally envisioned. With that said, and for the reasons stated above, we do not believe FDA will require data from VALOR-CKD in order to support veverimer's initial approval in the US.

### Model changes

Based on (1) official receipt of the CRL for veverimer and (2) our base case assumptions for a new US clinical study to demonstrate efficacy and safety of veverimer in US patients, we now make the following revisions to our model:

- **Launch timing:** Leaving our probability of success assumption at 75%, we now assume a US launch for veverimer in 2023. This represents an additional six quarters of a delay, relative to our previous assumption of 3Q21 for US launch timing.

- **Market share penetration:** In order to better align with the rest of our US SMID biopharma coverage universe, we now assume a six year time-to-peak (TTP) launch curve for veverimer in the US, and further assume 14.4% peak market share penetration potential, which compares to 18.3% previously.

- **OpEx:** We now dial back our SG&A forecasts by 11%/18%/6% in 2021/2022/2023, and to account for our base case assumption of a new US clinical trial for veverimer and ongoing support behind VALOR through potentially 2025, increase our R&D by 9%/29%/59% during the same time period.

- **Below the line items:** we make adjustments to share count, debt, etc. to reflect the latest 10-Q filing.

Goldman Sachs                                                                    Tricida Inc. (TCDA)

**Exhibit 2: We push out our launch expectations by 2 years and lower our peak sales forecast by ~22%**



Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 3: Our model now implies operating profitability in 2026 vs 2024 prior**

$mn except per share data

| | | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| **OLD** | Sales | - | 24.5 | 75.4 | 179.6 | 362.6 |
| | COGS | - | (4.6) | (11.3) | (22.4) | (36.2) |
| | R&D | (130.1) | (114.3) | (114.3) | (97.1) | (63.1) |
| | SG&A | (117.1) | (144.6) | (159.1) | (167.1) | (175.4) |
| | **EBIT** | **(247.2)** | **(239.0)** | **(209.3)** | **(107.1)** | **87.9** |
| | Net Loss | (256.8) | (264.4) | (237.5) | (135.3) | 60.7 |
| | **EPS** | **(5.12)** | **(5.12)** | **(4.22)** | **(2.38)** | **1.06** |
| **NEW** | Sales | - | - | - | 49.0 | 90.4 |
| | COGS | - | - | - | (9.8) | (13.5) |
| | R&D | (130.1) | (119.6) | (125.6) | (125.6) | (100.5) |
| | SG&A | (117.1) | (128.4) | (130.9) | (157.1) | (165.0) |
| | **EBIT** | **(247.2)** | **(248.0)** | **(256.5)** | **(243.5)** | **(188.6)** |
| | Net Loss | (253.1) | (266.8) | (281.2) | (265.7) | (209.1) |
| | **EPS** | **(5.04)** | **(5.15)** | **(4.51)** | **(3.91)** | **(2.84)** |
| **%chg** | Sales | | -100.0% | -100.0% | -72.7% | -75.1% |
| | COGS | | -100.0% | -100.0% | -56.4% | -62.7% |
| | R&D | 0.0% | 4.7% | 9.9% | 29.3% | 59.1% |
| | SG&A | 0.0% | -11.3% | -17.7% | -6.0% | -6.0% |
| | **EBIT** | **0.0%** | **-3.8%** | **-22.6%** | **-127.5%** | **-314.6%** |
| | Net Loss | 1.4% | -0.9% | -18.4% | -96.4% | -444.7% |
| | **EPS** | **1.5%** | **-0.7%** | **-6.8%** | **-64.1%** | **-368.6%** |

Source: Goldman Sachs Global Investment Research

### Where could we be wrong?

As TCDA has yet to meet with FDA, we could be (1) premature in our assumption that FDA will require a new US-based clinical trial to support use of veverimer in US patients, and (2) conservative in terms of our updated assumptions around veverimer's launch timing and initial uptake curve. Being balanced, we were encouraged to see that FDA, according to TCDA's press release, has provided multiple options for resolving the identified deficiencies. This, to us, could be viewed as a signal of the Agency's willingness to cooperate to work with TCDA in seeing veverimer ultimately approved.

As a reminder, veverimer is being reviewed under the Accelerated Approval Program (AAP), which was initiated in 1992 to allow for faster approval of drugs that treat serious diseases with an unmet medical need. If successful, veverimer would represent the first Accelerated Approval to be granted by the FDA's Cardiovascular and Renal drugs division (note: it is very common for oncology drugs). As such, we question whether some of the challenges being experienced by TCDA with FDA could be reflective of it being a first AAP drug for the division.

