# Exhibit 15

# COWEN

Biotechnology

## TRICIDA

**EQUITY RESEARCH**

December 9, 2020

**Price: $8.12** (12/8/2020 )
**Price Target: $20.00**

**OUTPERFORM (1)**

**Phil Nadeau, Ph.D.**
646 562 1336
phil.nadeau@cowen.com

**Laura Christianson, M.D.**
646 562 1381
laura.christianson@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: TCDA |
| Market Cap | $407.5MM |

Click here for the full company update from our latest quarterly report.

QUICK TAKE: COMPANY UPDATE

# TCDA DISCLOSES REVISED DESIGN OF VALOR-CKD, NEW PATENT, AND FDA FDRR

## THE COWEN INSIGHT

TCDA disclosed the revised design of the VALOR-CKD trial which includes interims at 150 (H2:21) and 250 events (Mid:22). Tricida also announced the submission of a Formal Dispute Resolution Request (FDRR) with FDA, as well as a new composition of matter patent on veverimer expected to protect the franchise to 2038 in the U.S. We think veverimer addresses an unmet need and maintain a $20 P.T.

**Our Take: TCDA's Update Provides Some Clarity On Veverimer's Potential Paths To Market**

Most notable in last night's update is the revised design of the VALOR-CKD trial, as this provides some clarity on veverimer's potential paths to market. The revised design now includes interim analyses at 150 events, anticipated to be reached during H2:21, and 250 events, anticipated to be reached around Mid:22 with a final analysis at 511 events expected in 2024. Though the trial's statistics and TCDA's analysis suggest that the trial is unlikely to stop at the first interim (TCDA estimates a 1-4% chance), there would seem to be a meaningful chance that it could at the second (TCDA estimates a 21-40% likelihood). Our model assumes a late 2023 launch, which would be consistent with the trial stopping at the second interim. Tricida has also submitted a Formal Dispute Resolution Request (FDRR) with FDA which has the potential to result in accelerated approval in 2021 based on the current data, though the historical rates of success for such FDRRs is relatively low implying a launch prior to the VALOR-CKD data is unlikely.

Despite the delay to veverimer's approval, we continue to believe that there is a major need for a therapy that can increase blood bicarbonate in CKD patients without conferring a large dose of sodium. We remain hopeful that veverimer will ultimately become a standard treatment in CKD with $1B in peak revenue potential. Veverimer's new composition of matter patent, which should protect the franchise until 2038, will allow the company to reap the financial returns from veverimer for 14-16 years after VALOR-CKD's likely completion. As TCDA is trading with only an approximate $300MM enterprise value, we think TCDA it is undervalued for veverimer's potential.

**The News: Design Of VALOR-CKD Revised**

Veverimer's VALOR-CKD trial initially had an adaptive design which included an unblinded interim analysis that would support an adjustment in the number of patients enrolled in the trial. Based on the strong correlation between serum bicarbonate and CKD progression in the literature, and veverimer's impact on serum bicarbonate in its trials, TCDA feels sufficiently confident in its likely impact on CKD progression that management no longer thinks an adaptive design is necessary.

The revised protocol has a group sequential design, no interim analysis for sample size adjustment, and two unblinded interim analyses for early stopping for efficacy. The first interim will occur after 150 primary endpoint events (anticipated in H2:21) and the second will occur at 250 primary efficacy events (anticipated around Mid:22). The final analysis will occur at 511 events, anticipated in 2024. The primary endpoint events continue to be defined as renal death, end stage renal disease, or a $\geq$40% reduction in estimated glomerular filtration rate. The interim analysis will be conducted by an unblinded independent Interim Analysis Committee; the trial will remain blinded for everyone else unless it is stopped early for efficacy.

During its Type A meeting with FDA, Tricida focused on whether the magnitude of treatment effect in veverimer's TRCA-301/301E trial was reasonably likely to predict clinical benefit and support VOLAR-CKD powering. Tricida estimated the likely impact of

Please see pages 3 to 6 of this report for important disclosures.    **COWEN**.COM

**COWEN**
EQUITY RESEARCH

**Tricida**
December 9, 2020

veverimer on primary endpoint events using a time-dependent predictive model from over 24K U.S. patients with metabolic acidosis and CKD. This model shows a 8.4% lower risk of events for each 1 mEq/L higher serum bicarbonate. Using the 52 week median placebo-subtracted treatment effect from TRCA-301E of 3.15mEq/L, TCDA estimates that veverimer will result in a hazard ratio of 0.76 in VALOR-CKD. With an anticipated sample size of 1,600 patients, VALOR-CKD has an 87% power to detect a 24% difference in primary endpoint events.

In constructing the revised interims, TCDA will spend alpha of 0.00004 at the first interim, 0.00151 at the second, leaving 0.0245 for the final analysis. Those figures represent the nominal one-sided p-value required for statistical significance at the various analyses. For the trial to be stopped at interim 1,2 or the final analysis the observed hazard ratio would need to be <0.50, <0.67, and <0.83, respectively. At a hazard ratio of 0.76 the trial would have a 1% chance of stopping at interim 1, 21% at interim 2 and 65% at the final analysis. Should the hazard ratio be 0.70, the trial would have a 4% chance of stopping at interim 1, 40% at interim 2 and 54% at the final analysis.

