# Exhibit 17

# TCDAQ Historical Data ⓘ

Time Frame

| Daily ▾ | | | | Download Data | 07/15/2020 - 07/16/2020 📅 |

| Date | | Price | Open | High | Low | Vol. | Change % |
|------|---|-------|------|------|-----|------|----------|
| 07/16/2020 | | 15.640 | 17.790 | 18.750 | 15.060 | 6.36M | -40.31% |
| 07/15/2020 | | 26.200 | 26.150 | 26.600 | 26.010 | 393.15K | +0.96% |
| Highest: **26.600** | Lowest: **15.060** | Difference: **11.540** | | Average: **20.920** | | Change %: **-39.730** |