**Exhibit 18**

| Date | PRC_TCDA | Expected_Ret | Abnormal_Ret | Abnormal_Dollar | Abnormal_Ret_T | p_Val |
|---|---|---|---|---|---|---|
| 2/25/2020 | 33.71 | -0.01520478 | -0.024943284 | -0.876008139 | -1.023842712 | 0.308077264 |
| 2/26/2020 | 32.76 | 0.012758588 | -0.040940137 | -1.380092015 | -1.675511114 | 0.096574805 |
| 2/27/2020 | 32.14 | -0.035973509 | 0.01704799 | 0.558492167 | 0.692621491 | 0.489943405 |
| 2/28/2020 | 31.78 | 0.006111302 | -0.017312298 | -0.556417245 | -0.708707463 | 0.479940214 |
| 3/2/2020 | 34.48 | 0.032252374 | 0.05270672 | 1.675019552 | 2.167454164 | 0.032280072 |
| 3/3/2020 | 33.5 | -0.023956771 | -0.004465502 | -0.153970519 | -0.180727177 | 0.856902628 |
| 3/4/2020 | 35.07 | 0.044291372 | 0.002574299 | 0.086239023 | 0.105433843 | 0.916216855 |
| 3/5/2020 | 33.78 | -0.016327627 | -0.020455948 | -0.717390112 | -0.839319163 | 0.403046866 |
| 3/6/2020 | 32.76 | -0.012963537 | -0.017231845 | -0.582091736 | -0.706367592 | 0.481400746 |
| 3/9/2020 | 31.14 | -0.071311326 | 0.021860776 | 0.716159027 | 0.898939187 | 0.370579873 |
| 3/10/2020 | 30.98 | 0.020149036 | -0.025287122 | -0.787440971 | -1.037836962 | 0.301542283 |
| 3/11/2020 | 28.05 | -0.0446782 | -0.049898946 | -1.545869354 | -2.04080163 | 0.04358034 |
| 3/12/2020 | 25.45 | -0.087916488 | -0.004775134 | -0.133942504 | -0.192198268 | 0.847928852 |
| 3/13/2020 | 25.34 | 0.070169925 | -0.074492125 | -1.895824584 | -3.023562932 | 0.00308648 |
| 3/16/2020 | 21.21 | -0.078183537 | -0.084799888 | -2.148829175 | -3.341525444 | 0.001127218 |
| 3/17/2020 | 20.48 | 0.071521584 | -0.105939311 | -2.246972787 | -4.035405595 | 9.9002E-05 |
| 3/18/2020 | 18.43 | -0.023641227 | -0.076456429 | -1.565827665 | -2.742523402 | 0.007082182 |
| 3/19/2020 | 21.04 | 0.01800018 | 0.123616749 | 2.278256683 | 4.307087799 | 3.52129E-05 |
| 3/20/2020 | 20.18 | -0.029875633 | -0.010998892 | -0.231416678 | -0.358035818 | 0.720978596 |
| 3/23/2020 | 21.32 | -0.011265755 | 0.067757331 | 1.367342938 | 2.204977494 | 0.029463212 |
| 3/24/2020 | 22.4 | 0.050339294 | 0.000317366 | 0.006766245 | 0.010123387 | 0.991940538 |
| 3/25/2020 | 22.74 | -0.01467216 | 0.029850731 | 0.668656374 | 0.95252653 | 0.342845276 |
| 3/26/2020 | 24.14 | 0.048985632 | 0.012579891 | 0.286066721 | 0.40232201 | 0.688200426 |
| 3/27/2020 | 23.21 | -0.025332208 | -0.013193061 | -0.318480498 | -0.421777711 | 0.673981567 |
| 3/30/2020 | 23.35 | 0.039628298 | -0.033596415 | -0.779772802 | -1.075215906 | 0.284548463 |
| 3/31/2020 | 22 | -0.011160128 | -0.046655717 | -1.089411003 | -1.487105911 | 0.139747519 |
| 4/1/2020 | 21.25 | -0.041369511 | 0.007278602 | 0.160129239 | 0.230001356 | 0.818502914 |
| 4/2/2020 | 21.65 | 0.034714065 | -0.015890536 | -0.337673886 | -0.502573008 | 0.616233987 |
