UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARDI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRICIDA, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00076-HSG<br><br>**ORDER REGARDING DISCOVERY DEADLINE** |

On March 19, 2024, the parties submitted a case management statement proposing two dates for the close of fact discovery. Dkt. No. 148. The parties are **ORDERED** to meet and confer and submit an agreed-upon deadline for the close of fact discovery to the Court on or before July 29, 2024.

**IT IS SO ORDERED.**

Dated: 7/23/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge