Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (CA Bar No. 271217)
Michael D. Gaines, pro hac vice
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v. TRICIDA, INC. and GERRIT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**CLASS ACTION**<br><br>**JOINT RESPONSE TO ORDER REGARDING DISCOVERY DEADLINE** |

On July 23, 2024, the Court entered an Order directing the parties "to meet and confer and submit an agreed-upon deadline for the close of fact discovery to the Court on or before July 29, 2024." Dkt. No. 168. The parties have met and conferred and respectfully request the Court enter the following discovery deadlines:

1.    Substantial completion of document production by November 15, 2024.

2.    Close of fact discovery on February 28, 2025.

The parties note that when and how the Court rules on the pending discovery dispute, Discovery Letter Brief, Dkt. No. 166, might necessitate an extension of these deadlines and will meet and confer and submit proposed revised deadlines as appropriate following the ruling on the pending discovery dispute.

Respectfully submitted,

Dated: July 29, 2024

**BLOCK & LEVITON LLP**

/s/ Jeffrey C. Block
Jeffrey C. Block (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Lead Counsel and Counsel for Plaintiff*

**SIDLEY AUSTIN LLP**

/s/ Sara B. Brody
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415 772 1279

Robin E. Wechkin (*pro hac vice*)
rwechkin@sidley.com
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Counsel for Defendant Gerrit Klaerner*

JOINT RESPONSE TO ORDER
REGARDING DISCOVERY DEADLINE
CASE NO. 4:21-cv-00076-HSG

1

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Response to Order Regarding Discovery Deadline.

Dated: July 29, 2024                          By: /s/ Jeffrey C. Block
                                              Jeffrey C. Block (admitted pro hac vice)

JOINT RESPONSE TO ORDER
REGARDING DISCOVERY DEADLINE
CASE NO. 4:21-cv-00076-HSG

2