UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PARDI, et al.,

        Plaintiffs,

v.

TRICIDA, INC., et al.,

        Defendants.

Case No. 21-cv-00076-HSG

**SECOND AMENDED SCHEDULING ORDER**

The Court set forth an amended scheduling order for this case on March 26, 2024. *See* Dkt. No 149. Having considered the parties' proposals regarding the schedule for discovery, *see* Dkt. No. 169, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Reply in Support of Class Certification Motion | August 15, 2024 |
| Class Certification Hearing | September 12, 2024, at 2:00 p.m. |
| Substantial Completion of Document Production | November 15, 2024 |
| Close of Fact Discovery | February 28, 2025 |

/ /

/ /

/ /

/ /

/ /

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   8/5/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge