Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>    Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>    Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date: September 12, 2024<br>Time: 2:00 p.m.<br>Courtroom 2, 4th floor |

DECLARATION OF JEFFREY C. BLOCK
CASE NO. 4:21-CV-00076-HSG

I, Jeffrey C. Block, declare as follows:

1.    I am an attorney licensed to practice in the State of New York and the Commonwealth of Massachusetts, and am admitted *pro hac vice* in this district. I am a partner of Block & Leviton LLP, Lead Counsel for Lead Plaintiff Jeffrey M. Fiore in the above-captioned action. I make this declaration in support of Lead Plaintiff's Reply in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Rebuttal Report of Chad Coffman, CFA;

Exhibit B:    Complete Response Letter dated August 21, 2020;

Exhibit C:    Appeal Denied Letter dated February 17, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of August 2024.

/s/ *Jeffrey C. Block*
JEFFREY C. BLOCK

DECLARATION OF JEFFREY C. BLOCK                                          1
CASE NO. 4:21-CV-00076-HSG