# Exhibit A
# Coffman Rebuttal
# Report

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRIT KLAERNER,<br><br>    Defendants. | Case No. 4:21-cv-00076-HSG |

**EXPERT REBUTTAL REPORT OF CHAD COFFMAN, CFA**

**August 15, 2024**

1

# Table of Contents

**Page**

I.     INTRODUCTION ........................................................................................................ 3

II.    SUMMARY OF OPINIONS ...................................................................................... 4

III.   THERE IS CLEAR ECONOMIC EVIDENCE OF PRICE IMPACT
AFTER AUGUST 6, 2020 .......................................................................................... 7

     A.    RELEVANT SUMMARY OF PLAINTIFF'S ALLEGATIONS ..................... 7

     B.    AUGUST 24, 2020 ..................................................................................... 9

     C.    OCTOBER 29, 2020 ................................................................................. 13

     D.    FEBRUARY 26, 2021 .............................................................................. 17

IV.   THE OUT-OF-POCKET DAMAGES METHODOLOGY IS FLEXIBLE
ENOUGH TO ACCOMMODATE CONFOUNDING INFORMATION,
INCLUDING THE MATERIALIZATION OF PROPERLY DISCLOSED
RISKS ......................................................................................................................... 21

## I.    INTRODUCTION

1.    My name is Chad Coffman.  I am the President of Peregrine Economics, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, litigation.

2.    On April 30, 2024, I submitted an expert report (the "Coffman Report" or my "Report") in this matter, in which I opined that the market for Tricida, Inc. ("Tricida" or the "Company") Common Stock ("Tricida Common Stock") was efficient throughout the Class Period and that damages in this matter are subject to a common approach and a methodology that can be applied class-wide.[1]

3.    Following the submission of my Report, Plaintiff's Counsel provided me with the July 1, 2024 Defendant Gerrit Klaerner's Opposition to Lead Plaintiff's Motion for Class Certification (the "Defendant's Motion"), and the July 1, 2024 Expert Report of Paul Zurek, Ph.D. (the "Zurek Report").  Plaintiff's Counsel has asked me to review, evaluate, and respond to the Zurek Report.  My responses to the Zurek Report are set forth in this document (my "Rebuttal Report").

4.    In formulating my opinions set forth in this Rebuttal Report, I have relied upon the analyses already described in my Report, as well as my knowledge, experience, and formal training in economics, finance, and statistics, in addition to the allegations and facts set forth in this lawsuit.  All of the materials I considered in forming my opinions are identified in **Appendix A** to this report.

---

[1] Coffman Report ¶¶ 6-7, 84.  Unless otherwise noted, capitalized terms in this report have the same meaning as in my Report, all emphasis in this report is added, and all times cited in this report are in Eastern Time.

5.     My qualifications and rate of compensation for work in this matter were identified in my Report and I do not repeat them here.  I have attached an updated version of my curriculum vitae as **Appendix B**.

6.     I reserve the right to amend this Rebuttal Report to reflect new information that becomes available to me in light of further proceedings in this matter, including additional discovery and/or future rulings from the Court.

## II.     SUMMARY OF OPINIONS

7.     In summary, nothing in the Zurek Report or Defendant's Motion disturbs my opinions that the market for Tricida Common Stock was efficient during the Class Period and that economic damages in this matter can be calculated on a class-wide basis using a common methodology.

8.     Dr. Zurek does not dispute my opinion that the market for Tricida Common Stock was efficient or any of the analyses used to support that opinion, including, but not limited to my event study analysis.[2,3]

9.     Contrary to Dr. Zurek's opinion, if Plaintiff's allegations are correct, there is clear economic evidence of price impact after August 6, 2020.[4]

10.     *August 24, 2020*: For the first time, it was disclosed that the FDA was "***seeking additional data beyond the TRCA-301 and TRCA-301E trials*** regarding the magnitude and durability of the treatment effect of veverimer on the surrogate marker of serum bicarbonate and

---

[2] Coffman Report Section VII.

[3] Zurek Report ¶ 39.

[4] *See,* **Section III** of this report.

the applicability of the treatment effect to the U.S. population."[5]  Plaintiff specifically alleges

that Defendant failed to disclose that the FDA had, prior to the Class Period and the late cycle

meeting, already specifically expressed concerns to Tricida that the data from these trials would

be insufficient.[6]  "Given the FDA found the issues with Tricida's application to be so

'significant' that an 'advisory committee' was not 'needed,' Defendants had no basis to claim a

belief that the clinical trials provided 'sufficient clinical evidence of safety and efficacy to

support the approval of our NDA."[7]

11.    *October 29, 2020*: Tricida revealed for the first time that "***the FDA is unlikely to

rely solely on serum bicarbonate data for determination of efficacy***."[8]  Plaintiff alleges that the

FDA had raised concerns about this prior to the Class Period.  "[W]e [the FDA] do not agree that

the submitted data are sufficient to support the use of serum bicarbonate concentrations as a

surrogate endpoint for a treatment's effect on renal, bone and/or muscle function-related

outcomes in the proposed population."[9]  Additionally, "[the] FDA confirmed that the sponsor

may proceed with Study TRCA-301, but also indicated that it could not commit to the size of the

treatment effect on serum bicarbonate needed to support accelerated approval."[10]

---

[5] "Tricida Receives Complete Response Letter from the FDA for its New Drug Application for Veverimer for the Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with CKD," *Business Wire*, August 24, 2020, 8:30 AM.

[6] Second Amended Complaint for Violations of the Federal Securities Laws filed December 15, 2022, Case No.: 5:21-cv-00076-LHK ("SAC") ¶¶ 21-23, citing from a letter the FDA wrote to Tricida dated January 24, 2020.  This is prior to the Class Period.

[7] SAC ¶ 22, citing from a letter the FDA wrote to Tricida dated January 24, 2020.  This is prior to the Class Period.

[8] "Tricida Provides Update on FDA Interactions," *Business Wire*, October 29, 2020, 7:30 AM.

[9] SAC ¶ 10, citing from minutes of an End-of-Phase 2 meeting between the FDA and Tricida on November 30, 2016.  This is prior to the Class Period.

[10] SAC ¶ 17, citing from Type B meeting between the FDA and Tricida on July 26, 2017.  This is prior to the Class Period.

5

12.    *February 25, 2021*: The market is first made aware of the FDA's concern that the trial results were "***strongly influenced by a single site***."[11]  Plaintiff alleges that prior to the Class Period Defendant was aware that the trial results were strongly influenced by a single site and that the FDA already had concerns about how representative results from such a site would be to the U.S. population.  "We remain concerned about the magnitude and durability of the treatment effect. We further note that the treatment effect at Week 52 was driven entirely by a single site in Bulgaria (Site 11)."[12]  "For the following reasons, it is not clear that the results of study TRCA-301/301E are applicable to the U.S. population and practice of medicine… Most subjects in the trial were enrolled in Bulgaria and Georgia (148/217), and randomization in those countries favored TRC101… Only 27/217 subjects were enrolled in the U.S., and randomization in the U.S. favored placebo. In addition, it appears that only two patients randomized to TRC101 in the U.S. contributed data to analyses at Week 52."[13]

13.    While Dr. Zurek attempts to incorrectly portray the post-August 6, 2020 events as purely a materialization of known risks, he ignores the new, specific, and detailed information about the FDA's views that Defendant knew prior to the Class Period that was allegedly improperly concealed by the alleged misstatements and/or omissions.  If Plaintiff's claims are accurate, the disclosure of that information is not the materialization of a properly disclosed risk.

14.    Dr. Zurek does not dispute that the general damages framework/methodology that I detailed in the Coffman Report (*i.e.*, the out-of-pocket methodology, by which I mean that damages are equal to the artificial inflation at time of purchase less the artificial inflation at the

---

[11] "Tricida Provides Update on FDA Interactions," *GlobeNewswire*, February 25, 2021, 4:05 PM.

[12] SAC ¶ 23, citing from the package the FDA sent to Tricida in advance of the late cycle meeting on April 17, 2020. This is prior to the Class Period.

[13] SAC ¶ 20, citing from a letter the FDA wrote to Tricida dated January 24, 2020.  This is prior to the Class Period.

time of sale) is standard and virtually always used in securities class action matters alleging fraud under Section 10(b) of the Exchange Act to calculate damages on a class-wide basis.[14] Even if Dr. Zurek was correct that some portion of the price declines on the alleged corrective events reflected the materialization of properly disclosed risks, the out-of-pocket methodology is perfectly capable of handling the concerns raised by Dr. Zurek on a class-wide basis.

