# Exhibit B
# Complete Response
# Letter
# 8/21/2020

# EXHIBIT FILED
# UNDER SEAL