# Exhibit C Appeal Denied Letter 2/17/2021

# EXHIBIT FILED
# UNDER SEAL