LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400
  colleen.smith@lw.com

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC., and GERRIT KLAERNER, <br><br> Defendants. | CASE NO. 4:21-cv-00076-HSG <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR NON-PARTY RENIBUS THERAPEUTICS, INC. TO COMPLY WITH L.R. 79-5** <br><br><br> Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff"), Defendants Tricida, Inc. and Gerrit Klaerner ("Defendants"), and Non-Party Renibus Therapeutics, Inc. ("Renibus"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on August 15, 2024, Lead Plaintiff filed his Reply in Support of his Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel ("Reply") (Dkt. 175);

**WHEREAS**, in connection with his Reply, Lead Plaintiff filed Exhibits B and C to the Declaration of Jeffrey C. Block ("Block Declaration") under provisional seal pursuant to L.R. 79-5(f) (Dkt. 175);

**WHEREAS**, on August 15, 2024, Lead Plaintiff filed an Administrative Motion to consider whether Exhibits B and C to the Block Declaration should be sealed pursuant to L.R. 79-5(f) (Dkt. 174);

**WHEREAS**, Exhibits B and C to the Block Declaration were produced by the U.S. Food and Drug Administration ("FDA") as "CONFIDENTIAL" pursuant to the September 22, 2022 Protective Order (Dkt. 102);

**WHEREAS,** pursuant to L.R. 79-5(f)(3), Renibus has until August 22, 2024 to file its statement and/or declaration supporting sealing of Exhibits B and C to the Block Declaration;

**WHEREAS**, Renibus requires additional time to review the sealed information and confer with the Parties and the FDA as to which portions, if any, of Exhibits B and C to the Block Declaration should remain sealed;

**WHEREAS**, counsel for the Parties have met and conferred and respectfully submit that good cause exists to continue Renibus's time to comply with L.R. 79-5(f).

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for Renibus and the Parties, that:

1. Renibus's time to comply with L.R. 79-5(f) is continued from August 22, 2024 to August 29, 2024.

| | |
|---|---|
| 1 | Dated: August 21, 2024 |

Respectfully submitted,

LATHAM & WATKINS LLP
By /s/ *Morgan E. Whitworth*
   Colleen C. Smith (SBN 231216)
   12670 High Bluff Drive
   San Diego, California 92130
   Tel: 858.523.5400
   *colleen.smith@lw.com*

   Morgan E. Whitworth (SBN 304907)
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Tel: 415.391.0600
   *morgan.whitworth@lw.com*

*Attorneys for Non-Party Renibus Therapeutics, Inc.*

BLOCK & LEVITON LLP

By /s/ *Jacob A. Walker*
   Jeffrey C. Block, *pro hac vice*
   Jacob A. Walker (SBN 271217)
   Michael D. Gaines, *pro hac vice*
   260 Franklin Street, Suite 1860
   Boston, MA 02110
   T: (617) 398-5600 / F: (617) 507-6020
   *jeff@blockleviton.com*
   *jake@blockleviton.com*
   *michael@blockleviton.com*

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

SIDLEY AUSTIN LLP

By /s/ *Sara B. Brody*
   Matthew J. Dolan (SBN 291150)
   *mdolan@sidley.com*
   1001 Page Mill Road, Building 1
   Palo Alto, CA 94304
   Telephone: +1 650 565 7106
   Facsimile: +1 650 565 7100

   Sara B. Brody (SBN 130222)
   *sbrody@sidley.com*

Sarah A. Hemmendigner (SBN 298659)
*shemmendinger@sidley.com*
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1279
Facsimile: +1 415 772 7400

Robin E. Wechkin (pro hac vice)
*rwechkin@sidley.com*
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: +1 415 439 1799

*Attorneys for Defendants Tricida, Inc. and Gerrit Klaerner*

**SIGNATURE ATTESTATION**

I, Morgan E. Whitworth, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Time for Non-Party Renibus Therapeutics, Inc. to Comply with L.R. 79-5.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Morgan E. Whitworth, attest that concurrence in the filing of this document has been obtained.

DATED:  August 21, 2024                    _/s/ Morgan E. Whitworth_
                                            Morgan E. Whitworth

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated:  8/21/2024

3  Hon. Haywood S. Gilliam, Jr.
   United States District Judge