Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>    Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>    Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY RE CLASS CERTIFICATION**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date: September 12, 2024<br>Time: 2:00 p.m.<br>Courtroom 2, 4th floor |

DECLARATION OF JEFFREY C. BLOCK
CASE NO. 4:21-CV-00076-HSG

I, Jeffrey C. Block, declare as follows:

1.    I am an attorney licensed to practice in the State of New York and the Commonwealth of Massachusetts and admitted *pro hac vice* in this Court. I am a partner of Block & Leviton LLP, Lead Counsel for Lead Plaintiff Jeffrey M. Fiore in the above-captioned action. I make this declaration in support of the Opposition to Defendant's Administrative Motion for Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On August 7, 2024, counsel for Defendant and I exchanged emails continuing the August 6, 2024 exchange regarding Plaintiff's anticipated reply in support of his motion for class certification, which Defendant submitted as Exhibit 1 to the Declaration of Sarah A. Hemmendinger. Attached hereto as **Exhibit A** is a true and correct copy of an email from Defendant's counsel on August 7, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2024 in Boston, Massachusetts.

/s/ *Jeffrey C. Block*
JEFFREY C. BLOCK

DECLARATION OF JEFFREY C. BLOCK
CASE NO. 4:21-CV-00076-HSG

1