# Exhibit A

| From: | Hemmendinger, Sarah |
|---|---|
| To: | Jeffrey C. Block |
| Cc: | Michael Gaines; Jacob Walker; Sarah Delaney; Brody, Sara; Gallo, Sarah E.; Wechkin, Robin |
| Subject: | RE: Class Certification Reply Brief |
| Date: | Wednesday, August 7, 2024 2:21:33 PM |

[EXTERNAL]

Jeff,

Thank you for the explanation below.  In light of Plaintiff's plan to submit new evidence on reply, we will seek leave to file a sur-reply in order to have an opportunity to respond.

If Plaintiff will agree that Defendant may file a sur-reply of no more than 10 pages, we will agree to the requested additional pages below.

Thank you,
Sarah

**SARAH A. HEMMENDINGER**

**SIDLEY AUSTIN LLP**
+1 415 772 7413
shemmendinger@sidley.com

---

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Wednesday, August 7, 2024 11:19 AM
**To:** Hemmendinger, Sarah <shemmendinger@sidley.com>
**Cc:** Michael Gaines <michael@blockleviton.com>; Jacob Walker <jake@blockleviton.com>; Sarah Delaney <sarah@blockleviton.com>; Brody, Sara <sbrody@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Wechkin, Robin <rwechkin@sidley.com>
**Subject:** Re: Class Certification Reply Brief

Sarah,

I would appreciate it if you would let me know your client's position, otherwise we will file and indicate to the Court that you have not provided us with your position.

Thanks,
Jeff

--
Jeffrey C. Block
Managing Partner
**Block & Leviton LLP**
(617) 398-5600
Direct: (617)865-9963

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Hemmendinger, Sarah <shemmendinger@sidley.com>
**Date:** Tuesday, August 6, 2024 at 3:22 PM
**To:** Jeffrey C. Block <jeff@blockleviton.com>
**Cc:** Michael Gaines <michael@blockleviton.com>, Jacob Walker <jake@blockleviton.com>, Sarah Delaney <sarah@blockleviton.com>, Brody, Sara <sbrody@sidley.com>, Gallo, Sarah E. <sgallo@sidley.com>, Wechkin, Robin <rwechkin@sidley.com>
**Subject:** RE: Class Certification Reply Brief

[EXTERNAL]

Jeff,

In order for us to consider your request we need some additional context.  Can you let us know why Plaintiff needs additional pages on the class certification reply, when the opening and opposition briefs were submitted under the page limits set by the local rules.  Is Plaintiff planning to submit new evidence along with the reply brief?

Thank you,
Sarah

**SARAH A. HEMMENDINGER**


**SIDLEY AUSTIN LLP**
+1 415 772 7413
shemmendinger@sidley.com

> **From:** Jeffrey C. Block <jeff@blockleviton.com>
> **Sent:** Tuesday, August 6, 2024 11:04 AM

**To:** Hemmendinger, Sarah <shemmendinger@sidley.com>
**Cc:** Michael Gaines <michael@blockleviton.com>; Jacob Walker <jake@blockleviton.com>; Sarah Delaney <sarah@blockleviton.com>; Brody, Sara <sbrody@sidley.com>; Gallo, Sarah E. <sgallo@sidley.com>; Wechkin, Robin <rwechkin@sidley.com>
**Subject:** Class Certification Reply Brief

Sarah,

We are planning on asking the Court for an additional 5 pages for our class certification reply brief.

Please let us know if your client will agree to, not oppose, or oppose our request.

Thank you,

Jeff

Jeffrey C. Block
Managing Partner
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
Direct: (617)865-9963
jeff@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

*********************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.