Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415 772 1279

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant Gerrit Klaerner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRICIDA, INC., and GERRIT KLAERNER, <br><br> Defendant. | Case No.  4:21-cv-00076-HSG <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING DEFENDANT GERRIT KLAERNER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** <br><br> Assigned to: Hon. Haywood S. Gilliam, Jr. <br><br> Date:  September 12, 2024 <br> Time: 2:00 p.m. <br> Courtroom 2, 4th Floor |

# ORDER

Having read and considered Defendant's Administrative Motion for Leave to File Sur-Reply, all other papers submitted in support of or in opposition to the Motion, as well as the pleadings on file, the Court rules as follows:

Defendant's Administrative Motion for Leave to File Sur-Reply is granted. Defendant is permitted to file a sur-reply brief of no more than 7 pages by August 27, 2024, limited to issues on which Defendant bears the burden or Plaintiff has submitted new evidence.

**IT IS SO ORDERED.**

Date:  8/26/2024

Honorable Haywood S. Gilliam, Jr.
United States District Judge