LATHAM & WATKINS LLP
  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  Tel:  858.523.5400
  colleen.smith@lw.com

  Morgan E. Whitworth (SBN 304907)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Tel:  415.391.0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>      v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>             Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**NON-PARTY RENIBUS THERAPEUTICS, INC.'S STATEMENT IN SUPPORT OF LEAD PLAINTIFF JEFFREY M. FIORE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY'S MATERIAL SHOULD BE SEALED (DKT. 174)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 7-11 and 79-5(f), non-party Renibus Therapeutics, Inc. ("Renibus") respectfully submits this Statement in Support of Lead Plaintiff Jeffrey M. Fiore's ("Lead Plaintiff") Administrative Motion to Consider Whether Non-Party's Material Should Be Sealed (Dkt. 174), and requests that the Court issue an Order sealing certain limited portions of the below-referenced exhibits filed in connection with Lead Plaintiff's Reply in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel ("Reply in Support of Motion to Certify").

Renibus purchased veverimer, a development-stage drug candidate for chronic kidney disease, from Defendant Tricida, Inc. ("Tricida") in February 2023.  Renibus is actively developing veverimer and continuing to seek FDA approval of the drug.  Renibus has no interest in this litigation other than ensuring that certain limited, competitively sensitive information—data from veverimer's clinical trials—remains under seal throughout this litigation.  As set forth below and in the Declaration of Norma Schafer submitted in support of this request ("Schafer Declaration"), there are compelling reasons to seal this information because its disclosure would cause Renibus competitive harm and there is no less restrictive alternative for avoiding that harm.  This Court previously sealed substantially similar information in connection with the Amended Complaint and the parties' briefing on Defendant's motion to dismiss.  *See* Dkt. 141.

## I.      APPLICABLE LAW

Courts apply the "compelling reasons" standard to "motions to seal documents relating to class certification."  *Zheng v. Toyota Motor Corp.*, No. 17-cv-06591-BLF, 2019 WL 6841324, at *1 (N.D. Cal. Dec. 16, 2019) (collecting cases).  In that regard, this Court and others in the Ninth Circuit have repeatedly found "compelling reasons" to seal confidential and proprietary clinical trial data, including information in communications with the U.S. Food and Drug Administration ("FDA"), where, as here, its disclosure "could give non-party competitors an unfair advantage in the development or marketing of rival products."  *Plexxikon Inc. v. Novartis Pharms. Corp.*, No. 17-cv-04405-HSG, 2020 WL 1233881, at *2 (N.D. Cal. Mar. 13, 2020) (Gilliam, J.); *see also, e.g.*, *Edwards Lifesciences Corp. v. Meril Life Sciences Pvt. Ltd.*, No. 19-cv-06593-HSG, 2023 WL 2743583, at *2 (N.D. Cal. Mar. 31, 2023) (Gilliam, J.) (finding "compelling reasons" to seal "data

from clinical trials" that could be used by competitors "seeking to replicate business practices and circumvent the time and resources necessary in developing their own practices and strategies"); *In re Incretin-Based Therapies Prods. Liab. Litig.*, No. 13md2452 AJB (MDD), 2015 WL 11658712, at *3 (S.D. Cal. Nov. 18, 2015) (finding "compelling reasons" to seal "competitively sensitive and confidential" data in FDA communications regarding "development, testing, and regulation" of clinical drugs); *United States ex rel. Ruhe v. Masimo Corp.*, No. 10-cv-08169-CJC(VBKx), 2013 WL 12131173, at *2 (C.D. Cal. Aug. 26, 2013) (finding "compelling reasons" to seal "confidential, proprietary, and competitively valuable" information regarding "clinical tests" and "non-public data and specifications submitted to the FDA"); *Foran v. Ulthera, Inc.*, No. 1:20-cv-00267-DAD-BAM, 2020 WL 3047789, at *2 (E.D. Cal. June 8, 2020) (finding "compelling reasons" to seal FDA submission describing the "structure, execution, results, and analysis of clinical trials"); *Biovail Labs., Inc. v. Anchen Pharm., Inc.*, 463 F. Supp. 2d 1073, 1083 (C.D. Cal. 2006) (finding "compelling reasons" to seal FDA submissions containing information about drug "research and development efforts," the disclosure of which would be "extremely damaging").

## II.    MATERIAL SOUGHT TO BE SEALED

Renibus has carefully reviewed the relevant documents and seeks to seal only certain confidential and proprietary information regarding the research and development of veverimer. *See* Schafer Decl. ¶¶ 5-6.  All of the information sought to be sealed consists of non-public clinical trial data—including detailed data regarding the structure, execution, results, and analysis of the clinical trials—and specific guidance from the FDA regarding strategies for obtaining approval of veverimer, and is contained in communications produced to Lead Plaintiff and designated "CONFIDENTIAL" by the FDA.  *See id*.  The disclosure of this data could provide Renibus's competitors with a roadmap for developing and obtaining FDA approval of a rival drug and eliminate much of the time, effort, and resources that would otherwise be required to develop and market a competing product.  *See* Schafer Decl. ¶¶ 4, 6-9; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2; *In re Incretin-Based*, 2015 WL 11658712, at *3; *Masimo*, 2013 WL 12131173, at *2; *Foran*, 2020 WL 3047789, at *2; *Biovail*, 463 F. Supp. 2d at 1083.  Indeed, this Court previously granted Renibus's request to seal similar information filed in

connection with Plaintiff Michael Pardi's Second Amended Complaint and Defendant Gerrit Klaerner's Motion to Dismiss. *See* ECF No. 141.

Renibus's sealing request is narrowly tailored and seeks to seal only discrete portions of the exhibits containing confidential clinical trial data and specific guidance from the FDA that, if disclosed, would cause Renibus competitive harm. There is no less restrictive alternative for avoiding that harm than redacting this confidential information. *See* Schafer Decl. ¶ 8; *see also Masimo*, 2013 WL 12131173, at *2 (finding request to seal "only certain paragraphs and pages within exhibits" containing confidential information "narrowly tailored"). Specifically, Renibus respectfully requests that the following portions be maintained under seal:

| Dkt. No. Public / (Sealed) | Document | Portion(s) to Be Sealed | Basis for Sealing |
|---|---|---|---|
| 175-3 / (174-3) | Exhibit B to the Declaration of Jeffrey C. Block in Support of Lead Plaintiff's Reply in Support of Motion to Certify ("Block Declaration") (Complete Response Letter 8/21/2020) | Highlighted portions of FDACDER000015 | Confidential, proprietary, and competitively sensitive clinical trial data and specific guidance regarding strategies for obtaining FDA approval. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |
| 175-4 / (174-5) | Exhibit C to the Block Declaration (Appeal Denied Letter 2/17/2021) | Highlighted portions of FDACDER000833–43 | Confidential, proprietary, and competitively sensitive clinical trial data and specific guidance regarding strategies for obtaining FDA approval. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. |

Dated:  August 29, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Morgan E. Whitworth*

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
colleen.smith@lw.com

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus Therapeutics, Inc.*