LATHAM & WATKINS LLP
  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400
  colleen.smith@lw.com

  Morgan E. Whitworth (SBN 304907)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 391-0600
  morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus
Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING IN PART LEAD PLAINTIFF JEFFREY M. FIORE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY'S MATERIAL SHOULD BE SEALED (DKT. 174)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Presently before the Court is an administrative motion by Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") to consider whether to file under seal the below-referenced documents filed in connection with Lead Plaintiff's Reply in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel ("Reply in Support of Motion to Certify").

Having considered Lead Plaintiff's Administrative Motion to Consider Whether Non-Party's Material Should Be Sealed ("Administrative Motion to Seal") and non-party Renibus Therapeutics, Inc.'s ("Renibus") Statement and the Declaration of Norma Schafer ("Schafer Declaration") filed in support thereof, the Court hereby GRANTS IN PART Lead Plaintiff's Administrative Motion to Seal.  The Clerk of the Court SHALL file under seal the following portions of the below-referenced documents:

| Dkt. No. Public / (Sealed) | Document | Portion(s) to Be Sealed | Basis for Sealing | Ruling |
|---|---|---|---|---|
| 175-3 / (174-3) | Exhibit B to the Declaration of Jeffrey C. Block in Support of Lead Plaintiff's Reply in Support of Motion to Certify ("Block Declaration") (Complete Response Letter 8/21/2020) | Highlighted portions of FDACDER000015 | Confidential, proprietary, and competitively sensitive clinical trial data and specific guidance regarding strategies for obtaining FDA approval.  *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon Inc. v. Novartis Pharms. Corp.*, No. 17-cv-04405-HSG, 2020 WL 1233881, at *2 (N.D. Cal. Mar. 13, 2020); *Edwards Lifesciences Corp. v. Meril Life Sciences Pvt. Ltd.*, No. 19-cv-06593-HSG, 2023 WL 2743583, at *2 | |

| 175-4 / (174-5) | Exhibit C to the Block Declaration (Appeal Denied Letter 2/17/2021) | Highlighted portions of FDACDER000833–43 | (N.D. Cal. Mar. 31, 2023). | |
|---|---|---|---|---|
| | | | Confidential, proprietary, and competitively sensitive clinical trial data and specific guidance regarding strategies for obtaining FDA approval. *See* Schafer Decl. ¶¶ 4-8; *see also Plexxikon*, 2020 WL 1233881, at *2; *Edwards*, 2023 WL 2743583, at *2. | |

**IT IS SO ORDERED.**

Dated:

_____

Honorable Haywood S. Gilliam, Jr.
United States District Judge