# Exhibit B
# Complete Response
# Letter
# 8/21/2020

# REDACTED VERSION OF DOCUMENT TO BE SEALED

CONFIDENTIAL



NDA 211408

**COMPLETE RESPONSE**

Tricida, Inc.
Attention: Sarah McNulty
Vice President, Regulatory Affairs
7000 Shoreline Court, Suite 201
South San Francisco, CA 94080

Dear Ms. McNulty:

Please refer to your new drug application (NDA) dated August 22, 2019, received August 22, 2019, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Alezuris (veverimer), 3 grams, 6 grams, 9 grams powder for suspension.

We have completed our review of this application and have determined that we cannot approve this application in its present form. We have described our reasons for this action below and, where possible, our recommendations to address these issues.

## CLINICAL/STATISTICAL

On August 22, 2019, you submitted an NDA for veverimer for the treatment of metabolic acidosis and slowing of kidney disease progression in patients with metabolic acidosis associated with chronic kidney disease (CKD). You seek approval of this application under the provisions of 21 CFR Part 314, Subpart H, utilizing serum bicarbonate as a surrogate endpoint that is reasonably likely to predict clinical benefit. Your intended confirmatory trial, Study TRCA-303, is underway.

In support of approval, you submitted the results of Study TRCA-301 and its extension trial, Study TRCA-301E. Study TRCA-301 was a randomized, double-blind, placebo-controlled study in which patients with CKD and metabolic acidosis were randomized to receive veverimer (n=124) or placebo (n=93) for 12 weeks. Patients completing the treatment period of Study TRCA-301 were eligible to enter an optional 40-week blinded extension period in which they continued their initially assigned treatment. The primary endpoint in Study TRCA-301 was the number and proportion of patients with an increase from baseline in blood bicarbonate of ≥ 4 mEq/L or blood bicarbonate within the normal range (22 to 29 mEq/L) at Week 12.

The approvability of an NDA under the provisions of 21 CFR Part 314, Subpart H, hinge on two factors: first, whether there is substantial evidence of an effect on the surrogate endpoint; and second, whether the magnitude this effect is reasonably likely to predict a clinical benefit.

**CONFIDENTIAL**

NDA 211408
Page 2



For this application to be approved, you will need to conduct at least one additional adequate and well-controlled study demonstrating the efficacy of veverimer for the treatment of metabolic acidosis associated with CKD. ███████████████ ████████████████████████████████████████████████ The Division is willing to meet with you to discuss options such as completing your ongoing confirmatory trial and, if the trial is successful, submitting the results to support a conventional approval, or, possibly conducting a pre-specified interim analysis of your ongoing confirmatory trial to support accelerated approval.

## PRESCRIBING INFORMATION

We reserve comment on the proposed labeling until the application is otherwise adequate. We encourage you to review the labeling review resources on the PLR Requirements for Prescribing Information[1] and Pregnancy and Lactation Labeling Final Rule[2] websites, including regulations and related guidance documents and the Selected

---

[1] http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/LawsActsandRules/ucm084159.htm
[2] http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/Labeling/ucm093307.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

CONFIDENTIAL

NDA 211408
Page 3

Requirements for Prescribing Information (SRPI) − a checklist of important format items from labeling regulations and guidances.

If you revise labeling, use the SRPI checklist to ensure that the Prescribing Information conforms with format items in regulations and guidances. Your response must include updated content of labeling [21 CFR 314.50(l)(1)(i)] in structured product labeling (SPL) format as described at FDA.gov.[3]

## PROPRIETARY NAME

Please refer to the correspondence dated November 20, 2019,  which addresses the proposed proprietary name, Alezuris. This name was found acceptable pending approval of the application in the current review cycle. Please resubmit the proposed proprietary name when you respond to the application deficiencies.

## SAFETY UPDATE

When you respond to the above deficiencies, include a safety update as described at 21 CFR 314.50(d)(5)(vi)(*b*). The safety update should include data from all nonclinical and clinical studies/trials of the drug under consideration regardless of indication, dosage form, or dose level.

(1) Describe in detail any significant changes or findings in the safety profile.

(2) When assembling the sections describing discontinuations due to adverse events, serious adverse events, and common adverse events, incorporate new safety data as follows:

- Present new safety data from the studies/clinical trials for the proposed indication using the same format as in the original submission.
- Present tabulations of the new safety data combined with the original application data.
- Include tables that compare frequencies of adverse events in the original application with the retabulated frequencies described in the bullet above.
- For indications other than the proposed indication, provide separate tables for the frequencies of adverse events occurring in clinical trials.

(3) Present a retabulation of the reasons for premature trial discontinuation by incorporating the drop-outs from the newly completed trials. Describe any new trends or patterns identified.

---

[3] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4660357

FDACDER000016

CONFIDENTIAL

NDA 211408
Page 4

    (4) Provide case report forms and narrative summaries for each patient who died during a clinical trial or who did not complete a trial because of an adverse event. In addition, provide narrative summaries for serious adverse events.

    (5) Describe any information that suggests a substantial change in the incidence of common, but less serious, adverse events between the new data and the original application data.

    (6) Provide updated exposure information for the clinical studies/trials (e.g., number of subjects, person time).

    (7) Provide a summary of worldwide experience on the safety of this drug. Include an updated estimate of use for drug marketed in other countries.

    (8) Provide English translations of current approved foreign labeling not previously submitted.

## ADDITIONAL COMMENTS

Within one year after the date of this letter, you are required to resubmit or take other actions available under 21 CFR 314.110.  If you do not take one of these actions, we may consider your lack of response a request to withdraw the application under 21 CFR 314.65. You may also request an extension of time in which to resubmit the application.

A resubmission must fully address all the deficiencies listed in this letter and should be clearly marked with "**RESUBMISSION**" in large font, bolded type at the beginning of the cover letter of the submission. The cover letter should clearly state that you consider this resubmission a complete response to the deficiencies outlined in this letter. A partial response to this letter will not be processed as a resubmission and will not start a new review cycle.

You may request a meeting or teleconference with us to discuss what steps you need to take before the application may be approved. If you wish to have such a meeting, submit your meeting request as described in the draft guidance for industry *Formal Meetings Between the FDA and Sponsors or Applicants of PDUFA Products*.

The drug product may not be legally marketed until you have been notified in writing that this application is approved.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

FDACDER000017

**CONFIDENTIAL**

NDA 211408
Page 5

If you have any questions, please call Anna Park, Regulatory Project Manager, at (301)796-1129.

Sincerely,

*{See appended electronic signature page}*

Ellis Unger, M.D.
Director
Office of Cardiology, Hematology, Endocrinology, and Nephrology
Center for Drug Evaluation and Research

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

FDACDER000018

**CONFIDENTIAL**

-----------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-----------------------------------------------------------------------------------------

/s/

-------------------------------------------------------------

ELLIS F UNGER
08/21/2020 04:10:04 PM

Reference ID: 4660357

**FDACDER000019**