LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400
colleen.smith@lw.com

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
morgan.whitworth@lw.com

*Attorneys for Non-Party Renibus*
*Therapeutics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendants. | CASE NO. 4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On August 29, 2024, I served the following document(s) described as:

**UNREDACTED EXHIBITS B AND C TO THE DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL**

by serving a true copy of the above document(s) by **E-Mail or Electronic Transmission**:

I caused the document(s) to be sent from the e-mail address john.eastly@lw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

## BY ELECTRONIC MAIL

The transmissions was reported as complete and without error to the electronic addresses below:

| | |
|---|---|
| **Jeffrey C. Block**<br>**Michael D. Gaines**<br>**Jacob Allen Walker**<br>Block & Leviton LLP<br>260 Franklin Street<br>Suite 1860<br>Boston, MA 02110<br>(617) 398-5600<br>Email: jeff@blockesq.com<br>michael@blockleviton.com<br>jake@blockleviton.com | *Lead Counsel for Plaintiff* |
| **Sara B. Brody**<br>**Matthew James Dolan**<br>**Sarah Alison Hemmendinger**<br>**Jacob Allen Walker**<br>**Robin Eve Wechkin**<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-1200<br>Email: sbrody@sidley.com<br>mdolan@sidley.com<br>shemmendinger@sidley.com<br>rwechkin@sidley.com | *Counsel for Defendant* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE
CASE NO. 4:21-cv-00076-HSG

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 29, 2024**, at San Francisco, California.

*John M. Eastly*

John M. Eastly

3