**EXHIBIT A**

REQUEST FOR PRODUCTION NO. 1:

Directories, organizational charts, or other documents sufficient to identify Tricida's organization structure, and its officers, directors and employees during the Relevant Period and currently.

REQUEST FOR PRODUCTION NO. 2:

Calendars, date books, and/or appointment books reflecting Tricida-related activities maintained by or for Klaemer, his administrative assistant, and each current or former Tricida employee identified in either of the parties' Fed. R. Civ. P. 26(a)(l) disclosures.

REQUEST FOR PRODUCTION NO. 3:

A current resume or curriculum vitae for Klaerner and each current or former Tricida employee identified in either of the parties' Fed. R. Civ. P. 26(a)(l) disclosures.

REQUEST FOR PRODUCTION NO. 4:

The version(s) of Tricida's accurate record keeping and/or corporate records retention policies that were in effect during the period January 1, 2018 to the present and all documents regarding any potential or actual violation of those policies.

REQUEST FOR PRODUCTION NO. 5:

The version(s) of Tricida's Code of Business Conduct and Ethics, or any similar policy, that was in effect during the Relevant Period and all documents regarding any potential or actual violations thereof.

REQUEST FOR PRODUCTION NO. 6:

The certifications of compliance with Tricida's Code of Business Conduct and Ethics, or any similar policy, by or on behalf of Klaerner and any persons identified in the parties' Rule 26(a)(l) disclosures.

REQUEST FOR PRODUCTION NO. 7:

The version(s) of Tricida's insider trading and foreign corrupt practices policies that were in effect during the Relevant Period and all documents regarding any potential or actual violation of these policies.

REQUEST FOR PRODUCTION NO. 8:

The version(s) of Tricida's policies regarding securities trades by Tricida directors, officers, or employees that were in effect during the Relevant Period and all documents regarding any potential or actual violation of these policies.

REQUEST FOR PRODUCTION NO. 9:

All documents concerning prohibited periods for trading in Tricida's securities by any Company directors, officers or employees, including all emails regarding the commencement or conclusion of any such period.

REQUEST FOR PRODUCTION NO. 10:

All documents concerning any requested or approved pre-clearance of any transaction in Tricida securities by any Company directors, officers, or employees.

REQUEST FOR PRODUCTION NO. 11:

Transfer records or other documents identifying ownership of Tricida common stock.

REQUEST FOR PRODUCTION NO. 12:

All documents concerning any Board of Directors meeting (whether formal or informal and including committee meetings of the Board of Directors), including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda and resolutions, whether adopted or discussed.

REQUEST FOR PRODUCTION NO. 13:

All documents sent to or received from any of Tricida's directors regarding Tricida's budget or finances, Tricida's stock price, Tricida's investors, TRCA-301, TRCA-301E, VALOR-CKD, the FDA approval process for Veverimer, or the CRL.

REQUEST FOR PRODUCTION NO. 14:

Documents sufficient to identify all personal and business phone numbers (including all cell phones), email addresses, Twitter accounts, Slack accounts, or accounts on other electronic messaging services (including but not limited to Signal, Telegram, WeChat, iMessage, and Duo) for Klaerner, his administrative assistant, and each current or former Tricida employee identified in either of the parties' Fed. R. Civ. P. 26(a)(l) disclosures.

REQUEST FOR PRODUCTION NO. 15:

All documents regarding any internet postings by or on behalf of Klaerner or Tricida concerning Veverimer, TRCA-301, TRCA-301E, or VALOR-CKD, including documents sufficient to identify any aliases or screen names used by or on behalf of Klaerner.

REQUEST FOR PRODUCTION NO. 16:

All documents and communications concerning the FDA regulatory process for approval of Veverimer, including related meetings and interim interactions with the FDA.

REQUEST FOR PRODUCTION NO. 17:

All documents you sent to or received from the FDA concerning Veverimer.

REQUEST FOR PRODUCTION NO. 18:

All communications to, from, by, or involving Klaerner, or any current or former employee identified in either of the parties' Fed. R. Civ. P. 26(a)(l) disclosures, concerning Veverimer's prospects for FDA approval.

REQUEST FOR PRODUCTION NO. 19:

All documents and communications concerning the design and completion of TRCA-301 and TRCA-301E, including their associated risks.

REQUEST FOR PRODUCTION NO. 20:

The documents concerning the late cycle meeting, including any feedback you received from the FDA in connection with the late cycle meeting.

REQUEST FOR PRODUCTION NO. 21:

All minutes, transcriptions, scriveners' notes, memoranda, or other records of the late cycle meeting, whether prepared by you, the FDA, or anyone else.

REQUEST FOR PRODUCTION NO. 22:

All documents and communications regarding the FDA's comments about the trial data supporting TRCA-301 and TRCA-301E, including any comments expressed by the FDA at the late cycle meeting.

REQUEST FOR PRODUCTION NO. 23:

All documents regarding the FDA 's comments expressed in connection with the late cycle meeting about the applicability ofTricida's foreign clinical data from TRCA-301 and TRCA-301E to the United States population, and the magnitude of the treatment effect on blood bicarbonate in TRCA-301 and the ability ofTRCA-303 to confirm a treatment benefit.

REQUEST FOR PRODUCTION NO. 24:

All documents concerning the FDA's decision not to hold an AdCom meeting to discuss Veverimer.

REQUEST FOR PRODUCTION NO. 25:

All documents concerning Tricida's public statements made on May 7, 2020 about the late cycle meeting and related feedback from the FDA, including but not limited to drafts and discussions about the statements, before or after they were made.

REQUEST FOR PRODUCTION NO. 26:

All documents concerning Tricida's public statements made on August 6, 2020 about the late cycle meeting and related feedback from the FDA, including but not limited to drafts and discussions about the statements, before or after they were made.

