Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (CA Bar No. 271217)
Michael D. Gaines (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. TRICIDA, INC. and GERRIT KLAERNER, <br><br> Defendants. | Case No. 4:21-cv-00076-HSG <br><br> **CLASS ACTION** <br><br> [~~PROPOSED~~] ORDER <br><br> Judge:   Hon. Lisa J. Cisneros |

[~~PROPOSED~~] ORDER
CASE NO. 4:21-cv-00076-HSG

1

Presently before the Court is the Joint Administrative Motion requesting this Court reset the deadline to file a stipulation or joint letter described in the Court's Discovery Order (ECF No. 189) to October 24, 2024.

Good cause appearing, the motion is GRANTED.

**IT IS SO ORDERED.**

Date: October 17, 2024

Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 4:21-cv-00076-HSG

1