1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MICHAEL PARDI, et al.,                          Case No.  21-cv-00076-HSG

8

              Plaintiffs,                       **FURTHER SCHEDULING ORDER**

9

        v.

10

TRICIDA, INC., et al.,

11

              Defendants.

12
13

A case management conference was held on October 22, 2024.  Having considered the

14

parties' proposals, *see* Dkt. No. 190, the Court **SETS** the following deadlines pursuant to Federal

15

Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16
17

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | March 28, 2025 |
| Exchange of Rebuttal Expert Reports | May 9, 2025 |
| Exchange Reply Expert Reports | June 6, 2025 |
| Close of Expert Discovery | July 11, 2025 |
| Dispositive & *Daubert* Motions | August 8, 2025 |
| Oppositions to Dispositive & *Daubert* Motions | September 5, 2025 |
| Replies in Support of Dispositive & *Daubert* Motions | September 26, 2025 |
| Dispositive Motion & *Daubert* Motion Hearing Deadline | October 9, 2025, at 2:00 p.m. |
| Pretrial Conference | January 6, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | January 26, 2026, at 8:30 a.m. |

18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  The prior fact discovery deadlines remain in place.  *See* Dkt. No. 171.

**IT IS SO ORDERED.**

Dated:    10/28/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge