Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (CA Bar No. 271217)
Michael D. Gaines, pro hac vice
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Attorneys for Class Representative*
*Jeffrey M. Fiore and the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v. TRICIDA, INC. and GERRIT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR STAY TO FACILITATE SETTLEMENT** |

Lead Plaintiff and class representative Jeffrey M. Fiore ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Gerrit Klaerner ("Defendant") (collectively, the "Parties"), by and through their attorneys, jointly move the Court for an Order staying all current deadlines in order to facilitate the Parties' anticipated settlement. As grounds therefore, the Parties state as follows:

WHEREAS, on November 12, 2024, the Parties advised the Court that the Parties have reached a settlement-in-principle in this action;

WHEREAS, the Parties are diligently working to finalize the stipulation of settlement, notices, plan of allocation, and other documents required to move the Court for preliminary approval of the proposed settlement;

WHEREAS, the Parties anticipate they will be able to finalize the relevant settlement documents, and file them with the Court by December 30, 2024;

WHEREAS, the Parties have an upcoming deadline for substantial completion of document production, which is set for November 15, 2024; and

WHEREAS, the Parties respectfully request that the Court enter an Order staying all pending deadlines, including all discovery and case deadlines, pending finalization of the settlement documentation and a ruling on Plaintiff's Motion for Preliminary Approval of Settlement.  A proposed Order is submitted herewith.

November 13, 2024

**BLOCK & LEVITON LLP**

*/s/ Jeffrey C. Block*

Jeffrey C. Block (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Respectfully submitted,

**SIDLEY AUSTIN LLP**

*/s/ Sara B. Brody*

Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
555 California Street, Suite 2000

JOINT MOTION FOR STAY TO FACILITATE SETTLEMENT
CASE NO. 4:21-cv-00076-HSG

Jacob A. Walker (SBN 271217)
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Class Counsel and Counsel for Plaintiff*

San Francisco, CA 94104
Telephone: 415 772 1279

Robin E. Wechkin (*pro hac vice*)
rwechkin@sidley.com
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Counsel for Defendant Gerrit Klaerner*

**Local Rule 5-1(i)(3) Certification**

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Motion for Temporary Stay to Facilitate Settlement.

November 13, 2024

/s/ Jeffrey C. Block
By: Jeffrey C. Block (*pro hac vice*)

JOINT MOTION FOR STAY TO FACILITATE SETTLEMENT
CASE NO. 4:21-cv-00076-HSG

2