Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jake@blockleviton.com
jeff@blockleviton.com
michael@blockleviton.com

*Attorneys for Class Representative Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY TO FACILITATE SETTLEMENT** |

Having considered the Parties' Joint Motion for Temporary Stay to Facilitate Settlement, and for good cause shown, the Court hereby ORDERS:

All proceedings in this matter, including all discovery and case deadlines, shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

If the Motion for Preliminary Approval of Settlement is not filed by December 30, 2024, the Parties shall file a joint status report regarding the status of settlement by that date.

**SO ORDERED**.

Date: _____, 2024.

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE