Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**LEAD PLAINTIFF'S RESPONSE TO THE COURT'S NOVEMBER 12, 2024 ORDER TO SHOW CAUSE**<br><br>**Class Action**<br><br>Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff and class representative Jeffrey M. Fiore ("Plaintiff") respectfully responds to the Court's Order (ECF No. 200), "directing Plaintiff to show cause why Dkt No. 196 Defendant's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge should not be granted for failure to file a response to the motion by the November 5, 2024, deadline, or a statement of non-opposition as required by Civil L.R. 7-3(b)."

Plaintiff understood Local Rule 72-2(d) to apply, which states that "[u]nless otherwise ordered by the assigned District Judge, no response need be filed and no hearing will be held concerning the motion . . . The District Judge . . . may not grant it without first giving the opposing party an opportunity to respond."

As such, Plaintiff was awaiting instructions from the Court on whether a response would be required, and believed, consistent with L.R. 72-2(d), that Defendant Klaerner's motion was "deemed denied," with no "order denying the motion or setting a briefing schedule" made within 14 days. Counsel for Plaintiff apologizes to the Court if they misunderstood the application of the local rules in this scenario. For avoidance of doubt, Plaintiff would have opposed Defendant's motion.

In any event, the parties have today filed a notice of settlement (ECF No. 201), which we believe renders Defendant's motion (ECF No. 196) moot, pending final approval of the settlement. Plaintiff would respectfully ask the Court to give him the opportunity to respond to Defendant's motion if the settlement is not finally approved and the parties return to their litigation positions.

November 13, 2024

Respectfully submitted,

/s/ Jeffrey C. Block
Jeffrey C. Block (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com