Sara B. Brody (SBN 130222)
sbrody@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415 772 1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650 565 7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415 439 1799

*Attorneys for Defendant Gerrit Klaerner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PARDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRICIDA, INC., and GERRIT KLAERNER,<br><br>Defendant. | Case No. 4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES BY 30 DAYS**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff Jeffrey Fiore ("Lead Plaintiff") and Defendant Gerrit Klaerner ("Defendant" and together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on November 13, 2024, the Parties filed a Joint Notice of Pending Settlement (Dkt. 201) and a Joint Motion for a Stay to Facilitate Settlement (Dkt. 202).

**WHEREAS**, on November 13, 2024, the Court granted the Parties' stay motion, and ordered that all proceedings in this matter, including all discovery and case deadlines shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement. Dkt. 204. The Order stated that if the Motion for Preliminary Approval of Settlement is not filed by December 30, 2024, the Parties shall file a joint status report regarding the status of settlement. *Id.*

**WHEREAS**, Lead Plaintiff sent Defendant a draft Stipulation of Settlement and accompanying exhibits on December 3, 2024.

**WHEREAS**, Defendant is still reviewing the draft documents Lead Plaintiff sent.

**WHEREAS**, the Parties are continuing to draft a confidential opt out agreement.

**WHEREAS**, the Parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to extend the December 30, 2024 deadline for Lead Plaintiff to file the Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of settlement by an additional 30 days to January 29, 2025.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to Civil L.R. 6-2, by and through their undersigned counsel:

1. The December 30, 2024 deadline either for Lead Plaintiff to file a Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of the settlement shall be extended by 30 days to January 29, 2025.

Date: December 30, 2024

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)
*Attorneys for Defendant Gerrit Klaerner*

By: */s/ Jacob A. Walker*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

*Attorneys for Lead Plaintiff Jeffrey M. Fiore and the Class*

## LOCAL RULE 5-1 ATTESTATION

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document concurred in the filing of this document.

Date: December 30, 2024

By: */s/ Sara B. Brody*
Sara B. Brody

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/30/2024

*[Signature: Haywood S. Gilliam Jr.]*

Honorable Haywood S. Gilliam, Jr.
United States District Judge