Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>　　　Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRITT KLAERNER,<br><br>　　　Defendants. | Lead Case No.: 4:21-cv-00076-HSG<br><br>**Declaration of Jeffrey C. Block in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement**<br><br>**Date:**　　　May 1, 2025<br>**Time:**　　　2:00 p.m.<br>**Courtroom:**　2, 4th Floor<br>**Hon. Haywood S. Gilliam, Jr.** |

I, JEFFREY C. BLOCK, declare as follows:

1.      I am an attorney admitted to practice before this Court *pro hac vice.* I am managing partner of Block & Leviton LLP, lead counsel for Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") and the class in the above-captioned action. I make this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I transmitted an electronic copy of the Motion to Defendants' counsel on March 2, 2025. Defendants' counsel informed me that Defendants did not and would not oppose the Motion on March 2, 2025.

***Discovery***

3.      On September 21, 2022, Lead Plaintiff served his First Set of Requests for Production of Documents on Defendant and Tricida. Defendants served their objections and responses on October 24, 2022.

4.      Lead Plaintiff served Defendant Klaerner with a Second Set of Requests for Production of Documents on April 9, 2024, and Defendant served Responses and Objections on May 9, 2024.

5.      Defendant Klaerner served his First Set of Requests for Production of Documents on Lead Plaintiff on April 15, 2024. Lead Plaintiff served his responses and objections on May 15, 2024 and produced documents to Defendant on the same date.

6.      On June 24, 2024, counsel for Defendant took the deposition of Lead Plaintiff.

7.      Defendant's first production of documents to Lead Plaintiff was made on October 18, 2024 and his second production on November 1, 2024.

8.      In all, Defendant produced 52,434 documents in response to Lead Plaintiff's Requests for Production.

***Discovery Negotiations***

9.      The parties met and conferred regarding Lead Plaintiff's second set of document requests on May 17, 2024 and May 29, 2024, and exchanged letters on June 7, 2024, June 13, 2024 and June 26, 2024. The parties further met and conferred regarding Lead Plaintiff's document requests to

both Klaerner and Tricida on June 12, July 2, September 12, September 16, October 11, and October 21, 2024.

10.    The parties also met and conferred with Tricida's Liquidating Trustee on October 23, 2024.

***Third-Party Discovery***

11.    Lead Plaintiff served subpoenas for the production of documents on the following third-parties:

| Third-Party | Subpoena Notice Date |
|---|---|
| U.S. Food and Drug Administration | September 12, 2022 |
| Amgen, Inc. | April 22, 2024 |
| Vifor Pharma, Inc. | April 22, 2024 |
| Wilhelm Stahl | May 10, 2024 |
| Sarah McNulty | May 10, 2024 |
| Yuri Stasiv | May 10, 2024 |
| Robert McKague | May 10, 2024 |
| Geoffrey M. Parker | May 10, 2024 |
| Claire Lockey | May 10, 2024 |
| Tricida, Inc. | May 29, 2024 |

12.    The production date on Lead Plaintiff's subpoena to the FDA was October 14, 2022. The FDA sent its first production of records on September 28, 2022, the second production on October 7, 2022, and the third production on October 18, 2022.

13.    Lead Plaintiff conducted meet and confers for the six former employee (Wilhelm Stahl, Sarah McNulty, Yuri Stasiv, Robert McKague, Geoffrey Parker, and Claire Lockey) subpoenas and received one production of documents on June 3, 2024.

14.    Lead Plaintiff provided Defendant with notice of his third-party subpoenas to Amgen, Inc. and Vifor Pharma, Inc. on April 26, 2024, and received document productions in June and October 2024.

15.    Lead Plaintiff provided Defendant with notice of his third-party subpoena to Tricida on May 29, 2024, and the date of production listed for Tricida was July 15, 2024.

16.    Lead Plaintiff met and conferred with Tricida's Liquidating Trustee and agreed on a production schedule.

17.     Before Tricida's document production was to begin, Defendant Klaerner objected to the forthcoming production on August 22, 2024 and the Settling Parties subsequently filed a joint letter brief addressing Defendant's request for a protective order to prevent Tricida's Liquidating Trustee from producing documents.

***Settlement Negotiations***

18.     Lead Plaintiff retained Chad Coffman in August 2022 to perform a damages analysis. Chad Coffman performed substantive analyses in August 2022, March 2024, April 2024, and October 2024. In October 2024, he calculated a maximum of $215 million in total possible statutory damages.

19.     The parties selected Michelle Yoshida of Phillips ADR to serve as mediator. The parties jointly scheduled a mediation with Ms. Yoshida for April 9, 2024.

20.     On March 22 and 29, 2024, the parties exchanged mediation statements outlining the strengths and challenges of their respective litigating positions and accompanied by evidentiary exhibits.

21.     On April 9, 2024, the parties participated in a mediation with Ms. Yoshida. The parties were not able to reach an agreement to settle the case at that time.

22.     The parties again engaged Ms. Yoshida in October 2024 and attended a formal mediation session with Ms. Yoshida on November 4, 2024. At the mediation, and at the recommendation of the mediator, the parties reached an agreement in principle to settle the litigation for $14.25 million, subject to the negotiation of the terms of a Stipulation and Agreement of Settlement, and approval by this Court.

*Settlement Administration*

23.    Lead Plaintiff and Lead Counsel selected Kroll for Court approval to serve as Claims Administrator because of Kroll's experience in providing notice and claims administration services. Lead Counsel has engaged Kroll to serve as notice or claims administrator once over the past two years.

24.    Kroll estimates that 20% of Class Members will submit a claim in this action. Kroll bases this estimate on its experience as claims administrator in other recent federal securities class actions.

25.    To date, Lead Counsel has billed over 2,500 hours in this action. Lead Counsel's current estimated lodestar is approximately $1.9 million as of March 3, 2025.

26.    Lead Counsel has also accrued Litigation Expenses arising from legal research, mediation, expert discovery, sending notice of class certification to the Class, and filing fees, and intends to seek reimbursement in an amount not to exceed $400,000.

27.    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2025.

/s/ *Jeffrey C. Block*
Jeffrey C. Block

DECLARATION OF JEFFREY C. BLOCK
CASE NO. 4:19-CV-02690-HSG

4