# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>        Plaintiffs,<br><br>                v.<br><br>TRICIDA, INC. and GERRIT KLAERNER,<br><br>        Defendants. | Case No.: 4:21-cv-00076-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT CORMIO OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL** |

I, Robert Cormio hereby declare:

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Claims Administrator to be appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, NY 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the Settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities, labor and employment, consumer and government enforcement matters.  Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3.      Kroll was retained by Lead Counsel to (i) provide notice of the Settlement to the Class, (ii) administer and calculate claims submitted by Class Members, and (iii) oversee the distribution of the Net Settlement Fund to Authorized Claimants. I submit this declaration in order to provide the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Class Action Settlement (the "Stipulation of Settlement") entered into in this Litigation.

DECLARATION OF ROBERT CORMIO IN CONNECTION WITH PRELIMINARY APPROVAL

Court with information regarding how Notice will be sent to Class Members and the claims administration process.

### DISSEMINATION OF THE CLAIM PACKAGE

4.    Potential Class Members in this matter include all persons and entities that purchased or otherwise acquired common stock of Tricida, Inc. during the period from May 8, 2020 to February 25, 2021, inclusive (the "Class Period"). Pursuant to the proposed Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), the Claims Administrator shall mail the Notice to members of the Class that may be identified through reasonable effort.

5.    The former transfer agent for Tricida, Inc. will provide Kroll a data file containing the names and address of record holders of Tricida common stock during the Class Period.  In an effort to ensure the Notices will be deliverable, Kroll will run the list through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database, update the list with address changes received from the NCOA, then cause the Notice to be sent by first-class mail to these potential Class Members.

6.    As in most class actions of this nature, the large majority of potential Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  Kroll maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees (the "Nominee Database").  The Nominee Database is updated from time to time as new nominees are identified, and others merge or cease to exist.  Kroll will also cause the Notice to be sent by first-class mail to these entities.

7.    The Notice will instruct nominees who purchased Tricida common stock during the Class Period for the beneficial interest of persons or organizations other than themselves to either: (a) request from the Claims Administrator sufficient copies of the Notice to forward to all such beneficial owners and forward them to all such beneficial owners; or (b) email a list of the names, addresses, and, if available, email addresses of all such beneficial owners to the Claims Administrator, who will then promptly send a copy of the Notice to the beneficial owners.

DECLARATION OF ROBERT CORMIO IN CONNECTION WITH PRELIMINARY APPROVAL

8. To maximize delivery of the Notice, Kroll will also email members of the Nominee Database to notify them of the pendency of this Litigation, and inform each entity of its obligation to either provide the names and addresses of its customers and clients who may be Class Members, or request copies of the Notice to provide directly to its customers and clients who may be Class Members. Additionally, Kroll will post a copy of the Notice on the Depository Trust Company's ("DTC") Legal Notice System ("LENS"). LENS is a service hosted by the DTC that offers access to a comprehensive online library of notices concerning DTC-eligible securities that are published and furnished by third-party agents, courts and security issuers.

9. Any mailed Notices which are returned by the USPS as undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained, Kroll will promptly re-mail the Notice to the updated address.

## TELEPHONE HELPLINE AND WEBSITE

10. Kroll will establish and maintain a case-specific, toll-free telephone helpline to accommodate potential Class Member inquiries. The toll-free number is set forth in the Notice published summary Notice and will be posted on the Settlement website for the Litigation, described below.

11. Kroll will maintain a website dedicated to this Settlement to provide additional information to potential Class Members regarding the Settlement, including answers to frequently asked questions, deadlines to submit a Claim From, to object, or to opt-out, and the date, time, and location of the Court's Settlement Hearing. Copies of the Notice, Claim Form, Stipulation of Settlement, and Preliminary Approval Order will be posted on the website and will available for downloading. Settlement Class Members can also complete and submit a Claim Form through the website.

## PROCESSING CLAIMS

**A. Processing Paper Claims**

12. Following the mailing process, Kroll will (i) confer with Lead Counsel regarding the project guidelines for processing paper Claim Forms; (ii) create a unique database to store claim

- 3 -

details and images of Claim Forms and supporting documentation; (iii) train staff in the specifics of the project so that claims would be properly processed; (iv) formulate a system so that telephone and email inquiries would be properly responded to; (v) develop various computer programs and screens for entry of Class Members' identifying information and transactional information; and (vi) develop a proprietary "calculation module" that would calculate "Recognized Claims" pursuant to the Court-approved Plan of Allocation set forth in the Notice. Once received, paper Claim Forms will be opened and prepared for scanning. This process includes unfolding documents, removing staples, copying non-conforming sized documents, sorting documents, and, where claimant identification information is not provided on the Claim Form itself, copying and attaching the envelope with the return address to the file. Once prepared, paper Claim Forms are scanned into a database developed by Kroll to process claims submitted for the Settlement (the "Settlement Database"), together with all submitted documentation. Subsequently, each claim is assigned a unique claim number. Once scanned, the information from each paper Claim Form, including the name, address, and the claimant's purchase/acquisition transactions, sale transactions, and holdings listed in the Claim Form, is entered into the Settlement Database. Next, the information provided by each claimant in support of his, her, or its claim is reviewed to determine whether each claimant had purchased or otherwise acquired Tricida common stock in during the Class Period, as required to be a Class Member.

