Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff
Jeffrey M. Fiore and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRICIDA, INC. and GERRIT KLAERNER,<br><br>Defendants. | Case No. 4:21-cv-00076-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER SETTING SCHEDULE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff Jeffrey Fiore ("Plaintiff") and Defendant Gerrit Klaerner ("Defendant," and together with Plaintiff, the "Parties"), through their counsel and pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement (Dkt. 220) (the "Order"), submit the following Joint Stipulation and [Proposed] Order Setting Schedule for Final Approval of Class Action Settlement (the "Joint Stipulation").

WHEREAS, on March 3, 2025, Plaintiff filed his Notice of Motion, Unopposed Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof (Dkt. 211);

WHEREAS, on May 16, 2025, the Court entered the Order, granting preliminary approval to the Parties' proposed settlement; and

WHEREAS, the Order directed the Parties to meet and confer and stipulate to a schedule of dates for the final fairness hearing and certain deadlines related to final approval of the settlement;

**NOW, THEREFORE,** the Parties having met and conferred, hereby stipulate and agree, subject to Court approval, to the following schedule for final approval:

| Event | Date |
| --- | --- |
| Deadline for Settlement Administrator to mail notice to all putative Class Members[1] | July 3, 2025 |
| Filing deadline for attorneys' fees and costs motion | July 28, 2025 |
| Filing deadline for incentive payment motion | July 28, 2025 |
| Filing deadline for final approval motion | July 28, 2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | September 11, 2025 |

---

[1] The Parties propose a longer notice deadline than originally contemplated to ensure sufficient time to obtain and process the transfer records from Tricida, Inc.'s former transfer agent. The Claims Administrator intends to begin the notice process to its Nominee Database—through which the vast majority of the class will obtain notice—before the deadline.

JOINT STIPULATION AND ORDER SETTING
SCHEDULE FOR FINAL APPROVAL
CASE NO. 4:21-cv-00076-HSG

1

| Filing deadline for final approval motion reply | October 9, 2025 |
|---|---|
| Final fairness hearing and hearing on motions | October 16, 2025 at 2:00 p.m. |

Dated: May 23, 2025

| | |
|---|---|
| **BLOCK & LEVITON LLP** | **SIDLEY AUSTIN LLP** |
| /s/ Jeffrey C. Block | /s/ Sarah A. Hemmendinger |
| Jeffrey C. Block (*pro hac vice*)<br>Michael D. Gaines (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600 phone<br>(617) 507-6020 fax<br>jeff@blockleviton.com<br>michael@blockleviton.com<br><br>Jacob A. Walker (SBN 271217)<br>**BLOCK & LEVITON LLP**<br>400 Concar Drive<br>San Mateo, CA 94402<br>(650) 781-0025 phone<br>jake@blockleviton.com<br><br>*Counsel for Plaintiff and the Class* | Sara B. Brody (SBN 130222)<br>sbrody@sidley.com<br>Sarah A. Hemmendinger (SBN 298659)<br>shemmendinger@sidley.com<br>Sarah E. Gallo (SBN 335544)<br>sgallo@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415 772 1279<br><br>Matthew J. Dolan (SBN 291150)<br>mdolan@sidley.com<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: 650 565 7106<br><br>Robin E. Wechkin (*pro hac vice*)<br>rwechkin@sidley.com<br>8426 316th Place Southeast<br>Issaquah, WA 98027<br>Telephone: 415 439 1799<br><br>*Counsel for Defendant Gerrit Klaerner* |

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories have concurred in the filing of this document.

/s/ Jeffrey C. Block
Jeffrey C. Block

JOINT STIPULATION AND ORDER SETTING
SCHEDULE FOR FINAL APPROVAL
CASE NO. 4:21-cv-00076-HSG

2

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/23/2025

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE