# EXHIBIT 4

# Tricida Securities Litigation

Time and Billing by Category
Inception through July 23, 2025
Block & Leviton LLP

| Timekeeper | Position | A | B | C | D | E | F | G | H | I | J | K | Total | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Block, Jeff | Partner | 2.9 | 69 | 30.4 | 0.5 | 193.3 | 30.2 | 10.3 | 0.8 | 24 | 80.4 | 71 | 512.8 | $ 1,290 | $ 661,512 |
| Byrne, Mark | Associate | | 87.4 | 2 | 0.6 | 36.4 | 12.1 | 25.8 | | | 0.5 | 0.6 | 165.4 | $ 565 | $ 93,451 |
| Delaney, Sarah | Associate | | 80.8 | 29.9 | 9.4 | 280 | 226.4 | 95.9 | 1.4 | 17.7 | 95.1 | 166.3 | 1002.9 | $ 620 | $ 621,798 |
| Gaines, Michael | Associate | | 137 | 19.6 | 6.3 | 261.3 | 124.2 | 30.8 | | 41.5 | 59.1 | 9.2 | 689 | $ 640 | $ 440,960 |
| Kotz, Shira | Associate | | | 6.5 | | 8.5 | 36.3 | | | | 2.5 | | 53.8 | $ 535 | $ 28,783 |
| Van Vlaanderen, Zoe | Associate | | | | | | 1.6 | | | | | 30.2 | 31.8 | $ 535 | $ 17,013 |
| Walker, Jacob | Partner | 8.6 | 71.9 | 46.6 | 2.9 | 148.5 | 122.1 | 15.9 | 10.2 | 76.5 | 80.4 | 67 | 650.6 | $ 970 | $ 631,082 |
| | | | | | | | | | | | | | | | |
| Total Hours | | 11.5 | 446.1 | 135 | 19.7 | 928 | 552.9 | 178.7 | 12.4 | 159.7 | 318 | 344.3 | 3106.3 | $ 803.08 | $ 2,494,599 |
| % of Total Hours | | 0.4% | 14.4% | 4.3% | 0.6% | 29.9% | 17.8% | 5.8% | 0.4% | 5.1% | 10.2% | 11.1% | | | |
| Lodestar | | $ 12,083 | $ 345,910 | $ 120,108 | $ 13,657 | $ 759,348 | $ 404,364 | $ 122,457 | $ 11,794 | $ 142,699 | $ 280,110 | $ 282,070 | | | |
| % of Lodestar | | 0.5% | 13.9% | 4.8% | 0.5% | 30.4% | 16.2% | 4.9% | 0.5% | 5.7% | 11.2% | 11.3% | | | |

| Category Codes | |
|---|---|
| A | Initial case investigation, research, leadership briefing |
| B | Amended complaints and pleadings |
| C | Case management and client updates |
| D | Legal research (not motion specific) |
| E | Non-discovery motions (research and briefing) |
| F | Discovery (drafting, negotiations, briefing and motion practice) |
| G | Document review |
| H | Depositions |
| I | Bankruptcy-related work |
| J | Settlement discussions and negotiations, mediation |
| K | Settlement implementation |