Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff*
*Jeffrey M. Fiore and the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*

Plaintiff,

v.

TRICIDA, INC. and GERRIT KLAERNER,

Defendants.

Case No.: 4:21-cv-00076-HSG

**Declaration of Jacob A. Walker In Further Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement; (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (3) Lead Plaintiff's Motion for an Award of Reasonable Costs in Accordance with 15 U.S.C. §78u-4(a)(4)**

Date:          October 16, 2025
Time:          2:00 p.m.
Courtroom:     Courtroom 2, 4th Floor

Hon. Haywood S. Gilliam, Jr.

DECLARATION OF JACOB A. WALKER
CASE NO. 4:21-CV-00076-HSG

I, JACOB A. WALKER, declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner in Block & Leviton LLP, counsel for Lead Plaintiff Jeffrey M. Fiore ("Lead Plaintiff") and Lead Counsel for the certified Class in the above-captioned action. I make this declaration in further support of Lead Plaintiff's and Lead Counsel's motions for: (1) Final Approval of Class Action Settlement and Plan of Allocation, which provides for a cash payment of $14,250,000; (2) an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (3) Reimbursement of Costs to Jeffrey M. Fiore in accordance with 15 U.S.C. §78u-4(a)(4). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Robert Cormio Concerning: (A) Notice Dissemination; (B) Requests for Exclusion and Objections Received to Date; and (C) Claims Filed to Date.

3.      Attached hereto as Exhibit 2 is a Stipulated Proposed Final Judgment.

4.      Attached hereto as Exhibit 3 is a Stipulated Proposed Order Granting Final Approval, Awarding Attorneys' Fees and Reimbursement of Litigation Expenses, and Awarding Reimbursement of Costs to Lead Plaintiff.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2025.

/s/ Jacob A. Walker
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
CASE NO. 4:21-cv-00076-HSG

1