# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br><br> TRICIDA, INC. and GERRIT KLAERNER, <br><br> Defendants. | Case No. 4:21-cv-00076-HSG <br><br> <u>CLASS ACTION</u> <br><br> **SUPPLEMENTAL DECLARATION OF ROBERT CORMIO CONCERNING: (A) NOTICE DISSEMINATION; (B) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE; AND (C) CLAIMS FILED TO DATE** <br><br> Date: October 16, 2025 <br> Time: 2:00 p.m. <br><br> The Hon. Haywood S. Gilliam, Jr. |

I, Robert Cormio, declare as follows:

## INTRODUCTION

1.      I am a Senior Director at Kroll Settlement Administration ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007.  I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is submitted to provide updated information to the Court concerning Notice dissemination, as well as the number of Claim Forms, requests for exclusion, and objections received to date.  This declaration supplements the *Declaration of Robert Cormio Concerning: (A) Mailing and Emailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections* (the "Initial Declaration"), filed July 28, 2025(ECF No. 223-2).

## EMAILING AND MAILING OF THE NOTICE

2.      Since the filing of the Initial Declaration, Kroll has not received any additional names and addresses of potential Class Members from individuals or nominees but has mailed the 134 addressed Notices that were being processed as of the date of the Initial Declaration. Kroll has received requests for 290 additional unaddressed Notices to be sent to Nominee Account Holders that indicated they would directly forward the document to their customers and clients who may be Class Members. As of October 7, 2025, Kroll has disseminated a total of 6,669 Notices to potential Class Members and Nominee Account Holders by mail or email, and Broadridge Financial Services represented to Kroll that it sent 5,950 email notifications containing links to the Notice to customers that had previously elected to receive notification of potential settlements via email.

3.      As of October 7, 2025, fifty-two (52) Notices have been returned by the United States Postal Service to Kroll as undeliverable as addressed, without a forwarding address. Kroll

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Class Action Settlement, dated March 3, 2025 (the "Stipulation") (Dkt. No. 211-2) or the Initial Declaration (as defined below).

performed an advanced address search on these undeliverable records, which produced one (1) updated address. Kroll has remailed Notice to the updated address.

## TOLL-FREE PHONE LINE

4.      Kroll continues to maintain a toll-free number, (833) 876-1381, for Class Members to call and obtain information about the Settlement. As of October 7, 2025, Kroll has received 65 calls.

## SETTLEMENT WEBSITE

5.      Kroll continues to maintain a dedicated Settlement website, www.tricidasecuritiessettlement.com, which became operational on June 13, 2025. Kroll will continue operating, maintaining and, as appropriate, updating the website until the conclusion of the administration.

## CLAIM ACTIVITY

6.      The deadline to submit a Claim Form was October 1, 2025.

7.      As of October 6, 2025, Kroll has received approximately 11,859 timely claims and 85 late claims. Kroll continues to review claims as they are received, issue deficiency notices as needed, and process any responses thereto.

## REPORT ON EXCLUSIONS AND OBJECTIONS RECEIVED TO DATE

8.      Class Members were informed that requests to be excluded from the Settlement must be in writing and mailed to Kroll such that they are received no later than September 11, 2025. To date, Kroll has not received any requests for exclusion.

9.      Class Members were informed that objections to the Settlement, the proposed Plan of Allocation, the Fee and Expense Application, and any application for an award to the Lead Plaintiff, are required to be filed with the Clerk of the Court and served upon Class Counsel and Defendant's Counsel by September 11, 2025. To date, Kroll has not been notified of nor received any objections.

**<u>CERTIFICATION</u>**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on October 8, 2025, in Northport, New York.

ROBERT CORMIO