# EXHIBIT 2

Jeffrey C. Block, *pro hac vice*
Michael D. Gaines, *pro hac vice*
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Attorneys for Lead Plaintiff
Jeffrey M. Fiore and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,* <br><br> Plaintiff, <br><br> v. <br><br> TRICIDA, INC. and GERRIT KLAERNER, <br><br> Defendants. | Case No.: 4:21-cv-00076-HSG <br><br> **[Proposed] Stipulated Final Judgment** <br><br> **Date:**      **October 16, 2025** <br> **Time:**      **2:00 p.m.** <br> **Courtroom:**   **2, 4th Floor** <br><br> **Hon. Haywood S. Gilliam, Jr.** |

WHEREAS, this matter came before the Court for hearing pursuant to the Orders of this Court, dated May 16, 2025 and May 23, 2025, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation and Agreement of Class Action Settlement, dated March 3, 2025, ECF No. 211-2, (the "Stipulation");

WHEREAS, the Settling Parties agree to the entry of this Judgment;

WHEREAS, the Settling Parties designate this Judgment as the "Judgment" referred to in the Stipulation (¶1.14), and agree that entry of this Judgment shall satisfy the condition of effectiveness set forth in ¶8.1(e) of the Stipulation;

Due and adequate notice having been given to the Class, the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise stated herein.

2. The Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. The terms of the Stipulation, including all releases contained therein, and of this Judgment, shall be forever binding on Defendant, Lead Plaintiff, and all other Class Members.

3. Lead Plaintiff's action is dismissed with prejudice.

4. The Court retains jurisdiction over the subject matter of the Litigation, the implementation and enforcement of the terms of the Stipulation, Lead Plaintiff, all Class Members, and the Defendant, as set forth more fully in ¶9.20 of the Stipulation.

5. The Court finds that the Settling Parties and their respective counsel complied with the requirements of Federal Rule of Civil Procedure 11 with respect to the institution, prosecution, defense, and resolution of the Litigation.

6. The Clerk is further directed to close the case.

[PROPOSED] STIPULATED FINAL JUDGMENT                                                              1
CASE NO. 4:21-CV-00076-HSG

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge