**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL PARDI, *Individually and on Behalf of All Others Similarly Situated,*

    Plaintiff,

v.

TRICIDA, INC. and GERRIT KLAERNER,

    Defendants.

Case No.: 4:21-cv-00076-HSG

**STIPULATED JUDGMENT AS MODIFIED**

WHEREAS, the Court issued an Order on October 23, 2025 finally approving the Settlement in the above-captioned action (the "Action"), including the Stipulation and Agreement of Class Action Settlement fully executed on March 3, 2025 (*see* Dkt. 211-2) ("Stipulation of Settlement"), as fair, reasonable and adequate, and in the best interests of the Class (the "Order") (*see* Dkt. 229);

WHEREAS, the Order is fully incorporated by reference herein;

WHEREAS, the Order directed the Settling Parties to file a short stipulated final judgment of two pages or less within 7 days from the date of the Order;

WHEREAS, the Settling Parties agree to the entry of this Judgment; and

WHEREAS, the Settling Parties designate this Judgment as the "Judgment" referred to in the Stipulation of Settlement, and agree that entry of this Judgment shall satisfy the condition of effectiveness set forth in in ¶ 8.1(e) of the Stipulation of Settlement;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation of Settlement, and all terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, unless otherwise stated herein.

2. The terms of the Stipulation of Settlement, including all releases provided therein, and of this Judgment shall be forever binding on Defendant, Lead Plaintiff, and all other Class Members.

3. Lead Plaintiff's action is dismissed with prejudice.

4. The Court retains jurisdiction over the subject matter of the Action, Lead Plaintiff, all Class Members, and Defendant, as set forth more fully in ¶ 9.20 of the Stipulation of Settlement. The Clerk is further directed to close the case.

**IT IS SO ORDERED.**

DATED: 10/28/2025

Honorable Haywood S. Gilliam, Jr.
United States District Judge