### A look at recent CRLs and stock performance

As stated above, based on changes to our estimates, we now lower our 12-month price target to $10 and downgrade TCDA to Neutral. As previously highlighted by our GS healthcare research team (LINK), we have witnessed a recent increase in the number of CRL's being issued by FDA (see exhibit below). While we believe it is difficult to draw clear conclusions as to the reason(s) why were are seeing increased regulatory setbacks, we note that of the eight companies listed below (all of whom who received FDA CRL's during the months of June 2020 to August 2020), the simple (i.e. non-weighted) average stock price decline is 21.2% on the day that the CRL became

publicly known. (We note that this figure largely mirrors the 24% stock price drop for TCDA on August 24.) Also, from the close on the day following news of an FDA CRL, average stock performance is +2.1% (or -1.7% on a weighted average basis), and while we acknowledge that each CRL is unique and different, overall, we believe this further supports our move — at least near-term (until TCDA may be able to provide a regulatory update for veverimer in 4Q20) — to Neutral.

**Exhibit 4: Recent CRL announcements have driven meaningful day-of underperformance, with limited subsequent recovery**
Recent CRL issuances and subsequent share price performance, local currencies

| Ticker | CRL Date | Previous Close | Following Close | %chg | Current Price | %chg post-CRL |
|---|---|---|---|---|---|---|
| DBV.PA | 8/4/2020 | 6.7 | 4.2 | -37.6% | 3.8 | -9.6% |
| GLPG.AS | 8/19/2020 | 156.7 | 118.6 | -24.3% | 114.5 | -3.4% |
| GILD | 8/19/2020 | 69.1 | 65.7 | -4.9% | 65.6 | -0.2% |
| BMRN | 8/19/2020 | 118.5 | 76.7 | -35.3% | 73.4 | -4.4% |
| ICPT | 6/29/2020 | 77.5 | 46.7 | -39.7% | 46.8 | 0.3% |
| RETA | 8/10/2020 | 156.2 | 104.4 | -33.2% | 102.0 | -2.3% |
| MOLN.SW | 6/26/2020 | 22.5 | 15.4 | -31.7% | 21.7 | 41.0% |
| ABBV | 6/26/2020 | 97.0 | 96.1 | -0.9% | 94.3 | -1.9% |
| Simple Avg | | | | -21.2% | | 2.1% |
| Wtd Avg | | | | -3.1% | | -1.7% |

For illustrative purposes, not intended to be exhaustive

Source: Company data, FactSet

## Valuation/risks

We move to a Neutral rating on TCDA (vs a previous Buy), while at the same time, we lower our 12-month price target to $10 from $25, on updated estimates. We value TCDA on a DCF valuation basis and assume 14% WACC and -10% terminal growth rate (unchanged).

Key upside risks include: better-than-expected post-CRL FDA outcome and an earlier US commercial launch timeline vs. what we currently anticipate as previously discussed. Key downside risks: include delay in approval for veverimer beyond our current expectation of 2023, non-approval of veverimer, slower-than-expected product uptake and hence sales trajectory, disappointing results in future clinical studies, and loss of exclusivity/earlier-than-expected competition.

# Disclosure Appendix

## Reg AC

We, Graig Suvannavejh, Ph.D. and John McNeil, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

### The rating(s) for Tricida Inc. is/are relative to the other companies in its/their coverage universe:

Adverum Biotechnologies, Alector Inc., Arcutis Biotherapeutics Inc., Flexion Therapeutics, Halozyme Therapeutics Inc., Horizon Therapeutics, Insmed Inc., Jazz Pharmaceuticals, Kodiak Sciences, Krystal Biotech Inc., Momenta Pharmaceuticals Inc., Rhythm Pharmaceuticals, Tricida Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Tricida Inc. ($10.11)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Tricida Inc. ($10.11)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Tricida Inc. ($10.11)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Tricida Inc. ($10.11)

Goldman Sachs makes a market in the securities or derivatives thereof: Tricida Inc. ($10.11)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 47% | 36% | 17% | 65% | 58% | 54% |

As of July 1, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,015 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



### Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Instruction 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Further

information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

Goldman Sachs                                                                                    Tricida Inc. (TCDA)

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2020 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**