Tricida estimates that its current cash will be sufficient to fund operations until mid-2022 and the second interim analysis in VALOR-CKD.

**VALOR-CKD Has Enrolled 1,277 Subjects And 50 Primary Endpoint Events Have Accrued**

Tricida reports that as of December 7 1,277 (of the targeted 1,600) patients have been enrolled in VALOR-CKD with an average treatment duration of approximately 1 year.Tricida reports that the trial has accrued 50 primary endpoint events thus far. Management reports that very few events occur in the first year after enrollment (as anticipated), but the event rate for patients enrolled over a year ago is at the high end of what has been seen in previous CKD trials (i.e. in the low teens). Enrollment in the trial remains ongoing. Based on the FDA's feedback, recruitment continues at sites in the U.S., Western Europe, and Canada, but has been closed in all other regions. Tricida expects to complete recruitment in the trial by the end of 2022.

**Formal Dispute Resolution Request Submitted To FDA**

In December Tricida submitted a Formal Dispute Resolution Request (FDRR) with FDA. The FDRR is specifically focused on the issue of requisite magnitude of benefit. TCDA has requested that the Office of New Drugs find that the magnitude of serum bicarbonate change seen in TRCA-301 and TRCA-301E is reasonably likely to predict clinical benefit in the treatment of metabolic acidosis associated with CKD. Tricida included in the FDRR data arguing that veverimer's effects on serum bicarbonate are consistent with clinical practice targets for the treatment of metabolic acidosis associated with CKD. Tricida also included data on veverimer's impact on daily activities and physical function from its clinical trials. Tricida also highlighted veverimer's safety profile, as well as the predictive model that correlates changes in serum bicarbonate with renal outcomes.

The FDA will next confirm the acceptance of the FDRR, and a decision on it is anticipated in Q1:21. Should the FDRR be granted an accelerated approval of veverimer would be possible in 2021.

**New Composition Of Matter Patent Allowed In U.S.**

Tricida announced that the U.S. PTO has allowed an Orange Book eligible composition of matter patent for veverimer. Tricida expects that once the patent is issued it will extend veverimer's patent coverage and hence exclusivity until 2038 in the U.S.

**COWEN**
EQUITY RESEARCH

Tricida
December 9, 2020

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Biotechnology:**

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

**Biotechnology:**

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

### Risks To The Price Target

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available. Should Tricida not be able to secure sufficient funding to advance veverimer's development through FDA approval, the stock would be unlikely to achieve our price target. Furthermore, Tricida is a clinical stage development company and its valuation will depend on the ability of its pipeline candidates to advance and be successfully commercialized. Should veverimer's clinical trials fail, should it not receive timely regulatory approvals, or should its sales not meet our projections, the stock would be unlikely to achieve our price target.

COWEN
EQUITY RESEARCH

**Tricida**
December 9, 2020

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| TCDA | Tricida |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Tricida securities.

Cowen and Company, LLC managed or co-managed a public offering of Tricida in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Tricida in the past 12 months.

Tricida is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

4                                        COWEN.COM

**COWEN**
EQUITY RESEARCH

Tricida
December 9, 2020

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at December 09, 2020, 12:08 ET. and disseminated at December 09, 2020, 12:08 ET.

**Copyright, User Agreement and other general information related to this report**

© 2020 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 09/30/20**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 519 | 65.70% | 141 | 27.17% |
| Hold (b) | 266 | 33.67% | 11 | 4.14% |
| Sell (c) | 5 | 0.63% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

### Tricida Rating History as of 12/08/2020
powered by: BlueMatrix



Initiated Coverage - 7/23/2018 - Rating Outperform.

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**
EQUITY RESEARCH

Tricida
December 9, 2020

## POINTS OF CONTACT

**Reaching Cowen**

### Main U.S. Locations

| **New York** | **Boston** | **Cleveland** | **San Francisco** |
|---|---|---|---|
| 599 Lexington Avenue | Two International Place | 20006 Detroit Road | One Maritime Plaza, 9th Floor |
| New York, NY 10022 | Boston, MA 02110 | Suite 100 | San Francisco, CA 94111 |
| 646 562 1010 | 617 946 3700 | Rocky River, OH 44116 | 415 646 7200 |
| 800 221 5616 | 800 343 7068 | 440 331 3531 | 800 858 9316 |

| **Atlanta** | **Chicago** | **Stamford** | **Washington, D.C.** |
|---|---|---|---|
| 3424 Peachtree Road NE | 181 West Madison Street | 262 Harbor Drive | 2900 K Street, NW |
| Suite 2200 | Suite 3135 | Stamford, CT 06902 | Suite 520 |
| Atlanta, GA 30326 | Chicago, IL 60602 | 646 616 3000 | Washington, DC 20007 |
| 866 544 7009 | 312 577 2240 | | 202 868 5300 |

### International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500


 COWENRESEARCH

 COWEN

in. COWEN INC.