| 4/3/2020 | 21.21 | -0.013938264 | -0.006385062 | -0.138236586 | -0.202042385 | 0.840243698 |
| 4/6/2020 | 24.81 | 0.048222584 | 0.121508675 | 2.577199002 | 3.861039773 | 0.000187007 |

| Date | PRC_TCDA | Expected_Ret | Abnormal_Ret | Abnormal_Dollar | Abnormal_Ret_T | p_Val |
|---|---|---|---|---|---|---|
| 4/7/2020 | 24.4 | -0.016512225 | -1.33693E-05 | -0.000331693 | -0.000401405 | 0.999680421 |
| 4/8/2020 | 25.35 | 0.030086643 | 0.008847783 | 0.215885908 | 0.267128488 | 0.789848686 |
| 4/9/2020 | 26.81 | 0.009192663 | 0.048401026 | 1.226966002 | 1.463882203 | 0.145954277 |
| 4/13/2020 | 27.72 | -0.000802732 | 0.034745291 | 0.93152125 | 1.046273103 | 0.297629103 |
| 4/14/2020 | 28.66 | 0.034312227 | -0.000401693 | -0.011134939 | -0.012062405 | 0.990396728 |
| 4/15/2020 | 26.38 | -0.025333531 | -0.054219854 | -1.553941014 | -1.62882624 | 0.106086245 |
| 4/16/2020 | 26.82 | 0.024026668 | -0.007347365 | -0.193823494 | -0.219967759 | 0.826289679 |
| 4/17/2020 | 27.31 | 0.040464829 | -0.022194881 | -0.595266719 | -0.664517547 | 0.507701063 |
| 4/20/2020 | 26.77 | 0.004028506 | -0.023801483 | -0.650018495 | -0.711353918 | 0.478317984 |
| 4/21/2020 | 26.3 | -0.033881636 | 0.016324669 | 0.437011398 | 0.487107534 | 0.627117437 |
| 4/22/2020 | 26.97 | 0.011843132 | 0.013632153 | 0.358525637 | 0.406385236 | 0.685221439 |
| 4/23/2020 | 27.39 | -0.002161694 | 0.017734552 | 0.478300878 | 0.528453414 | 0.598211958 |
| 4/24/2020 | 27.83 | 0.018336313 | -0.002272056 | -0.062231622 | -0.067620615 | 0.946206101 |
| 4/27/2020 | 28.59 | 0.011099194 | 0.016209465 | 0.451109424 | 0.482886764 | 0.630102176 |
| 4/28/2020 | 30.11 | -0.017218367 | 0.070383809 | 2.012273111 | 2.099200187 | 0.038006211 |
| 4/29/2020 | 31.5 | 0.015663368 | 0.030500697 | 0.91837599 | 0.893504715 | 0.37346933 |
| 4/30/2020 | 30.25 | -0.011088332 | -0.028594208 | -0.900717545 | -0.834898301 | 0.405521229 |
| 5/1/2020 | 28.41 | -0.027244248 | -0.033582198 | -1.015861491 | -0.977602745 | 0.330340847 |
| 5/4/2020 | 29.76 | 0.015549127 | 0.031969352 | 0.908249296 | 0.926845931 | 0.355964607 |
| 5/5/2020 | 29.04 | 0.014758342 | -0.03895189 | -1.159208244 | -1.1268685 | 0.262164471 |
| 5/6/2020 | 28.65 | -0.003665598 | -0.009764154 | -0.283551031 | -0.280969961 | 0.779242748 |
| 5/7/2020 | 29.25 | 0.005332765 | 0.015609643 | 0.447216284 | 0.449438055 | 0.653969013 |
| 5/8/2020 | 30.005 | 0.012006402 | 0.013805564 | 0.403812746 | 0.405520819 | 0.68585478 |
| 5/11/2020 | 29.42 | 0.021874681 | -0.041371432 | -1.241349806 | -1.211867521 | 0.228091044 |
| 5/12/2020 | 29.82 | -0.020199709 | 0.033795902 | 0.994275444 | 0.988696697 | 0.324905411 |
| 5/13/2020 | 30.41 | -0.015295188 | 0.035080567 | 1.046102513 | 1.02355528 | 0.308212476 |
| 5/14/2020 | 31.17 | 0.005726932 | 0.019264847 | 0.585843992 | 0.573118503 | 0.567693236 |