## III.  THERE IS CLEAR ECONOMIC EVIDENCE OF PRICE IMPACT AFTER AUGUST 6, 2020

### A.  RELEVANT SUMMARY OF PLAINTIFF'S ALLEGATIONS

15.  On May 1, 2020, Tricida executives met with representatives from the FDA to discuss the ongoing review process for veverimer.  During this meeting Tricida learned that "…it was not necessary to hold an Advisory Committee ("AdCom") meeting because of the numerous, serious deficiencies the FDA had identified in the TRCA-301 and TRCA-301E trials."[15] Plaintiff alleges this information included, but was not necessarily limited to: The FDA stating it was "not clear that the results of TRCA-301/301E were applicable to the U.S. population and practice of medicine."[16]  That the FDA "remained concerned that the observed treatment effect on SBC [blood serum bicarbonate] at weeks 12 and 52 of 2.64 mEq/L and 1.99 mEq/L, respectively, were too small to be considered 'reasonably likely' to predict a clinical benefit."[17]

---

[14] Coffman Report ¶ 84.

[15] SAC ¶ 25, citing from the late-cycle meeting between the FDA and Tricida dated May 1, 2020.  This is prior to the Class Period.

[16] SAC ¶ 75, citing from the package the FDA sent to Tricida in advance of the late cycle meeting on April 17, 2020. This is prior to the Class Period.

[17] SAC ¶ 164, citing from the late-cycle meeting between the FDA and Tricida dated May 1, 2020.  This is prior to the Class Period.

And that "the treatment effect at Week 52 was driven entirely by a single site in Bulgaria (Site 11)."[18]

16.    Instead of revealing this information to the market, Defendant Klaerner allegedly materially misled and omitted this knowledge in the first quarter 2020 earnings announcement:[19]

> In our Day 74 letter, the FDA indicated that they plan to hold an advisory committee meeting or AdCom to discuss the application. **In our late-cycle meeting with the FDA held in May 2020, the FDA indicated it currently does not plan to hold an AdCom to discuss veverimer due in part to the logistical challenges posed by COVID-19. In our late-cycle meeting with [the] FDA, we took the opportunity to address outstanding review issues. We presented our data and rationale as to why we think veverimer satisfies the requirements for initial approval under the Accelerated Approval Program, including the magnitude and durability of the treatment effect on the surrogate markup serum bicarbonate, demonstrated in the TRCA-301 and 301E trials**.[20]
>
> Under the initial approval, we have to ensure that U.S. patients who would be prescribed veverimer get clinically significant benefit that outweighs the risk of treatment. Overall, while the FDA continues its review, we remain confident that our submission meets the standard for approval through the Accelerated Approval Program.[21]

17.    The final section of the Zurek Report addresses each Corrective Disclosure Event after August 6, 2020 in support of Defendant's argument that market's response on August 6, 2020 to Tricida's Q2 2020 earnings was the last possible date on which the Challenged Statements could have had an impact.  I describe below, assuming Plaintiff's allegations are correct, why there is clear evidence of price impact on later dates.

---

[18] SAC ¶ 23, citing from the package the FDA sent to Tricida in advance of the late cycle meeting on April 17, 2020. This is prior to the Class Period.

[19] SAC ¶ 26.

[20] "FQ1 2020 Earnings Call Transcripts," *S&P Capital IQ*, May 7, 2020, 4:30 PM.

[21] *Id*.

**B.   AUGUST 24, 2020**

18.    Prior to the start of trading on August 24, 2020, Tricida issued a press release stating that it had received a Complete Response letter ("CRL") for the drug candidate veverimer.[22]   The CRL stated that Tricida's Phase 3 trial was inadequate on its own to demonstrate the efficacy of veverimer.[23]   The FDA additionally informed Tricida it was "***seeking additional data beyond the TRCA-301 and TRCA-301E trials*** regarding the magnitude and durability of the treatment effect of veverimer on the surrogate marker of serum bicarbonate and the applicability of the treatment effect to the U.S. population."[24]   This was the first time that Tricida had disclosed that the FDA was explicitly seeking additional data to approve the Company's drug, veverimer.

19.    Tricida had previously stated that "the FDA has identified deficiencies that preclude discussion of labeling and postmarketing requirements/commitments at this time"[25] and that "two substantive review issues that the FDA had raised in advance of the meeting… related to the magnitude and durability of the treatment effect on the surrogate marker of serum bicarbonate demonstrated in the TRCA-301 and TRCA-301E trials and the applicability of data from the TRCA-301 and TRCA-301E trials to the U.S. population."[26]   As described above,

---

[22] "Tricida Receives Complete Response Letter from the FDA for its New Drug Application for Veverimer for the Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with CKD," *Business Wire*, August 24, 2020, 8:30 AM.

[23] *Id*.

[24] *Id*.

[25] "Tricida Provides Regulatory Update on Veverimer," *Business Wire*, July 15, 2020, 5:00 PM.

[26] Tricida Inc. SEC Form 10-Q for Q2 2020, p. 21.

Plaintiff alleges that the FDA had already, prior to the Class Period, expressed its skepticism of the efficacy of veverimer based upon the available data.[27]

20.    Dr. Zurek acknowledges the FDA's comment "*seeking additional data beyond the TRCA-301 and TRCA-301E trials…*" in his report,[28] and states that this was a *public revelation*,[29] but ultimately fails to acknowledge that there was new and corrective information that was distributed to the market with the phrase "*seeking additional data beyond the TRCA-301 and TRCA-301E trials…*"  This disclosure was the first time that Tricida acknowledged the "FDA's position that the Phase 3 TRCA-301/TRCA-301E trial was inadequate on its own to demonstrate the efficacy of veverimer."[30]

21.    Dr. Zurek attempts to dismiss this disclosure by stating it was a "materialization of previously disclosed regulatory risks…"[31]  Dr. Zurek strives to substantiate this claim with the inclusion of statements from the "ITEM 1A. RISK FACTORS" section of the Company's fiscal year 2019 SEC Form 10-K:

> While our NDA is being reviewed through the Accelerated Approval Program, there can be no assurance that approval will be granted on a timely basis, or at all.[32]

> [T]here can be no assurance that the FDA will ultimately agree that the results of our pivotal Phase 3 clinical trial, TRCA-301, and our 40-week extension trial, TRCA-301E, and the design of our confirmatory

---

[27] Although Tricida disclosed in its SEC Form 10-Q for Q2 2020 that it discussed with the FDA these two review topics, Tricida did not reveal the FDA's position on these review topics or the FDA's concerns about the NDA that had been previously expressed to Tricida, all of which were among the reasons why an advisory committee meeting was not held.

[28] Zurek Report ¶ 60.

[29] Zurek Report ¶ 66.

[30] SAC ¶ 179, citing from Tricida's press release dated August 24, 2020.

[31] Zurek Report ¶ 66.

[32] Tricida Inc. SEC Form 10-K for the FY 2019, p. 46.

postmarketing trial, VALOR-CKD, will be sufficient to support such approval.[33]

We conducted the TRCA-101, TRCA-301 and TRCA-301E trials, and are conducting the VALOR-CKD trial with majority enrollment outside the United States and may, in the future, conduct clinical trials of our product candidates outside the United States. The FDA may not accept such foreign clinical data, and in such event, we may be required to re-conduct the relevant clinical trials within the United States […][34]

22.    Dr. Zurek conflates statements of generic risks that are inherent in clinical trials with definitive disclosures of what the FDA told Defendant during and leading up to the late cycle meeting held on May 1, 2020, which Defendant failed to reveal.  Plaintiff alleges Defendant already knew the FDA's position and concern.  None of these statements regarding general risks from Tricida's fiscal year 2019 10-K address the information Plaintiff alleges the FDA had already expressed and certainly did not disclose that the FDA would seek "additional data beyond the TRCA-301 and TRCA-301E trials…"  It would be illogical to conclude that the statements from Tricida's fiscal year 2019 10-K "ITEM 1A. RISK FACTORS" put investors on notice of the true risk of the FDA seeking additional data.

23.    To evaluate whether the allegedly corrective information impacted the market price of Tricida Common Stock on August 24, 2020, I performed an event study.  I described the event study methodology I employed to evaluate market efficiency in detail in my prior Report.[35]  The methodology is the same here and **Exhibit 1** shows the results for August 24, 2020.  On that day, the market price of Tricida fell by 22.82% after controlling for market and industry factors.  This decline was statistically significant at the 95% confidence level (as well as beyond the 99%

---

[33] Tricida Inc. SEC Form 10-K for the FY 2019, p. 46.