REQUEST FOR PRODUCTION NO. 27:

All documents and communications concerning issues or deficiencies in the NDA for Veverimer raised by the FDA, including the FDA's notification to Tricida on July 14, 2020 that it had identified deficiencies precluding discussion of labeling and postmarketing requirements/commitments at that time.

REQUEST FOR PRODUCTION NO. 28:

All documents and communications concerning the FDA's determination to seek additional data beyond TRCA-301 and TRCA-301E, including additional data regarding the magnitude and durability of the treatment effect of Veverimer on the surrogate marker of serum bicarbonate and the applicability of the treatment effect to the U.S. population.

REQUEST FOR PRODUCTION NO. 29:

All documents and communications concerning the CRL, including any communications with the FDA regarding the CRL and subsequent End-of-Review Type A Conference held on October 20, 2020 with the FDA's Division of Cardiology and Nephrology.

REQUEST FOR PRODUCTION NO. 30:

All documents and communications concerning Tricida's appeal of the FDA's rejection of the NDA for Veverimer, including the Appeal Denied Letter from the FDA's Office of New Drugs in response to Tricida's Formal Dispute Resolution Request submitted in December 2020.

REQUEST FOR PRODUCTION NO. 31:

The version(s) of any of Tricida's external corporate communications policies in effect during the Relevant Period and all documents regarding any request for or approval of any Company personnel to speak on behalf of Tricida or any violation of these policies.

REQUEST FOR PRODUCTION NO. 32:

All documents regarding any selective disclosure of any information regarding Veverimer, the FDA regulatory process, or Klaerner's interactions with the FDA, including any confidentiality or non-disclosure agreement executed in connection with any such selective disclosure.

REQUEST FOR PRODUCTION NO. 33:

All documents concerning the retention, engagement, and/or consultation with any public/investor relations, disclosure, and/or legal advisors in connection with Tricida's public disclosures during the Relevant Period, including communications with or documents sent to or received from any such consultant or advisor.

REQUEST FOR PRODUCTION NO. 34:

Draft and final versions of all filings made by or on behalf of Tricida with the SEC.

REQUEST FOR PRODUCTION NO. 35:

Draft and final versions of all press releases issued by or on behalf of Tricida.

REQUEST FOR PRODUCTION NO. 36:

Draft and final versions of all public conference call scripts or presentations, including any draft questions and answers.

REQUEST FOR PRODUCTION NO. 37:

All documents regarding your consideration of whether and/or when Tricida should disclose to investors any information about Tricida's interactions with the FDA concerning Veverimer.

REQUEST FOR PRODUCTION NO. 38:

All documents concerning any communications, conference calls, presentations or meetings with any securities analysts, financial analysts, individual or institutional investors, financial publications, news reporters, journalists, or investment bankers concerning Veverimer.

REQUEST FOR PRODUCTION NO. 39:

All documents regarding any coverage of Veverimer by securities analysts or the news media, including any draft or final reports or articles sent to or received by you.

REQUEST FOR PRODUCTION NO. 40:

All communications with, and documents sent to or received from, any analyst or analyst firm concerning Veverimer.

REQUEST FOR PRODUCTION NO. 41:

All documents regarding Tricida's share price, market capitalization, volume of shares traded, and/or the value of options or any other Tricida security, including documents regarding any price movements in Tricida common stock.

REQUEST FOR PRODUCTION NO. 42:

All documents regarding the possible or actual factors or reasons that led to any change in the price of Tricida common stock at any time during the Relevant Period.

REQUEST FOR PRODUCTION NO. 43:

Tricida's draft and final budgets and financial plans.

REQUEST FOR PRODUCTION NO. 44:

All documents concerning Klaerner's compensation from Tricida, including all documents related to:

a)  any severance package, termination agreement, or parachute payments;

b)  payments made pursuant to §280G of the Internal Revenue Code, 26 U.S.C. §280G;

c)  all bonuses and/or other compensation policies, terms, and agreements;

d)  any performance reviews;

e)  the benchmarking of salaries against peer groups; and

f)  all payments, loans, or taxable benefits received from Tricida.

REQUEST FOR PRODUCTION NO. 45:

Documents sufficient to identify the date, source, and cost basis of any Tricida securities, including common stock shares and options, owned by Klaerner at any time during the period January 1, 2018 to the present.

REQUEST FOR PRODUCTION NO. 46:

All documents concerning any Rule 10b5-l trading plan by or on behalf of Klaerner or any Tricida officers or employees identified in the parties' Rule 26(a)(l) disclosures.

REQUEST FOR PRODUCTION NO. 47:

All documents concerning Klaerner's holdings and transactions in Tricida stock for or during the period January 1, 2018 to present, including all documents related to:

a)  Tricida securities held;

b)  transactions in Tricida securities, including purchases, sales, donations or use of Tricida securities as collateral; and

c)  any loans of Tricida stock or options, including, but not limited to, any prepaid variable forward contract or sale lending agreement.

REQUEST FOR PRODUCTION NO. 48:

All documents concerning communications with, requests by, or actions of any governmental or regulatory agency, including but not limited to the SEC, the Financial Industry Regulatory Authority, and the NASDAQ, concerning Tricida or Klaerner's public statements related to Tricida or transactions in Tricida securities.

REQUEST FOR PRODUCTION NO. 49:

All documents concerning any policy, procedure, or practice concerning the preservation or destruction of the documents or types of documents sought herein.

REQUEST FOR PRODUCTION NO. 50:

All liability insurance policies carried by Tricida.

REQUEST FOR PRODUCTION NO. 51:

All documents regarding any indemnification agreements between Tricida and Klaerner, including agreements to assume liability, any insurer for Defendant or any other entities that may be financially affected by the claims in this Action.