**B. Processing Online Claims**

13.    Claims can also be submitted by claimants via the claim portal available on the Settlement website ("Web Claims"). Once received, Web Claims are imported into the Settlement Database. This process includes assigning a unique claim number to each Web Claim and mapping the submission form to the database so that entries can be evaluated and calculated according to the Plan of Allocation. Next, and identical to the process utilized for paper Claim Forms, the information provided by each claimant in support of his, her, or its Web Claim is reviewed to determine whether the claimant purchased or otherwise acquired shares of Tricida common stock, as required to be a Class Member.

DECLARATION OF ROBERT CORMIO IN CONNECTION WITH PRELIMINARY APPROVAL

**C. Claims Submitted Electronically**

14.    Claims filed electronically ("Electronic Claims"), are typically submitted by institutional investors who may have hundreds or thousands of transactions during the relevant period. Rather than provide reams of paper requiring data entry, the institutional investors filing Electronic Claims either mail a computer disc or email a file to Kroll, so that Kroll may electronically upload all transactions to the Settlement Database.

15.    Kroll maintains an electronic filing operations team (the "Electronic Filing Team") to coordinate and supervise the receipt and handling of all Electronic Claims. In all claims administrations, the Electronic Filing Team reviews and analyzes each electronic file to ensure that it is formatted in accordance with Kroll's required format, and to identify any potential data issues or inconsistencies within the file. If any issues or inconsistencies arise, Kroll immediately notifies the filer. If the electronic file is deemed to be in an acceptable format, it is then loaded into Kroll's database. Kroll then produces output for these files, including the number of claims and transaction totals that the institution provided when it sent the electronic file.

16.    Once the electronic file is loaded, Kroll personnel review the electronic file to confirm that the number of claims and transactions match the information provided by the filer. At the end of the process, Kroll performs various audits of Electronic Claims.

17.    During the claims administration process, Kroll will review and process all claims received in accordance with the Stipulation of Settlement and Preliminary Approval Order.

**Data Use Limitation**

18.    Kroll will solely use Class Member data for notice and Settlement administration, award calculations, and issuing Settlement payments to Authorized Claimants.

**Technical Controls, Data Security**

19.    Kroll is an industry leader in data security. Kroll is CCPA, HIPAA, and GDPR compliant and maintains numerous industry certifications related to data security, including SOC2 and ISO 2700 certification.  Kroll has technical, physical, and procedural protocols and safeguards in place to ensure the security and privacy of the Class Member data. These include standards related to data retention and document destruction; fully redundant environmental systems and redundant

- 5 -

storage; regular audits; and documented plans for both incident and crisis response, including breach protocols and physical controls. Kroll's information security program includes vulnerability management, compliance, security monitoring and security engineering supported by a team of information security professionals, including a Chief Information Security Officer and Chief Privacy Officer.

## Business/Liability Insurance

20.    Kroll maintains standard business insurance, including professional liability insurance, cyber insurance, and crime insurance.

## Administrative and Ethical policies

21.    Kroll has employee administrative and ethical polices that all employees are required to follow.  These include, but are not limited to:

- Pre-hire background checks;

- Controls for accessing systems, data and applications, along with processes for assigning access;

- Annual Code of Ethics training and certification;

- Annual Information Security training and certification; and

- HIPAA training for all staff.

## Crisis and Risk Management

22.    Kroll has defined and tested incident response and disaster recovery plans that it employs across the organization.  Should an incident occur, Kroll will take immediate action, which will include notification to clients and claimants of the incident consistent with privacy laws and regulations or as otherwise provided in any contractual agreements with its clients. Kroll also has detailed vendor on-boarding and management policies.

## Physical Access Controls

23.    Security keycard access is required to enter Kroll's facilities. Additionally, keycard access is required for employees to use the facility elevators and to enter Kroll's office spaces.

DECLARATION OF ROBERT CORMIO IN CONNECTION WITH PRELIMINARY APPROVAL

**Data Collection, Retention and Destruction**

24.     Kroll only requires the collection of data necessary to effectively administer the Settlement. If personally identifiable information ("PII") (e.g., Social Security Numbers, account information, dates of birth, etc.) are not necessary for administration, Kroll will not request such PII. Kroll does not and will not share the Class Member data with third parties unless authorized or directed to do so by the Settling Parties or the Court. Internally, access to data is limited to only those employees working on the particular matter. In addition, Kroll has standard practices for data retention and destruction. However, to the extent there are data retention and destruction requirements specific to the Settlement that differ from Kroll's standard policies, Kroll will follow the Settlement guidelines.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct to the best of my knowledge and that this declaration was executed on May 7, 2025, in Northport, New York.

_____

Robert Cormio

- 7 -

DECLARATION OF ROBERT CORMIO IN CONNECTION WITH PRELIMINARY APPROVAL