| 5/15/2020 | 30.98 | 0.007790156 | -0.013885761 | -0.432819156 | -0.423761623 | 0.672538161 |
| 5/18/2020 | 31.55 | 0.024186331 | -0.005787364 | -0.179292544 | -0.176705709 | 0.860053106 |
| 5/19/2020 | 26.58 | -0.013384358 | -0.144143376 | -4.547723507 | -4.405130407 | 2.39957E-05 |

| Date | PRC_TCDA | Expected_Ret | Abnormal_Ret | Abnormal_Dollar | Abnormal_Ret_T | p_Val |
|---|---|---|---|---|---|---|
| 5/20/2020 | 26.59 | 0.01606386 | -0.015687637 | -0.416977389 | -0.447731604 | 0.655196568 |
| 5/21/2020 | 26.83 | -0.011673314 | 0.020699263 | 0.550393411 | 0.590280685 | 0.556170785 |
| 5/22/2020 | 27.14 | 0.002444548 | 0.009109683 | 0.244412783 | 0.259401629 | 0.795793229 |
| 5/26/2020 | 27.23 | -0.002803947 | 0.006120086 | 0.166099128 | 0.174255187 | 0.861973993 |
| 5/27/2020 | 27.03 | 0.0095534 | -0.01689824 | -0.460139073 | -0.48136518 | 0.631179677 |
| 5/28/2020 | 27.19 | -0.002701757 | 0.008621106 | 0.2330285 | 0.245382958 | 0.806601122 |
| 5/29/2020 | 26.86 | 0.00813758 | -0.020274395 | -0.551260812 | -0.576934958 | 0.565120936 |
| 6/1/2020 | 25.91 | -0.002623408 | -0.03274517 | -0.879535256 | -0.93140121 | 0.353614359 |
| 6/2/2020 | 26.63 | 0.002477307 | 0.025311192 | 0.655812987 | 0.721976278 | 0.47178738 |
| 6/3/2020 | 26.9 | -0.000128832 | 0.010267773 | 0.273430789 | 0.292358134 | 0.770544232 |
| 6/4/2020 | 25.98 | -0.009069824 | -0.02513092 | -0.67602174 | -0.723651116 | 0.470762257 |
| 6/5/2020 | 26.095 | 0.012310567 | -0.007884085 | -0.204828521 | -0.226558834 | 0.821172547 |
| 6/8/2020 | 26.74 | 0.00911774 | 0.015599639 | 0.407072568 | 0.463465902 | 0.643914098 |
| 6/9/2020 | 26.48 | -0.00831205 | -0.001411211 | -0.03773578 | -0.041893521 | 0.966656868 |
| 6/10/2020 | 26.3 | -0.004547021 | -0.002250562 | -0.059594881 | -0.066811208 | 0.946849033 |
| 6/11/2020 | 25.4 | -0.055993676 | 0.021773144 | 0.572633685 | 0.646364139 | 0.519342699 |
| 6/12/2020 | 25.535 | 0.008104453 | -0.002789493 | -0.07085311 | -0.08271579 | 0.934222592 |
| 6/15/2020 | 27.09 | 0.009659501 | 0.051237308 | 1.30834465 | 1.519651981 | 0.13136713 |
| 6/16/2020 | 27.56 | 0.015249876 | 0.002099699 | 0.056880857 | 0.061754548 | 0.95086644 |
| 6/17/2020 | 26.37 | -0.002334168 | -0.040844352 | -1.125670334 | -1.202486114 | 0.231666914 |
| 6/18/2020 | 27.22 | -0.000354207 | 0.032587806 | 0.859340437 | 0.954478228 | 0.341861185 |
| 6/19/2020 | 27.1 | 0.008213838 | -0.012622361 | -0.343580666 | -0.368408168 | 0.713252141 |
| 6/22/2020 | 27.19 | 0.002092545 | 0.001228489 | 0.033292041 | 0.035837726 | 0.971474429 |
| 6/23/2020 | 26.88 | 0.00236948 | -0.013770731 | -0.374426171 | -0.402124229 | 0.688345557 |
| 6/24/2020 | 26.82 | -0.025142822 | 0.02291068 | 0.615839067 | 0.668575997 | 0.505117522 |
| 6/25/2020 | 27.08 | 0.010051179 | -0.000356921 | -0.009572622 | -0.010404991 | 0.991716355 |