[34] Tricida Inc. SEC Form 10-K for the FY 2019, p. 65.

[35] Coffman Report Section VII.

11

confidence level) with a t-statistic of -6.31 and I can conclude that the new information revealed

on this day caused the stock price decline.[36]

24. Furthermore, there is clear evidence from my review of contemporaneous analyst

reports that the new and allegedly corrective information substantially contributed to the stock

price decline.

> *Goldman Sachs*: "According to TCDA, the FDA has questioned 'the magnitude and durability of the treatment effect of veverimer on the surrogate marker of serum bicarbonate and the applicability of the treatment effect to the U.S. population'. In addition, **FDA is seeking additional data beyond the pivotal TRCA-301 trial as well as the TRCA-301E extension study for veverimer, to elucidate whether the demonstrated effect size of the drug would be reasonably likely to predict clinical benefit**. Importantly, TCDA communicated that conduct of an additional clinical trial may or may not be required in order to secure veverimer's approval in the US."[37]

> *Cowen*: "Tricida announced that the company had received a CRL for veverimer on August 21. **The CRL states that the FDA would like additional data beyond the TRCA-301 and TRCA-301E** trials related to the magnitude and durability of veverimer's treatment effect on serum bicarbonate and the applicability of the treatment effect to the U.S. population."[38]

> *Needham*: The agency [the FDA] is seeking additional data beyond the completed Phase 3 trials regarding the magnitude and durability of treatment effect and applicability to the US population. Mgmt not providing additional details, but noted the FDA letter outlines specific options for resolving deficiencies and that an additional trial may or may not be needed.[39]

---

[36] Dr. Zurek also finds this date statistically significant at the 95% confidence level (as well as beyond the 99% confidence level) with a t-statistic of -5.62. *See*, Exhibit 3 of the Zurek Report.

[37] "CRL for veverimer; moving to Neutral and $10 PT as a new US clinical trial and multi-year delay become our base case," *Goldman Sachs*, August 25, 2020, 7:45 AM.

[38] "Veverimer Receives a CRL, as Anticipated," *Cowen Equity Research*, August 24, 2020, 2:49 PM.

[39] "FDA Issues CRL for Veverimer," *Needham*, August 24, 2020.

25.     While there may be other confounding information (*i.e.*, non-fraud related information) released, there is clear evidence that the new corrective information contributed substantially to the stock price decline.

### C.     OCTOBER 29, 2020

26.     Before trading opened on October 29, 2020 Tricida announced that, during an End-of-Review Type A conference with the FDA, the Company was informed that the NDA for veverimer would be denied.[40]  During its press release Tricida revealed "***that the FDA is unlikely to rely solely on serum bicarbonate data for determination of efficacy***."[41]  This decision was due primarily to Tricida's inability to meet the FDA's requirement that there was "evidence of veverimer's effect on CKD progression from a near-term interim analysis…" [42] with the current VALOR-CKD trial.  In connection with this announcement, Tricida stated in the press release that it would be substantially reducing its employee headcount, resulting in an approximate $25 million decrease in the Company's annual operating costs.[43]

27.     This was the first time that Tricida had mentioned that the FDA would not rely on the serum bicarbonate data for determination of veverimer's efficacy in treating CKD.  Tricida even alludes to this fact with the statement:

> […] over nearly four years, Tricida's discussions with the FDA focused on development of veverimer based solely on the use of serum bicarbonate as the surrogate endpoint to enable accelerated approval, with CKD progression data to be provided only at the completion of the VALOR-CKD trial.[44]

---

[40] "Tricida Provides Update on FDA Interactions," *Business Wire*, October 29, 2020, 7:30 AM.

[41] *Id*.

[42] *Id*.

[43] *Id*.

[44] *Id*.

28.    As described above, Plaintiff alleges that this information (that the FDA would not rely on the serum bicarbonate data for determination of veverimer's efficacy in treating CKD) was specifically part of the concerns that the FDA had already previewed for Tricida.[45]

29.    Dr. Zurek ignores the new information that was clearly corrective of what Plaintiff alleges should have been disclosed earlier.  Instead, he erroneously claims again that the "*public revelation*" was "consistent with the materialization of previously known risks…"[46]  Dr. Zurek attempts to support this claim by again citing information from the section "ITEM 1A. RISK FACTORS" in Tricida's fiscal year 2019 10-K:[47]

> Because we are developing a product candidate for the treatment of a disease or condition on the basis of an unvalidated surrogate endpoint, there are increased risks that the FDA or other regulatory authorities may find that our clinical program provides insufficient evidence of clinical benefit, may have difficulty analyzing and interpreting the results of our clinical program, and may delay or refuse to approve veverimer.[48]

> There are no FDA-approved therapies for the chronic treatment of patients with metabolic acidosis and CKD. In addition, we are not aware of any chronic therapeutic agent that has previously been approved by the FDA on the basis of a clinical trial that used serum bicarbonate level as the primary endpoint. We have engaged in discussions with the FDA regarding the design of our pivotal Phase 3 clinical trial, TRCA-301, and whether the use of serum bicarbonate as a surrogate endpoint is reasonably likely to predict clinical benefit. However, the FDA has discretion at any time, including during our NDA review, to determine whether there is support for the use of serum bicarbonate as a surrogate endpoint.[49]

---

[45] "Tricida suggested that this was the first time the FDA had called into question Tricida's use of serum bicarbonate to measure efficacy, noting that the Company's discussions with the FDA over nearly four years 'focused on development of veverimer based solely on the use of serum bicarbonate as the surrogate endpoint to enable accelerated approval, with CKD progression data to be provided only at the completion of the VALOR-CKD trial.' Yet the FDA had consistently raised concerns about Tricida's proposed use of serum bicarbonate dating back to 2015." *See* SAC ¶ 180, citing from preliminary comments sent by the FDA on May 1, 2015 to Tricida ahead of a meeting to be held on May 6, 2015.  This is prior to the Class Period.

[46] Zurek Report ¶ 76.

[47] Zurek Report ¶ 77.

[48] Tricida Inc. SEC Form 10-K for the FY 2019, p. 64.

[49] *Id*.

Key issues with our endpoint include uncertainty about the degree of change from baseline serum bicarbonate that will translate into improved clinical outcomes, the population in which such change is expected to translate into improved clinical outcomes, and the need for data supporting a causal relationship between serum bicarbonate concentration and clinical outcomes. As a result, we cannot be certain that [the] FDA will ultimately conclude that the design and results of our pivotal Phase 3 clinical trial TRCA-301, which uses changes from baseline in serum bicarbonate level as the primary endpoint, and our 40-week extension study, TRCA-301E, or that the design of the VALOR-CKD trial, will be sufficient for approval of veverimer.[50]

Moreover, even if the FDA does find that changes from baseline in serum bicarbonate are sufficiently likely to predict clinical benefit for patients, the FDA may not agree that we have achieved the primary endpoint in our pivotal Phase 3 clinical trial, TRCA-301, to the magnitude or to the degree of statistical significance required by the FDA. Further, even if those requirements are satisfied, the FDA also could give overriding weight to inconsistent or otherwise confounding results on other efficacy endpoints or other results of the trial, including results on secondary and exploratory endpoints. The FDA also weighs the benefits of a product against its risks and the FDA may view the efficacy results in the context of safety as not being supportive of regulatory approval. Regulatory authorities in other countries may take similar positions.[51]

30.    Again, Dr. Zurek's reliance on risk factors that apply generally to the risks of clinical trials and the approval process by the FDA does not substitute for a specific disclosure that the FDA had already cited its concerns about use of serum bicarbonate data alone for determination of efficacy.