| 6/26/2020 | 25.75 | -0.024455186 | -0.024658551 | -0.667753553 | -0.71902677 | 0.473595722 |
| 6/29/2020 | 25.55 | 0.005945249 | -0.013712239 | -0.353090156 | -0.398956197 | 0.690671819 |
| 6/30/2020 | 27.48 | 0.013608452 | 0.061929708 | 1.582304044 | 1.801194656 | 0.074315709 |
| 7/1/2020 | 26.79 | 0.003190896 | -0.028300067 | -0.777685833 | -0.812843761 | 0.41800194 |

| Date | PRC_TCDA | Expected_Ret | Abnormal_Ret | Abnormal_Dollar | Abnormal_Ret_T | p_Val |
|---|---|---|---|---|---|---|
| 7/2/2020 | 26.49 | 0.003873001 | -0.01507121 | -0.403757707 | -0.431656677 | 0.66680622 |
| 7/6/2020 | 26.56 | 0.010302705 | -0.007660198 | -0.202918646 | -0.219450795 | 0.826691355 |
| 7/7/2020 | 26.74 | -0.006461972 | 0.013239081 | 0.351629979 | 0.379209995 | 0.705237337 |
| 7/8/2020 | 26.93 | 0.00487536 | 0.0022301 | 0.059632868 | 0.063919553 | 0.949146229 |
| 7/9/2020 | 26.54 | -0.005679888 | -0.008802103 | -0.237040623 | -0.252508054 | 0.80110311 |
| 7/10/2020 | 25.995 | 0.001040491 | -0.021575533 | -0.572614636 | -0.618899947 | 0.537217047 |
| 7/13/2020 | 25.78 | -0.013272802 | 0.00500198 | 0.130026476 | 0.143251077 | 0.886344793 |
| 7/14/2020 | 25.95 | 0.015866841 | -0.009272582 | -0.239047152 | -0.266936171 | 0.790000582 |
| 7/15/2020 | 26.2 | 0.010219364 | -0.000585453 | -0.015192504 | -0.016848809 | 0.986586684 |
| 7/16/2020 | 15.64 | -0.007224558 | -0.395828878 | -10.37071659 | -11.42539943 | 0 |
| 7/17/2020 | 16.5 | 0.007791461 | 0.047195751 | 0.73814155 | 1.356363216 | 0.177687521 |
| 7/20/2020 | 15.71 | 0.008636633 | -0.056515421 | -0.932504446 | -1.611413923 | 0.109879281 |
| 7/21/2020 | 15.05 | -0.011155432 | -0.030856026 | -0.484748163 | -0.870190769 | 0.386040945 |
| 7/22/2020 | 14.77 | -0.000681175 | -0.017923476 | -0.269748318 | -0.504821956 | 0.614666974 |
| 7/23/2020 | 14.39 | -0.018134731 | -0.007593095 | -0.11215002 | -0.213625248 | 0.831224276 |
| 7/24/2020 | 13.89 | -0.017237087 | -0.017509264 | -0.251958314 | -0.498622209 | 0.619014768 |
| 7/27/2020 | 14.59 | 0.01361874 | 0.036777229 | 0.510835705 | 1.054614877 | 0.293851196 |
| 7/28/2020 | 13.89 | -0.014598358 | -0.03337971 | -0.487009962 | -0.952689987 | 0.342780586 |
| 7/29/2020 | 13.3 | -0.003489134 | -0.038987468 | -0.541535925 | -1.11041695 | 0.269176693 |
| 7/30/2020 | 13.27 | -0.003627568 | 0.001371929 | 0.018246657 | 0.038908998 | 0.969031601 |
| 7/31/2020 | 13.38 | -0.012996199 | 0.021285574 | 0.282459563 | 0.605232297 | 0.546238232 |
| 8/3/2020 | 13.75 | 0.018087826 | 0.009565388 | 0.127984894 | 0.271565637 | 0.786451533 |
| 8/4/2020 | 14.26 | -0.00681355 | 0.043904459 | 0.60368631 | 1.249195748 | 0.214174963 |
| 8/5/2020 | 13.8 | -0.00105221 | -0.031205854 | -0.444995483 | -0.88238677 | 0.379440913 |
| 8/6/2020 | 13.71 | -0.003343384 | -0.003178356 | -0.043861307 | -0.089575954 | 0.928782768 |