31.    **Exhibit 1** shows the results of my event study for October 29, 2020.  On that day, the market price of Tricida fell by 47.33% after controlling for market and industry factors.  This decline was statistically significant at the 95% confidence level (as well as beyond the 99%

---

[50] *Id.*

[51] *Id.*

confidence level) with a t-statistic of -15.14 and I can conclude that the new information revealed

on this day caused the stock price decline.[52]

32.    There is clear contemporaneous evidence from analyst reports that the price decline

is due at least in part to the alleged corrective information:

> *Cowen*: **TCDA now believes the FDA will require CKD progression data from veverimer's VALOR-CKD trial and is unlikely to grant approval based on the surrogate endpoint of serum bicarbonate**.
>
> […]
>
> Given the FDA's initial acceptance of serum bicarbonate as a surrogate endpoint when veverimer's clinical trial program was designed, and the use of serum bicarbonate in a number of academic studies, management had been hopeful that the FDA's concerns outlined in veverimer's CRL could be answered by an interim analysis of serum bicarbonate in VALOR-CKD. **Such data would have permitted a resubmission in several months. The Type A meeting made it clear this will not be sufficient and it now appears that the delay will be more significant**.[53]
>
> *J.P. Morgan*: **In what we see as a major setback for veverimer's timeline to approval, Tricida now believes the FDA will require evidence of veverimer's effect on CKD progression from a near-term interim analysis of the VALOR-CKD trial for approval under the Accelerated Approval Program** and TCDA does not believe it can provide this without compromising the integrity of the trial. **This comes based on feedback during the Type A meeting which made it clear that the FDA is unlikely to rely solely on serum bicarbonate data for determination of efficacy**. At this time, we do not see the path forward as defined and TCDA not surprisingly plans to wait for formal FDA meeting minutes expected in November (w/in 30 days from the Oct 20 meeting) prior to determining how to proceed with obtaining regulatory approval.[54]
>
> *Goldman Sachs*: What's the issue: Coming out of that meeting, **it appears that FDA is reluctant to base any potential decision on veverimer's approval on the measurement of serum bicarbonate alone, a position**

---

[52] Dr. Zurek also finds this date statistically significant at the 95% confidence level (as well as beyond the 99% confidence level) with a t-statistic of -11.56.  *See*, Exhibit 3 of the Zurek Report.

[53] "FDA's Request for CKD Progression Data to Delay Veverimer's Approval," *Cowen Equity Research*, October 29, 2020, 1:12 PM.

[54] "The Waiting Is the Hardest Part; No Fast Fix For CRL, Watch Nov Update for Path Fwd," *J.P. Morgan*, October 29, 2020, 12:19, PM.

**that TCDA had originally proposed — and thought it had agreement with — FDA, when using the Accelerated Approval Program process**.[55]

33.    While there may be other confounding information (*i.e.*, non-fraud related information) released, there is clear evidence that the new corrective information contributed substantially to the stock price decline.

**D.    FEBRUARY 26, 2021**

34.    On February 25, 2021, after market hours, Tricida issued a press release that publicly disclosed for the first time that the positive results of its clinical trial were highly dependent on results from one test site.  This piece of information was included along with the disclosure that Tricida had received an Application Denied Letter ("ADL") from the Office of New Drugs ("OND") of the FDA in response to the Company's previously submitted FDRR.[56] Tricida's press release elaborated that the ADL dealt with concerns about the trial's concentration in one geographic region:

> The OND also provided feedback on other concerns that are particularly relevant in an NDA supported by a single registrational trial. The OND *noted concerns around the trial results being strongly influenced by a single site*, and the majority of sites for the TRCA-301/TRCA-301E trial being in Eastern Europe, where differences in patient management, including concomitant medications and diet, might affect the treatment response to veverimer and raise a concern of the applicability to a U.S. patient population.[57]

35.    Plaintiff clearly alleges that this was communicated by the FDA to Tricida before the Class Period in an April 17, 2020 communication from the FDA that stated:

---

[55] "Tricida Inc. (TCDA): Veverimer update provided but future path to approval remains unclear; await next update," *Goldman Sachs*, October 30, 2020, 4:54 AM.

[56] "Tricida Provides Update on FDA Interactions," *GlobeNewswire*, February 25, 2021, 4:05 PM.

[57] *Id*.

> We remain concerned about the magnitude and durability of the treatment effect. We further note that the treatment effect at Week 52 was driven entirely by a single site in Bulgaria (Site 11).[58]

36.    This result and pre-Class Period concern from the FDA was never disclosed publicly prior to February 25, 2021.

37.    Dr. Zurek erroneously asserts that the information released after trading hours on February 25, 2021 represented a "materialization of previously disclosed regulatory risks" and therefore, could not have resulted from price impact of the alleged misstatements and or omissions.  Dr. Zurek, instead, proffers that this corrective disclosure showed risks such as:

> […] for example, the possibility that veverimer would not be approved on a timely basis (if at all) through the Accelerated Approval Program, that the FDA might require additional clinical trials to support approval, and risks specifically related to the use of serum bicarbonate as a surrogate endpoint and whether the FDA would approve the drug based on the surrogate endpoint […][59]

38.    However, none of the prior risk factors discussed by Dr. Zurek reveal that the positive results of the prior clinical trial were driven largely by one test site and that the FDA had already expressed its concern with that aspect of the results.  Indeed, even Tricida characterized that as one of the "other deficiencies" that had been identified in the previous Complete Response Letter which had not been previously acknowledged:

> […] the OND's decision additionally addressed ***other deficiencies*** identified in the Complete Response Letter (CRL), which Tricida received in August 2020. The additional issues addressed included the reliability of the data from the TRCA-301/TRCA-301E trial due to the disproportionate impact of data from a single high-enrolling clinical site on the trial's results and the applicability of the trial results to the U.S. patient population given that the majority of the subjects in the study were enrolled in sites outside of the

---

[58] SAC ¶ 23, citing from the package the FDA sent to Tricida in advance of the late cycle meeting on April 17, 2020. This is prior to the Class Period.

[59] Zurek Report ¶ 104.

United States or were in regions that the FDA does not consider "U.S.-like," such as Eastern Europe.[60]

39.    Dr. Zurek claims that "analyst reports and public press commentary after the disclosure, identified other potentially new, value-relevant information that could have contributed to the stock price decline on that day."[61]  However, Dr. Zurek, again, acknowledges that the new information disclosed by the Company on this date constituted "*public revelations*,"[62] particularly that the FDA was not convinced by a treatment effect driven by one particular site.

40.    **Exhibit 1** shows the results of my event study for February 26, 2021.  On that day, the market price of Tricida fell by 30.40% after controlling for market and industry factors.  This decline was statistically significant at the 95% confidence level (as well as beyond the 99% confidence level) with a t-statistic of -8.45 and I can conclude that the new information revealed on this day caused the stock price decline.[63]

41.    It is evident from contemporaneous analyst commentary, including reports that Dr. Zurek himself cites to in his report, that the market viewed the FDA's explanations accompanying its issuance of an ADL to Tricida as new, negative information.

> *J.P. Morgan*: […] we think the stock reflects an extended delay and substantially lower probability of approval. […] ADL reflects multiple reasons FDA sees to not approve veverimer based on the '301/301E trial […] ***the ADL noted other concerns in the CRL including the reliability of the data given the disproportionate impact of data from a single high-enrolling trial site and the applicability of the results to US patients given the majority of patients enrolled in TRCA-301/TRCA-301E were from***

---

[60] "Tricida Provides Update on FDA Interactions," *GlobeNewswire*, February 25, 2021, 4:05 PM.

[61] Zurek Report ¶ 103.

[62] Zurek Report ¶ 104.

[63] Dr. Zurek also finds this date statistically significant at the 95% confidence level (as well as beyond the 99% confidence level) with a t-statistic of -7.35.  *See*, Exhibit 3 of the Zurek Report.

*sites outside the US or in regions the FDA does not see as "US-like," e.g., Eastern Europe.*

[…]

TCDA noted the potential to stop the VALOR trial at any time for administrative purposes, at which point all remaining alpha would be used to evaluate the data on hand. […] That said, *we still see the possibility of FDA concern about the data's applicability to US patients as a potential review issue as the majority of early enrollment (and therefore likely the earlier events) for VALOR-CKD came from outside of the US or US-like regions*. At the end of recruitment, Tricida anticipates enrolment to be split approximately as follows: 67% from E. European sites, 19% from US/W. European/Canadian sites, 7% Latin American sites, and 7% Asia-Pacific sites.[64]

*Cowen*: **TCDA is now skeptical a path to accelerated approval is viable**, and is evaluating resubmission options focused on VALOR-CKD's results. […] While the FDRR had focused on whether the serum bicarbonate changes observed in TRCA-301/TRCA-301E were likely to slow CKD progression, the OND's response highlighted other deficiencies […] In particular, the OND's response highlighted a number of deficiencies the FDA perceives in veverimer's Ph. III TRCA-301/TRCA-301E trial. *Issues include the reliability of the data (impact of a single high-enrolling site) and the applicability of the trial to U.S. patients (most subjects were enrolled in regions not considered "U.S.-like")*. In the view of the OND, the extent of serum bicarb changes observed in '301/'301E is not likely to provide a discernible reduction in CKD progression.[65]

42.  While there may be other confounding information (*i.e.*, non-fraud related information) released, there is clear evidence that the new corrective information contributed substantially to the stock price decline.

43.  Taken together, the event study and analyst commentary in reaction to the allegedly corrective information provides compelling evidence of price impact of the Challenged

---

[64] "Appeal Denial Letter Another Setback for Veverimer; Runway Tight to Reach 2nd Interim," *J.P. Morgan*, February 25, 2021.

[65] "Reports Q4 & FDA Update; TCDA Is Defining Strategies To Re-File Using VALOR-CKD," *Cowen Equity Research*, February 26, 2021.

Statements[66] after August 6, 2020.  While I have not eliminated the possibility that other non-fraud related information also contributed to the price declines, there is clear economic evidence that each Alleged Corrective Disclosure Event had a substantial impact on the market price of Tricida Common Stock.  Despite having performed event study analyses on other days, Dr. Zurek makes no attempt to disaggregate any non-fraud related information (if any) from this any of the Alleged Corrective Disclosure Events and fails to acknowledge the statistical significance of the abnormal returns on those dates.

## IV.    THE OUT-OF-POCKET DAMAGES METHODOLOGY IS FLEXIBLE ENOUGH TO ACCOMMODATE CONFOUNDING INFORMATION, INCLUDING THE MATERIALIZATION OF PROPERLY DISCLOSED RISKS

44.    Dr. Zurek does not dispute that the out-of-pocket damages methodology described in my Report is standard or that it can be applied class-wide consistent with Plaintiff's theory of liability.  The out-of-pocket methodology is standard and virtually always used in securities class action matters alleging fraud under Section 10(b) of the Exchange Act to calculate damages on a class-wide basis.  In my Report, I specifically acknowledged that a detailed loss causation analysis would need to account for confounding (*i.e.*, non-fraud related) information that is disclosed on any corrective disclosure event.[67]  To the extent Dr. Zurek is correct that some of what Defendant disclosed on the alleged corrective disclosures represents the materialization of risks that had been properly disclosed, such information could be treated as confounding and excluded from the inflation per share when performing a detailed loss causation analysis.

45.    Regardless of whether such an analysis is necessary, or what specific valuation methodology would be used to evaluate the impact, the analysis and results would be applicable

---

[66] Throughout this report, when I identify the Challenged Statements, I am describing those as defined in the Zurek Report, Section V.A., ¶ 22.

[67] Coffman Report ¶ 86.

21

on a class-wide basis.  In other words, whatever the analysis or result, it does not depend on the circumstances of any particular putative class member.  So, for example, if such an analysis determined that 20% of the abnormal stock price decline on one of the corrective disclosure events was due to the materialization of a properly disclosed risk, then that portion of the price decline could simply be excluded from the quantification of the artificial inflation per share.  In other words, the out-of-pocket methodology is perfectly capable of handling the concerns raised by Dr. Zurek related to the materialization of properly disclosed risks.

46.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Chad Coffman

Executed on August 15, 2024.

22

**Exhibit 1**
**Event Study Analysis of Tricida, Inc. Alleged Corrective Disclosures**

| # | Date | Time | Market Date | Corrective Event | Headline | Closing Price | Raw Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level [2] |
|---|------|------|-------------|------------------|----------|---------------|------------|-----------------|------------------------|--------|---------|---------------|
| 1 | 7/15/2020 | 5:00 PM | 7/16/2020 | Press Release | Press Release: Tricida Provides Regulatory Update on Veverimer<br>*Source - Business Wire* | $15.64 | -40.31% | -39.58% | -$10.37 | -11.43 | 0.00 | *** |
| 2 | 8/24/2020 | 8:30 AM | 8/24/2020 | Press Release | Tricida Receives Complete Response Letter from the FDA for its New Drug Application for Veverimer for the Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with CKD<br>*Source - Business Wire* | $10.11 | -23.64% | -22.82% | -$3.02 | -6.31 | 0.00 | *** |
| 3 | 10/29/2020 | 7:30 AM | 10/29/2020 | Press Release | Tricida Provides Update On FDA Interactions<br>*Source  -  Business Wire* | $4.37 | -47.16% | -47.33% | -$3.91 | -15.14 | 0.00 | *** |
| 4 | 12/8/2020 | 4:05 PM | 12/9/2020 | Press Release | Press Release: Tricida Announces Updates on Veverimer Development Program, Regulatory Status and New Patent Extending Protection through 2038<br>*Source - GlobeNewswire* | $6.68 | -17.73% | -16.14% | -$1.31 | -4.71 | 0.00 | *** |
| 5 | 2/25/2021 | 4:05 PM<br>4:10 PM | 2/26/2021 | Press Release and Q4 2020 Earnings | Tricida Provides Update On FDA Interactions<br>*Source - GlobeNewswire*<br>Tricida Announces Fourth Quarter and Full Year 2020 Financial Results<br>*Source - GlobeNewswire* | $5.11 | -30.57% | -30.40% | -$2.24 | -8.45 | 0.00 | *** |

Sources: S&P Capital IQ and Factiva.
Note:
(1) The results are based on a rolling regression of the previous 120 trading days. The regression model controls for a broad market index (S&P 500 Total Return Index) and an Industry Index. The Industry Index is the Nasdaq Biotechnology Total Return Index, which Tricida compares itself to in its SEC Form 10-K for the fiscal years 2018, 2019, 2020, and 2021. The returns of the Industry Index are net of the S&P 500 Total Return Index. Earnings announcements, press releases containing information about the progress of the Company's drug, the alleged corrective disclosure dates, and the statistically significant follow-on dates (10/30/2020; 11/2/2020; and 3/1/2021) have been removed from estimation.
(2) "***" Denotes statistical significance at the 99% confidence level or greater. "**" Denotes statistical significance at the 95% confidence level or greater. "*" Denotes statistical significance at the 90% confidence level or greater.

# Appendix A
# Documents Considered

**Court Documents**

- Second Amended Complaint for Violations of the Federal Securities Laws, *MICHAEL PARDI, Individually and on Behalf of All Other Similarly Situated V. TRICIDA, INC. and GERRITT KLAERNER*, Case No. 4:21-cv-00076-HSG, United States District Court, Northern District of California, filed December 15, 2022.
- Expert Report of Chad Coffman, CFA, in *MICHAEL PARDI, Individually and on Behalf of All Other Similarly Situated V. TRICIDA, INC. and GERRITT KLAERNER*, Case No. 21-cv-00076-HSG, United States District Court, Northern District of California, filed April 30, 2024, including all materials listed in Appendix A of that report.
- Expert Report of Paul Zurek, Ph.D., in *MICHAEL PARDI, Individually and on Behalf of All Other Similarly Situated V. TRICIDA, INC. and GERRITT KLAERNER*, Case 4:21-cv-00076-HSG, United States District Court, Northern District of California, filed, July 1, 2024.

**SEC Filings**

- Tricida Inc. SEC Form 10-K for the FY 2019.
- Tricida Inc. SEC Form 10-Q for Q2 2020.

**Tricida Inc. News**

- "FQ1 2020 Earnings Call Transcripts," *S&P Capital IQ*, May 7, 2020, 4:30 PM.
- "Tricida Provides Regulatory Update on Veverimer," *Business Wire,* July 15, 2020, 5:00 PM.
- "Tricida Receives Complete Response Letter from the FDA for its New Drug Application for Veverimer for the Treatment of Metabolic Acidosis and Slowing of Kidney Disease Progression in Patients with Metabolic Acidosis Associated with CKD," *Business Wire*, August 24, 2020, 8:30 AM.
- "Tricida Provides Update on FDA Interactions," *Business Wire*, October 29, 2020, 7:30 AM.
- "Tricida Provides Update on FDA Interactions," *GlobeNewswire*, February 25, 2021, 4:05 PM.

**Tricida Inc. Analyst Reports**

- "FDA Issues CRL for Veverimer," *Needham*, August 24, 2020.
- "Veverimer Receives a CRL, as Anticipated," *Cowen Equity Research*, August 24, 2020.
- "CRL for veverimer; moving to Neutral and $10 PT as a new US clinical trial and multi-year delay become our base case," *Goldman Sachs*, August 25, 2020.

- "The Waiting is the Hardest Part; No Fast Fix For CRL, Watch Nov Update for Path Fwd," *J.P. Morgan*, October 29, 2020.
- "FDA's Request for CKD Progression Data to Delay Veverimer's Approval," *Cowen Equity Research*, October 29, 2020.
- "Tricida Inc. (TCDA): Veverimer update provided but future path to approval remains unclear; await next update," *Goldman Sachs*, October 30, 2020.
- "Appeal Denial Letter Another Setback for Veverimer; Runway Tight to Reach 2nd Interim," *J.P. Morgan*, February 25, 2021.
- "Reports Q4 & FDA Update; TCDA Is Defining Strategies To Re-File Using Valor-CKD," *Cowen Equity Research*, February 26, 2021.

# APPENDIX B

## CHAD W. COFFMAN, MPP, CFA

Peregrine Economics
125 South Wacker Drive
Suite 2610
Chicago, Illinois 60606
Mobile:           (815) 382-0092
Email:           ccoffman@peregrine-econ.com

**EMPLOYMENT:**

**Peregrine Economics**
President (2024 - Current)

Peregrine Economics provides independent economic and financial analysis. Peregrine applies big picture thinking and proven economic tools to build a clear narrative around complex problems. Practice areas include: Data Science, General Damages, Labor & Employment, Regulatory Economics, and Securities Valuation.

**Global Economics Group, LLC**
President (2008 - 2023)

**Market Platform Dynamics, LLC**
Chief Financial Officer & Chief Operating Officer (2010 – 2023)

**Chicago Partners, LLC**
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

**EDUCATION:**

**CFA**     Chartered Financial Analyst, 2003

**M.P.P.**  University of Chicago, 1997
Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**    Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water Supply Pricing:  Using Galesburg, Illinois as a Case Study"

Dean's List Every Term
Phi Beta Kappa

## PROFESSIONAL EXPERIENCE:

Securities, Valuation, and Market Manipulation Cases:

- Testifying Expert in numerous high-profile class action securities matters.

- Expert Consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options. Performed econometric analysis of various measures of option spread using tens of millions of trades.

**Testimony in the last four years:**

- Testifying Expert in Kevin L. Dougherty, Individually and on Behalf of All Others Similarly Situated, v. Esperion Therapeutics, Inc., et al., Defendants, No. 2:16-cv-10089-AJT-RSW, United States District Court for the Eastern Michigan of Michigan. Filed expert report June 6, 2019. Deposition July 26, 2019. Filed rebuttal reply report October 7, 2019. Filed expert report May 15, 2020. Deposition July 31, 2020.

- Testifying Expert in Eric Weiner, Individually and on Behalf of All Others Similarly Situated, vs. Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves and, Adam Holland, Defendants, Case No.: 3:17-cv-01469 United States District Court for the Middle District of Tennessee. Filed expert report July 1, 2019. Deposition September 4, 2019. Filed rebuttal reply report December 20, 2019. Filed expert report July 30, 2020. Filed rebuttal reply report September 30, 2020. Deposition October 22, 2020.

- Testifying Expert in Peace Officers' Annuity and Benefit Fund of Georgia, Individually and On Behalf of All Others Similarly Situated, and Jacksonville Police and Fire Pension Fund, Individually and On Behalf of All Others Similarly Situated vs. DaVita, Inc. et al., No. 1:17-cv-00304-WJM-NRN, United States District Court for the District of Colorado. Filed expert report January 31, 2020. Deposition May 27, 2020.

- Testifying Expert in In Re Avon Securities Litigation, No. 19 Civ. 01420- CM, United States District Court for the Southern District of New York. Filed expert report February 13, 2020.

- Testifying Expert in In Re Allergan Generic Drug Pricing Securities Litigation, Civil Action No. 2:16-9449 (KSH) (CLW), United States District Court for the District of New Jersey. Filed expert report March 20, 2020. Deposition July 16, 2020. Filed expert reply report November 25, 2020.

- Expert Declaration in Martin Cohen, Individually and On Behalf of All Others Similarly Situated, v. Luckin Coffee Inc., Jenny Zhiya Qian, and Reinout Hendrik Schakel, Case no. 1:20-cv-01293-LJL, United States District Court for the Southern District of New York. Filed declaration May 13, 2020.

- Testifying Expert in <u>In RE Navient Corporation Securities Litigation, No. 1:17-cv-08373-RBK-AMD, United States District Court of New Jersey.</u> Filed expert report May 15, 2020. Deposition July 23, 2020. Filed declaration August 21, 2020. Filed expert report April 16, 2021. Deposition June 3, 2021.

- Testifying Expert in <u>Yellowdog Partners, LP, Individually and on Behalf of All Others Similarly Situated, vs. CURO Group Holdings Corp., *et al*., Civil Action No. 2:18-cv-02662-JWL-KGG, United States District Court for the District of Kansas, Kansas City.</u> Filed expert report May 18, 2020.

- Testifying Expert in <u>Julian Keippel, Individually and On Behalf of All Others Similarly Situated, vs. Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger, No. 8:19-CV-00421-WFJ-CPT, United States District Court Middle District of Florida Tampa Division.</u> Filed expert report May 21, 2020. Deposition June 15, 2020.

- Testifying Expert in <u>In Re Perrigo Company plc Securities Litigation, No: 1:19-cv-00070-DLC, United States District Court for the Southern District of New York.</u> Filed expert report July 10, 2020. Deposition August 4, 2020. Filed expert report October 6, 2020. Filed expert rebuttal reply report December 4, 2020. Deposition March 4, 2021.

- Testifying Expert in <u>Plymouth County Retirement System, Individually and On Behalf of All Others Similarly Situated, vs. GTT Communications, Inc., Richard D. Calder, Jr., Chris Mckee, Michael Sicoli, And Gina Nomellini, Case No. 1:19-cv-00982-CMH-MSN, United States District Court for the Eastern District of Virginia Alexandria Division.</u> Filed expert report August 7, 2020. Filed expert report September 25, 2020.

- Testifying Expert in <u>Thomas W. Luczak, Individually and On Behalf of All Others Similarly Situated, vs. National Beverage Corp., Nick A. Caporella, and George R. Bracken, Case No. 0:18-cv-61631-KMM, United States District Court for the Southern District of Florida.</u> Filed expert report September 25, 2020. Deposition November 5, 2020.

- Expert Declaration in <u>In re: PG&E Corporation – and – Pacific Gas and Electric Company Debtors, Case No. 19-30088 (DM), United States Bankruptcy Court for the Northern District of California, San Francisco Division.</u> Filed declaration September 28, 2020.

- Testifying Expert in <u>Oklahoma Police Pension Fund and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Teligent, Inc. and Jason Grenfell-Gardner, Defendants, Case No. 1:19-cv-03354-VM, United States District Court for the Southern District of New York</u>. Filed expert report September 30, 2020. Deposition March 11, 2021.

- Testifying Expert in <u>John Utesch, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Lannett Company, Inc., Arthur P. Bedrosian, and Martin P. Galvan, Defendants, Civil Action No. 2:16-cv-05932-WB, United States District Court for the Eastern District of Pennsylvania</u>. Filed expert report October 1, 2020. Deposition December 10, 2020. Filed expert

rebuttal report on May 13, 2021. Hearing testimony July 27, 2021. Filed expert report May 8, 2024. Deposition August 6, 2024.

• Testifying Expert in City of Warren Police and Fire Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios and Michelle D. Wilson, Defendants, Civil Action No. 1:20-cv-02031-JSR, United States District Court for the Southern District of New York. Filed expert report on October 6, 2020. Deposition October 14, 2020.

• Testifying Expert in Employees' Retirement System of the Puerto Rico Electric Power Authority, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Conduent Inc., Ashok Vemuri, and Brian Webb-Walsh, Defendants, Case No. 2:19-cv-08237-SDW, United States District Court for the District of New Jersey. Filed expert report on December 7, 2020. Deposition December 22, 2020.

• Testifying Expert in The Police Retirement System of St. Louis, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. Granite Construction Incorporated, James H. Roberts, Jigisha Desai, and Laurel J. Krzeminski, Defendants, Case No. 3:19-cv-04744-WHA, United States District Court for the Northern District of California. Filed expert report on November 25, 2020. Filed declaration re: Plan of Allocation May 25, 2021.

• Testifying Expert in Plumbers & Pipefitters National Pension Fund and Juan Francisco Nieves, as Trustee of the Gonzalez Coronado Trust, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. Kevin Davis and Amir Rosenthal (Performance Sports Group Ltd.), Defendants, Case No.: 1:16-CV-3591-GHW, United States District Court for the Southern District of New York. Filed expert report on December 18, 2020. Deposition February 5, 2021. Filed expert rebuttal report on April 6, 2021. Filed declaration re: Plan of Allocation January 21, 2022.

• Testifying Expert in Mayuko Holwill, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. AbbVie Inc., Richard A. Gonzalez, and William J. Chase, Defendants, Case No. 1:18-cv-6790, United States District Court for the Northern District of Illinois. Filed expert report on February 1, 2021. Filed expert rebuttal report on September 20, 2021. Filed expert report on July 6, 2023. Filed expert rebuttal report on February 6, 2024.

• Testifying Expert in Oklahoma Firefighters Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Newell Brands Inc., Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Michael T. Cowhig, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Steven J. Strobel, Michael A. Todman, and Raymond G. Viault, Defendants, Case No: HUD-L-3492-18, Superior Court of New Jersey Law Division (Hudson County). Filed expert report on May 3, 2021. Filed expert rebuttal report on June 15, 2021. Deposition July 21, 2021. Filed expert supplemental reply report on February 4, 2022. Deposition March 15, 2022.

• Testifying Expert in Carmignac Gestion, S.A., Mason Capital L.P., et al., Pentwater Equity Opportunities Master Fund LTD., et al., First Manhattan Co., Nationwide Mutual Funds, on behalf

of its series Nationwide S&P 500 Index Fund, et. al., WCM Alternatives: Event-Driven Fund, et al., Hudson Bay Master Fund LTD., et al., Schwab Capital Trust on behalf of its series Schwab S&P 500 Index Fund, et al., Sculptor Master Fund, LTD. f/k/a OZ Master Fund, Ltd., et al., Aberdeen Canada Funds – Global Equity Fund, a series of Aberdeen Canada Funds, et al., Discovery Global Citizens Master Fund, LTD., et al., York Capital Management, L.P., et al., Burlington Loan Management DAC, Universities Superannuation Scheme LTD., Principal Funds, Inc., et al., Kuwait Investment Authority et al., BlackRock Global Allocation Fund Inc., et al., Plaintiffs, vs. Perrigo Company PLC, et al, Defendants, Civil Action No(s): 17-10467 (MCA) (LDW), 18-1119 (MCA) (LDW), 18-1121 (MCA) (LDW), 18-2291 (MCA) (LDW), 18-15382 (MCA) (LDW), 18-16204 (MCA) (LDW), 18-16206 (MCA) (LDW), 19-3973 (MCA) (LDW), 19-4900 (MCA) (LDW), 19-6560 (MCA) (LDW), 19-21502 (MCA) (LDW), 19-21732 (MCA) (LDW), 20-1484 (MCA) (LDW), 20-2262 (MCA) (LDW), 20-2410 (MCA) (LDW), 20-3431 (MCA) (LDW), 20-4748 (MCA) (LDW), United States District Court for the District of New Jersey. Filed expert report on June 23, 2021. Filed expert report on September 29, 2021. Deposition October 26, 2021.

- Testifying Expert in In Re Nielsen Holdings PLC Securities Litigation, Case No. 18-CV-07143-JMF, United States District Court Southern District of New York. Filed expert report on July 14, 2021. Deposition September 30, 2021. Filed expert report December 17, 2021.

- Testifying Expert in Allegheny County Employees Retirement System et al. v. Energy Transfer LP et al., Case No. 2:20-cv-00200-GAM, United States District Court for the Eastern District of Pennsylvania. Filed expert report on September 17, 2021. Deposition November 18, 2021. Filed expert rebuttal report on April 22, 2022. Filed expert report on September 15, 2023. Deposition December 13, 2023.

- Testifying Expert in Julia Junge and Richard Junge et al. v. Geron Corporation et al., Case No. 3:20-cv-00547-WHA, United States District Court for the Northern District of California, San Francisco Division. Filed expert report on September 30, 2021. Deposition October 15, 2021. Filed expert rebuttal report on November 4, 2021.

- Testifying Expert in In Re MINDBODY, Inc. Securities Litigation, Civil Action No. 1:19-cv-08331-VEC, United States District Court Southern District of New York. Filed expert report on October 15, 2021.

- Testifying Expert in Plymouth County Retirement System and Oklahoma Police Pension and Retirement System, Individually and On Behalf of All Others Similarly Situated, v. Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton, Case No. 1:19-cv-01031, United States District Court Eastern District of Virginia, Alexandria Division. Filed expert report on October 19, 2021. Filed expert report on April 8, 2022. Deposition May 9, 2022. Filed expert report on May 27, 2022. Deposition June 22, 2022.

- Testifying Expert in In re Uniti Group Inc. Securities Litigation, Case No. 4:19-cv-00756-BSM, United States District Court Eastern District of Arkansas, Central Division. Filed expert report on October 25, 2021. Deposition December 6, 2021. Filed declaration re: expert report on January 24, 2022. Filed expert rebuttal report on February 22, 2022.

- Testifying Expert in <u>David Kanefsky, Individually and On Behalf of All Others Similarly Situated, v. Honeywell International Inc., Darius Adamczyk, and Thomas A. Szlosek, Civ. No. 2:18-15536-WJM, United States District Court for the District of New Jersey</u>. Filed expert report on November 1, 2021.

- Testifying Expert in <u>In Re Pareteum Securities Litigation, No. 1:19-cv-09767-AKH-GWG, United States District Court for the Southern District of New York.</u> Filed expert report December 1, 2021.

- Expert Declaration in <u>Arkansas Teacher Retirement System and John A. Prokop, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. OSI Systems, Inc., Deepak Chopra, Alan Edrick, and Ajay Mehra, Defendants, Case No. 17-cv-08841-VAP-SKx, United States District Court for the Central District of California, Western Division.</u> Filed declaration re: Plan of Allocation and aggregate damages December 10, 2021.

- Testifying Expert in <u>Boston Retirement System, Individually and On Behalf of All Others Similarly Situated v. Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig Hantson, and Carsten Thiel, Defendants, Civ. No. 3:16-cv-2127(AWT), United States District Court for the District of Connecticut.</u> Filed expert report December 15, 2021. Deposition March 8, 2022. Filed expert rebuttal report June 17, 2022.

- Testifying Expert <u>In Re Aphria, Inc. Securities Litigation, No. 1:18-cv-11376-GBD, United States District Court Southern District of New York.</u> Filed declaration January 28, 2022 re: class certification. Filed expert report January 28, 2022. Deposition May 19, 2022.

- Testifying Expert in <u>Discovery Global Citizens Master Fund, Ltd., et al., MSD Torchlight Partners, L.P., et al., Incline Global Master LP., et al., Valic Company I, et al., Okumus Opportunistic Value Fund, Ltd., The Boeing Company Employee Retirement Plans Master Trust, et al., Första Ap-Fonden, et al., GMO Trust, et al., Hound Partners Offshore Fund, LP, et al., Colonial First State Investments Limited As Responsible Entity For Commonwealth Global Shares Fund 1, et al., Bharat Ahuja, et al., Brahman Partners II, L.P., et al., The Prudential Insurance Company Of America, et al., 2012 Dynasty UC LLC, et al., BlackRock Global Allocation Fund, Inc., et al., Northwestern Mutual Life Insurance Co., et al., Bahaa Aly, et al., James M. Templeton, et al., GIC Private LTD., et al., USAA MUTUAL FUNDS TRUST On Behalf Of Its Series USAA Aggressive Growth Fund, et al., Maverick Select Fund, Ltd., et al., Plaintiffs, vs. Valeant Pharmaceuticals International, Inc. et al., Defendants, Civil Action No(s): 3:16-cv-07321-MAS-LHG, 3:16-cv-07324-MAS-LHG, 3:16-cv-07494, 3:16-cv-07496, 3:17-cv-06513-MAS-LHG, 3:17-cv-07636-MAS-LHG, 3:17-cv-12088-MAS-LHG, 3:18-cv-00089, 3:18-cv-08705-MAS-LHG, 3:18-cv-00383-MAS-LHG, 3:18-cv-00846-MAS-LHG, 3:18-00893, 3:18-cv-01223-MAS-LHG, 3:18-cv-08595-MAS-LHG, 3:18-cv-00343-MAS-LHG, 3:18-cv-15286-MAS-LHG, 3:18-cv-17393, 3:20-cv-05478, 3:20-cv-07460-MAS-LHG, 3:20-cv-07462-MAS-LHG, 3:20-02190-MAS-LHG, United States District Court for the District of New Jersey.</u> Filed expert report February 2, 2022. Filed expert rebuttal report on May 9, 2022. Deposition June 3, 2022. Filed declaration September 28, 2022 (related only to 3:20-cv-02190-MAS-LHG). Filed declaration November 10, 2022.

- Testifying Expert in <u>Roei Azar, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Grubhub Inc., et al., Defendants, Case No. 1:19-cv-07665, United States District Court Northern District of Illinois Eastern Division</u>. Filed expert report June 1, 2022. Deposition July 14, 2022.

- Testifying Expert in <u>In Re Peabody Energy Corp. Securities Litigation, Civil Action No. 1:20-cv-08024-PKC, United States District Court Southern District of New York</u>. Filed expert report July 15, 2022.

- Testifying Expert in <u>BlackRock Asset Management Canada Limited, et al., Plaintiffs, v. Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.), et al. Defendants, Nos.: 500-11-054155-185, 500-17-103749-183, and California State Teachers' Retirement System, Plaintiff, v. Bausch Health Companies Inc. (f/k/a Valeant Pharmaceuticals International, Inc.), et al., Defendants, Nos.: 500-11-055722-181, 500-11-055722-181, Canada Superior Court, Province of Québec, District of Montreal.</u> Filed expert report September 30, 2022. Filed expert rebuttal report on July 10, 2023.

- Testifying Expert in <u>Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, individually and as Lead Plaintiffs on behalf of all others similarly situated, and International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware, individually and as Named Plaintiff, on behalf of all others similarly situated, Plaintiffs v. Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl, Defendants, No. 3:20-cv-04737-RS, Northern District of California, San Francisco Division</u>. Filed expert report October 28, 2022. Deposition December 21, 2022. Filed expert rebuttal report on March 21, 2023. Filed expert report June 11, 2024.

- Testifying Expert in <u>In Re: Maxar Technologies, Inc. Shareholder Litigation, Lead Case No.:19CV357070, Superior Court of the State of California, County of Santa Clara</u>. Filed expert report December 12, 2022.

- Testifying Expert in <u>In Re FibroGen Inc., Securities Litigation, Case No. 3:21-cv-02623-EMC, United States District Court Northern District of California</u>. Filed expert report January 27, 2023. Deposition April 4, 2023.

- Testifying Expert in <u>Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago, individually and on behalf of all others similarly situated, Plaintiffs, v. Pluralsight, Inc.; Aaron Skonnard; and James Budge, Defendants, Case No. 1:19-cv-00128, United States District Court for the District of Utah.</u> Filed expert report March 3, 2023.

- Testifying Expert in <u>Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Novavax, Inc., Stanley C. Erck, Gregory F. Covino, John J. Trizzino, and Gregory M. Glenn, Defendants, Case 8:21-cv-02910-TDC, United States District Court for the District of Maryland.</u> Filed expert report March 16, 2023. Deposition September 14, 2023. Filed expert rebuttal report November 13, 2023.

- Testifying Expert in <u>Meysam Moradpour, Individually and On Behalf of All Others Similarly Situated, v. Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee, and Joseph B. Culkin, Case No. 3:21-CV-01486-SI, United States District Court Northern District of California San Francisco Division.</u> Filed expert report March 20, 2023.

- Testifying Expert in <u>In Re Boston Scientific Corporation Securities Litigation, Case No. 1:20-cv-12225-DPW, United States District Court District of Massachusetts.</u> Filed expert report April 21, 2023. Filed declaration June 22, 2023.

- Testifying Expert in <u>In Re Okta, Inc. Securities Litigation, Case 3:22-cv-02990-SI, United States District Court Northern District of California.</u> Filed expert report August 18, 2023.

- Testifying Expert in <u>Carl Shupe and Matthew Pearlman, Individually and on Behalf of All Others Similarly Situated, vs. Rocket Companies, Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, Daniel Gilbert, and Rock Holdings Inc., Civ. No. 1:21-cv-11528, United States District Court Eastern District of Michigan, Southern Division</u>. Filed expert report August 30, 2023. Deposition November 8, 2023. Filed expert rebuttal report on January 26, 2024. Filed expert report February 12, 2024. Deposition February 22, 2024. Filed expert rebuttal report on March 8, 2024. Filed expert report April 5, 2024. Deposition June 18, 2024.

- Testifying Expert in <u>Richard R. Weston, Individually and on Behalf of All Others Similarly Situated, Plaintiff v. DocuSign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff, Defendants, Case No. 3:22-cv-0084-WHO, United States District Court, Northern District of California, San Francisco Division.</u> Filed expert report September 15, 2023. Deposition January 4, 2024. Filed expert rebuttal report on April 17, 2024.

- Testifying Expert in <u>John Brazinsky, Individually and on behalf of all other similarly situated, Plaintiff, vs. AT&T Inc., Randall L. Stephenson, John T. Stankey, Pascal Desroches, and John Stephens, Defendants, Case No. 2:23-cv-04064-KM-JBC, United States District Court for the District of New Jersey.</u> Filed declaration October 23, 2023.

- Testifying Expert in <u>In Re Concho Resources Inc. Securities Litigation, No. 4:21-cv-02473, United States District Court Southern District of Texas, Houston Division</u>. Filed expert report December 7, 2023. Filed expert rebuttal report on May 8, 2024.

- Testifying Expert in <u>Reginald T Allison, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Oak Street Health, Inc., et al., Defendants, Case No. 1:22-cv-00149, United States District Court, Northern District of Illinois.</u> Filed expert report December 15, 2023. Deposition January 23, 2024. Filed expert rebuttal report April 22, 2024.

- Testifying Expert in <u>Boston Retirement System, et al., Plaintiff, v. Uber Technologies, Inc., et al., Defendants, Case No. 3:19-cv-06361, United States District Court, Northern District of California.</u> Filed expert report February 1, 2024. Filed expert rebuttal report March 12, 2024. Deposition April 12, 2024.

- Testifying Expert in <u>In Re Plantronics, Inc. Securities Litigation, Case No. 4:19-cv-07481-JST, United States District Court Northern District of California Oakland Division</u>. Filed expert report February 8, 2024.

- Testifying Expert in <u>Robert Ciarciello, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Bioventus Inc., Kenneth M. Reali, Mark L. Singleton, Gergory O. Anglum, and Susan M. Stalnecker, Defendants, Case No. 1:23-cv-00032-CCE-JEP, United States District Court Middle District of North Carolina</u>. Filed expert report March 7, 2024. Filed expert report March 27, 2024. Deposition April 8, 2024. Filed expert rebuttal report May 10, 2024. Filed declaration re: Plan of Allocation August 5, 2024.

- Testifying Expert in <u>Michael Pardi, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Tricida, Inc. and Gerritt Klaerner, Defendants. Case No. 4:21-cv-00076-HSG, United States District Court, Northern District of California.</u> Filed expert report April 30, 2024.

- Testifying Expert in <u>Miriam Edwards, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. McDermott International, Inc., David Dickson, and Stuart Spence, Defendants. Case No. 4:18-cv-04330, United States Southern District Court, Southern District of Texas, Houston Division.</u> Filed expert report April 30, 2024.

- Testifying Expert in <u>Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. Taskus Inc., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, Jacqueline D. Reses, and BCP FC Aggregator L.P., Defendants, United States District Court, Southern District of New York</u>. Filed expert report May 10, 2024. Deposition June 20, 2024.

- Testifying Expert in <u>John Harvey Schneider, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Natera, Inc., Steve Chapman, Michael Brophy, Matthew Rabinowitz, and Ramesh Hariharan, Defendants, Case No. 1:22-cv-00398-DAE, United States District Court, Western District of Texas</u>. Filed expert report June 4, 2024. Deposition July 19, 2024.

- Testifying Expert in <u>Stadium Capital LLC, on Behalf of All Others Similarly Situated, Plaintiff, v. Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown, Defendants, Case No.: 22-cv-6978 (AS), United States District Court, Southern District of New York.</u> Filed expert report July 26, 2024.

- Testifying Expert <u>In Re Barclays PLC Securities Litigation, Case No 1:22-cv-08172-KPF, United States District Court Southern District of New York.</u> Filed expert report August 12, 2024.

<u>Experience in Labor Economics and Discrimination-Related Cases:</u>

- Expert Consultant in various class action matters regarding race, age, or gender discrimination.

Selected Experience in Antitrust, General Damages, and Other Matters:

- Expert Consultant in high-profile antitrust matters in the computer and credit card industries.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.

**PUBLICATIONS:**

Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value." *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).

**PROFESSIONAL AFFILIATIONS:**

Associate Member CFA Society of Chicago
Associate Member CFA Institute
Phi Beta Kappa

**PERSONAL ACTIVITIES:**

- Pro bono consulting for Cook County State's Attorney's Office.
- Pro bono consulting for Cook County Health & Hospitals System – Developed method for hospital to assess real-time patient level costs to assist in improving care for Cook County residents and prepare for implementation of Affordable Care Act.
- Pro bono consulting for Chicago Park District to analyze economic impact of park district assets and assist in developing strategic framework for decision-making.
- Volunteer for Chicago Food Depository.
- Volunteer for Habitat for Humanity ReStore.